AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN,<br>*Plaintiff(s)*<br>v.<br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100<br>*Defendant(s)* | Civil Action No. 25-1350 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Attachment A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David Chiu, SBN 189542
> Nancy E. Harris, SBN 197042
> Karun A. Tilak, SBN 323989
> San Francisco City Attorney's Office
> 1390 Market Street, 7th Floor
> San Franciso, CA 94102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Attachment A to Form AO 440, Summons in a Civil Action**

City and County of San Francisco et al. v. Donald J. Trump et al.
Case No. 3:25-cv-01350-SK

DONALD J. TRUMP in his capacity as President of the United States
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20500

PAMELA BONDI in her official capacity as Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

EMIL BOVE in his official capacity as Acting Deputy Attorney General United States
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

UNITED STATES DEPARTMENT OF JUSTICE
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

KRISTI NOEM in her official capacity as Secretary of United States Department of Homeland Security
United States Department of Homeland Security
245 Murray Lane SW
Washington, DC 20528-0485

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
Office of General Counsel
245 Murray Lane SW, Mail Stop 0485
Washington, DC 20258-0485

UNITED STATES OF AMERICA
c/o United States Attorney for the Northern
District of California
450 Golden Gate Avenue, Eleventh Floor
San Francisco, CA 94102