

# STATE OF MINNESOTA IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

SARA JEANNE LATHROP

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 22, 2001

Given under my hand and seal of this court on

February 13, 2025

Emily J. Eschweiler, Director
Office of Lawyer Registration