# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

SHARDA R ENSLIN

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 31, 2008

Given under my hand and seal of this court on

February 14, 2025

Emily J. Eschweiler, Director
Office of Lawyer Registration