United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco et al                     ,

          Plaintiff(s),

     v.

Trump et al                              ,

          Defendant(s).

Case No. 3:25-cv-01350

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Kristyn Anderson, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff City of Minneapolis in the above-entitled action. My local co-counsel in this case is Jill Habig, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 268770.

350 S. Fifth Street, Minneapolis MN 55415
MY ADDRESS OF RECORD

490 43rd St., Unit 115, Oakland, CA 94609
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

612-673-3000
MY TELEPHONE # OF RECORD

510-738-6788
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

kristyn.anderson@minneapolismn.gov
MY EMAIL ADDRESS OF RECORD

jill@publicrightsproject.org
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0267752.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/27/2025 _____                                Kristyn Anderson _____

                                                                                       APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kristyn Anderson _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the p____

Dated: _____February 28, 2025_____

_____
UNITED STATES DIST____

GRANTED
Judge William H. Orrick

United States District Court
Northern District of California

Updated 11/2021                                                                                                   2