UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO, et al          ,

Plaintiff(s),

v.

DONALD J. TRUMP, et al          ,

Defendant(s).

Case No. 3:25-cv-01350-SK

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ann Davison            , an active member in good standing of the bar of
Washington State            , hereby respectfully apply for admission to practice pro hac
vice in the Northern District of California representing: The City of Seattle            in the
above-entitled action. My local co-counsel in this case is Jill Habig            , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.  Local co-counsel's bar number is: 268770            .

701 5th Ave, Suite 2050, Seattle, WA 98104
MY ADDRESS OF RECORD

(206) 684-8200
MY TELEPHONE # OF RECORD

ann.davison@seattle.gov
MY EMAIL ADDRESS OF RECORD

490 43rd St., Unit #115, Oakland, CA 94609
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

510-738-6788
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jill@publicrightsproject.org
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 35776            .

A true and correct copy of a certificate of good standing or equivalent official document
from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0        times in the 12 months
preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 02/28/2025                                  Ann Davison
                                                        APPLICANT

5

6

7

8                        ORDER GRANTING APPLICATION

9                  FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11       IT IS HEREBY ORDERED THAT the application of Ann Davison           is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: February 28, 2025

16

17   _____

18   UNITED STATES DISTRICT/MAGISTRATE JUDGE

GRANTED

Judge William H. Orrick

19

20

21

22

23

24

25

26

27

28