## STATE OF CONNECTICUT
## JUDICIAL BRANCH
www.jud.ct.gov



## STATEWIDE GRIEVANCE COMMITTEE
Fifth Floor
999 Asylum Avenue, Hartford, CT 06105

**Christopher L. Slack**
**Statewide Bar Counsel**

I,  Christopher L. Slack, Statewide Bar Counsel  , do hereby certify, based upon information received from the Clerk's Office of the Superior Court for the Judicial District of Hartford, and from the records received from the local grievance committees and grievance panels, and from the records of the Statewide Grievance Committee that

# *PATRICIA A. KING*

*of*

# *NEW HAVEN, CT*

is a member in good standing of the Connecticut Bar, and has been admitted to same since May 03, 1983.

*Christopher L. Slack, Statewide Bar Counsel*
*February 20, 2025*

JD-GC-001A  Rev. 5-23
P.B. §§ 2-34(b)(4), 2-65