UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO, et al.          ,

Plaintiff(s),

v.

DONALD J. TRUMP, et al.        ,

Defendant(s).

Case No. 25-cv-01350

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Lyndsey M. Davis Olson , an active member in good standing of the bar of

Minnesota , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Plaintiff City of Saint Paul, MN in the

above-entitled action. My local co-counsel in this case is Jill Habig , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California. Local co-counsel's bar number is: 268770 .

15 Kellogg Blvd. W., Ste. 400, St. Paul, MN 55102
MY ADDRESS OF RECORD

651-266-8717
MY TELEPHONE # OF RECORD

lyndsey.olson@ci.stpaul.mn.us
MY EMAIL ADDRESS OF RECORD

490 43rd St., Unit #115, Oakland, CA 94609
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

510-738-6788
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jill@publicrightsproject.org
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 332288 .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months

preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Mar.3, 2025

Lyndsey M. Davis Olson
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lyndsey M. Davis Olson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the parties.

Dated: March 4, 2025



UNITED STATES D...                    ...UDGE

Judge William H. Orrick