UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITY AND COUNTY OF SAN
FRANCISCO, et al.,
                    Plaintiff(s),

        v.

DONALD J. TRUMP, et al.,

                    Defendant(s).

Case No. 3-25-cv-01350

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __David J. Hackett__, an active member in good standing of the bar of __Washington State__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Plaintiff King County__ in the above-entitled action. My local co-counsel in this case is __Brian Daluiso__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: __287519__.

King County Executive Department
401 5th Ave., Suite 800
Seattle, WA 98104-2391
MY ADDRESS OF RECORD

Marten Law LLP, Four Embarcadero Center
#1400,  San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

206-477-9483
MY TELEPHONE # OF RECORD

208-424-2037
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

david.hackett@kingcounty.gov
MY EMAIL ADDRESS OF RECORD

bdaluiso@martenlaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

        I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is:  __21236__.

        A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

        I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 3/11/2025 _____                    David J. Hackett _____
                                                          APPLICANT
5

6    ═══════════════════════════════════════════════════════════════════

7

8                            ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11        IT IS HEREBY ORDERED THAT the application of __David J. Hackett__ is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: _____

16

17
                                          _____
18                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

Updated 11/2021                              2