DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5402
Telephone:      (415) 355-3308
Facsimile:      (415) 437-4644
E-Mail:         karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:      (408) 299-5900
Facsimile:      (408) 292-7240
E-Mail:         tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>Defendants. | Case No. 3:25-cv-1350-WHO<br><br>**PROOF OF SERVICE**<br><br>Trial Date:     Not set |

# PROOF OF SERVICE

I, SARAH L. GUTIERREZ, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, 6th Floor, San Francisco, CA 94102.

On March 4, 2025, I served the following document(s):

- **Summons**
- **Complaint for Declaratory and Injunctive Relief**
- **First Amended Complaint for Declaratory and Injunctive Relief**
- **Order Relating Cases**
- **Notice of Eligibility for Video Recording**
- **Standing Order for All Judges of the Northern District of California**
- **Judge Orrick's CMC Order**
- **Judge Orrick's Standing Order Civil**
- **U.S. Northern District of California – ECF Registration Information**
- **AO 398 Notice of a Lawsuit and Request to Waive Service of Summons**
- **AO 399 Waiver of Service of Summons (2 copies)**

on the following persons at the locations specified:

DONALD J. TRUMP
President of the United States
The White House
1600 Pennsylvania Avenue
Washington, DC 20500

PAMELA BONDI
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

EMIL BOVE
Acting Deputy Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

UNITED STATES DEPARTMENT OF JUSTICE
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

KRISTI NOEM
Secretary of United States Department of Homeland Security
United States Department of Homeland Security
245 Murray Lane S.W.
Washington, DC 20528-0485

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
Office of General Counsel
245 Murray Lane S.W., Mail Stop 0485
Washington, DC 20258-0485

in the manner indicated below:

☒ **BY UNITED STATES CERTIFIED MAIL, RETURN RECEIPT REQUESTED**:
Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed March 4, 2025, at San Francisco, California.

_____
SARAH L. GUTIERREZ

# **PROOF OF SERVICE**

I, SARAH L. GUTIERREZ, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, 6th Floor, San Francisco, CA 94102.

On March 4, 2025, I served the following document(s):

- **Summons**
- **Complaint for Declaratory and Injunctive Relief**
- **First Amended Complaint for Declaratory and Injunctive Relief**
- **Order Relating Cases**
- **Notice of Eligibility for Video Recording**
- **Standing Order for All Judges of the Northern District of California**
- **Judge Orrick's CMC Order**
- **Judge Orrick's Standing Order Civil**
- **U.S. Northern District of California – ECF Registration Information**
- **AO 398 Notice of a Lawsuit and Request to Waive Service of Summons**
- **AO 399 Waiver of Service of Summons (2 copies)**

on the following persons at the locations specified:

UNITED STATES OF AMERICA
c/o United States Attorney for the Northern
District of California
450 Golden Gate Avenue, Eleventh Floor
San Francisco, CA 94102

in the manner indicated below:

☒ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery ☐ is attached or ☐ will be filed separately with the court.**

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed March 4, 2025, at San Francisco, California.

_____
SARAH L. GUTIERREZ