UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO, et al.,
    Plaintiff(s),

v.

DONALD J. TRUMP, et al.,
    Defendant(s).

Case No. 3-25-cv-01350

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __David J. Hackett__, an active member in good standing of the bar of __Washington State__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Plaintiff King County__ in the above-entitled action. My local co-counsel in this case is __Brian Daluiso__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __287519__.

King County Executive Department
401 5th Ave., Suite 800
Seattle, WA 98104-2391
MY ADDRESS OF RECORD

Marten Law LLP, Four Embarcadero Center #1400, San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

206-477-9483
MY TELEPHONE # OF RECORD

208-424-2037
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

david.hackett@kingcounty.gov
MY EMAIL ADDRESS OF RECORD

bdaluiso@martenlaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __21236__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/11/2025

David J. Hackett
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __David J. Hackett__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 13, 2025



UNITED STATES DISTRICT JUDGE