DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5408
Telephone:     (415) 355-3308
Facsimile:      (415) 437-4644
E-Mail:          karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:     (408) 299-5900
Facsimile:      (408) 292-7240
E-Mail:          tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>Defendants. | Case No. 25-CV-01350-WHO<br><br>**DECLARATION OF FREDERICK DAUER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

# DECLARATION OF FREDERICK DAUER

I, Frederick Dauer, declare as follows:

1. I have personal knowledge of the facts set out in this affirmation and, if called as a witness, could and would testify competently to the matters set out below.

2. I am the Acting Captain of the Emeryville Police Department ("EPD") in the City of Emeryville, California. In that role, I oversee approximately 58 positions, of which 52 are currently filled. I have been with EPD for 29 years, since December 1995. I started at EPD as an officer, then became a sergeant and then a lieutenant. I have served as Acting Captain since October 2024.

3. In 2017, the Emeryville City Council adopted Resolution No. 17-08 ("Welcoming and Sanctuary Resolution"). The Welcoming and Sanctuary Resolution contains the following relevant provisions:

   a. Emeryville is a Welcoming and Sanctuary City;

   b. Emeryville employees serve all residents, and city services are accessible to all residents regardless of immigration status;

   c. Emeryville employees do not inquire about a person's immigration status in either the provision of municipal services or in the course of law enforcement;

   d. Emeryville refuses any requests that are an extension of any federal immigration policy enforcement actions;

   e. Emeryville does not enter into any agreements to carry out such federal enforcement actions; and

   f. Emeryville does not dedicate any City time or resources to such enforcement, but leaves such actions to federal authorities.

4. EPD utilizes federal funds, including United States Department of Justice ("DOJ") funding, to keep our officers and communities safe.

Decl. of Frederick Dauer ISO Plts' Mot. for Prelim. Inj.    1    Case No. 25-CV-01350-WHO

5. EPD receives approximately $10,000 to $12,000 annually in DOJ funding, passed through Alameda County, as a part of the Edward Byrne Memorial Justice Assistance Grant Program ("Byrne JAG").

6. EPD uses Byrne JAG funding can be used to pay for unfunded or underfunded police equipment, In the past, the funding has been used to purchase equipment and provide training for items such as body-worn cameras, computer monitors used for trainings, tasers, radio upgrades, and early-intervention software.

7. Updated equipment makes EPD more effective, responsive, and transparent, reducing our response times and improving public safety. For example, a taser is a less lethal option for an officer facing a dangerous situation. The early-intervention software tracks use of force and other patterns to identify and remedy any gaps in training. Likewise, radio upgrades have allowed us to communicate with agencies and police departments throughout the Bay Area, which improves coordination throughout the region during emergencies and disaster responses.

8. EPD also receives, on average, approximately $10,000 annually in DOJ funding through the Patrick Leahy Bulletproof Vest Partnership Program ("BVP Program"). This funding allows us to keep our officers' body armor up to date.

9. Body armor loses effectiveness over time, so funding to regularly replace it is essential for officer safety. Regular replacement also allows us to stay current with improved technology that puts less strain on officers' bodies. Advancements in vest technology have made them lighter and stronger. Newer vests also have storage pockets that allow officers to carry more of their equipment on their torsos, instead of in a utility belt on their hips, which reduces strain on officers' hips and lower backs. Reducing strain improves officer longevity on the job, which in turn saves the City money and promotes public safety. Training a new officer costs tens of thousands of dollars upfront, and it benefits the community to keep experienced officers in the field.

10. The BVP Program operates on a reimbursement basis. We buy equipment with City funds and submit requests for reimbursement from DOJ. We expect to have more reimbursement requests pending in the next few months.

11. EPD also receives critical non-DOJ federal funds. Our 911 system, run by the California government, is partially funded with federal grants. In addition, EPD receives approximately $50,000 to $100,000 annually through the Highway Safety Grants Program from the National Highway Traffic Safety Administration ("NHTSA") passed through the California Office of Traffic Safety. The California Office of Traffic Safety applies for grants from NHTSA, which we then use to enhance traffic safety through increased enforcement of moving violations and impaired driving. We also use the funds to support public education, often by sending officers to public festivals and other events to distribute literature on traffic safety and answer the public's questions. NHTSA reimburses the state for funds spent.

12. Without federal funding, Emeryville would have to backfill these costs from its general fund. Emeryville currently faces an $11 million budget deficit following downturn in economic activity during the COVID pandemic and reduced development due to high interest rates. Any funding cut would require us to cut spending elsewhere, whether by reducing these public safety and officer safety initiatives, or by sacrificing other important community programs.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 12, 2025, in Emeryville, California.

FREDERICK DAUER