DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
Telephone:     (415) 355-3308
Facsimile:     (415) 437-4644
E-Mail:        karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:     (408) 299-5900
Facsimile:     (408) 292-7240
E-Mail:        tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>Defendants. | Case No. 3:25-cv-1350-WHO<br><br>**DECLARATION OF DWIGHT DIVELY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, DWIGHT DIVELY, declare under penalty of perjury under the laws of the State of Washington that the following is true and correct:

1. I am the Chief Operating Officer and Director of Performance, Strategy and Budget ("PSB") for the Martin Luther King, Jr. County ("King County"). I have been in this position since 2010. I am also a member of Executive Dow Constantine's Senior Leadership Team. Before joining King County, I was the City of Seattle Director of Finance for 15 years. I am also an affiliate assistant professor at the University of Washington Evans School of Public Policy and Governance.

2. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on personal knowledge, and on my review of relevant business records.

3. Located in the Pacific Northwest, at 2,307 square miles, King County is the largest county in Washington state and almost twice the land area of the state of Rhode Island. With a population of approximately 2.3 million people, King County is the twelfth most populous county in the United States. King County contains over 800,000 acres of forests, more than 60 named lakes, over 3,000 miles of rivers and streams, and is bounded by Puget Sound to the west. While the eastern portion of King County is dominated by the Cascade Mountain Range, King County's 39 cities, the largest of which is the City of Seattle, are primarily located in the western lowlands. King County owns over 200 parks, 175 miles of regional trails, and 215 miles of backcountry trails. It is home to some of Washington's most successful businesses, including Microsoft, Amazon, Starbucks, Costco, and Boeing, as well as the University of Washington.

4. King County government provides a full range of local and regional, urban and rural services across the County's diverse geography, managing nearly 17,700 employees and an overall approximately $10.2 billion dollar budget. Among other things, King County operates a

regional wastewater service, one of the largest bus transit systems in the county, a water-based transit service, and an international airport. The county sheriff provides direct law enforcement services for unincorporated King County, and twelve contract cities, as well as county-wide services mandated by state law. King County supports all felony prosecution and adjudication of state crimes committed within in the County's boundaries through provision of the King County Prosecuting Attorney's office, the Department of Public Defense, and both Superior and District Court services. It runs extensive public health, social health and mental health services, and supports other social service infrastructure for homeless, migrant and refugee populations. The County is also responsible for overseeing King County voting in local, state and federal elections, and funding emergency management services. Consistent with Washington law forbidding discrimination, and as a jurisdiction that welcomes the important contributions of migrants to both the County's economy and social fabric, King County does not use its resources toward enforcement of federal immigration laws or executive orders entered by President Trump (and agency-level implementation memos).

5. I am responsible for developing and monitoring the biennial King County budget, implementing the King County Strategic Plan, identifying and tracking performance measures, developing and implementing the King County Comprehensive Plan, overseeing business planning, and managing many of the grants received by the County. I oversee a wide range of activities, including project analysis, financial forecasting, program evaluation, demographic analysis, and policy development. I also track the budgets of individual King County departments and the public services they provide. Executive Order 14,159 and the February 5, 2025, Bondi Memo challenged in this case threaten immediate impacts to the County's budget, its departments, and ultimately to the people of King County. If implemented, these actions

put the public at serious risk by taking away critical funding awarded long before the change in administration, much of which is Congressionally approved.

6. King County's 2025 general fund and enterprise operating budgets include more than $200 million in federal revenue. Some federal funding is received indirectly through the state of Washington. Often, County departments receive federal funding through specific grants that are funded by Congress and competitively awarded by a federal agency for a specific purpose. County departments also receive federal funding by formula. Formula funds are automatically calculated and awarded by congressional appropriation based on specific facts. Examples of congressional formula funding systems include airport funding based on the annual number of passengers and the amount of cargo moving through the King County airport, and Emergency Management Performance Grant Program and Homeland Security Grant Program as described in the Declaration of Brendan McCluskey. In 2025, federal revenue represents approximately 2.7% of the County's overall budget.

7. King County's capital budget is supported by federal revenue forecasted for several years into the future. The amount of federal capital funds either awarded to King County for 2025 or included in the budget for 2025 based on congressionally required formula funding is approximately $500 million. Capital projects require dependable funding sources over the lengthy timelines required for design through full project build out and always require the County to make extensive third-party contract commitments.

8. Federal capital funds are used for projects such as Eastrail (a former railroad right-of-way being converted to an urban trail), bus purchases, and bridge replacements.

9. Executive Order 14159 and the February 5, 2025, Bondi Memo threaten to take away committed funding built into King County's operating and capital budgets. The loss of such committed funding built into King County's operating and capital budgets would significantly

impact the County's ability to meet its obligation to provide essential public health and safety services to its residents. In addition to grant funds awarded to the King County Sheriff's Office and the Office of Emergency Management, which are described in the contemporaneously filed declarations of Brendan McClusky and King County Sheriff Patricia Cole-Tindall, King County would face substantial impacts from any move by the Trump Administration to reduce or eliminate grant funding. Such federal action would adversely affect crucial community services and negatively impact the region's economy. Cuts to many of the County's departments would harm community health and public safety.

10. King County is already affected by the challenged Executive Order and Bondi Memo because it must devote significant resources to evaluating risk to already awarded federal funding, continuously monitor developments, create new federal funding tracking systems, and coordinate internal and external communications and responses. Determining impacts across extensive County programs is expensive and time consuming.

11. Failure to receive awarded federal funding may also have a material adverse impact on other King County funding streams. If sufficient amounts of awarded federal funds were withheld, the County would have to take on unplanned debt at potentially higher rates to support its contract, project, and program commitments. If federal revenues are interrupted or withheld, the County does not have other flexible revenues to backfill.

12. The following are examples of formula and committed federal funding:

    a) Metro Transit:

        (i) $203 million in grant applications from the Federal Transit Administration ("FTA") are expected to be awarded for 2021 through federal fiscal year 2024. The FTA Region X Office has informed King County that their headquarters has placed a nationwide hold on obligation of all discretionary

funding. Of the $203 million, $161.5 million in applications contains mostly formula fund allocations.

    (ii)    $130 million in FTA revenue budgeted in 2025 including $30 million of pending grants for the purchase of 33 of the 89 electric buses. These are primarily formula fund allocations assumed in Metro's 2025 budget, and are programmed for bus purchases, vehicle and vessel maintenance and state of good repair projects.

    (iii)   $870,544 remaining of $2.5 million in FEMA Transit Security Grants awarded in 2022 and 2023, for counterterrorism activities.

b) Public Health:

    (i)     Public Health is funded by about $70 million in federal awards.

    (ii)    Over 100 staff are fully or partially funded by federal funds.

    (iii)   Medicaid provides critical revenue to direct service clinics.

c) Department of Community and Human Services:

    (i)     Medicaid comprises key revenue for Behavior Health Programming.

    (ii)    Approximately $55million in awarded housing and community development grants.

    (iii)   $25 million in awarded grants for developmental disabilities and early childhood development.

    (iv)   $10 million in awarded grants for non-Medicaid behavioral health funding.

    (v)    $3 million in awarded grants for behavioral health funding or mental health block grants.

    (vi)   $1million in awarded grants for employment and education programs.

d) Climate Office: $50 million of awarded federal funds necessary to pay $40 million of third-party contracts.

e) Department of Natural Resources and Parks:

    (i) $516 million in awarded Wastewater Infrastructure Finance and Innovation Act funding for wastewater capital improvements required by a consent decree between the Environmental Protection Agency ("EPA"), King County, and the Washington Department of Ecology to address combined sewer overflow events into Puget Sound. Overflows have been triggered by high level storm events, infrastructure failures, and even minor power fluctuations.

    (ii) Department of Agriculture ("USDA") farm development grant of $2.4 million, intended to support immigrant farmers' access to farmlands, apparently impacted by Trump Administration actions. The USDA designated point-of-contact has not responded to King County billing requests since November 2024. Relying on the grant, King County has employed two people, committed $100,000 annually to Highline Community College's farm program, and committed another $100,000 split between four nonprofits. Absent the grant, King County has no way to fund these commitments beyond 2025.

f) Department of Local Services:

    (i) Awarded federal funding for road projects totals at least $34,439,704.00.

    (ii) Federal funds were awarded for many King County road projects critical for commerce and public safety, including grants for the design, repair, and replacement of bridges that are past their useful life and have low sufficiency ratings. Many of the bridges are highly trafficked and critical to commerce.

For some, contractors have already completed work, while the County awaits payment by the federal government. Without the promised federal funds, King County will not be able to complete critical projects.

(iii) Bridge projects with grant awards include but are not limited to:

A. Berrydale Bridge Replacement. This bridge conveys Kent-Black Diamond Road, a high-volume arterial, over the Burlington Northern-Santa Fe railroad corridor, a critical link to eastern Washington. The existing timber bridge does not meet federal standards. It has multiple structural deficiencies and is past its useful service life, increasing risk of bridge collapse and limiting freight expansion.

B. Boise X #3055 Bridge Replacement. This bridge carries SE Mud Mountain Road over Boise Creek. It is a vital link for a route used as an alternate to SR-410. It is load restricted and functionally obsolete. Deficiencies of the main structural members include corrosion of the corrugated metal decking, corrosion of the steel superstructure system, and extensive deterioration in the timber foundations. The bridge is considered scour (scour means erosion under bridge foundations) critical, the creek has undercut approximately two feet below the concrete encased timber pile repairs. Foundation repairs and scour counter-measures have been installed but are deteriorated and failing.

C. Fifteen Mile Creek Bridge Replacement. This bridge carries SE May Valley Road, a high-volume arterial, over Fifteen Mile Creek. The timber members have developed weather checks and areas of rot. The narrow, 26-foot-wide deck has substandard rails and curbs, and a timber sidewalk that has been covered with steel grating. The hydraulic opening is restricted at the bridge, causing the channel and bridge supports to experience scour during flooding events. Channel-bank erosion is also present.

D. North Fork Bridge Replacement. This bridge carries 428th Avenue SE over the North Fork of the Snoqualmie River, serving about 240 homes, and a variety of commercial and recreational activities including access to Alpine Lakes Wilderness trailheads. During flood events with a two-year recurrence interval, North Fork Bridge becomes the sole access for communities north of the bridge. In approximately 2008, the Left Bank Revetment started to deteriorate, and the upstream river channel started to migrate south. Scour became a great concern in 2013 due to exposed substructure elements. County forces conducted urgent repairs that year, followed in 2017 with additional scour mitigation around the intermediate piers of the bridge.

E. Judd Creek Redeck. Judd Creek is a designated landmark bridge. Vehicular traffic generates wear and rutting on a concrete bridge deck over the life of a bridge. Deck deterioration occurs over time as age, traffic, and severe weather take their toll. Once a

deck begins to deteriorate, its destructive pattern quickens as vehicle impact increases, compounding deck deterioration. If it is not maintained, the whole deck may need to be replaced.

13. The federal funding discussion in this declaration is necessarily preliminary, and intentionally conservative. The County's current projections reflect that general fund programs at 2025 levels will cost approximately $150 million more than available revenues in 2026-2027, making federal funding especially critical now and into the upcoming budget cycle. This discrepancy is caused by a state law capping annual property tax increases at 1% with certain adjustments. King County, like many other Washington counties, has operated within the 1% limit by finding efficiencies, adjusting services, and finding small new revenue sources. This was possible in past years because inflation was lower. Because of higher inflation between 2021 and 2023, which averaged 6.78% per year, it will cost the County more to provide the same levels of service.

14. As reflected in this declaration, federal funds have been awarded to King County in support of a wide variety of core public functions that King County cannot provide as expected should the federal funding be withheld

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

Executed this 11TH day of March, 2025, at SEATTLE, Washington.

_____
DWIGHT DIVELY