| | |
|---|---|
| DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>NANCY E. HARRIS, SBN 197042<br>KARUN A. TILAK, SBN 323939<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA  94102-5402<br>Telephone:    (415) 355-3308<br>Facsimile:     (415) 437-4644<br>E-Mail:         karun.tilak@sfcityatty.org<br><br>Attorneys for Plaintiff<br>CITY AND COUNTY OF SAN FRANCISCO | TONY LOPRESTI, SBN 289269<br>County Counsel<br>KAVITA NARAYAN, SBN 264191<br>Chief Assistant County Counsel<br>MEREDITH A. JOHNSON, SBN 291018<br>Lead Deputy County Counsel<br>STEFANIE L. WILSON, SBN 314899<br>RAJIV NARAYAN, SBN 334511<br>Deputy County Counsels<br>BILL NGUYEN, SBN 333671<br>Litigation Fellow<br>70 W. Hedding Street, East Wing, 9th Floor<br>San José, CA 95110<br>Telephone:    (408) 299-5900<br>Facsimile:     (408) 292-7240<br>E-Mail:         tony.lopresti@cco.sccgov.org<br><br>Attorneys for Plaintiff<br>COUNTY OF SANTA CLARA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>    Defendants. | Case No. 3:25-cv-1350-WHO<br><br>**DECLARATION OF BRENDAN MCCLUSKEY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, BRENDAN MCCLUSKEY, declare under penalty of perjury under the laws of the State of Washington that the following is true and correct:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on personal knowledge, and on my review of relevant business records.

2. I have been the Director of the Martin Luther King, Jr., County ("King County") Department of Executive Services, Office of Emergency Management ("OEM") since March 2019. I have a law degree from Rutgers University and Master of Public Administration from Kean University. I have worked in leadership roles in state and local emergency management for over 20 years and have taught graduate level courses on Biological Terrorism and Weapons of Mass Destruction, Public Health, Public Administration, and Emergency Management. I completed the Federal Emergency Management Administration's (FEMA) National Emergency Management Executive Academy and am a Certified Emergency Manager and Certified Business Continuity Professional.

3. With nearly 2.3 million residents, King County is the twelfth largest county in the United States and the largest county in Washington State. Due to its geography, weather, and forestation, King County is vulnerable to events such as major storms, landslides, flooding, wildland-urban fires, and other emergencies that may critically impact residents. Located in an area known as the "Pacific Ring of Fire", King County is near five major, active, very high threat volcanoes and has numerous fault lines which are expected to create large magnitude earthquakes. The region has historically faced lahars, which is a violent type of mudflow or debris flow composed of a slurry of pyroclastic material, rocky debris and water that results from a volcanic eruption.

4. Natural disasters are not the only emergencies for which OEM must prepare. A central area of our focus is anti-terrorism preparation. The Department of Homeland Security (DHS) has recognized that King County is a "high threat" jurisdiction and a likely target of terrorist activity because of its high population density, concentration of symbolic landmarks, concentration of critical infrastructure, important business interests, and potential for maximum disruption and media attention. The collateral hazards of terrorist attacks include explosions, chemical and biological releases, and nuclear blasts.

5. King County is an accredited Emergency Management Program through the internationally recognized Emergency Management Accreditation Program (EMAP).

6. King County OEM provides regional leadership to strengthen community resilience and access to services before, during, and after emergencies and disasters. We are responsible for providing direction, control, and coordination of King County Government emergency service functions. King County OEM is the designated liaison to all levels of government regarding emergency management matters and the regional coordinating entity for all 39 cities within the county, more than 100 special purpose districts, and the private sector. We do this by focusing on standards-based programs that provide training, information sharing, public education, and disaster risk reduction.

7. Many of the emergencies that OEM prepares for are not properly characterized as local or regional, they are threats against the nation itself and its security, such as terrorist attacks.

8. To meet these challenges, OEM depends on funding through several FEMA programs including the Emergency Management Performance Grant Program (EMPG) and Homeland Security Grant Program (HSGP).

9. The HSGP includes the Urban Area Security Initiative (UASI), and State Homeland Security Program (SHSP).

10. SHSP and UASI award amounts are determined by a combination of risk assessment conducted by DHS/FEMA and statutory minimums outlined in the Homeland Security Act, which allocates funding based on a state's population and potential vulnerabilities. The final award amount is then based on the proposed project's effectiveness in addressing identified risks within the applicant's jurisdiction.

11. Both the SHSP and UASI grant programs help King County build capabilities to prevent, prepare for, protect against, and respond to terrorism. FEMA's program page states that the programs, "provide grantees with the resources required for implementation of the National Preparedness System and working toward the National Preparedness Goal of a secure and resilient nation." The grants support mitigation, prevention, protection, response, and recovery mission areas by funding planning efforts, training, equipment acquisition, and exercise programs.

12. OEM currently manages over a dozen fully executed federal grant contracts issued and administered by Washington State under these programs in the amount of **$7.2 million dollars**, **$852,000** of which has already been expended but not yet reimbursed by the grantor.

13. The salaries of approximately 40% of OEM's staff are funded, in full, by this type of federal pass-through grant program.

14. If these fully executed contracts were not honored, OEM's ability to manage regional preparation for potential terrorist attacks and disasters of national impact would be heavily impacted. For example, OEM would have to lay off staff, would be unable to procure necessary equipment, and would be unable to conduct training and coordination, among other effects.

15. The recent "bomb cyclone" event in King County, which resulted in several fatalities even with a fully functional emergency response system, illustrates the hazards of losing the 40% of our OEM workforce currently funded by federal grants. Absent this work force, King County would have had limited capacity to provide education and outreach to the community prior to the event, to get them ready and increase resilience. This includes teaching community members disaster skills and encouraging them to sign up for our mass emergency alerting system, Alert King County. We also would have had limited capability to provide training and exercises to emergency management partners, thereby reducing the County and region's overall level of preparedness and ability to react, respond to, and recover from the disaster. During the incident, the King County Regional Emergency Operations Center (EOC) activated, and all of our staff members participated in the coordination of response operations activities; a 40% reduction in staff would have meant a diminished capacity to provide the critical support to city partners, County agencies, and the general public. Such critical support includes a common operating picture and situational awareness, which helps increase effectiveness and efficiency, along with resource management actions (helping agencies and partners get the resources they need to be effective at responding in life saving and life sustaining operations). After the event, we had 3-4 teams of OEM personnel with our state and federal partners out surveying damages at the locations in the community, but a reduction in staff by 40% would have decreased our ability to conduct joint preliminary damage assessment with the State (Emergency Management Division), FEMA, and the U.S. Small Business Administration. Finally, such a drastic reduction in workforce resources would lower our capacity to collect information on public entity infrastructure damage and response expenses, limiting our ability to

contribute to the State's application for a Major Disaster Declaration to the President (through FEMA).

16. In addition to the above emergency preparedness grant programs, King County must rely at times on FEMA Public Assistance Grants (PAG) when it faces extraordinary, unexpected expenses related to disasters that exceed certain thresholds. Granted only after a Presidential disaster declaration, PAG awards are intended to help communities recover from emergencies by addressing repair of critical infrastructure necessary to the continuity of government services, hazard mitigation, and emergency response. The County is currently managing five such fully executed PAG contracts and is awaiting reimbursement of **$18 million** in already approved and obligated federal funds the county has spent. An additional **$97 million** of awarded federal funding is awaiting the reconciliation, approval, and close-out or "versioning" of the awards. There is also at least one pending request for a Presidential disaster declaration related to the "bomb cyclone" that caused severe damage to the region in late 2024. King County estimates over **$11** million in damages to properly maintained, critical public infrastructure alone from that event.

17. None of the federal funds that OEM receives is for the purpose of immigration enforcement or tied to immigration enforcement.

18. The hardship posed by the present uncertainty regarding accessing crucial FEMA funding would be difficult in any budget climate. However, King County is facing a budget crisis for the next biennium driven largely by inflation and its impacts on available local tax revenues.

19. The 40% of OEM staff whose positions are funded by FEMA grants provide critical services to the community and our partners.

20. Absent receipt of contract federal funds, the county's only option is to attempt funding OEM through its general funds, which already has a projected $150 million-dollar shortfall for the next budget cycle. The General Fund is already obligated to funding the King County Sheriff's Office, the jails, the criminal justice system, and public health clinics. Thus, absent federal grant funding, there are insufficient general funds available to avoid drastic and crippling cuts to OEM operations, which would substantially endanger public safety on an ongoing basis.

21. Rebuilding and recovering from disasters and emergencies can take many years, cost billions of dollars, and can easily bankrupt local jurisdictions. King County OEM's work with state and local partners is absolutely crucial to national security and public safety. Without timely and reliable access to the federal funding the County has already been properly awarded, OEM will be unable to meet its obligations to the residents of the county, region, and country.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed 11th day of March, 2025, at Renton, Washington.

_____
BRENDAN MCCLUSKEY
Director
King County Office of Emergency Management