DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5402
Telephone:    (415) 355-3308
Facsimile:    (415) 437-4644
E-Mail:       karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:    (408) 299-5900
Facsimile:    (408) 292-7240
E-Mail:       tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>Defendants. | Case No. 3:25-cv-1350-WHO<br><br>**DECLARATION OF HEIDI RITCHIE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

# DECLARATION OF HEIDI RITCHIE

1. My name is Heidi Ritchie. I am employed by the City of Minneapolis as the Deputy Commissioner of Public Health, in the Health Department.

2. The City of Minneapolis Health Department is charged with protecting the environment, preventing disease and injury, and promoting healthy behaviors. Achieving those goals is critical to create a city that is a healthy place, to live, work and play for residents of all immigration status.

3. The recent federal executive orders on immigration and refugees have created a significant climate of fear that will prevent residents from accessing critical public health services provided by the Minneapolis Health Department, many of which must be done in-person, in public, and cannot be delivered otherwise.

4. One of the most critical services offered is immunizations to under-insured and un-insured Minneapolis residents. It is of paramount importance that the population of residents who qualify for this service continue to access regular immunizations and preventive healthcare offered by the health department to prevent the spread of communicable diseases. This is particularly salient given there are ongoing outbreaks of measles, pertussis and tuberculosis in communities around the country. To keep residents healthy, and to protect the wider Minneapolis community, residents must be able to access immunization and preventive healthcare services offered by the city health department. The city relies on its residents proactively getting tested, vaccinated, seeking care, and working with public health employees to minimize the impact on the health of our community. Minneapolis's Separation Ordinance, M.C.O. Ch. 19, helps promote this goal by ensuring that all residents can feel comfortable accessing public health services without fear of immigration consequences. The climate of fear that the recent executive orders have created puts much of this work in jeopardy, as residents are afraid to be in public and engage with city health officials for fear of interacting with federal immigration authorities.

5. The recent executive order will also have an effect on the health department's ability to provide commercial hygiene and food preparation education to newly arrived immigrant entrepreneurs. Minneapolis is lucky to have one of the most vibrant food scenes in the Midwest. That is made possible by the multitudinous immigrant owned restaurants that call Minneapolis home. If this population of residents fears interacting with city health officials to receive training and education on

how to follow the city and state's exacting food-safety regulations, it will have serious negative health impacts on our residents and community. This work is also done largely in-person and in public. This work will be hampered, and our community harmed, if residents fear that their immigrant status puts them at risk when interacting with health department staff.

6. The Minneapolis health department is on the front lines of keeping our city and its residents healthy providing vital services like preventing infectious disease outbreaks and providing urgent outbreak response. Much of our work must be done face-to-face. The confusion, fear, and uncertainty brought on by these orders prevents the city from providing, and residents from receiving, critical public health services.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 14, 2025, in Hennepin County, Minnesota.

*Heidi Ritchie*

Heidi Ritchie