DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
Telephone:    (415) 355-3308
Facsimile:    (415) 437-4644
E-Mail:    karun.tilak@sfcityatty.org

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:    (408) 299-5900
Facsimile:    (408) 292-7240
E-Mail:    tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>Defendants. | Case No. 3:25-cv-1350-WHO<br><br>**DECLARATION OF MICHELLE RIVERO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Decl. of Michelle Rivero ISO Plts.' Mot. for Prelim. Injunction    1    Case No. 3:25-cv-1350-WHO

## DECLARATION OF MICHELLE RIVERO

I, Michelle Rivero, hereby declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2. I am employed by the City of Minneapolis as the Director of the Office of Immigrant and Refugee Affairs. I have held this position since July 2018.

3. The City of Minneapolis is the largest city in Minnesota and one of its most diverse. Minneapolis is home to immigrants and refugee residents with varying immigration statuses, from naturalized citizens to those without lawful immigration status.

4. The Office of Immigrant and Refugee Affairs (OIRA) serves as an open door for the Minneapolis community born outside of the United States. OIRA helps connect community members to city departments and to community resources, including free immigration legal service providers so that people are able to achieve secure or more secure immigration status in the United States, up to and including United States citizenship. OIRA also supports the development of initiatives that promote immigrant and refugee inclusion and celebration in the City of Minneapolis, in collaboration with additional city staff, elected officials, and community, multisectoral and multijurisdictional partners.

5. The Office of Immigrant and Refugee Affairs partners with community-based organizations, faith groups, and other entities to support immigrants and refugees in Minneapolis. Through the City's policies and practices, the City has garnered trust from these partners and the communities they serve because they can feel safe working with OIRA to connect community members to city departments and community resources without being concerned that they will lead to collateral immigration consequences.

6. Since January 20, the Office of Immigrant and Refugee Affairs has learned of residents who are afraid to be in public, bring their children to school, shop at local businesses, seek healthcare, and access opportunities for which they are eligible because of concerns that the federal government may target Minneapolis and its residents for immigration enforcement operations.

7. This fear makes it more difficult for our office to deliver critical information and connections to resources and services to immigrant and refugee communities.

8. Community and employee concerns about enforcement in public spaces hamper City efforts to offer services and support in person and prevent residents from accessing municipal services. Where there is no virtual alternative and in-person is the only way to engage with residents, City staff have struggled to identify how to ensure that municipal services for which any resident is eligible may continue to be safely accessible to all residents. Despite consistent and repeated City efforts to communicate City policies -- including the City's Separation Ordinance governing employee conduct in immigration matters, as well as Minneapolis Police Department public statements confirming it does not enforce federal immigration law -- members of the Minneapolis community are confused and fearful in the wake of the federal executive orders on immigration.

9. Some community reports indicate that members of the public are not able to discern between local and federal government officials. This confusion and fear negatively impact public safety and access to justice, especially where community members may be the victims of crime or may fear going to court due to fear of immigration enforcement. Immigration focused executive orders, memoranda and announcements from the federal government indicating that cities with policies decoupling law enforcement from immigration enforcement may be targeted also create uncertainty for City employees, who may legitimately fear legal consequences, including prosecution, for engaging in lawful activity in the context of doing their jobs.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 12, 2025, in Hennepin County, Minnesota.

Michelle Rivero