DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
Facsimile: (415) 437-4644
E-Mail: karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>Defendants. | Case No. 25-CV-01350-WHO<br><br>**DECLARATION OF UNDERSHERIFF KEITH BOYD, MONTEREY COUNTY SHERIFF'S OFFICE** |

## DECLARATION OF UNDERSHERIFF KEITH BOYD

I, Keith Boyd, do hereby declare as follows:

1. I am the Undersheriff employed by the Monterey County Sheriff's Office (MCSO).

2. As part of my work, I help track MCSO financial allocations and revenue streams, and I have general insights into MCSO expenditures and programs.

3. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.

**United States Department of Justice ("DOJ") Funding**

4. MCSO receives significant funding from DOJ through the Bureau of Justice Assistance, which was created to reduce violent crime, create safer communities, and reform our nation's criminal justice system.

5. As one example, in fiscal years 2024–25 through 2026–27, MCSO is set to receive $600,000 in DOJ JustGrants through the Bureau of Justice Assistance, which MCSO has budgeted for the purchase of Axon body-worn Cameras, Taser conducted-energy weapons, interview rooms, and a cloud-based digital evidence storage system. Equipping all Sheriff's Deputies with body-worn cameras allows MCSO to better protect its officers and the community; these cameras facilitate criminal investigations and deter crime while ensuring accountability and transparency in interactions between Deputies and members of the public that we serve.

6. MCSO intends to likewise apply for DOJ grants through the Bureau of Justice Assistance in fiscal year 2025–26. The requested funding would continue to go to ensuring Deputies have cutting-edge technology at their disposal as they perform their duties.

7. Without federal DOJ funding, MCSO would have to backfill costs from its general fund, which in turn would leave it less well equipped to fight crime and keep our community safe.

Moreover, MCSO receives much of its federal funding on a reimbursement basis, meaning it has made and continues to make expenditures using local resources based on approval and assurances regarding forthcoming federal funding.

**Department of Homeland Security ("DHS") Funding**

8. MCSO also receives significant funding from DHS, including through the Homeland Security Grant Program, which offers a suite of risk-based grants to states and localities in order to assist in preventing, protecting against, mitigating, responding to, and recovering from acts of terrorism and other threats.

9. As one example, for fiscal years 2021–22 through 2024–25, MCSO has been allocated and is set to be reimbursed roughly $1,016,861 in explosive ordnance bomb-squad and Special Weapons and Tactics ("SWAT") training and equipment assistance from DHS. Ensuring that MCSO has the training and equipment needed to respond to serious threats to public safety helps keep our officers out of harm's way and our residents safe.

10. MCSO has received Homeland Security Grant Funding for each of the past four fiscal years, and those funds are applied on a yearly basis to the MCSO Bomb Squad and SWAT units, which enhance our ability to combat crime and keep our community safe.

11. Without federal DHS funding, MCSO would be left with fewer tools to address the unique threats to public safety that our partners at the federal level have helped with in years past. Especially given the current financial climate, any DHS funding cut would require MCSO to cut spending elsewhere, and would in turn leave MCSO with fewer resources to fight crime and to ensure the safety of all residents in the County of Monterey.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on March 10, 2025, at Salinas, Monterey County, California.

Dated: March 10, 2025

_____
Keith Boyd