DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone:     (415) 355-3308
Facsimile:     (415) 437-4644
E-Mail:         karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:     (408) 299-5900
Facsimile:     (408) 292-7240
E-Mail:         tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE, <br><br>        Plaintiffs, <br><br>    vs. <br><br> DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100, <br><br>        Defendants. | Case No. 25-CV-01350-WHO <br><br><br> **DECLARATION OF COUNTY OF MONTEREY'S ADMINISTRATIVE OFFICER SONIA M. DE LA ROSA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Decl. of Sonia M. De La Rosa ISO Plts' Mot. for Prelim. Inj.

1

Case No. 25-CV-01350-WHO

**DECLARATION OF COUNTY OF MONTEREY'S ADMINISTRATIVE OFFICER**

**SONIA M. DE LA ROSA**

I, Sonia M. De La Rosa, declare as follows:

1.  I am the County Administrative Officer for the County of Monterey.

2.  As part of my work, I help develop and submit budgetary proposals to ensure that the County has a finalized budget to start each fiscal year and is in a financial position to meet its commitments to its residents and to entities with whom the County contracts to help provide services.

3.  I understand that the County of Monterey is involved in litigation concerning threats of federal funding cuts to so-called "sanctuary jurisdictions" that do not share the federal government's current immigration priorities.

4.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.

**Federal Funding in the County's Budget**

5.  I am directly involved in the County of Monterey's budgeting process, and I am also generally familiar with the funding streams on which the County relies in order to provide services.

6.  Federal funding, coming either directly from the federal government or passed through at the state level, makes up a significant portion of the County of Monterey's budget. This year, FY 2024–25, the County's approved budget is approximately $2 billion.

7.  For the last two years for which finalized budget data is currently available (FY 2023–24 and 2024–25), a total of roughly $480 million in federal funding was budgeted for use in the County during that two-year period.

8.  This federal funding is used for a range of purposes, including public assistance programs, capital projects, and health administration. The County's Health Department, Department of Public Works, and Department of Social Services all budget for the use of tens of millions of dollars in federal funding to support the provision of basic governmental services in Monterey County.

**Impact on the County's Budget Process of Federal Funding Becoming Unavailable**

9.  In December 2024, the County of Monterey began its annual budgeting process and efforts to forecast the locality's financial plan for the next three fiscal years.

10.     The budget for this fiscal year needs to be finalized by July 1, 2025. Current projections suggest that the County will be budgeting for expenditures in excess of revenues.

11.     In order to finalize a budget for the coming fiscal year, fundamental budget decisions are being made that presume the County's ongoing ability to receive federal funds.

12.     The loss of an estimated 13% of Monterey's budgeted revenue if direct federal funding to the County were cut off would significantly undermine our ability to provide services to County residents. Loss of direct federal funding to County health and safety programs in particular would leave County residents at immediate risk of harm and disruption to crucial services.

13.     Should federal funds become unavailable, it would also upend the County's ongoing budgeting efforts. The County would need to hurriedly develop new budgetary proposals, while drastically reducing services or rushing to backfill funding. The County's ability to finalize a budget in advance of the coming fiscal year would be left in significant doubt.


I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on March 10, 2025, at Salinas, Monterey County, California.

Dated:  March 10, 2025

SONIA DE LA ROSA