DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
Telephone: (415) 355-3308
Facsimile: (415) 437-4644
E-Mail: karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>Defendants. | Case No. 3:25-cv-1350-WHO<br><br>**DECLARATION OF JESTIN JOHNSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

## DECLARATION OF JESTIN JOHNSON

I, Jestin Johnson, declare as follows:

1. I am a resident of the State of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2. I am the City Administrator for the City of Oakland ("Oakland" or the "City"). In this capacity, I am responsible for overseeing all City operations, including managing the City's budget.

3. As part of funding cycles including the 2025 calendar year, Oakland was awarded approximately $8 million in grants from the United States Department of Justice ("DOJ"). This funding comes from Justice Access grants, DNA Capacity Enhancement for Backlog Reduction grants, Byrne Access to Justice grants, and Office of Juvenile Justice and Delinquency Prevention Enhancing School Capacity to Address Youth Violence grants, among others.

4. That funding allows for provision or expansion of critical public safety services including:

   a. Hiring of 15 additional police officers;
   b. Processing the backlog of biological evidence;
   c. Expanding Oakland Ceasefire strategy efforts intended to address and reduce gun violence in Oakland;
   d. Funding training equipment and helicopter maintenance for the police department, including fuel for the helicopter;
   e. Funding laboratory firearms work and training;
   f. Funding workshops to repair and strengthen the Oakland Police Department's relationship with the Oakland community; and
   g. Enhancing school violence intervention and prevention teams for the Oakland Unified School District.

5. Oakland has more than $5 million in outstanding awards from DOJ that the City has yet to spend and/or receive.

6. Oakland is facing budget shortfalls. Already Oakland has had to initiate layoffs for several dozen employees in addition to cutting spending across the city. Oakland is continuing to work to ensure the long-term financial viability of its budget.

7. Federal grants play a critical role in allowing Oakland to maximize the services the Oakland Police Department can provide. Without the funds from DOJ, Oakland would have to scale back critical public safety initiatives and/or reduce staffing, thus undermining the city's ability to serve and protect its citizens.

8. Including the funding immediately under threat, Oakland received approximately $170 million in federal funds and awards for 2024. These funds went to support emergency services, housing within the city, outreach to homeless persons, early childhood development services, violence prevention, and ecological projects among other things.

9. The threatened withdrawal of federal funding makes the budgeting process for Oakland more daunting and puts Oakland at risk of having to guess whether it can afford to count on those funds or if it needs to cut programs, spending, and potentially staff to be able to withstand that loss of funding.

10. Oakland faces several critical decision points on the budget and the reliance it can place on federal funds in the coming months. First, all departments must submit their budget proposals to the mayor by March 21, 2025. The mayor then finalizes their budget in the second week of April and publishes that budget at the beginning of May. The Oakland City Council must then provide any amendments and then adopt a final budget by June 30, 2025. A lack of clarity around Oakland's access to federal funds undermines the city's ability to set its budget at each of these steps.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 11, 2025, in Oakland, California.

_____
Jestin Johnson

Decl. of Jestin Johnson ISO Plts.' Mot. for Preliminary Injunction     3     Case No. 3:25-cv-1350-WHO