DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone:     (415) 355-3308
Facsimile:      (415) 437-4644
E-Mail:          karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:     (408) 299-5900
Facsimile:      (408) 292-7240
E-Mail:          tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>        Plaintiffs,<br><br>        vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>        Defendants. | Case No. 25-CV-01350-WHO<br><br>**DECLARATION OF KEN LEE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

## DECLARATION OF KEN LEE

I, Ken Lee, declare as follows:

1.     I am a resident of the State of Oregon. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2.     I am currently the Business Services Manager for the Public Safety Service Areas. In this role, I oversee financial operations, budgeting, and strategic planning to support the City of Portland's public safety initiatives. My responsibilities include managing contracts, procurement, accounting, and financial analysis, ensuring efficient allocation of resources across various public safety programs, including the Portland Police Bureau ("PPB"). I have been employed with the City of Portland as a Business Service Manager for over five years.

3.     PPB receives federal grant funding, including funding from the United States Department of Justice ("DOJ"), to fund numerous essential programs within the bureau.

4.     For example, PPB received a 2024 Byrne Discretionary Community Project Grant for approximately $1,359,000 ("BWC Grant"). The grant is designated to procuring equipment for the City of Portland's new body-worn camera program for every PPB officer.

5.     PPB is the largest police agency in the State of Oregon. Until last year, the City of Portland was the largest metropolitan city in the United States whose officers did not wear body-worn cameras.

6.     The City is a party to a settlement agreement with DOJ in *United States of America v. City of Portland*, 3:12-cv-02265-SI.

7.     In 2021, DOJ initiated a process to find the City in breach of the settlement agreement. This process required conferral and mediation. Following mediation, the City and DOJ agreed to amend the settlement agreement, adding a provision requiring the City to implement a body-worn camera program.

8.      PPB has relied on the BWC Grant to procure the required equipment to implement the City's body-worn camera program required under the DOJ settlement, including, among other things, the purchase of body-worn cameras, docks, and licenses of necessary software.

9.      PPB has procured the equipment contemplated in the grant through a subscription requiring annual payments. The City budgeted for the $1,359,000 grant to cover a substantial portion of the 2025 annual payment for this equipment. While the process for invoicing and seeking reimbursement from the DOJ has not been completed, the City has acted in reliance on these anticipated funds.


I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 12, 2025, in _Portland, Oregon_ .

_Ken Lee_

Ken Lee