| | |
|---|---|
| DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>NANCY E. HARRIS, SBN 197042<br>KARUN A. TILAK, SBN 323939<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102-5408<br>Telephone: (415) 355-3308<br>Facsimile: (415) 437-4644<br>E-Mail: karun.tilak@sfcityatty.org<br><br>Attorneys for Plaintiff<br>CITY AND COUNTY OF SAN FRANCISCO | TONY LOPRESTI, SBN 289269<br>County Counsel<br>KAVITA NARAYAN, SBN 264191<br>Chief Assistant County Counsel<br>MEREDITH A. JOHNSON, SBN 291018<br>Lead Deputy County Counsel<br>STEFANIE L. WILSON, SBN 314899<br>RAJIV NARAYAN, SBN 334511<br>Deputy County Counsels<br>BILL NGUYEN, SBN 333671<br>Litigation Fellow<br>70 W. Hedding Street, East Wing, 9th Floor<br>San José, CA 95110<br>Telephone: (408) 299-5900<br>Facsimile: (408) 292-7240<br>E-Mail: tony.lopresti@cco.sccgov.org<br><br>Attorneys for Plaintiff<br>COUNTY OF SANTA CLARA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>Defendants. | Case No. 25-CV-01350-WHO<br><br>**DECLARATION OF JONAS BIERY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

# DECLARATION OF JONAS BIERY

I, Jonas Biery, declare as follows:

1. I am a resident of the State of Oregon. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2. I am currently employed as the City of Portland's Deputy City Administrator for Budget and Finance and Chief Financial Officer. I have held this position for almost one year. In this position, I am responsible for managing the City of Portland's accounting, budgeting, special appropriations, small donor elections, and revenue programs. This includes setting financial policy and budget processes for the City.

3. The City of Portland operates with an annual budget of approximately $8 billion. It employs over 7,000 people and provides a multitude of services to local residents, including transportation infrastructure, housing, public safety (police, fire, 911), parks and recreation, water, and sewer. These services are essential to the day-to-day lives of the over 650,000 residents in Portland.

4. The City of Portland operates on a July 1–June 30 budget year. For the 2025–2026 budget year, the City currently estimates at least a $100 million budget shortfall. The City of Portland's budget cycle includes multiple phases. First, the Mayor releases budget guidance and each of the City's service areas begin budget preparations, including preparing proposed budgets. This year, the budget guidance requested that all service areas offer budgets with proposed 5% and proposed 8% reductions to account for the anticipated budget shortfall. The City Administrator then drafts budget recommendations, which are released publicly at the end of February. After working sessions through March and April, the Mayor releases a proposed budget by May 5. After receiving proposed budgets from each of the City's service areas, the Mayor and City Administrator create a unified proposed budget, which is submitted to City Council. City Council convenes under state law as the Budget Committee to approve the City's budget in late May. And the City Council adopts the budget in mid-June.

5. Given the budget cycle, late winter and spring are essential times for making determinations related to City budgeting.

6. The City of Portland currently has approximately $344 million in active federal grants. Of these amounts, approximately $135 million has already been reimbursed to the City, with another approximately $193 million remaining outstanding on existing grants. The City depends on this federal grant funding in nearly all service areas, including significant funding for the Portland Housing Bureau, the Portland Bureau of Transportation, and public safety bureaus (Portland Police Bureau, Portland Bureau of Emergency Management, and Portland Fire and Rescue). Without the anticipated funding reimbursement and no established contingency resource for these services, the City would need to be scale back the federally funded projects and services considerably, if not discontinue them completely.

7. Of the City's total federal grant funding, the City currently has 12 active grants funded through United States Department of Justice ("DOJ") funding. These 12 DOJ grants total approximately $10 million. The City uses these grant funds for programs designed to address and reduce gun violence, increase enforcement related to unlawful street racing, use evidence-based practices to identify stolen vehicles, implement a body-worn camera program, provide de-escalation and crisis-response training, and to leverage forensic technology to decrease the number of unresolved violent-crime cold cases and increase public safety.

8. It is challenging to engage in a complete and thorough budget process with uncertainty over millions of dollars in already-awarded federal grant money. Given the active federal grants and the timing of the City's fiscal year, the uncertainty created by the Executive Orders threatening funding to Sanctuary Cities, as well as the administration's actions advancing these orders, presents a major risk to the City's budget and creates uncertainty for the delivery of critical City services.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 12, 2025, in Portland, Oregon.

Jonas Biery

Decl. of Jonas Biery ISO Plts' Mot. for Prelim. Inj.   3   Case No. 25-CV-01350-WHO