DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
Telephone:     (415) 355-3308
Facsimile:      (415) 437-4644
E-Mail:          karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:     (408) 299-5900
Facsimile:      (408) 292-7240
E-Mail:          tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100, | Case No. 3:25-cv-1350-WHO<br><br>**DECLARATION OF MARIO LARA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Defendants.

## DECLARATION OF MARIO LARA

I, Mario Lara, declare as follows:

1. I have personal knowledge of the facts set out in this affirmation and, if called as a witness, could testify competently to the matters set out below.

2. I am an Assistant City Manager for Public Safety. I assumed this position in 2022. I provide executive oversight of the Police Department, Fire Department, Office of Emergency Management, and Department of Community Response. Prior to my current position, I was the Director of Youth, Parks & Community Enrichment.

3. The Sacramento Police Department (the "Department") has $1.6 million in active grants from the United States Department of Justice ("DOJ"). These grants are as described below:

    a. **COPS Hiring Program ($598,501):** This DOJ grant funds 15.0 full-time equivalent police officer positions to enhance the Department's efforts to provide core police services and community policing engagement, as well as support the crime and violence reduction strategies across the City.

    b. **Byrne JAG ($491,789):** This DOJ grant supports the unfunded portion of ShotSpotter services. The ShotSpotter platform is an acoustic gunfire detection system that is integral to the Department's gun violence prevention and investigation efforts.

    c. **NSP Capacity Building Grant ($500,000):** The Department is a Bureau of Justice Assistance Public Safety Partnership site (PSP), and this grant is exclusively for PSP sites to support their work to build capacity to develop and implement crime and violence reduction strategies identified through the Bureau of Justice Assistance Public Safety Partnership. The Department was awarded the NSP Capacity Building Grant to focus on increasing the efficiency of the Digital Forensics Unit and improving crime mapping abilities for internal and external uses (e.g., public dashboards of violent crime suppression results). A portion of these funds will be awarded to the Sacramento

Decl. of Mario Lara ISO Plts.' Mot. for Prelim. Injunction    2    Case No. 3:25-cv-1350-WHO

c:\users\avelasquez\appdata\local\microsoft\windows\inetcache\content.outlook\71c9hcy8\sacramento 2025-03-10 draft decl of mario lara_kt (bn_0310).docx

County District Attorney's Office to further the goals identified in its Public Safety Partnership Assessment.

4. Each of these grants is reimbursement based such that the Sacramento Police Department expends monies from its budget for each program and is then reimbursed by the DOJ grant funds.

5. Should all funding from the DOJ be eliminated, the Sacramento Police Department would need to determine if there are funds available to cover the programs that the grant monies support or whether the programs need to be cut or scaled back.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 12, 2025, in ___Sacramento, CA___.

*Mario E. Lara*

Mario Lara

Decl. of Mario Lara ISO Plts.' Mot. for Prelim. Injunction    3    Case No. 3:25-cv-1350-WHO

c:\users\avelasquez\appdata\local\microsoft\windows\inetcache\content.outlook\71c9hcy8\sacramento 2025-03-10 draft decl of mario lara_kt (bn_0310).docx

Case 3:25-cv-01350-WHO   Document 61-17   Filed 03/17/25   Page 4 of 4