| | |
|---|---|
| DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>NANCY E. HARRIS, SBN 197042<br>KARUN A. TILAK, SBN 323939<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102-5402<br>Telephone:     (415) 355-3308<br>Facsimile:      (415) 437-4644<br>E-Mail:          karun.tilak@sfcityatty.org<br><br>Attorneys for Plaintiff<br>CITY AND COUNTY OF SAN FRANCISCO | TONY LOPRESTI, SBN 289269<br>County Counsel<br>KAVITA NARAYAN, SBN 264191<br>Chief Assistant County Counsel<br>MEREDITH A. JOHNSON, SBN 291018<br>Lead Deputy County Counsel<br>STEFANIE L. WILSON, SBN 314899<br>RAJIV NARAYAN, SBN 334511<br>Deputy County Counsels<br>BILL NGUYEN, SBN 333671<br>Litigation Fellow<br>70 W. Hedding Street, East Wing, 9th Floor<br>San José, CA 95110<br>Telephone:      (408) 299-5900<br>Facsimile:       (408) 292-7240<br>E-Mail:          tony.lopresti@cco.sccgov.org<br><br>Attorneys for Plaintiff<br>COUNTY OF SANTA CLARA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>   Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>   Defendants. | Case No. 3:25-cv-1350-WHO<br><br>**DECLARATION OF LEYNE MILSTEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

# DECLARATION OF LEYNE MILSTEIN

I, Leyne Milstein, declare as follows:

1. I have personal knowledge of the facts set out in this affirmation and, if called as a witness, could testify competently to the matters set out below.

2. I am the interim City Manager of the City of Sacramento, California ("Sacramento" or the "City"). In that role, assumed on January 14, 2025, I oversee Sacramento's 6,000 full-time, part-time and seasonal employees, manage an annual operating budget exceeding $1.6 billion, and implement policy direction from the city council.

3. Prior to this appointment, I served as an Assistant City Manager, where I oversaw the Departments of Finance, Human Resources, and Information Technology. Prior to becoming Assistant City Manager, I served as the Director of Sacramento's Finance Department from 2008 to 2017. Prior to joining the City, I worked for the State of California, including roles at the Department of Finance and State Public Works Board.

4. Sacramento receives substantial federal funding that it uses to deliver services to city residents. Across all City operations, the City is expecting approximately $175 million in outstanding federal reimbursements.

5. If all federal funding were removed, the City would have a large budget deficit that would need to be reconciled. Cutting services, including potentially public safety services, would be considered to account for the revenue loss.

6. Sacramento has begun the annual budget planning process for fiscal year ("FY") 2025–26, which begins on July 1, 2025. I must submit a proposed balanced budget for FY 25–26 to the city council by April 30, 2025. The city council must pass a balanced FY 25–26 budget by June 30, 2025. Not knowing whether federal reimbursements will arrive as expected creates uncertainty about how to achieve a balanced budget.

7. Sacramento's budget for FY 24–25 is approximately $1.6 billion. While Sacramento has an Economic Uncertainty Reserve ("EUR") to cover revenue losses incurred during a recession, the City has a structural deficit with significant and growing forecasted budget deficits over the next five years. The EUR is intended to provide a backfill as a result of changes in the economy. It was

never envisioned to provide a backfill for the loss of federal resources. While the EUR may support expenditures necessitated by the loss of federal resources, the EUR would not be sufficient to cover the loss of all or a substantial amount of federal funding because the current balance in the EUR is less than those potential losses.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 15, 2025, in Sacramento, CA.

Leyne Milstein