DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone:     (415) 355-3308
Facsimile:     (415) 437-4644
E-Mail:        karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:     (408) 299-5900
Facsimile:     (408) 292-7240
E-Mail:        tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE, <br><br> Plaintiffs, <br><br> vs. <br><br> DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100, <br><br> Defendants. | Case No. 25-CV-01350-WHO <br><br> **DECLARATION OF JOHN MCCARTHY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

**DECLARATION OF JOHN MCCARTHY**

I, John McCarthy, declare as follows:

1. I am a resident of the State of Minnesota. I have personal knowledge of the facts set out in this affirmation and, if called as a witness, could and would testify competently to the matters set out below.

2. I am the Director of the Office of Financial Services for the City of Saint Paul, Minnesota ("Saint Paul," or the "City"). Among my other duties, I effectively act as the City's Chief Financial Officer, and I am responsible for developing and submitting the City's budget on an annual basis.

3. Chapter 44 of Saint Paul's Administrative Code, entitled "Employee Authority in Immigration Matters," a copy of which is attached as Exhibit A, provides that although the City will work cooperatively with the Department of Homeland Security, just as it does with other state and federal law enforcement agencies, it does not operate its programs for the purpose of enforcing federal immigration laws. Chapter 44 contains specific rules for employees consistent with this general proposition.

4. Significant losses of federal funding would have dramatic, far-reaching consequences for Saint Paul. As the City's Director of Financial Services, I must decide how to handle this potential loss of funds for the coming fiscal year 2026 and beyond.

5. Saint Paul has $192.2 million in federal funds currently under contract. The majority of these funds, roughly $139.4 million, is tied to one-time projects, largely capital investments. The remainder, approximately $52.7 million, consists of operational funding supporting ongoing programs and departments.

6. In addition to the foregoing amounts, Saint Paul has been awarded $66.8 million in federal funds for which it is in the post-award phase of establishing work plans and executing

contracts. Saint Paul has applied for additional amounts of federal grants totaling approximately $66.1 million. These applications are pending as of the date of this Declaration.

7. Saint Paul currently has $7,108,957 in grant funds under contract from the United States Department of Justice ("DOJ"). Of this amount, $2,971,692 has already been spent, $2,255,151 has been reimbursed, and $716,541 has not yet been reimbursed.

8. Saint Paul uses DOJ funds for a host of public safety initiatives. DOJ's COPS Hiring Program helped Saint Paul hire 15 full-time police officers; the program partially funds these officers' wages for three years. DOJ funds also support the Law Enforcement Career Path Academy and the Familiar Faces program, which assists frequent users of emergency and shelter services within the City. DOJ funds also generally support DWI enforcement, drug trafficking unit, traffic enforcement, and equipment for gathering evidence at crime scenes, as well as paramedic and firefighter training and equipment for firefighters. If DOJ funds for these programs were withdrawn, the City likely could not fund these activities fully, and to the extent it chose to, that would mandate commensurate reductions in funding for other City programs.

9. Saint Paul also uses DOJ funds to support public safety programs aimed at helping victims of violence and sexual assault and reducing domestic violence. For example, DOJ funds allowed Saint Paul to hire a victim-witness coordinator in the police department.

10. Saint Paul relies on federal funding to support a wide range of other critical services. For example:

   a. Saint Paul has spent $7.3 million in federal funds that have not yet been reimbursed in construction costs on a geothermal project in the Primates Building at the Como Zoo and renovations to the North End Community Center.

  b. Saint Paul plans to invest $3 million in pass-through redevelopment grants for new affordable housing, business development and economic development. Federal funds also support partnerships with six nonprofits that provide housing, economic development, and small business support.

  c. Saint Paul has a ten-year plan, supported by federal funding, to replace the 26,000 lead service lines to households in Saint Paul, including, most immediately, low-income households in Saint Paul's East and North Side neighborhoods.

  d. Federal funds support Saint Paul's Right Track internship program, which offers paid internship hours to youth from low-income neighborhoods. 87% of interns reported that their internship wages are a crucial source of income for themselves and their families.

  e. Federal funds also support environmental programs, including a youth forestry training program, invasive species removal, and a long-term plan to construct trails near downtown and the east side of the City.

11. Without federal funding, programs such as the above would face cuts. Because Saint Paul relies on federal funds for its ongoing operations across many subject matter areas, and for many different purposes, it is not possible to identify each and every area in which the City would suffer significantly, were it to lose out on federal funds. The effect of a complete loss of federal funds would be devastating for Saint Paul, its employees, and its residents.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 12, 2025, in Ramsey County, MN.

_____
JOHN MCCARTHY