DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5408
Telephone:	(415) 355-3308
Facsimile:	(415) 437-4644
E-Mail:	karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:	(408) 299-5900
Facsimile:	(408) 292-7240
E-Mail:	tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE, <br><br>   Plaintiffs, <br><br>   vs. <br><br> DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100, <br><br>   Defendants. | Case No. 25-CV-01350-WHO <br><br> **DECLARATION OF ROLANDO CHARVEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

# DECLARATION OF ROLANDO CHARVEL

I, Rolando Charvel, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set out below.

2. I am the Director of Finance and Comptroller for the City of San Diego ("San Diego or "City"). Among many financial responsibilities, I develop and submit the City's proposed and balanced budget each fiscal year. My role entails serving as an internal fiscal consultant to the City, which requires close oversight of accounting, debt management, financial compliance and reporting, and all grants, including federal grants.

3. Over the course of nearly 26 years in various finance roles for San Diego, including as its former Chief Financial Officer, I have overseen all aspects of the City's financial operations and have worked on dozens of financial reports including the annual adopted budgets and many long-term financial planning, monitoring and accounting documents, such as the City's Five-Year Financial Outlook and Annual Comprehensive Financial Reports.

4. San Diego heavily relies on federal funds for its daily operations in a broad array of public services, including but not limited to law enforcement, housing, education, healthcare, social services, infrastructure, homelessness, environmental projects, staffing, and much more. Losing federal funding would have detrimental consequences for the entire San Diego region, above and beyond simply our municipal budget.

5. On June 11, 2024, the City approved a budget of approximately $5.82 billion for Fiscal Year (FY) 2025. This budget maintains essential City services like police, fire, lifeguards, water, sewer, and libraries; addresses homelessness, promotes building more housing; fixes roads and critical infrastructure including one of the largest stormwater treatment systems in North America—all under the assumption that

it will continue to receive federal funds awarded through grants. The use of funds for City services is legally restricted and cannot be redirected to backfill any shortfall.

6. If unanticipated cuts in federal funds occur before the end of FY 2025, the City's General Fund will be severely impacted because there is less time to absorb the loss of funds.

7. Depending on the nature and extent of these cuts, they could lead to service cuts, layoffs, and cancellation of contracts and associated penalties. Consequently, any unanticipated cuts in federal funds will negatively impact virtually all City services and operations.

8. In fact, more recently, the City's Transportation Department was verbally notified of a sudden pause of a $10 million grant for the City's climate initiative, "Ready, Set, Grow," from U.S. Forest Service, a federal agency under the U.S. Department of Agriculture. This funding was awarded to plant and preserve more than 8,400 trees in San Diego's historically disadvantaged communities to improve our urban forest. Funding for this grant is now uncertain for an indefinite duration.

9. The City is considering how to develop a budget that considers the possible and very likely loss of federal funds in the coming fiscal year. The City is facing a substantial budget deficit projected to be approximately $1 billion over the next five years, so it will already be required to make budget reductions that will have a significant impact on service levels provided to residents. If the City creates a budget that anticipates the loss of federal funds, budget reductions would be even more severe, harming the public by significantly reducing the amount of money in its General Fund. Alternatively, the City could budget assuming the continued receipt of millions of dollars in grants, knowing it could then lose federal funds at any time, outside of the budget process. The inevitable risk is that the City may have no choice but to use its own General Fund, diverting money as well as resources from essential services that the City and its residents depend upon.

10. The City already started its lengthy year-long process of preparing the annual budget for the coming fiscal year, which begins on July 1, 2025. On December 4, 2024, the Mayor announced the City was facing a $258.2 million deficit for Fiscal Year 2026 and directed a series of actions to mitigate this deficit. These actions include freezing all but the most essential hiring, suspending all non-essential overtime, pausing non-essential spending, reviewing the City's Capital Improvement Program to ensure projects under construction are prioritized and construction of new facilities is limited, evaluating City leases, and exploring opportunities for revenue-generating measures.

11. On February 18, 2025, the Mayor also announced a series of budget-driven operational efficiencies, reductions and consolidations intended to help align the City's budget with its resources and streamline operations. These include the Mayor assuming the responsibilities of City Manager, consolidation of the Mayor's Office with several other City departments, including the Office of the Chief Operating Officer (COO), and reductions of City management positions.

12. As Director of Finance and Comptroller, I, together with the Chief Financial Officer, must lead the process to address the possible loss of federal funds for the FY 2026 proposed budget, which the Mayor must release to the public this April. The uncertainty of these funds also makes it nearly impossible for San Diego to maintain an accurate outlook in planning its future budgets.

13. In May 2025, the San Diego City Council will hear public input to recommend potential budget modifications. The City Council is ultimately required to approve a balanced budget by June 10, 2025.

14. In total, the City was awarded approximately $530 million in federal funding from over a hundred different grants administered by the U.S. Department of Justice (DOJ) and various other federal agencies. But approximately 97% of grants are set up to reimburse the City for eligible costs. This means that most federal funds, once awarded, do not become immediately available. Instead, federal grant programs require

the expenditure of the City's own funds first with the expectation of federal reimbursement later.

15. For DOJ programs alone, the City currently has at least 15 active grants totaling around $8 million from the past several years—the majority of which has not yet been reimbursed. They are under four DOJ programs: the Internet Crimes Against Children Task Force Program, the Edward Byrne Justice Assistance Program (JAG), the DNA Capacity Enhancement for Backlog Reduction Program, and the Paul Coverdell Forensic Science Improvement Grant Program. These programs directly impact funding for the San Diego Police Department's operations.

16. The City has expended significant expenditures in eligible costs that have not yet been reimbursed by federal agencies.

17. Overall, the loss of federal funding would devastate San Diego. In addition to the threat and harm to public safety, it would most likely cause reductions in police, fire, and other emergency services. It would impair core public safety services for those that work, visit, or live here. The City would have to lay off hundreds if not thousands of employees and cancel contracts that could create more jobs. And roads, public transportation, and key infrastructure necessary to support the San Diego region's economy would fall into disrepair, causing additional longer-term damage.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 11, 2025, in San Diego, California.

_____
Rolando Charvel