DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
Telephone: (415) 355-3308
Facsimile: (415) 437-4644
E-Mail: karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>Defendants. | Case No. 3:25-cv-1350-WHO<br><br>**DECLARATION OF SHIREEN MCSPADDEN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Decl. of Shireen McSpadden ISO Plts.' Mtn for Prelim. Injunction       1       Case No. 3:25-cv-1350-WHO

I, Shireen McSpadden, declare as follows:

1. I am a resident of the State of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2. I am the Executive Director of the City and County of San Francisco's Department of Homelessness and Supportive Housing ("HSH"). In that role, I oversee the entire homeless response system of care for the City and County of San Francisco.

3. HSH is focused on moving people permanently out of homelessness through strategies that stabilize people's lives through the City's housing and support services, and building a system that ends a person's homelessness before it becomes chronic.

4. HSH depends heavily on federal funding to support critical programs to transition individuals and families experiencing chronic homelessness into permanent housing. The Continuum of Care ("CoC") program administered by the U.S. Department of Housing and Urban Development ("HUD") makes up the lion's share of HSH's federal funding. The San Francisco Continuum Of Care currently has thirty three active CoC program grants from HUD, worth over $50 million dollars. These grants are primarily used to provide rental assistance to chronically homeless individuals to place them and sustain them in permanent supportive housing. The individuals served by these grants are some of the most vulnerable residents of San Francisco, many of whom struggle with disabilities, mental health and substance abuse issues, family trauma, and other challenges, and require additional and ongoing support and services in order to help ensure that they can maintain housing stability. Together, these grants enable the City to house individuals and families into almost 1,400 units of permanent housing.

5. CoC program grants are typically awarded on an annual basis for a twelve-month period and subject to renewal in subsequent years. Grant renewals and new projects are generally approved on annual basis for programs that meet the eligibility and ranking criteria set forth in HUD's Continuum of Care Notice of Funding Opportunity (NOFO) applicable to that year's competition.

6. HSH relies on the stability of San Francisco CoC funding in contracting with nonprofits to deliver programs and services to San Francisco's homeless population. For example, HSH typically enters into multi-year contracts with nonprofit sub-grantees to deliver services with the expectation that HUD will renew CoC program funding for HSH's ongoing service delivery.

7. For FY 2024, HSH applied to HUD for forty-one CoC grants, of which seven fund new projects and thirty three are renewals to continue funding existing projects that provide housing and services to help individuals and families experiencing homelessness move into stable housing.

8. On January 17, 2025, HUD released a notification of FY 2024 CoC project awards, and the awards list included all thirty-three renewal projects and one planning grant for which HSH had applied. While the funds would not be formally available until execution of the grant agreements, the performance periods for three grants have already commenced. The performance period of another six grant awards will begin within the next two months. In reliance on HUD's awards list, and in order to avoid disruption in the programs and services provided by nonprofits pursuant to these grants, HSH agreed to partially bridge the gap in funding using its own funds, with the expectation that awarded grant funding is forthcoming.

9. On March 12, 2025, HUD communicated to HSH that it would soon be circulating grant renewal agreements for several of the grant awards listed in the January 17 awards list (and for which HSH has already been paying nonprofit subgrantees).

10. HUD suggested that all grants awarded from FY 2024 CoC NOFO competition and future grants from FY 2025 would have updated language in light of the current administration's Executive Orders. HUD provided an example grant agreement reflecting these new terms. A true and correct copy of that example is attached hereto as Exhibit A.

11. I have reviewed the example grant agreement, and it imposes new conditions on renewing CoC program grants, including various conditions related to immigration restrictions and requirements. For example, the agreement cites to Executive Order 14,218 and states that "No state or unit of general local government that receives funding under this grant may use that funding in a

manner that by design or effect facilitates the subsidization or promotion of illegal immigration or abets so-called 'sanctuary' policies that seek to shield illegal aliens from deportation."

12. The grant renewal also imposes various other conditions related to not promoting "gender ideology," "diversity, equity, and inclusion," or "elective abortions."

13. HSH is still waiting to receive formal grant agreements from HUD. If the terms listed in the example grant agreement are in fact applied to HSH's agreements with HUD, a total of thirty three CoC grants worth over $50 million dollars will be subject to these conditions. The majority of these funds will go towards sustaining and expanding long-term housing for individuals experiencing chronic homelessness. Grant funds will also support HSH's efforts to provide short-term rental assistance and services, and improve access and assessment for individuals seeking homeless services, including youth and survivors of domestic violence.

14. If HSH were to forego this funding, it would either have to sacrifice this critically-needed housing support or reallocate its own funds to fill the gap—which would require moving those funds away from other critical services that HSH provides. Either way, the loss of these CoC program grants would severely impair HSH's ability to assist those facing homelessness and housing instability, a major concern in the Bay Area.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 17, 2025 at San Francisco, California.

SHIREEN MCSPADDEN

# Exhibit A

**Grant Number/FAIN: CA0033L9T012411**
**Recipient Name: City and County of San Francisco**
**Tax ID No.: 94-6000417**
**Unique Entity Identifier (UEI) Number: E42PRK5JAJ13**

### CONTINUUM OF CARE PROGRAM (Assistance Listing# 14.267) GRANT AGREEMENT

  This Grant Agreement ("this Agreement") is made by and between the United States Department of Housing and Urban Development ("HUD") and <u>City and County of San Francisco</u> (the "Recipient").

  This Agreement, the Recipient's use of funds provided under this Agreement (the "Grant" or "Grant Funds"), and the Recipient's operation of projects assisted with Grant Funds are governed by

1. The Consolidated Appropriations Act, 2024 (Public Law 118-42, approved March 9, 2024);

2. title IV of the McKinney-Vento Homeless Assistance Act 42 U.S.C. 11301 et seq. (the "Act");

3. the Continuum of Care Program rule at 24 CFR part 578 (the "Rule"), as amended from time to time;

4. the Notice of Funding Opportunity for FY 2024 and FY 2025 Continuum of Care Competition and Renewal or Replacement of Youth Homeless Demonstration Program (NOFO) except for references in the NOFO to Executive Orders that have since been repealed;

5. all current Executive Orders; and

6. the Recipient's application submissions on the basis of which these Grant Funds were approved by HUD, including the certifications, assurances, technical submission documents, and any information or documentation required to meet any grant award condition (collectively, the "Application").

  The Application is incorporated herein as part of this Agreement, except that only the project (those projects) listed below are funded by this Agreement. In the event of any conflict between any application provision and any provision contained in this Agreement, this Agreement shall control. Capitalized terms that are not defined in this agreement shall have the meanings given in the Rule.

1

HUD's total funding obligation authorized by this grant agreement is $481107, allocated between the project(s) listed below (each identified by a separate grant number) and, within those projects, between budget line items, as shown below. The Grant Funds an individual project will receive are as shown in the Application on the final HUD-approved Summary Budget for the project. Recipient shall use the Grant Funds provided for the projects listed below, during the budget period(s) period stated below.

| Grant No. (FAIN) | Grant Term | Performance Period | Budget Period | Total Amount |
|---|---|---|---|---|
| CA0033L9T012411 | 12 | (start date)- (end date) | (start date)- (end date) | $481107 |
| allocated between budget line items as follows: | | | | |
| a. Continuum of Care Planning Activities | | | | $0 |
| b. Acquisition | | | | $0 |
| c. Rehabilitation | | | | $0 |
| d. New construction | | | | $0 |
| e. Leasing | | | | $0 |
| f. Rental assistance | | | | $464100 |
| g. Supportive services | | | | $0 |
| h. Operating costs | | | | $0 |
| i. Homeless Management Information System | | | | $0 |
| j. Administrative costs | | | | $17007 |
| k. Relocation costs | | | | $0 |
| l. VAWA Costs | | | | $0 |
| m. Rural Costs | | | | $0 |
| n. HPC homelessness prevention activities: Housing relocation and stabilization services   $0    Short-term and medium-term rental assistance   $0 | | | | |

**Pre-award Costs for Continuum of Care Planning**

The Recipient may, at its own risk, incur pre-award costs for continuum of care planning awards, after the date of the HUD selection notice and prior to the effective date of this Agreement, if such costs: a) are consistent with 2 CFR 200.458; and b) would be allowable as a post-award cost; and c) do not exceed 10 percent of the total funds obligated to this award. The incurrence of pre-award costs in anticipation of an award imposes no obligation on HUD either to make the award, or to increase the amount of the approved budget, if the award is made for less than the amount anticipated and is inadequate to cover the pre-award costs incurred.

**These provisions apply to all Recipients:**

    The Recipient:

        (1) shall not use grant funds to promote "gender ideology," as defined in E.O. 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government;

        (2) agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the U.S. Government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code;

        (3) certifies that it does not operate any programs promoting diversity, equity, and inclusion that violate any applicable Federal anti-discrimination laws;

        (4) shall not use any Grant Funds to fund or promote elective abortions, as required by E.O. 14182, Enforcing the Hyde Amendment; and

        (5) Notwithstanding anything in the NOFO or Application, this Grant shall not be governed by Executive Orders revoked by E.O. 14154, including E.O. 14008, or NOFO requirements implementing Executive Orders that have been revoked.

    The recipient must administer its grant in accordance with all applicable immigration restrictions and requirements, including the eligibility and verification requirements that apply under title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, as amended (8 U.S.C. 1601-1646) (PRWORA) and any applicable requirements that HUD, the Attorney General, or the U.S. Center for Immigration Services may establish from time to time to comply with PRWORA, Executive Order 14218, or other Executive Orders or immigration laws.

    No state or unit of general local government that receives funding under this grant may use that funding in a manner that by design or effect facilitates the subsidization or promotion of illegal immigration or abets so-called "sanctuary" policies that seek to shield illegal aliens from deportation.

    Subject to the exceptions provided by PRWORA, the recipient must use SAVE, or an equivalent verification system approved by the Federal government, to prevent any Federal public benefit from being provided to an ineligible alien who entered the United States illegally or is otherwise unlawfully present in the United States.

    HUD will not enforce provisions of the Grant Agreement to the extent that they require the project to use a housing first program model.

    As stated in Section III.A.2 of the NOFO, Faith-based organizations may be recipients or subrecipients for funds under this agreement on the same basis as any other organization.

3

Recipients may not, in the selection of subrecipients, discriminate against an organization based on the organization's religious character, affiliation, or exercise.

If any new projects funded under this Agreement are for project-based rental assistance for a term of fifteen (15) years, the funding provided under this Agreement is for the performance period stated herein only. Additional funding is subject to the availability of annual appropriations.

The budget period and performance period of renewal projects funded by this Agreement will begin immediately at the end of the budget period and performance period of the grant being renewed. Eligible costs incurred between the end of Recipient's budget period and performance period under the grant being renewed and the date this Agreement is executed by both parties may be reimbursed with Grants Funds from this Agreement. No Grant Funds for renewal projects may be drawn down by Recipient before the end date of the project's budget period and performance period under the grant that has been renewed.

For any transition project funded under this Agreement the budget period and performance period of the transition project(s) will begin immediately at the end of the Recipient's final operating year under the grant being transitioned. Eligible costs, as defined by the Act and the Rule, incurred between the end of Recipient's final operating year under the grant being transitioned and the execution of this Agreement may be paid with funds from the first operating year of this Agreement.

HUD designations of Continuums of Care as High-performing Communities (HPCS) are published on HUD.gov in the appropriate Fiscal Years' CoC Program Competition Funding Availability page. Notwithstanding anything to the contrary in the Application or this Agreement, Recipient may only use grant funds for HPC Homelessness Prevention Activities if the Continuum that designated the Recipient to apply for the grant was designated an HPC for the applicable fiscal year.

The Recipient must use the Grant Funds only for costs (including indirect costs) that meet the applicable requirements in 2 CFR part 200 (including appendices), as may be amended from time to time. The Recipient's indirect cost rate information is as provided in Addendum #1 to this Agreement. The Recipient must immediately notify HUD upon any change in the Recipient's indirect cost rate, so that HUD can amend the Agreement to reflect the change if necessary.

HUD notifications to the Recipient shall be to the address of the Recipient as stated in the Recipient's applicant profile in *e-snaps*. Recipient notifications to HUD shall be to the HUD Field Office executing the Agreement. No right, benefit, or advantage of the Recipient hereunder may be assigned without prior written approval of HUD.

The Recipient must comply with the applicable requirements in 2 CFR part 200, as may be amended from time to time.

*Build America, Buy America Act*. The Grantee must comply with the requirements of the Build

America, Buy America (BABA) Act, 41 USC 8301 note, and all applicable rules and notices, as may be amended, if applicable to the Grantee's infrastructure project. Pursuant to HUD's Notice, "Public Interest Phased Implementation Waiver for FY 2022 and 2023 of Build America, Buy America Provisions as Applied to Recipients of HUD Federal Financial Assistance" (88 FR 17001), any funds obligated by HUD on or after the applicable listed effective dates, are subject to BABA requirements, unless excepted by a waiver.

*Waste, Fraud, Abuse, and Whistleblower Protections.* Any person who becomes aware of the existence or apparent existence of fraud, waste or abuse of any HUD award must report such incidents to both the HUD official responsible for the award and to HUD's Office of Inspector General (OIG). HUD OIG is available to receive allegations of fraud, waste, and abuse related to HUD programs via its hotline number (1-800-347-3735) and its online hotline form. You must comply with 41 U.S.C. § 4712, which includes informing your employees in writing of their rights and remedies, in the predominant native language of the workforce. Under 41 U.S.C. § 4712, employees of a government contractor, subcontractor, grantee, and subgrantee—as well as a personal services contractor—who make a protected disclosure about a Federal grant or contract cannot be discharged, demoted, or otherwise discriminated against as long as they reasonably believe the information they disclose is evidence of:
   1. Gross mismanagement of a Federal contract or grant;
   2. Waste of Federal funds;
   3. Abuse of authority relating to a Federal contract or grant;
   4. Substantial and specific danger to public health and safety; or
   5. Violations of law, rule, or regulation related to a Federal contract or grant.

   HUD may terminate all or a portion of the Grant in accordance with the Act, the Rule and 2 CFR 200.340.  The Agreement constitutes the entire agreement between the parties and may be amended only in writing executed by HUD and the Recipient.

   By signing below, Recipients that are states and units of local government certify that they are following a current HUD approved CHAS (Consolidated Plan).

This agreement is hereby executed on behalf of the parties as follows:

**UNITED STATES OF AMERICA,**
**Secretary of Housing and Urban Development**

BY: _____
    (Signature)

    _____
    (Typed Name and Title)

    _____
    (Date/Federal Award Date)

**RECIPIENT**

City and County of San Francisco
(Name of Organization)

BY: _____
    (Signature of Authorized Official)

    _____
    (Typed Name and Title of Authorized Official)

    _____
        (Date)

6

Addendum #1 to CA0033L9T012411

OMB Number. 2501-0044
Expiration Date: 2/28/2027

## Indirect Cost Information for Award Applicant/Recipient

1. Federal Program/Assistance Listing Program Title:
CONTINUUM OF CARE PROGRAM/Assistance Listing# 14.267

2. Legal Name of Applicant/Recipient:

3. Indirect Cost Rate Information for the Applicant/Recipient:
*Please check the box that applies to the Applicant/Recipient and complete the table only as provided by the instructions accompanying this form.*

   ☐   The Applicant/Recipient will not charge indirect costs using an indirect cost rate.

   ☐   The Applicant/Recipient will calculate and charge indirect costs under the award by applying a *de minimis* rate as provided by 2 CFR 200.414(f), as may be amended from time to time.

   ☐   The Applicant/Recipient will calculate and charge indirect costs under the award using the indirect cost rate(s) in the table below, and each rate in this table is included in an indirect cost rate proposal developed in accordance with the applicable appendix to 2 CFR part 200 and, *if required*, has been approved by the cognizant agency for indirect costs.

| Agency/department/major function | Indirect cost rate | Type of Direct Cost Base | Type of Rate |
|---|---|---|---|
|  | % |  |  |
|  | % |  |  |
|  | % |  |  |

4. Submission Type (check only one):
   ☐ Initial submission   ☐ Update

5. Effective date(s):

6. Certification of Authorized Representative for the Applicant/Recipient:
**Under penalty of perjury, I certify on behalf of the Applicant/Recipient that
(1) all information provided on this form is true, complete, and accurate, and
(2) the Applicant/Recipient will provide HUD with an update to this form immediately upon learning of any change in the information provided on this form, and
(3) I am authorized to speak for the Applicant/Recipient regarding all information provided on this form.

Signature: _____
Date: _____
Name: _____
Title: _____

7

**\*\*Warning:** Anyone who knowingly submits a false claim or makes a false statement is subject to criminal and/or civil penalties, including confinement for up to 5 years, fines, and civil and administrative penalties (18 U.S.C §§ 287, 1001, 1010, 1012, 1014; 31 U.S.C. § 3729, 3802; 24 CFR § 28.10(b)(iii)).

**Public Reporting Burden Statement:** This collection of information is estimated to average 0.25 hours per response, including the time for reviewing instructions, searching existing data sources, gathering, and maintaining the data needed, and completing and reviewing the collection of the requested information. Comments regarding the accuracy of this burden estimate and any suggestions for reducing this burden can be sent to: U.S. Department of Housing and Urban Development, Office of the Chief Data Officer, R, 451 7th St SW, Room 8210, Washington, DC 20410-5000. Do not send completed forms to this address. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless the collection displays a valid OMB control number. This agency is authorized to collect this information under Section 102 of the Department of Housing and Urban Development Reform Act of 1989. The information you provide will enable HUD to carry out its responsibilities under this Act and ensure greater accountability and integrity in the provision of certain types of assistance administered by HUD. This information is required to obtain the benefit sought in the grant program. Failure to provide any required information may delay the processing of your application and may result in sanctions and penalties including of the administrative and civil money penalties specified under 24 CFR §4.38. This information will not be held confidential and may be made available to the public in accordance with the Freedom of Information Act (5 U.S.C. §552). The information contained on the form is not retrieved by a personal identifier, therefore it does not meet the threshold for a Privacy Act Statement.

OMB Number. 2501-0044
Expiration Date: 2/28/2027

**Instructions for Completing the Indirect Cost Information for the Award Applicant/Recipient**

| Number | Item | Instructions |
|---|---|---|
| 1 | Federal Program/ Assistance Listing Program Title | Enter the title of the program as listed in the applicable funding announcement or notice of funding availability. |
| 2 | Legal Name of Applicant/ Recipient | Enter the legal name of the entity that will serve as the recipient of the award from HUD. |
| 3 | Indirect Cost Rate Information for the Applicant/ Recipient | Mark the one (and only one) checkbox that best reflects how the indirect costs of the Applicant/Recipient will be calculated and charged under the award. Do not include indirect cost rate information for subrecipients.<br><br>The table following the third checkbox must be completed only if that checkbox is checked. When listing a rate in the table, enter the percentage amount (for example, "15%"), the type of direct cost base to be used (for example, "MTDC"), and the type of rate ("predetermined," "final," "fixed," or "provisional").<br><br>If using the Simplified Allocation Method for indirect costs, enter the applicable indirect cost rate and type of direct cost base in the first row of the table.<br><br>If using the Multiple Allocation Base Method, enter each major function of the organization for which a rate was developed and will be used under the award, the indirect cost rate applicable to that major function, and the type of direct cost base to which the rate will be applied.<br><br>If the Applicant/Recipient is a government and more than one agency or department will carry out activities under the award, enter each agency or department that will carry out activities under the award, the indirect cost rate(s) for that agency or department, and the type of direct cost base to which each rate will be applied. |
| 4 | Submission Type | Check the appropriate box to identify whether this is the first submission of this form for the award or an update to a previous submission of this form for the award. |
| 5 | Effective date(s) | Enter the date(s) for which the information on this form applies. |
| 6 | Certification of Authorized Representative for the Applicant/ Recipient | An employee or officer of the Applicant/Recipient with the capacity and authority to make this certification for the Applicant/Recipient must make the certification by signing as provided. They must also provide the date of their signature, full name, and position title. |

9