DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5408
Telephone:    (415) 355-3308
Facsimile:     (415) 437-4644
E-Mail:         karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:     (408) 299-5900
Facsimile:      (408) 292-7240
E-Mail:          tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>Defendants. | Case No. 25-CV-01350-WHO<br><br>**DECLARATION OF ERIK LOUIS SOLIVÁN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

# DECLARATION OF ERIK SOLIVÁN

I, Erik Louis Soliván, declare:

1. I am the Director of the Housing Department of the City of San José. My duties include oversight of the Housing Department's programs, including programs funded by federal grants. I have personal knowledge of the matters stated in this declaration and would competently testify to them if called as a witness.

2. The United States Department of Housing and Urban Development (HUD) has awarded grants to the Housing Department, through which it anticipates receiving approximately $52 million in funding through 2033.

3. The Housing Department's budget relies on the receipt of these grant funds. For each grant awarded, the Housing Department prepares a spending plan, which is submitted to the San José City Council for its approval.

4. The grants awarded and the approved uses of funds include, but are not limited to, Community Development Block Grants (CDBG), Home Investment Partnerships Program (HOME) grants, Emergency Solutions Grant Program (ESG) grants, and Housing Opportunities for Persons with AIDS (HOPWA) grants. Some of the programs supported by these grants are described below in Paragraph 5 through Paragraph 8.

5. San José has been awarded CDBG funding through 2030. To date, approximately $17.5 million of funding is available for expenditure. CDBG funding may be used for a wide range of activities for the benefit of persons of low and moderate incomes, including but not limited to, preventing or eliminating slums and blight, or meeting an urgent community development need. They may be used for housing rehabilitation, public services, community and economic development, capital improvement projects, public facilities/infrastructure, and code enforcement.

    a. CDBG – Public Services. Federal regulations authorize the use of these funds to support activities including but not limited to those concerned with employment, crime prevention, child care, health, education, fair housing counseling, welfare (excluding income payments), and recreational needs. San

José intends to use these grant funds to support housing development and community-based organizations that provide services to low-income tenants. Key programs supported by these funds include: (1) Affordable Housing Development (2) Senior Access & Health Support: This project offers door-to-door transportation services and delivers hot meals to an estimated 360 home-bound seniors. (3) Cultural & Health Services: This project aims to enhance the economic well-being of the community by providing skills, knowledge, and direct support services. It offers educational classes, civic engagement workshops, and individualized case management. The City anticipates that this program will serve an estimated 100 participants. (4) Neighborhood Development: This program engages in community activities by providing leadership training and basic needs support through partnerships with local organizations. The City anticipates that this program will serve an estimated 170 participants. (5) Legal Services: Federal regulations authorize the use of these funds to further fair housing activities, including the provision of fair housing services to further fair housing objectives; fair housing enforcement, education, and outreach activities; and other activities designed to further the housing objective of avoiding undue concentrations of assisted persons in areas containing a high proportion of low and moderate income persons. San José intends to use this funding to support programs aiming to prevent evictions and housing instability for low-income tenants by educating them about their rights and providing culturally competent legal assistance, advice, and representation. San José anticipates serving approximately 540 individuals and families through this program. (6) Neutral Tenant-Landlord Dispute Resolution: This project helps enhance housing stability, prevent evictions, and promote fair housing practices through comprehensive education, personalized counseling, and

effective mediation. It is anticipated that the program will serve approximately 500 families.

    b. CDBG – Outreach to Unsheltered Populations. These funds are provided to nonprofit organizations to support a homeless outreach, engagement, and shelter programs. The program uses an integrated approach to provide a comprehensive response to addressing chronic homelessness in San José.

    c. CDBG – Enhanced Code Enforcement. These funds are used, and will continue to be used, to conduct enhanced code enforcement activities in low-income, residential neighborhoods that are classified as Deteriorated/Deteriorating Areas. Code enforcement efforts will focus primarily on the inspection of multifamily units.

    d. CDBG – Business Operation and Optimization Support Tools Program. This program provides technical assistance and business support to microenterprise home daycare providers serving low- and moderate-income households. The program offers individualized professional guidance and digital tools to help providers build sustainable operations, increase capacity, and expand economic opportunities. This support targets daycare providers caring for children aged 0-5 and up to age 13. It is anticipated that the program will serve 113 low-income persons.

    e. CDBG –Home Repair Program. This program will repair housing units to address immediate health and safety needs for extremely low-income homeowners in San Jose. The focus of repairs will address emergency and critical repair needs, as well as general accessibility and mobility needs within the home. The program also includes funding for limited rehabilitation to address more substantial safety issues in the home to ensure a safe, affordable, decent living environment for the occupants. It is anticipated that the program will serve approximately 155 low-income households.

  f. CDBG – Physical Improvement Projects. These funds are designated for the renovation of public neighborhoods and recreation facilities to improve the quality of life for residents in low-income areas. The improvements will benefit neighborhoods where at least 51% of the residents are low-income. The projects allocated for the 24-25 program year are as follows: (1) Improvements to outdated play equipment and installing new play structures designed for early childhood development. Additionally, the play area will receive new resilient surfacing and minor enhancements such as perimeter fencing and landscaping. (2) Installation of streetlight poles and foundations, replacement of lamp fixtures on existing streetlights, and 1127 linear feet of underground conduit in low- and moderate-income areas.  (3) Improvements at 108 signalized traffic locations throughout the City to improve accessibility and safety for pedestrians, especially the blind and visually impaired. The City estimates that this project will benefit 327,360 low-income residents. (4) Replacement of the exterior and interior lighting with new LED fixtures and installing new smart nodes to control each fixture at facilities in low-income neighborhoods, ensuring proper visibility for staff and the public.

6. San José has been awarded HOME funding through 2033. To date, approximately $28.9 million of funding is available for expenditure HOME funding is used for various housing-related programs and activities, typically to address housing needs through the preservation or creation of affordable housing opportunities. Eligible uses include tenant-based rental assistance and new affordable housing construction.

  a. New Rental Housing Development. Throughout the ensuing fiscal year, the City will undertake the subsequent process to designate New Rental Development project(s): Phase I of this initiative will involve identifying suitable rental housing projects intended for development in collaboration with partners. This phase encompasses consulting with community non-profit developers,

integrating Community Outreach, Program Development/Management, Engineering Evaluation Report, Engineering/Design Plans, Cost Analysis, Project Selection, Plan Check, and Development Panel Review. Phase II will encompass the submission of the Construction Grant Application, Project Construction, Inspection, Program Management, and Coordination. submission of the Construction Grant Application, Project Construction, Inspection, Program Management, and Coordination.

7. San José has been awarded ESG funding through 2026. To date, almost $864,000 of funding is available for expenditure. The Emergency Solutions Grant (ESG) program supports outreach to shelters for homeless individuals and families. ESG also supports a web-based data warehousing system that is the primary homeless client data collection and management tool in Santa Clara County.

    a. ESG24 – City of San Jose. These funds will support the Homeless Outreach and Assistance program for individuals and families who are homeless and at-risk of homelessness and will also support the Homeless Management Information System (HMIS), a database required by HUD to collect data tracking housing and services provided to homeless or at risk of homelessness populations. The Homeless Outreach and Assistance program will focus on using an integrated approach to provide a comprehensive response to address chronic homelessness. The program is intended to provide case management services, security deposit/rent assistance, and other eligible services as needed to help individuals and families avoid experiencing homelessness. The City will contract with a nonprofit organization to provide Outreach and Assistance services to an estimated 411 homeless individuals. The ESG program will provide the following activities: (1) Street Outreach ($440,337); (2) HMIS ($200,000); (3) Grantee Management ($55,042); and (4) Reserve for Rapid Resettlement/Potential Emergency Shelter Operations ($172,573.10).

       8.     San José has been awarded HOPWA funding through 2033. To date, approximately $4.6 million of funding is available for expenditure HOPWA funding supports communities in developing affordable housing opportunities and related supportive services for low-income persons living with HIV/AIDS and their families. HOPWA-eligible activities include direct housing, support services, information and referral, resource identification, and technical assistance.

         a.    HOPWA – The program will provide services for individuals living with HIV/AIDS in Santa Clara County to maintain housing stability, including, but not limited to, medical and mental health care, assessment, permanent housing placement, drug and alcohol treatment and counseling, personal assistance, intensive care, and help accessing local, state and federal benefits and services: (1) Tenant-Based Rental Assistance: Provides shallow rent subsidies, including security deposits, to very low and extremely low-income individuals with HIV/AIDS and their families to stabilize their housing situations; (2) Support Services: Ensures participants have access to the appropriate support services they need to remain in independent housing, including health care, food assistance, case management, recovery services and other supportive services; (3) Permanent Housing Placement: Assists clients with modifications or with obtaining alternative housing if current housing is inappropriate for independent living and provides moving assistance to individuals and families whose units are not appropriate for independent living or are not affordable. Assists participants in accessing additional services that can promote self-sufficiency, including vocational/educational opportunities.

////
////
////
////
////

9. There are no alternate sources of funding in the Housing Department for these programs. Loss of any of the grant funding described above in Paragraphs 5 through 8 would result in the suspension or termination of the program(s) supported by those funds.

10. Consistent with local and state law, the Housing Department does not engage in any immigration enforcement activities. The Housing Department strives to ensure that all San José residents, including immigrant communities, feel safe accessing programs and services for which they are eligible, without fear of adverse immigration consequences. The programs described in Paragraphs 5 through 8 of this declaration comply with federal regulations governing CDBG, ESG, HOME, and HOPWA funding sources.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 11, 2025, in San José, California.

_____
Erik Louis Soliván