DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
Telephone: (415) 355-3308
Facsimile: (415) 437-4644
E-Mail: karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE, <br><br> Plaintiffs, <br><br> vs. <br><br> DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100, <br><br> Defendants. | Case No. 3:25-cv-1350-WHO <br><br> **DECLARATION OF JIM SHANNON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

| | | |
|---|---|---|
| Decl. of Jim Shannon ISO Plts.' Mot. for Prelim. Injunction | 1 | Case No. 25-cv-1350-WHO |

## DECLARATION OF JIM SHANNON

I, Jim Shannon, declare:

1. I have personal knowledge of the matters stated in this declaration and would competently testify to them if called as a witness.

2. I am the Budget Director for the City of San Jose. I have held this position since June 2019. I am responsible for the oversight of the City's operating and capital budgets.

3. The City's fiscal year runs from July 1 to June 30. The City begins its annual budgeting process in October to preliminarily determine estimated revenues and costs for the next fiscal year, which is refined by the end of February, followed by action by the Mayor and City Council to set budget priorities in March with a formal budget released in May, followed by public study sessions and hearings, with the final adoption of the budget in June for the next fiscal year.

4. San José's modified budget for the current fiscal year, fiscal year 2024-2025, included nearly $187 million in federal funding ($98.1 million for operations, and $88.6 million for capital projects). The City has budgeted, and it has expended or will expend in reliance on the funding awarded. Most of these funds are disbursed on a reimbursement basis.

5. An additional $162 million in federal funds is anticipated for the 2025-2029 adopted capital improvement program.

6. This federal funding supports many critical programs including workforce development, low-income and interim housing, law enforcement, the airport, and public safety services.

7. The City has already begun budgeting for fiscal year 2025-2026. Uncertainty about the loss of federal funds, including from DOJ and HUD, impacts how the City should plan and what services can reliably be funded in the coming year.

8. As of February 2025, San José's ongoing general fund budget shortfall is estimated at $45.7 million for 2025-2026, followed by an additional $52.9 million shortfall in 2026-2027. These shortfalls do not reflect the full budget challenges, including services currently funded on a one-time basis of approximately $8.5 million.

| Decl. of Jim Shannon ISO Plts.' Mot. for Prelim. Injunction | 2 | Case No. 25-cv-1350-WHO |

9. The City is facing difficult decisions to cut costs while still maintaining essential services to our residents. The loss of federal funds, even on a temporary basis, could lead to the elimination of programs that serve our most vulnerable residents.

10. I have reviewed the declaration describing grants received by the San José Police Department and am generally familiar with the grants described in Paragraphs 2 through 4 therein. I have also reviewed the declaration describing grants received by the City of San José's Housing Department and am generally familiar with the grants described in Paragraphs 5 through 8 therein. There are no other City funds available to replace any of the grant funding described in those declarations.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 12, 2025, in San José, California.

_____
JIM SHANNON