DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
Telephone: (415) 355-3308
Facsimile: (415) 437-4644
E-Mail: karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>Defendants. | Case No. 3:25-cv-1350-WHO<br><br>**DECLARATION OF MARIA ÖBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Decl. of Maria Öberg ISO Plts.' Mot. for Prelim. Injunction                    1                    Case No. 3:25-cv-1350-WHO

# DECLARATION OF MARIA ÖBERG

I, Maria Öberg, declare:

1. I am the Director of the City of San José's Finance Department. My duties include oversight of grant funding received by the City of San José and its departments, and I am familiar with the spending plans for those grants. I have personal knowledge of the matters stated in this declaration and would competently testify to them if called as a witness.

2. The San José Police Department (SJPD or Department) has been awarded 16 federal grants through which the Department anticipates receiving approximately $4.5 million in funding through December 31, 2025, and an additional $3.1 million in funding through September 2027. From grants from the United States Department of Justice alone, SJPD anticipates receiving approximately $3.1 million through December 31, 2025 and another $3.1 million through September 2027.

3. The Department's budget relies on the receipt of federal grant funds. The grants described below in Paragraph 4 are reimbursement-based, meaning that the Department first makes expenditures, then applies for reimbursement. For each grant awarded, the Department prepares a spending plan, which is submitted to the San José City Council for its approval.

4. The grants awarded and the approved uses of funds are as follows:

   a. 2024 DOJ Sexual Assault Kit Initiative: This grant's term is October 1, 2024 through September 30, 2027. A total of $2.5 million was awarded. To date, none of these funds have been spent and the full grant amount remains available for expenditure. Grant funds will be used to address the backlog of 980 sexual assault response team (SART) kits that have not been fully tested. The Council-approved spending plan includes costs associated with staffing (including police officer overtime) and the use of a forensic laboratory to conduct the sexual assault evidence testing.

   b. 2021 DOJ Sexual Assault Kit Initiative. This grant's term is October 1, 2021 through September 30, 2025. To date, $1,233,414.89 of funding remains available. Grant funds are being used, and will continue to be used, to test 655 untested sexual assault kits from 1986 through 2018. The Council-approved

spending plan includes costs associated with staffing (i.e., police officer overtime), training, and use of the Santa Clara County Crime Laboratory

c. Bureau of Justice 2022 Byrne Discretionary Community Project Grant for Mobile Crisis Assessment Team: This grant's term is October 1, 2022 through September 30, 2025. To date, $563,125.30 of funding remains available. This grant supports SJPD's Mobile Crisis Assessment Team, which enhances police response to incidents involving mental health crises. The Council-approved spending plan for this grant includes expenditures for personnel costs, training costs, and the purchase of supplies.

d. 2021 Bureau of Justice Assistance Collaborative Approaches toward Preventing and Addressing Hate Crimes Grant: This grant's term is October 1, 2021 through September 30, 2025. To date, $301,221.43 of funding remains available. This grant funds a program that helps address the increase of hate crime reported in recent years, by increasing public safety. Funds support investigations and prosecution of hate crimes and hate incidents. The program is intended to reduce hate crimes and hate incidents by offering resources to support outreach, build relationships, and improve education to identify and report hate crimes., and of that amount. The Council-approved spending plan includes costs of personnel and educational materials.

e. Internet Crimes Against Children (ICAC) Task Force Award: This grant's term is October 1, 2024 through September 30, 2025. To date, $648,106.89 remains available for expenditure. Funding from this grant will maintain and expand state and regional ICAC task forces to prevent, interdict, investigate, and prosecute internet crimes against children. The Council-approved spending plan for this grant includes funding for staff, including overtime pay for police officers; training; and services necessary to facilitate the program (e.g., undercover mobile internet access, forensic tools, software licenses).

f. 2024 Edward Byrne Memorial Justice Assistance Grant (JAG): This grant's term is October 1, 2023 through September 30, 2027. A total of $333,733.00 was awarded, and to date, all of these funds remain available for expenditure. The Department anticipates spending these grant funds on overtime costs for staff to facilitate the community partnership academy, procurement of collaboration platform officer training, and administrative costs. In addition, funds will be allocated to the County of Santa Clara to support the Office of Women's Policy to further the goal of ending girls' incarceration. The Department plans to present its spending plan to the City Council on March 25, 2025.

g. 2023 JAG Grant: This grant's term is October 1, 2021 through September 30, 2026. To date, $322,681.05 of funding remains available. The Council-approved spending plan for this grant includes the purchase of self-contained breathing apparatus to protect officers from exposure to hazardous chemicals, the tactical medicine training program, and digital cameras for the Homicide/Crime Scene Unit. In addition, funds will be allotted to the County of Santa Clara to support the Office of Women's Policy to further the goal of ending girls' incarceration.

h. 2022 JAG Grant: This grant's term is October 1, 2021 through September 30, 2025. To date, $247,340.77 of funding remains available. The Council-approved spending plan for this grant includes funding for a critical community outreach program, the Teaching, Empowering, and Mentoring (TEAM) Kids program, a comprehensive crime prevention community education program, and police safety equipment. In addition, funds will be allocated to the County of Santa Clara to support the Office of Women's Policy to further the goal of ending girls' incarceration.

i. 2021 JAG Grant: This grant's term is October 1, 2020 through September 30, 2025. To date, $120,578.10 remains available. The Council-approved spending

plan for this grant includes purchases for the Department's Mobile Emergency Response Group and Equipment Unit and Bomb Squad.

j. DOJ COPS Office Law Enforcement Mental Health and Wellness Grant: This grant's term is September 1, 2022 through August 31, 2025. To date, $72,006.26 remains available for expenditure. These grant funds will be used to support enhancing health and wellness services for officers by providing trainings, developing support tools, and boosting peer support resources.

k. Urban Area Security Initiative (UASI) 2024: This grant's term is November 1, 2024 through December 31, 2025. A total of $748,766 was awarded, and to date, this entire amount remains available. This program's primary aim is to help local agencies prepare for and respond to terrorism. These grant funds will be used for the purchase of items that will be shared by regional agencies for police work, such as APX NEXT radios, Medvac Bearcat, Mobile Barricades, and Long Range Acoustic Device.

l. OTS Traffic Enforcement: This grant's term is from October 1, 2024 through September 30, 2025. To date, $250,967.13 remains available. This grant funds DUI and Traffic Safety Operations and education.

m. NCRIC 2024: This grant's term is November 1, 2024 through December 31, 2025. A total of $283,138 was awarded, and to date, this entire amount remains available. These funds will be used to fund a Lieutenant reimbursement position dedicated to the Northern California Regional Intelligence Center to reducing drug related crime, violence and improve terrorism preparedness and information sharing among the northern California region.

n. SHSGP 2023: This grant's term is September 1, 2023 through May 31, 2025. To date, $42,949.95 remains available. These funds will be used for equipment and training to protect against, prevent, respond to, and recover from terrorist acts and other emergencies or disasters.

  o. SHSGP 2024: This grant's term is September 1, 2024 through May 31, 2026. A total of $22,500 was awarded, and to date, this entire amount remains available. These funds will be used for equipment and training to protect against, prevent, respond to, and recover from terrorist acts and other emergencies or disasters.

  5. There are no alternate sources of funding in SJPD appropriated for these programs. Loss of any of the grant funding identified above in Paragraphs 2 through 4 would result in the suspension or termination of the program(s) supported by those funds. The Department has already exceeded its budget for overtime expenditures for the current fiscal year.

  6. None of the programs funded by the grants identified above in Paragraphs 2 through 4 focus on immigration or includes any element of immigration enforcement. These funds are used for local law enforcement, criminal investigation, and harm reduction.

  I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 12, 2025, in San José, California.

*[signature]*

MARIA ÖBERG

Decl. of Maria Öberg ISO Plts.' Mot. for Prelim. Injunction  6  Case No. 3:25-cv-1350-WHO