DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5408
Telephone:    (415) 355-3308
Facsimile:    (415) 437-4644
E-Mail:         karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:    (408) 299-5900
Facsimile:    (408) 292-7240
E-Mail:         tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>Defendants. | Case No. 25-CV-01350-WHO<br><br>**DECLARATION OF COUNTY OF SANTA CLARA DISTRICT ATTORNEY JEFFREY F. ROSEN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, JEFFREY F. ROSEN, declare and state the following:

1. I make this declaration in support of Plaintiffs' motion for a preliminary injunction. I am a resident of the State of California. I have personal knowledge of all facts stated in this declaration, and if called to do so, I could and would testify to them competently under oath.

2. I am the elected District Attorney of the County of Santa Clara. As District Attorney, I oversee the prosecution of all state crimes within Santa Clara County. I have served in this role since 2011 and have worked for the District Attorney's Office since 1995. During my tenure, I have prosecuted complex and high-profile criminal cases in drug trafficking, burglary, rape, child molestation, gang violence, and murder. In addition to my work as a prosecutor, I have served as president of a large synagogue, taught trial advocacy at Santa Clara University Law School, and trained police officers in report writing.

3. The District Attorney's Office serves a population of nearly two million people. The office has 640 employees, including 195 prosecutors, and prosecutes more than 30,000 cases each year.

4. I am familiar with the Executive Order on "Protecting the American People Against Invasion," issued by the President on January 20, 2025, and the Executive Order on "Ending Taxpayer Subsidization of Open Borders," issued on February 19, 2025. I understand that the orders purport to restrict access to federal funds for so-called "sanctuary jurisdictions" that limit local entanglement with federal immigration authorities. I am also familiar with Attorney General Pamela Bondi's memorandum on "Sanctuary Jurisdiction Directives," issued on February 5, 2025. I understand that the memorandum purports to restrict access to federal grants administered by the U.S. Department of Justice (DOJ) for "sanctuary jurisdictions." Both the orders and the memorandum, if implemented, will cause significant harm to the County of Santa Clara's District Attorney's Office and thus to the safety of communities across Santa Clara County.

### Policy of the District Attorney's Office

5. The mission of the District Attorney's Office is to investigate and prosecute cases in pursuit of justice. This pursuit is improved when people do not fear that their participation in a criminal prosecution will lead to deportation or other adverse immigration consequences. For this

reason, the District Attorney's Office does not ask about or formally track information on immigration status in the investigation or prosecution of any matter.

6. Crimes happen in all communities. The whole community benefits when all people in the community feel safe to report crimes, to act as witnesses, and to participate in trials.

7. To my knowledge and in my experience, undocumented people do not live in isolated, crime-ridden neighborhoods, nor do statistics indicate that they are more likely to commit crimes than people with lawful immigration status, including citizens.

8. Fear of deportation has ripple effects on entire communities and families. This is because families and communities are often made up of members with various immigration statuses, and entire families or community networks may fear reporting crimes or serving as witnesses for fear that an undocumented family or community member may be deported. When a crime goes unreported, it still happens. It still hurts whole swaths of our communities. Every time an undocumented community member or their loved ones see a crime but do not report it for fear of immigration consequences, our community becomes less safe and loses yet another opportunity to hold perpetrators accountable.

9. One context in which fear of deportation commonly comes up is domestic violence. In cases of domestic violence, abusers may use deportation as a threat to keep victims from reporting abuse to law enforcement, or victims may not report abuse for fear that the abuser—often a co-parent or family breadwinner—will be deported.

10. Undocumented individuals can and do report and help with the prosecution of crimes committed by those with lawful status, from the commonplace (e.g., hit-and-runs on the freeway) to the rare and exceptionally harmful (e.g., murder).

11. We cannot determine the exact number of crimes that are not reported to authorities because undocumented individuals or their family or community members fear deportation, but we know anecdotally of this phenomenon. Moreover, the District Attorney's Office has experienced instances in which its criminal prosecution falls apart from lack of witness cooperation, either because others who witnessed the crime are hesitant to come forward or because initial witnesses are afraid to come to court. Fear of deportation by victims, witnesses, and families and friends of undocumented

victims and witnesses poisons our ability to detect and prosecute crime, thereby making the entire community less safe.

**District Attorney's Office Programs Funded by DOJ Grants**

12.     By the end of the current fiscal year, which covers July 1, 2024 to June 30, 2025, the District Attorney's Office expects to receive approximately $5.5 million in grants from the DOJ, either directly or through a state agency. These grants fund a variety of programs that support not only the prevention, investigation, and prosecution of crimes but also the material and psychological well-being of victims, especially those who have survived physical or sexual violence. Programs funded at least in part by DOJ grants include the following:

| Program | Resources Funded by DOJ Grants | Services Provided by Program |
| --- | --- | --- |
| Antiterrorism and Emergency Assistance Program | Three staff members (manager, senior advocate, and advocate) in Victim Services Unit<br><br>Operating expenses for critical incident response agency and hub offering free mental health counseling, resources, and education | Staff members provide long-term support for communities that have experienced mass-casualty events, such as support of Santa Clara Valley Transportation Authority employees and family members after May 2021 shooting. |
| Children's Advocacy Center Program | One advocate in Victim Services Unit<br><br>Partial funding of Forensic Interview Coordinator with San José Police Department | Advocate serves child abuse victims and non-offending family members through Children's Advocacy Center. Forensic Interview Coordinator trains multidisciplinary teams in conducting trauma-informed, culturally competent forensic interviews with children. |
| Violence Against Women Vertical Prosecution Program | Partial funding of attorney and advocate | Prosecutor and advocate specialize in providing targeted support at intersection of physical and sexual abuse in cases of intimate-partner violence. |
| Santa Clara County Law Enforcement Investigating Human Trafficking Taskforce 2.0 | Operating expenses for taskforce | Taskforce develops and implements strategies to address human trafficking in Santa Clara County. Led by District Attorney's Office's Bureau of Investigation; also includes investigators from Sheriff's Office and nonprofit participants, like South Bay Coalition to End Human Trafficking. |

| Program | Resources Funded by DOJ Grants | Services Provided by Program |
|---|---|---|
| Crime Gun Intelligence Center Integration Initiative | Additional analytical staff and equipment for Gun Related Intelligence Program in Crime Strategies Unit | Staff members of Crime Strategies Unit conduct forensic analysis of shell casings left at crime scene to link shootings to seized guns and suspects. |
| Prosecuting Cold Cases Using DNA | Investigative activities and forensic analyses in cold cases where DNA from a suspect has been identified | Data analysts at District Attorney's Office use genetic-genealogy data to link DNA sample from crime scene to relatives of person who deposited that DNA sample. |
| DNA Backlog Reduction Program | Updated analytical equipment<br><br>Partial funding of criminalist | Crime Laboratory processes DNA samples that could not be analyzed with previous technologies, reducing backlogs that delay justice. |
| Paul Coverdell Forensic Science Improvement Grants Program | Professional training and education for staff of Crime Laboratory | Staff members of internationally accredited Crime Laboratory are trained in handling controlled-substance analysis, firearms examination, latent fingerprint processing, digital evidence, fire-debris and explosives analysis, and DNA and toxicology analysis. |
| Evidentiary Breath Alcohol Program | Partial funding of laboratory information-management system<br><br>Field instruments with higher-accuracy breath-alcohol readings | Traffic-safety team manages and analyzes evidence of driving while intoxicated and related offenses. |
| Victim Witness Assistance Program | Fifteen staff members (director and advocates) in Victim Services Unit providing advocacy and support for crime victims | Staff members work with victims of domestic violence and child abuse, providing case updates, support during court hearings, and help filling out forms to request compensation for crime-related out-of-pocket costs (e.g., medical and counseling bills). |
| Unserved/Underserved Victim and Outreach Program | Two advocates in Victim Services Unit | Advocates provide targeted support for homeless victims of crime. |

13. None of the programs above relate to immigration enforcement or any community member's immigration status. Instead, they relate more broadly to protecting the entire Santa Clara County community—including children, trafficking victims, and survivors of physical and sexual assault—from harm. The resources funded by DOJ grants enhance the ability of the District Attorney's Office and its law-enforcement and nonprofit partners to prevent and address crime.

14. If the County of Santa Clara were deprived of its DOJ funding, it would struggle to sustain the eleven DOJ-funded programs above. It would lose vital support for victims of domestic violence and child abuse, for homeless victims of crime, for survivors of physical and sexual abuse by their intimate partners, and for communities that continue to be affected by local mass casualties. It would lose essential equipment and personnel who analyze DNA, shell casings, and other forensic evidence to solve heinous crimes impacting the most vulnerable residents of Santa Clara County. And it would be forced to make impossible choices about cutting either the programs above, other key public-safety programs in the District Attorney's Office, or the other safety-net programs that it provides.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 17, 2025, in San José, California.

*/s/ Jeffrey F. Rosen*

JEFFREY F. ROSEN