DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5408
Telephone:    (415) 355-3308
Facsimile:    (415) 437-4644
E-Mail:       karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:    (408) 299-5900
Facsimile:    (408) 292-7240
E-Mail:       tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>    Defendants. | Case No. 25-CV-01350-WHO<br><br>**DECLARATION OF SOCIAL SERVICES AGENCY DIRECTOR DANIEL LITTLE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, DANIEL LITTLE, declare and state the following:

1. I make this declaration in support of Plaintiffs' motion for a preliminary injunction. I am a resident of the State of California. I have personal knowledge of all facts stated in this declaration, and if called to do so, I could and would testify to them competently under oath.

2. I am employed as the Director of the Social Services Agency of the County of Santa Clara ("County"). I have held the Social Services Agency Director position since 2023. I am responsible for overseeing more than 2,875 Social Services Agency employees, who provide a wide array of social services throughout Santa Clara County, including to individuals and families in all 15 cities within its borders and in its unincorporated areas. One of the largest agencies in County government, the Social Services Agency represents approximately 11% of the County budget.

3. I have devoted my career to public service, especially to serving families and children. Before becoming the Social Services Agency Director, I worked for one of the departments within the Social Services Agency, the Department of Family and Children's Services, for six years and served as its Director for four of those years. I also served for five years as Director of Permanency for the Nebraska Families Collaborative, a nonprofit organization offering guardianship, respite care, family support, kinship, and other critical services for abused or neglected children.

4. I am aware that President Trump and his administration are threatening to restrict the granting of federal funds to cities and counties that limit the assistance they provide to federal immigration enforcement authorities.

5. The mission of the County's Social Services Agency is to provide resources and opportunities that enhance the quality of life in our community by protecting and delivering necessary services to individuals and families.

6. In the most recently completed fiscal year, from July 1, 2023, to June 30, 2024 ("Fiscal Year 2023–24"), the Social Services Agency's expenditures totaled approximately $1.16 billion. During that fiscal year, the Social Services Agency received approximately $417 million in revenue from federal funds and approximately $530 million in revenue from state funds. Although Fiscal Year 2024–25 is still in progress, I expect the Social Services Agency's expenditures for this year to be consistent with, and likely somewhat larger than, the previous year. Although the federal

administration's actions threaten these funds, the Agency's budgeted federal revenue also is expected to be slightly higher in the current fiscal year than in the last fiscal year.

7. Virtually all the Social Services Agency's federal funds pass through the State of California to the County, and more than 99% of these are reimbursement-based.

8. The Social Services Agency serves County residents through three different departments: (1) the Department of Aging and Adult Services, (2) the Department of Employment and Benefit Services, and (3) the Department of Family and Children's Services.

9. The Department of Aging and Adult Services serves seniors, dependent adults, and disabled people through the delivery of protective services, quality nutrition, and supportive in-home services. In addition, the Department of Aging and Adult Services evaluates community needs, develops programs and services, and advises on policies concerning the welfare of seniors and persons with disabilities. Department of Aging and Adult Services programs funded with federal dollars include In-Home Supportive Services, the Senior Nutrition Program, and Adult Protective Services.

10. In-Home Supportive Services is a federally, state-, and locally funded program designed to assist eligible elderly, blind, and disabled County residents who, without this care, would be unable to remain safely in their own homes. This program provides services as needed according to the recipient's ability to perform daily activities, and can include feeding, bathing, dressing, housekeeping, laundry, shopping, meal preparation and cleanup, respiration, bowel and bladder care, movement in and out of bed, accompaniment to medical appointments, paramedical services, and protective supervision. In Fiscal Year 2023–24, the In-Home Supportive Services program served an average of over 28,464 County residents each month. It received over $78 million in federal funds and over $68 million in state funds during that fiscal year.

11. The Senior Nutrition Program provides meals to seniors and promotes the role of nutrition in preventive health and long-term care. All meals are planned to meet one third of the daily recommended dietary allowances for adults and are approved and monitored by a staff of Registered Dietitians. In Fiscal Year 2023–24, the Senior Nutrition Program served nearly 1,562,000 meals at 37 sites in addition to providing more than 741,000 home-delivered meals. The Senior Nutrition Program received over $5.6 million in federal funds in Fiscal Year 2023–24.

12. The Department of Employment and Benefit Services provides low-income County residents with access to programs that provide health insurance, employment services, foster-care benefits, food assistance, and support for basic living costs. In doing so, it promotes the transition of public-assistance recipients to employment and self-sufficiency. Federally funded programs for which the Department of Employment and Benefit Services provides eligibility, enrollment, maintenance, and transitional services include Medi-Cal, CalWORKs, CalFresh, and Refugee Cash Assistance.

13. Medi-Cal provides healthcare coverage to low-income families and individuals, seniors, persons with disabilities, foster-care children, and pregnant women. Each month of Fiscal Year 2023–24, approximately 431,770 County residents received a spectrum of medical services through Medi-Cal, like preventive and primary care, prenatal care, mental health services, long-term care, and both vision and dental coverage. Thirty-eight percent of the County's Medi-Cal recipients were children. In Fiscal Year 2023–24, the Social Services Agency received over $75 million in federal funds and over $75 million in state funds for Medi-Cal and other health-related administrative expenses.

14. The CalWORKs program helps eligible families become self-supporting through temporary cash aid, childcare, and assistance in finding and keeping a job. During Fiscal Year 2023–24, over 20,639 County residents received CalWORKs benefits each month. Approximately 71 percent of these beneficiaries were children. The Department of Employment and Benefit Services also provided employment training services to an average of 3,159 County residents per month. In Fiscal Year 2023–24, the Social Services Agency received approximately $102 million in federal funds and approximately $68 million in state funds for CalWORKs and other programs related to Temporary Assistance for Needy Families.

15. CalFresh helps low-income County residents buy food by using a benefit card at a grocery store or other authorized place. During Fiscal Year 2023–24, CalFresh assistance was provided to an average of 127,417 County residents each month. In Fiscal Year 2023–24, the Social Services Agency administered approximately $54 million in federal funds and approximately $51 million in state funds for CalFresh.

16. The Department of Family and Children's Services provides child welfare services to protect, prevent, and remedy the abuse and neglect of children while advancing child and family safety

and well-being. It promotes diversion, prevention, and in-home services to prevent the removal of children from their homes and to support less restrictive placement options for children who have been removed from their homes. In doing so, the department partners with diverse community organizations to ensure that any child or youth who is at risk or has suffered abuse or neglect is safe, is cared for, and grows up in a stable, loving family, on a path to reaching their unique potential.

17. Child welfare services include emergency response services, family maintenance services, family reunification services, and permanent placement services for children or youth at risk of abuse and neglect, children in out-of-home placements, and adopted children. Each month of Fiscal Year 2023–24, the Department of Family and Children's Services received between 1,800 and 3,000 calls on its child abuse hotline, resulting in approximately 800 to 1,000 referrals. Each month, family maintenance services were provided to an average of 344 children living in their homes, and services to assist with independent living were provided to an average of 119 youth transitioning from out-of-home care. There were an average of 597 children in out-of-home placements each month. In addition, during Fiscal Year 2023–24, 1,659 adopted children received assistance through the Adoption Assistance Program. In Fiscal Year 2023–24, the Social Services Agency received approximately $70 million in federal funds and approximately $151 million in state funds to provide child welfare services.

18. The elimination of federal funding to the County would devastate the Social Services Agency. It would result in a drastic and across-the board reduction of services and staff positions in the Department of Aging and Adult Services, the Department of Employment and Benefit Services, and the Department of Family and Children's Services. The Social Services Agency's direct services primarily benefit low-income individuals, children, seniors, and people with disabilities. Many if not most of the Social Services Agency's clients lack financial or other means to otherwise obtain the services they need.

19. To put this impact into stark terms, the loss of In-Home Supportive Services funding would require more than 28,000 frail and elderly County residents to be placed in convalescent homes or require family members to forgo gainful employment so as to care for them at home, assuming they have family members who are willing and able to do so.

20. The loss of the Senior Nutrition Program funding would deny thousands of seniors in Santa Clara County reliable access to healthy and nutritious food.

21. The loss of funding for Medi-Cal enrollment and benefits administration would cause more than 431,000 low-income County residents to lose health coverage and would drastically decrease revenue to the County's safety-net Health and Hospital System.

22. The loss of funding for CalFresh benefits administration would cause more than 127,000 County residents to go hungry each year.

23. The loss of CalWORKs funding would deprive more than 21,000 County residents striving to become self-sufficient with the assistance needed to achieve that goal.

24. The loss of Adoption Assistance Program funding would reduce access to therapy and other necessary services for approximately 1,659 children with complicated medical conditions.

25. The loss of funding for child welfare services, including foster care, would expose thousands of the County's most vulnerable children to abuse and neglect.

26. The impact of any significant loss in federal funding would almost certainly force the Social Services Agency to narrow its focus, cutting back its portfolio of services to the minimum that the Social Services Agency is mandated by state law to provide. Ultimately, because the Social Services Agency provides many of the core services to combat poverty and insecurity at the local level, a loss of federal funding to the Social Services Agency would result in poorer educational and economic outcomes for children, decreased quality of life and life expectancy for seniors, and tremendous uncertainty for families that are striving to become productive members of society.

27. Moreover, the loss of federal funding would be felt far beyond the Santa Clara County residents who directly rely on the Social Services Agency's safety-net services. Ninety-eight percent of the Social Services Agency's 2,875 coded staff positions are funded at least in part by federal dollars. And this figure does not even capture the individuals working under contract with the Social Services Agency—providing food, counseling, domestic violence intervention, child abuse prevention, daycare, senior services, legal services, emergency shelter, healthcare, immigration counseling, job training, education, and social adjustment programs—who were fully or partially supported by federal

dollars in Fiscal Year 2023–24. A loss of federal funding would therefore drastically impact the County's ability to retain and support its employees as well.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 12, 2025, in San José, California.

_____
DANIEL LITTLE