DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone:     (415) 554-3957
Facsimile:     (415) 437-4644
E-Mail:  nancy.harris@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:     (408) 299-5900
Facsimile:     (408) 292-7240
E-Mail:     tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>    Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>    Defendants. | Case No. 25-CV-01350-WHO<br><br>**DECLARATION OF SHERIFF ROBERT JONSEN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, ROBERT JONSEN, declare and state the following:

1. I make this declaration in support of Plaintiffs' motion for a preliminary injunction. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify to them competently under oath.

2. I am the Sheriff for the County of Santa Clara (the "County"). I was elected to this position by the voters of Santa Clara County in the November 2022 general election, and I assumed office in December 2022 when the County's Board of Supervisors appointed me to fill the remainder of my predecessor's term after her departure from office.

3. Before I was elected Sheriff, I served as the Chief of Police for the City of Palo Alto Police Department from 2018 to 2022. Prior to that, I also served as the Chief of Police for the City of Menlo Park Police Department. I began my career in law enforcement in 1986 with the County of Los Angeles Sheriff's Department, where I served for 27 years in numerous roles, eventually rising to the rank of Captain. In total, my career in law enforcement service spans nearly 40 years.

4. I have devoted my career to public service and protection. As a law enforcement officer, I believe that my fundamental duty is to serve the community; to safeguard lives and property; to protect the innocent against deception, the weak against oppression or intimidation, and the peaceful against violence or disorder; and to respect the constitutional rights of all people to liberty, equality and justice. This statement of my values appears prominently on the Office of the Sheriff's website, and I believe in it wholeheartedly.

5. I also care deeply about fostering integrity and compassion in my field. I am a certified instructor for Compassion Cultivation Training, a program developed at Stanford University; and I graduated as a trained mindfulness facilitator from UCLA's Semel Institute for Neuroscience and Human Behavior. I have brought mindfulness and compassion training to the employees of the agencies I have led, including the Office of the Sheriff. I have witnessed firsthand the profound effects that a focus on compassion and mindfulness can have for public safety personnel and their interactions with the communities they serve.

6. As my background reflects, I am committed to building and sustaining positive relationships between the community and the law enforcement officers under my command. I often say that "respect-based policing" is the cornerstone of my philosophy.

7. The Office of the Sheriff numbers nearly 1,900 employees. The core role of my Office is to apprehend individuals suspected of crimes; investigate criminal activity; protect and maintain peace in the community; recover missing persons; provide search and rescue services; serve warrants; and protect victims. We serve the entire Santa Clara County area, enforcing state and local criminal laws in the unincorporated areas of the county, which total approximately 600 square miles; serving as the municipal police department under contract with three cities in the county; and offering law enforcement services under contract to Stanford University, the Santa Clara County Superior Court, the Valley Transportation Authority, and other local agencies. Each year, the Office of the Sheriff responds to approximately 175,000 calls for service and investigates thousands of suspected crimes. Additionally, we offer regional investigative support with criminal investigations carried out by other law enforcement agencies at the local, state, and federal levels. Finally, in addition to our enforcement work, the Office of the Sheriff is also responsible for the safety and care of the incarcerated population housed in the County's two jails, which currently averages around 2,700 each day.

8. As I have explained, based on my experience and training, I consider community trust the foundation of my Office's public safety work. I am committed to creating a secure and welcoming environment for every resident of this county.

9. The Office of the Sheriff's primary responsibility is to protect all residents, regardless of immigration status. My Office is deeply committed to creating a secure and welcoming environment for every resident. We will comply with federal criminal immigration arrest warrants as directed by law. However, my Office will not assist with federal civil immigration enforcement. Cooperation with federal civil immigration enforcement actions could undermine trust and cooperation between local law enforcement and the community. I want all residents to feel comfortable reporting crimes, seeking assistance, or interacting with our Office without the fear of immigration-related repercussions. Our State and County policies are specifically designed to protect the well-being of our community. My priority is public safety for all. We cannot effectively solve crimes without the

willing participation of victims and witnesses, so when some community members fear working with us, the entire community's safety suffers. My Office believes that by focusing on our core mission of protecting public safety through enforcing the criminal laws and *not* collaborating with ICE on civil immigration enforcement, we can build stronger, more trusting, more resilient relationships within our community.

10. California state law and County policies were intentionally designed to safeguard our community. While my staff would never impede ICE officials from carrying out their work enforcing civil immigration laws, we do not use our limited resources to assist. I agree with the State Legislature and County Board of Supervisors' laws and policies on this issue, which align with my values, my Office's longstanding practices, and our judgment about how best to meet our public safety objectives.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed in San José, California, on ___March 2ND___, 2025.

_____
ROBERT JONSEN