DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
Facsimile: (415) 437-4644
E-Mail: karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>Defendants. | Case No. 25-CV-01350-WHO<br><br>**DECLARATION OF SARA H. CODY, M.D., HEALTH OFFICER AND DIRECTOR OF COUNTY OF SANTA CLARA PUBLIC HEALTH DEPARTMENT, IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, SARA H. CODY, M.D., declare and state the following:

1. I make this declaration in support of Plaintiffs' motion for a preliminary injunction. I am a resident of the State of California. I have personal knowledge of all facts stated in this declaration, and if called to do so, I could and would testify to them competently under oath.

2. I am the Director of the County of Santa Clara's Public Health Department, as well as the Health Officer for the County and each of the 15 cities located within Santa Clara County. I have held the Health Officer position from 2013 to the present, and I have held the Public Health Department Director position from 2015 to the present. In these roles, I provide leadership on public health issues for all of Santa Clara County and oversee approximately 766 Public Health Department employees who provide a wide array of services to safeguard and promote the health of the community.

3. Prior to becoming the Health Officer for the County and each of its cities, I was employed for 15 years as a Deputy Health Officer/Communicable Disease Controller with the County's Public Health Department, where I oversaw surveillance and investigation of individual cases of communicable diseases, investigated disease outbreaks, participated in planning for public health emergencies, and responded to Severe Acute Respiratory Syndrome (also known as SARS), influenza A virus subtype H1N1 (also known as "swine flu" or H1N1), and other public health emergencies. In total, I have worked for the Public Health Department for over 26 years.

4. The mission of the Public Health Department is to promote and protect the health of Santa Clara County's entire population. None of Santa Clara County's 15 cities have a health department. All 15 cities, and all Santa Clara County residents, rely on the County's Public Health Department to perform essential public health functions. The Public Health Department's work is guided by core public health principles of equity, the value of every life, and harm prevention.

5. According to the County's adopted budget for the current fiscal year from July 1, 2024 through June 30, 2025, the Public Health Department's expenditures will amount to approximately $179.2 million. Revenues from federal funds, both direct and pass-through, in this fiscal year will amount to approximately $55.0 million, not including fees for services such as Medi-Cal and Medicare payments. Most of these federal funds pass through the State of California to the County.

6. The work of the Public Health Department is focused on several main areas: (1) infectious disease and emergency response, (2) maternal, child, and family health, (3) healthy communities, (4) environmental health, and (5) public health science, epidemiology, and informatics. Two of these areas—infectious disease and emergency response, and maternal, child, and family health—receive significant federal funding.

7. First, the Public Health Department is responsible for safeguarding the public health by preventing and controlling the spread of infectious diseases and planning for and responding to public health emergencies. Programs in this branch of the Public Health Department receive reports on more than 80 different diseases and conditions; track overall trends in infectious diseases; investigate individual cases of concern (e.g., measles cases); provide long term case management for certain types of cases (e.g., active tuberculosis cases); provide immunizations and preventive therapy; identify, investigate, and control outbreaks; and plan for and respond to public health emergencies. They also ensure that all children attending school or childcare facilities in Santa Clara County comply with State immunization requirements; conduct HIV and other STD testing and education for vulnerable communities; distribute opioid overdose prevention kits for at-risk individuals; and connect individuals to treatment for substance use disorders, HIV, tuberculosis, and other diseases. To support its communicable disease control function, the Public Health Department has a public health laboratory, which serves as a local and regional resource which local health providers, clinics, hospitals, and even law enforcement rely on to test and identify infectious diseases, toxins, biohazards, and other substances that could pose a serious risk to public health.

8. Because Santa Clara County has one of the largest and most demographically diverse populations in the country and is home to Silicon Valley, many residents travel to every corner of the globe for personal or professional reasons. The volume of international travel increases the risk of early introduction of unusual or emerging infectious diseases upon these residents' return, such as SARS in 2003 and SARS-CoV-2 in 2020. For example, the Public Health Department reported some of the earliest cases of COVID and the first COVID death in the entire country. As a result, our Public Health Department is on the frontlines of detecting, containing, and protecting our country from unusual diseases and outbreaks.

9. The infectious disease and emergency response branch of the Public Health Department also operates two pharmacies. One of these pharmacies provides free, donated medicine to individuals who cannot afford the retail cost of such drugs. The other pharmacy specializes in serving patients with HIV/AIDS, patients with tuberculosis, and patients from the Public Health Department's STD clinic. Pharmacy staff also support communicable disease control by procuring, storing, maintaining, and distributing essential medications and vaccines during outbreaks; as well as distributing approximately 20,000 state- and federally-funded influenza vaccines, annually, to health care providers in Santa Clara County to administer to low-income and elderly residents at no charge. In addition, pharmacy staff support the County's emergency preparedness program should there be a need for mass prophylaxis or rapid response to a chemical incident.

10. Examples of Public Health Department programs supported by federal funding in Fiscal Year 2024-2025 in the areas of infectious disease and emergency response include the following:

    a. Under the federal government's Ryan White HIV/AIDS Program, the County budgeted $4.3 million in Ryan White Part A and Part B funds to provide core medical services (including early intervention services, oral health care, and medical case management) and support services (including non-medical case management, medical transportation, emergency financial assistance, food bank/home delivered meals, outreach services, and referrals for health care and other support services) to low-income individuals living with HIV/AIDS in the County. In grant year 2023, there were 1,209 Ryan White-funded clients in Santa Clara County—nearly one-third of all the persons living with HIV/AIDS in Santa Clara County. The Ryan White HIV/AIDS Program is a payer of last resort, which means that program funds can only be used when Medi-Cal (California's health insurance program for low-income individuals) and all other third-party sources of payment have been exhausted.

    b. In addition to Ryan White funding, County-operated pharmacies provide medications to uninsured and underinsured HIV/AIDS patients enrolled in AIDS Drug Assistance Program (ADAP). These patients have incomes at or below 600%

of the Federal Poverty Level and do not qualify for no-cost Medi-Cal. In Fiscal Year 2023-2024, ADAP reimbursements totaled $6.9 million, primarily from federal funds, with the remainder from state funds. The loss of this reimbursement would result in an estimated $6.9 million financial impact on the County's Health System.

c. Through the national Hospital Preparedness Program and Public Health Emergency Preparedness cooperative agreement programs, the Public Health Department has received federal funding to prepare for emergencies, such as natural disasters, mass casualties, biological and chemical threats, radiation emergencies, and terrorist attacks. In Fiscal Year 2024-2025, the Public Health Department budgeted $3.5 million in federal funds for emergency preparedness.

d. Through the Opioid Overdose to Action grant from the Centers for Disease Control and Prevention, the Public Health Department works to implement proven harm reduction strategies to fight the opioid epidemic in Santa Clara County, where there were 317 drug overdose deaths and 5,419 non-fatal drug overdoses in 2023. In Fiscal Year 2024-2025 the Public Health Department budgeted $2.2 million in federal funds to reduce drug overdoses.

e. Through the Enhancing Epidemiology and Laboratory Capacity Expansion Grant, the Public Health Department has been able to bolster its laboratory resources and infectious disease response capabilities. In Fiscal Year 2024-2025 the Public Health Department budgeted $9.5 million in federal funds to enhance infectious disease response efforts. These efforts included supporting resources for pandemic preparedness and response including in laboratory, pharmacy, data science and outbreak investigation.

f. Through several federal immunization grant programs, the Public Health Department has been able to resource its Immunization Program to encourage critical vaccinations of our most vulnerable populations. In Fiscal Year 2024-2025 the Public Health Department budgeted $4.3 million to enhance access to immunizations

for low-income children and to monitor and ensure compliance with state school vaccination requirements, which also increases school attendance.

11. Second, in the area of maternal, child, and family health, the Public Health Department provides services for Santa Clara County's most vulnerable children and families. The following are some of the Public Health Department's federally funded programs in this area:

    a. The California Children's Services (CCS) program provides diagnostic and treatment services, medical case management, and medically necessary physical and occupational therapy services to children under 21 years of age with CCS-eligible medical conditions, such as cystic fibrosis, hemophilia, cerebral palsy, muscular dystrophy, spina bifida, heart disease, cancer, and traumatic injuries. The CCS program serves well over 6,000 children each year, and in Fiscal Year 2024-2025, it budgeted $9.6 million in federal funds, not including payments from Medi-Cal.

    b. The Special Supplemental Nutrition Program for Women, Infants and Children (WIC) program safeguards the health of low-income pregnant, postpartum, and breastfeeding women, infants, and children up to age 5 who are at nutritional risk by providing nutritious foods to supplement diets, information on healthy eating including breastfeeding promotion and support, and referrals to health care. The program has a caseload of nearly 18,000 individuals each month, and it budgeted $5.5 million in federal funds in Fiscal Year 2024-2025.

    c. Several of the Public Health Department's Maternal Child and Adolescent Health (MCAH) home visiting programs (including Nurse-Family Partnership, CalWORKs Home Visiting Program and Generalist Field Nursing) participate in Federal Financial Participation, a program that provides federal matching funds for local health departments to assist individuals in applying to Medi-Cal and accessing Medi-Cal covered benefits and services. These programs were budgeted to draw down $7.1 million of Title XIX funding for Fiscal Year 2024-2045.

    d. The Childhood Lead Poisoning Prevention Program, which received approximately $1.5 million in federal funds in Fiscal Year 2024-2025, provides nursing and

environmental case management and follow-up for lead-poisoned children, promotes screening for lead poisoning, and provides community education regarding lead poisoning prevention.

12. In addition to the programs described above, the Public Health Department budgeted $3.3 million in Medi-Cal payments and $2.5 million in Medicare payments in Fiscal Year 2024-2025 for health care provided to patients with Medi-Cal or Medicare coverage. The payments from Medicare, which is the federal health insurance program for elderly and disabled individuals, consist of federal funds. Medi-Cal is financed by the state and federal governments, and the Medi-Cal payments therefore contain a mixture of state and federal funds.

13. I am aware that President Trump and his administration are threatening to restrict the granting of federal funds to cities and counties that limit the assistance they provide to federal immigration enforcement authorities. Federal policies that attempt to coerce the County into enforcing federal immigration laws undermine the Public Health Department's work. I am familiar with reports showing that the fear of deportation has already caused immigrants and their families to miss medical appointments, to avoid going out in public, to avoid utilizing public safety services, and to suffer from increased stress, anxiety and depression. This situation would only worsen with the loss of federal funding to the County.

14. The elimination of federal funding to the County would be devastating for the residents of Santa Clara County. It would likely result in a drastic reduction of services and staff positions in the programs providing direct services to clients, as well as other programs integral to protecting and promoting public health.

15. The elimination of federal funding to the Public Health Department would most severely impact vulnerable communities. The Public Health Department's direct services primarily benefit low-income persons, children, people of color, and people living with chronic diseases, such as HIV/AIDS. Many, if not most, of these individuals simply would not get the care and resources that they need without federally funded services from the Public Health Department.

16. For example, without federal funding for WIC, thousands more women would not have the appropriate nutrition to ensure healthy pregnancies, healthy birth outcomes, and healthy children,

Decl. of Health Officer/Public Health Dept. Director
Sara H. Cody, M.D., ISO Pls. Mot. for Prelim. Inj.                    6                    Case No. 25-CV-01350-WHO

and thousands more children would suffer from poor nutrition. This would impact not only their immediate health but also their developmental readiness for kindergarten and chances for future health and success in life. As another example, loss of funding for CCS would result in reduced therapy and other necessary services for thousands of medically fragile and disabled children with expensive and complicated medical conditions. And as yet another example, loss of funding for clients with HIV/AIDS would mean that hundreds of low-income, chronically ill individuals in our community would not receive the health care, drugs, and other essential services they need to survive and enjoy a reasonable quality of life. Patients with HIV infection who are not adequately treated are also at greater risk of spreading HIV to others.

17. The impact of any loss in federal funding would not be limited to services traditionally funded by federal dollars. A withdrawal of federal funding for the County would require a countywide realignment of funding and priorities, and with that realignment, money that is currently allocated to the Public Health Department from the County's General Fund might be redirected to make up for a loss of federal funds in other departments. This would be devastating to the Public Health Department's operations and the people we serve. A loss of federal funding, combined with a potential reduction in the County's general funds for the Public Health Department, would require the Public Health Department to make difficult decisions about how to reallocate its remaining funds, which communities to prioritize, and which diseases and health conditions to focus on at the expense of others. Rather than being in a position to create and implement proactive strategies to promote health and prevent disease, the Public Health Department would almost certainly be forced into focusing on reactive services designed to address public health crises (e.g., communicable disease control), services that the Public Health Department and Health Officer are mandated by law to provide (e.g., birth and death registration), and a modicum of services for the neediest populations. A withdrawal of federal funding would compromise the Public Health Department's ability to prevent public health emergencies and outbreaks, to prevent chronic diseases, to provide equal opportunity to vulnerable children for a healthy start and optimal health, and to foster healthy families and healthy communities.

18. A sustained loss of federal funding to the County would ultimately result in a far sicker and less healthy community overall and for generations to come. The collateral costs would be many: greater health care costs for individuals, their families, their employers, and for the County itself, which is mandated by law to provide health care to the medically indigent. In addition to imposing costs on all Santa Clara County residents and institutions (which costs those residents and institutions may not be able to bear), I am familiar with a wide body of studies and literature showing that (1) an increase in incidents of sickness and illness can result in financial instability for families, a less productive workforce, and poorer educational and economic outcomes for children and (2) poverty, lack of education, and other social determinants of health often lead to poorer health outcomes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration executed on 12 March, 2025 in San José, California.

_____
SARA H. CODY, M.D.

Decl. of Health Officer/Public Health Dept. Director    8    Case No. 25-CV-01350-WHO
Sara H. Cody, M.D., ISO Pls. Mot. for Prelim. Inj.