DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
Facsimile: (415) 437-4644
E-Mail: karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,

Plaintiffs,

vs.

DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,

Defendants.

Case No. 25-CV-01350-WHO

**DECLARATION OF ELIZABETH CABELL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**DECLARATION OF ELIZABETH CABELL**

I, Elizabeth Cabell, declare as follows:

1. I am a resident of the State of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2. I am the Director of the Finance Department for the City of Santa Cruz ("Santa Cruz" or the "City"). I have been in this role for over two years. As the Finance Director, I oversee the Finance Department to ensure financial stability across City programs. I manage budgeting, financial planning, payroll, purchasing, revenue management, tax compliance, risk management, and debt collection for the City. Every year, I develop and submit the City's balanced budget.

3. Santa Cruz's budget for the current fiscal year is already in place and was developed based on careful weighing of various factors, including anticipated revenues, specific service needs, salary and benefits for the City's approximately 950 employees, and the City Council's fiscal priorities.

4. To build its current fiscal year budget, Santa Cruz anticipated receiving approximately $90.9 million from federal grants, including $26,813 from DOJ for its Bulletproof Vest Partnership Grant.

5. Of the approximately $90.9 million in federal funds awarded to Santa Cruz, the City has only received approximately $23.7 million. Federal funds have not yet been distributed because the City's federal funding is paid on a reimbursement basis. This leaves approximately $67.2 million in federal funds that have been awarded to Santa Cruz and yet remain undistributed.

6. The remaining funds are intended to support programs across Santa Cruz's departments: the Department of Economic Development and Housing; the City Manager's Office; the Police Department; the Fire Department; the Parks and Recreation Department; the Public Works Department; and the Water Department.

7. If the federal government withholds Santa Cruz's nearly $70 million of awarded but not yet received federal funds, the City faces a dire financial situation. Santa Cruz will struggle to provide essential public services, including emergency assistance, food, and shelter, which its residents rely on and which the City has already promised to deliver. In addition, the City's ongoing projects, including critical water infrastructure, critical affordable housing development, and hazard mitigation construction, all risk significant delays or outright incompletion.

8. Uncertainty about federal funds may require Santa Cruz to reconsider its staffing, including by considering layoffs of employees across all departments. Losing these employees would drain the City of a workforce full of faithful community members who have accumulated decades of crucial knowledge and experience as to how to serve and operate the City most effectively.

9. Should Santa Cruz lose federal funding and later regain it, it would struggle to rebuild this faithful, dedicated workforce because any employees let go would need to obtain new jobs to pay their rent, mortgages, utility bills, grocery bills, and support their families. Even the mere uncertainty as to whether the City will lose federal funding impacts the City's current ability to maintain and hire its workforce.

10. The threat of withholding federal funds from Santa Cruz creates severe budgetary and planning uncertainty for City departments in the following ways:

a. Santa Cruz's Department of Economic Development and Housing relies on approximately $14.3 million in federal funds to support community center programs and renovations, the Downtown Library and Affordable Housing Project, housing support services, and affordable housing development. To date, the Department of Economic Development and Housing has not received approximately $11.2 million in awarded federal funds. Without this federal funding, Santa Cruz will struggle to support its most vulnerable residents through its economic development, community development, and housing services. Furthermore, federal funding cuts could force the City to pause ongoing construction projects, including critically needed affordable housing. As a result, Santa Cruz will be forced to consider terminating work for City employees who administer these programs and for City employees and contractors who

are working on these construction projects. Any partially completed construction may become useless. Moreover, the City may be exposed to litigation from developers and contractors for cancelling awarded construction contracts.

b. Santa Cruz's City Manager's Office relies on approximately $300,000 in federal funds for its current fiscal year budget. To date, the City Manager's Office has not received $190,000 in awarded federal funds from the Federal Emergency Management Administration (FEMA)'s Hazard Mitigation program. Without these funds, the City will lack critical resources to protect against future anticipated disasters.

c. Santa Cruz's Police Department relies on approximately $26,813 from DOJ and $255,386 from the State Office of Traffic Safety ("OTS") (a federal pass-through) for its current fiscal year budget. To date, the Police Department has not received approximately $173,000 in awarded federal funds. The DOJ funding reimburses half the cost of purchasing bulletproof vests, which are necessary to ensure the safety of the Police Department's officers in the field. Since the Police Department is required to supply each officer with a vest and replace it every five years, vest purchases will continue. However, the withholding of federal funds will reduce the Department's revenue. Furthermore, without the OTS funding, bicycle and pedestrian safety education programs will be suspended. The Police Department will not be able to reallocate funds to continue to cover these programs, and its general fund budget would not be able to maintain the same programs or enforcement work.

d. Santa Cruz's Fire Department relies on approximately $800,000 in federal funding for its current fiscal year budget. To date, the Fire Department has not received any of its awarded federal funds. Without these funds, the Fire Department will be under-resourced to properly respond to emergencies within the City.

e. Santa Cruz's Parks and Recreation Department relies on approximately $1.4 million in federal funds from FEMA and the U.S. Department of Agriculture (USDA) for its current fiscal year budget. To date, the Parks and Recreation Department has not received approximately $1 million in awarded federal funds. Without the FEMA funds,

the City will not be able to repair previous storm damage to its critical infrastructure. Without the USDA funds, the City may be forced to cancel plans to plant and care for its urban forest in federally recognized disadvantaged areas of the City, leaving these communities without vital environmental and health benefits.

f. Santa Cruz's Public Works Department relies on approximately $65.1 million in federal funds for its current fiscal year budget. Federal funding supports numerous infrastructure projects, including improving the City's Downtown drainage system; stabilizing and protecting one of its major coastal roads, West Cliff Drive, from damage caused by past and future king tides; completing a seismic retrofit of a critical City bridge; and replacing a failed retaining wall. To date, the Public Works Department has not received approximately $46.2 million in awarded federal funds. Without these funds, the City's vital infrastructure projects face the threat of delays or outright incompletion, leaving the City vulnerable to coastal erosion and seismic activity, and unable to improve the safety of its streets.

g. Santa Cruz's Water Department relies on approximately $8.6 million in federal funds for its current fiscal year budget. These funds support replacement of a critical water tank, relocation of a critical water supply transmission main pipeline to avoid multiple geological hazards that have caused past breaks, and the relocation of approximately 2,250 feet of pipeline to increase pipeline resiliency and reliability of supply after repeated landslides to the area. To date, the Water Department has not received approximately $7.5 million in awarded federal funds. Without these funds, the reliability and safety of the City's water supply will be in jeopardy. The City will have to rapidly seek support elsewhere to ensure the safety of its water supply for its residents and visitors.

11. Not knowing whether Santa Cruz will receive its federal funding puts the operations of seven (7) City departments in question. Uncertainty regarding federal funding means the City cannot

///

know whether to operate, pause, or cancel its programs.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 12, 2025, in Santa Cruz, California.

Elizabeth Cabell

ELIZABETH CABELL