DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone:     (415) 355-3308
Facsimile:     (415) 437-4644
E-Mail:     karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:     (408) 299-5900
Facsimile:     (408) 292-7240
E-Mail:     tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE, | Case No. 25-CV-01350-WHO |
| Plaintiffs, | **DECLARATION OF EMILY K. OSTER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | |
| DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100, | |
| Defendants. | |

## DECLARATION OF EMILY K. OSTER

I, Emily K. Oster, declare as follows:

1.      I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set out below.

2.      I am the Finance Director for the City of Santa Fe, New Mexico ("Santa Fe" or "City"). Among my many financial responsibilities, I ensure the Mayor's proposed budget is balanced each fiscal year. My department serves as a fiscal consultant to the City, which requires close oversight of accounting, debt management, financial compliance, and reporting, including the accounting for and budgeting of federal grants.

3.      Over the course of over 2.5 years as Finance Director, I have overseen the City's financial operations, including the annual adopted budgets and many long-term financial planning, monitoring, and accounting documents, such as the City's annual Audited Financial Statements.

4.      Santa Fe relies on federal funds for its daily operations in a broad array of public services, including but not limited to housing, transit, social services, infrastructure, homelessness, special programs for the aging, and public safety. Losing federal funding would have detrimental consequences for the entire Santa Fe region, above and beyond the municipal budget.

5.      On May 8, 2024, the City's governing body approved a budget of approximately $440 million for Fiscal Year (FY) 2025. This budget maintains essential City services like police, fire, lifeguards, water, sewer, and libraries; addresses homelessness; promotes building more housing; and fixes roads and critical infrastructure. Budgeted revenues include federal funds awarded through multi-year and formula-based grants.

6.      If unanticipated cuts in federal funds occur before the end of FY 2025, the City's budget could be seriously impacted, because there is very little time to absorb the loss of funds.

7.    Depending on the nature and extent of federal funding cuts, they could lead to service reductions, hiring freezes for vacant positions, and cancellation of contracts and associated penalties. Consequently, cuts in federal funds could negatively impact many City services and operations.

8.    The City is in the process of developing a budget for FY 2026 that considers the possible loss of federal funds. If the City creates a budget that anticipates the loss of federal funds, the public could face greater risk of future service reductions due to lower General Fund reserve balances and lessened ability to absorb the effects of economic downturns. Alternatively, the City could budget assuming the continued receipt of millions of dollars in grants, knowing it could then lose federal funds at any time. This approach would risk the City having to use its own General Fund revenues to replace budgeted grant funding, diverting money as well as resources from essential services that the City and its residents depend upon.

9.    In December 2024, the City started its lengthy process of preparing the annual budget for the coming fiscal year, which begins on July 1, 2025.

10.    As Finance Director, I must consider the possible loss of federal funds for the FY 2026 proposed budget, which the Mayor will propose for Governing Body consideration this April. The uncertainty around federal funds also increases the challenges Santa Fe faces in planning its future budgets.

11.    In May 2025, the City of Santa Fe Governing Body will hear public input regarding the budget. The Governing Body is required to approve a balanced budget, which must be submitted to the State of New Mexico Department of Finance and Administration by June 1, 2025.

12.    In total, the City has over $20 million in awarded but not yet expended federal grant funds from the U.S. Department of Justice (DOJ) and various other federal agencies. Often grants are set up to reimburse the City for eligible costs. This means that many federal funds, once awarded, do not become immediately available to the

1  City. Instead, federal grant programs require the expenditure of the City's local funds

2  first, with the expectation of federal reimbursement later.

3      13.    The City currently has one DOJ grant under the funding opportunity

4  entitled 2024 BJA FY24 Invited to Apply – Byrne Discretionary Community Project

5  Grants/Byrne Discretionary Grants Program. The approved award amount is $300,000.

6  This grant will reimburse the City up to $300,000 for equipment and training for the

7  Fire Department's Mobile Integrated Health program.

8      14.    The City has over $3.4 million in expenditures for eligible costs that have

9  not yet been reimbursed by federal agencies.

10      15.    Overall, the loss of federal funding would negatively impact Santa Fe. It

11  would most likely cause reductions in service for transit, housing, and senior services.

12  The City may have to cancel recruitments for vacant positions and terminate contracts

13  that could create more jobs. Roads, public transportation, and key infrastructure

14  necessary to support the Santa Fe region's economy could fall into disrepair, causing

15  additional longer-term damage.

16      I declare under penalty of perjury that the foregoing is true and correct, and that

17  this declaration was executed on March 11, 2025, in Santa Fe, New Mexico.

18

19

20  _____

21  Emily K. Oster

22

23

24

25

26

27

28