DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
Facsimile: (415) 437-4644
E-Mail: karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>Defendants. | Case No. 25-CV-01350-WHO<br><br>**DECLARATION OF BRIAN MAXEY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

# DECLARATION OF BRIAN MAXEY

I, Brian Maxey, hereby declare as following:

1. I am a resident of the State of Washington. I have personal knowledge of all the matters stated herein and could and would testify truthfully thereto if called to do so.

2. I serve as the Chief Operating Officer of the Seattle Police Department (SPD). I held this position from 2015-2018 and resumed this position in 2022.

3. In my position as Chief Operating Officer, I oversee Fleet, Facilities, Information Technology, Human Resources, Professional Standards, Administrative Services, Budget and Planning, and Public Affairs. I also am charged with assisting in annually preparing and submitting the Department's proposed budget to the Executive.

4. SPD is responsible for preventing crime, enforcing the law, and supporting public safety by delivering respectful, professional, and dependable police services. SPD is committed to building trust and fostering cooperation with all people served by the Department, including immigrant and refugee residents. It is essential that everyone can communicate with Seattle Police officers without fear regarding their immigration status, or secondarily, the immigration status of uninvolved family members they may believe will be impacted by contact with law enforcement. To that end, SPD recognizes that local law enforcement has no role in civil immigration enforcement as it would be counterproductive to its goals of maintaining a safe community. As a matter of policy, and consistent with State and City law, SPD employees do not inquire about any person's citizenship or immigration status or ask for documents in order to determine immigration status.

5. SPD receives federal funds that it uses to improve public safety.

6. The loss of federal funding would deprive SPD of effective, cutting-edge tools, for example, those used to investigate child exploitation and violent sexual assaults. SPD would be unable to purchase equipment that increases efficacy and helps keep officers and members of the public safe during police interactions. These funds enhance and expand the prevention and intervention work of SPD to ensure the safety of our city and the surrounding region. Without this funding, the Seattle

region would be left more vulnerable and underprepared to mitigate and respond to acts of terrorism and all-hazards events.

7. SPD's 2025 Budget reflects approximately $4.5 million in funds awarded from the Department of Justice (DOJ).

8. One critical federal grant that the Seattle Police Department has received for over a decade is the Edward Byrne Memorial Justice Assistance Grant Program (JAG), administered by the Attorney General's Office of Justice Programs (OJP).

9. The City of Seattle, as the identified fiscal agent, submits a joint application on behalf of the City of Seattle and over 10 surrounding jurisdictions. This joint application represents the highest priorities for the participating jurisdictions for preserving and supporting a variety of law enforcement programs aimed at preventing and reducing crime, providing services to victims, purchasing much needed law enforcement and investigative equipment, enhancing law enforcement training and officer safety, implementing community-based programs, providing law enforcement overtime, and streamlining and augmenting technology systems.

10. Since 2009, the Seattle JAG allocation has funded three Crime Prevention Coordinator police officer positions for 80% of each year. Without ongoing JAG funding, these positions would likely be eliminated.

11. Through annual grants, DOJ funds the Northwest Regional Internet Crimes Against Children (ICAC) Task Force to address technology-facilitated child exploitation, including one full-time program manager. SPD has participated in the Federal ICAC Task Force Grant Program since 1998 and formed its ICAC Task Force that same year.

12. As the Lead Law Enforcement Agency in the State of Washington, SPD proactively and reactively investigates an ever-growing number of technology-facilitated crimes against children. SPD has successfully coordinated with over 160 affiliate investigative partner agencies within Washington State which improves the overall task force's response to interdict, investigate and prosecute ICAC cases.

13. Without these DOJ funds, SPD would be unable to lead the Washington State ICAC, would have to disband its long-standing partnership with the Western and Eastern U.S. Attorney's Offices and their Project Safe Childhood Program, stop collaborating on multijurisdictional investigations to prosecute ICAC cases, and no longer provide regional ICAC related training and technical assistance to all Washington State Task Force Affiliates. The loss of this DOJ funding to SPD would severely curtail investigations and prosecutions of these types of offenses, resulting in the ongoing victimization of vulnerable children.

14. The DOJ Office for Victims of Crime funds a regional Human Trafficking Task Force under an Enhanced Collaborative Model (ECM) through which SPD can connect victims of trafficking to social services and resettlement agencies. Since 2004, the International Rescue Committee (IRC) in Washington and SPD, along with the United States Attorney's Office for the Western District of Washington and other partners, have used DOJ funding to lead Western Washington's response to human trafficking through a collaborative, victim-centered task force, the Washington Advisory Committee on Trafficking.

15. With renewed ECM funding, IRC and SPD will support a sustainable, multidisciplinary, co-leadership task force approach to improve and increase victim identification of all forms of human trafficking, provide victims with access to services, and seek justice on their behalf. They will also develop and implement detailed protocols to guide collaborative work to identify and support survivors and design and provide training to partners nationwide.

16. SPD recently received a $1.5 million grant from DOJ to fund innovate investigative tools, including advanced DNA analysis, to pursue unsolved sexual assault cases and bring to justice violent sex offenders.

17. SPD's 2025 Budget also reflects approximately $8 million in funds from the Department of Homeland Security (DHS). It is difficult to overstate how severely SPD's equipment funds and anti-terrorism program would be impacted by the loss of that funding.

18. SPD receives a significant amount of funding each year from DHS's Securing the Cities grant program, including approximately $2.8 million in 2025.

19. SPD is the Lead Agency for the region (currently King, Snohomish, and Pierce Counties). As the Lead Agency, SPD is committed to sustaining existing partnerships and building new partnerships to reduce the risk of a successful deployment of a weapon of mass destruction or the movement of the materials to build a WMD into a major metropolitan area. This includes expanding the program across the remainder of the State of Washington and eventually into neighboring states. In the past, this program has allowed SPD to enhance regional capabilities to protect our communities from a radiological and/or nuclear event.

20. If deprived of these funds going forward, SPD would lack the regional coordination, tools and equipment, such as radiation and nuclear detectors, to protect our communities from a radiological and/or nuclear event.

21. There are additional ways in which DHS supports SPD's work to build regional capabilities to prevent, respond to, and recover from acts of terrorism. In 2025 SPD is approved to spend approximately $4.3 million in DHS funds to build its internal capacity in this area by conducting preparedness outreach to communities.

22. These funds support regional efforts to prevent, protect against, and respond to terrorist attacks, and prepare for threats and hazards that pose the greatest risk to the security of the United States.

23. This grant funds a range of preparedness activities, including planning, organization, equipment purchase, training, exercises, and management and administration. Specific projects include: Structural Collapse Training, Tethered Small Unmanned Aircraft Systems (sUAS) equipment for Mass Search and Rescue Operations, Support for the State Fusion Center, and Regional Vehicle Barricade Enhancements for crowd management and physical protective measures.

24. Funding from DHS will go toward the purchase of up to two tactical robots for Seattle and law enforcement partners in King County and Bellevue. Robotic technology allows emergency responders to remain at a safe distance when there is a need to gain entry into a hazardous environment and enhances situational awareness and deployment capabilities for all-hazards responses.

25. DHS funds five intelligence analyst positions at the Washington State Fusion Center, a central facility that enables the sharing of sensitive, intelligence information among law enforcement agencies to further their public safety missions. If federal funding were lost, these positions would likely be cut; without them, the regional preparedness and situational awareness would be diminished, leading to worse collaboration and foreseeably worse outcomes for public safety.

26. Collectively, the adverse impacts of eliminating federal funding for public safety priorities would leave Seattle and its regional area far less prepared to deal with legitimate threats such as exploitation of vulnerable children; human trafficking; nuclear and biological attacks; or terrorist actions, by undermining the situational awareness capabilities of the region and staffing to address crime prevention.

27. All of the grants described above, with the sole exception of the JAG grants, are provided by the federal government to SPD on a reimbursement basis. Under the terms of the grants, DOJ and DHS have agreed to reimburse SPD for the money it spends on salaries and other programs and services. Uncertainty regarding the ongoing availability of these funds presents challenges to operations and responsible budgeting.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 11, 2025, in Seattle, WA.

BRIAN MAXEY