DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
Facsimile: (415) 437-4644
E-Mail: karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE, <br><br> Plaintiffs, <br><br> vs. <br><br> DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100, <br><br> Defendants. | Case No. 25-CV-01350-WHO <br><br> **DECLARATION OF DANIEL EDER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

## DECLARATION OF DANIEL EDER

1. I am the Acting Director of the City of Seattle Budget Office. My main responsibilities are developing and monitoring the City's annual budget, carrying out budget-related functions, and overseeing fiscal policy and financial planning activities. Prior to my current role in the City Budget Office, I served as Director of Policy for Seattle Mayor Bruce Harrell and have more than 26 years of budget and financial experience in local government working with the Seattle City Council Central Staff and Sound Transit.

2. I am familiar with Executive Order 14,159, dated January 25, 2025, and titled "Protecting the American People Against Invasion" (the "Executive Order"). The Executive Order threatens sanctuary jurisdictions with the loss of federal funds.

3. I am also familiar with a memo issued by Attorney General Bondi, dated February 5, 2025, directing that the U.S. Department of Justice exercise its own authority to impose conditions on grants issued by that department in order to ensure that sanctuary jurisdictions do not receive federal funds, including "clawback" or "recoupment" procedures (the "Bondi Directive").

4. Seattle is a Welcoming City due to its laws, protocols, and important work of the City's Office of Immigrant and Refugee Affairs, among other things. *See, e.g.,* Seattle Mun. Code § 4.18.015. It is my understanding that Seattle's laws and policies comply with federal law. However, I am aware that the Trump Administration and Attorney General Bondi have accused other jurisdictions with welcoming laws and policies of violating immigration laws. *See United States v. State of Illinois, et al.*, N. Dist. Illinois, Civ. No. 25-1285. Accordingly, the Seattle Budget Office must consider potential loss of federal funds as it prepares budgets this year.

5. As described further below, the federal funds received by Seattle are unrelated to the goals described in the Executive Order and the Bondi Directive of enforcing immigration laws and securing the border. In fact, the threatened funding cuts would only serve to undermine Seattle's ability to protect public safety and enforce its criminal and traffic laws. Moreover, significant uncertainty about future funding makes it difficult for the City's leaders to budget, plan, operate programs, operate effectively, and serve the City's residents.

6. As the City Budget Director, I manage the process of deciding how to handle this possible loss of funds in the 2025 Adopted Budget and in the 2026 Proposed Budget.

7. The City's budget for the fiscal year beginning January 1, 2025, totals approximately $8.5 billion, including approximately $1.9 billion in Seattle's General Fund. Money in Seattle's General Fund is used to support public services such as police and fire services, human services, parks and recreation and transportation. The remainder of the City's budget is comprised of the capital improvement budget; restricted funds including self-supporting activities at Seattle's electric, water, wastewater/drainage, and solid waste utilities; development and construction inspection services; and voter-approved property tax levies which support services such as transportation infrastructure, early childhood education, library system, and affordable housing development. The use of funds in these operations is legally restricted and cannot be redirected to backfill a shortfall in the General Fund. City of Seattle financial policies generally require that current expenditures be paid for with current revenues.

8. Much of the City's federal funding is provided on a reimbursable basis. Seattle expends funds to provide programs and services that the federal government has agreed to reimburse. Seattle is currently funding large capital projects to build and maintain public infrastructure, as well as essential ongoing programs for its residents, based on the federal government's commitment to reimburse the City for these costs.

9. Uncertainty regarding the ongoing availability of federal funds presents a monumental fiscal challenge.

10. The City adopted the 2025 budget through Ordinance 127156 on November 21, 2024. As of the 2025 Adopted Budget, the City has legal authority and appropriations authority to spend about $370 million dollars in federal funds during the year beginning January 1, 2025. Due to the multi-year nature of federal grants and the multi-year nature of developing capital projects, some of this money will be spent in future years. Following is a breakdown of those federal grant funds:

| | |
|---|---|
| Department of Health and Human Services (through the State of Washington) | $63,115,661 |
| Department of Health and Human Services | $18,948,335 |
| Department of Housing and Urban Development | $54,314,568 |
| Department of Transportation | |
|     Department of Transportation, Federal Highway Administration | $50,002,656 |
|     Department of Transportation, Federal Transit Administration | $40,054,179 |
|     Department of Transportation, Other | $38,310,636 |
| Department of Homeland Security | $21,847,423 |
| Department of Interior | |
|     Department of Interior, U.S. Environmental Protection Agency (through the State of Washington) | $20,645,435 |
|     Department of Interior, National Park Service | $4,161,926 |
|     Department of Interior, Other | $634,315 |
| Department of Agriculture | $18,294,986 |
| Department of Energy | $8,080,936 |
| Department of Energy (through the State of Washington) | $3,095,092 |
| Department of Justice | $4,986,721 |
| Federal Railroad Administration | $1,912,998 |
| Department of the Treasury | $1,263,512 |

| | |
|---|---|
| Department of Education | $633,800 |
| Department of Commerce, Small Business Administration | $500,000 |
| National Endowment for the Arts | $125,000 |
| Other passthrough federal funds through the State of Washington | $19,464,401 |

11. If Seattle were to lose all federal funds, the impacts would be felt immediately. Federal funding supports programing that provides vulnerable residents access to food, medical care, shelter, and other housing assistance. Funding supports survivors of domestic violence and sexual assault, and they would not receive these important services if Seattle were to lose federal funding. Federal dollars support critical seismic upgrades in a high-risk earthquake-impact area, protecting Seattle's residents from devastating consequences of a potential earthquake.

12. Federal funding supports 277 full-time equivalents, including police officers and firefighters.

13. Federal funding supports critical transportation systems in our regional economy. If Seattle were to lose federal funding, such systems could not be expanded or even maintained on schedule. The City would have to delay seismic retrofits, improvements for pedestrian and traffic safety, and road repairs and upgrades. Federal funds also support the development of new affordable housing and the weatherization of low-income households. The loss of these funds would exacerbate an already acute housing shortage in Seattle.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 10, 2025, in  SEATTLE, WASHINGTON .

*/s/ Daniel Eder*

DANIEL EDER