DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone:   (415) 355-3308
Facsimile:   (415) 437-4644
E-Mail:      karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:   (408) 299-5900
Facsimile:   (408) 292-7240
E-Mail:      tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>Defendants. | Case No. 25-CV-01350-WHO<br><br>**DECLARATION OF MICHAEL KATZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

## DECLARATION OF MICHAEL KATZ

I, Michael Katz, declare as follows:

1. I am a resident of the State of Washington. I have personal knowledge of all the matters stated herein and could and would testify truthfully thereto if called to do so.

2. I am currently the Administrative Division Chief of the Seattle City Attorney's Office. I am responsible for overseeing the financial and administrative functions of the department including Budget, Finance, Accounting, Information Technology, Human Resources, and Facilities. I have been a full-time employee of the City of Seattle since July 2003.

3. The Seattle City Attorney's Office utilizes federal funds to provide vital services by promoting public safety and enforcing criminal and traffic laws.

4. The Seattle City Attorney's Office receives a year-to-year grant from the Federal Department of Transportation for the purpose of providing a State Traffic Safety Resource Prosecutor ("TSRP"). The State TSRP trains and educates prosecutors, law enforcement, judges, probation staff, legislators, and hearing examiners on topics crucial to impaired driving enforcement. The State TSRP's efforts are vital in reducing impaired driving in Washington State.

5. The Seattle City Attorney's Office employs a full time State TSRP with the federal funds provided from this grant. Without this funding, the City Attorney will be required to reduce funding to other law enforcement efforts to continue to fund this position or cease offering this vital public service altogether.

6. The Seattle City Attorney's Office has also received approval for a three-year grant from the Department of Justice Office of Violence Against Women ("DOJ"). The Enhancing Investigations and Prosecution of Domestic Violence, Dating Violence, Sexual Assault, and Stalking grant permits the Seattle City Attorney's Office to expand and improve its capacity to effectively investigate and/or prosecute domestic violence, dating violence, sexual assault, and stalking, and in so

doing, support victim safety and autonomy, hold offenders accountable, and promote agency trust within the surrounding community.

7.  This DOJ grant funds a full-time investigator for domestic violence prosecutions, enhancing access to facts and evidence, survivors and witnesses that are difficult to locate, and support for such prosecutions. Without this grant, this position will be unfunded and domestic violence prosecutions and community outreach will be degraded.

8.  As described above, DOJ funds the salary of our office's State Traffic Safety Resource Prosecutor and has committed to funding the salary of a full-time investigator for domestic violence prosecutions. Under the terms of these grants, DOJ has agreed to reimburse the City Attorney's Office for the money it spends on salaries and certain materials and services pre-approved in the grant. Uncertainty regarding the ongoing availability of these funds presents a challenge.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 11, 2025, in  Seattle, WA .

MICHAEL KATZ