DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5402
Telephone:     (415) 355-3308
Facsimile:     (415) 437-4644
E-Mail:        karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:     (408) 299-5900
Facsimile:     (408) 292-7240
E-Mail:        tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

*[additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>Defendants. | Case No. 3:25-cv-1350-WHO<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:   April 23<br>Time:           2:00 p.m.<br>Judge:          Honorable William H. Orrick<br>Place:          Courtroom 2<br><br>Date Filed:     February 7, 2025 |

# REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Plaintiffs respectfully request that the Court take judicial notice of **Exhibits 1 - 33,** attached to the Declaration of Karun A. Tilak ("Tilak Declaration") submitted concurrently herewith, in support of its Motion for Preliminary Injunction.

## I.   Legal Standard

A court must take judicial notice of facts not in dispute if requested by a party and supplied with the necessary information. Fed. R. Evid. 201(c)(2). A court may take judicial notice of any fact "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). It is well established that judicial notice may be taken of "matters of public records," *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001), including government documents. *See DeHoog v. Anheuser-Busch InBev SA/NV*, 899 F.3d 758, 763 n.5 (9th Cir. 2018) (taking judicial notice of "government documents ... and undisputed matters of public record").

## II.   Exhibits 1-33 Are Subject to Judicial Notice

Each of the exhibits attached to the Tilak Declaration is a matter of public record not reasonably subject to dispute and therefore subject to judicial notice.

**Exhibits 1 and 33** are executive orders issued by Defendant President Donald J. Trump and published in the Federal Register, and are judicially noticeable as matters of public record. *See S.A. v. Trump*, 363 F.Supp.3d 1048, 1061 n.36 (N.D. Cal. 2018) ("[t]he court can take judicial notice of the Executive Order . . . as a matter of public record").

**Exhibits 2 and 3** are memoranda issued by Defendants Acting Deputy Attorney General Emile Bove and Attorney General Pam Bondi. This Court has previously held that "government memoranda, bulletins, reports, letters, and statements of public record are appropriate for judicial notice." *Cnty. of Santa Clara v. Trump*, 267 F. Supp. 3d 1201, 1217 n.11 (N.D. Cal. 2017) (taking judicial notice of Memorandum prepared by U.S. Department of Justice official).

**Exhibits 4–27** are municipal ordinances and resolutions adopted by Plaintiffs' governing

bodies. These exhibits are judicially noticeable because municipal ordinances and resolutions constitute matters of public records. *Tollis, Inc. v. Cnty. of San Diego*, 505 F.3d 935, 938 n.1 (9th Cir. 2007) ("Municipal ordinances are proper subjects for judicial notice."); *Rabkin v. Dean*, 856 F. Supp. 543, 546 (N.D. Cal. 1994) ("The Court may take judicial notice of city charters, city ordinances and resolutions . . . .").

**Exhibits 28 and 29** are complaints on file in *United States v. Illinois et al.*, No. 25-cv-01285 (N.D. Ill.) and *United States v. New York et al.*, No. 1:25-cv-00205 (N.D.N.Y.). These complaints are relevant to Defendants' position as to the lawfulness of so-called "sanctuary" jurisdictions, and are public records subject to judicial notice. *See City & Cnty. of S.F. v. Sessions*, 372 F. Supp. 3d 928, 937 n.1 (N.D. Cal. 2019) ("Court records from other proceedings are . . . susceptible to judicial notice if relevant to this litigation"), *aff'd in part, vacated in part*, *City & Cnty. of S.F. v. Garland*, 42 F.4th 1078 (9th Cir. 2022).

**Exhibit 30 and 32** are press releases published on the White House and U.S. Small Business Administration websites. The contents of government websites are public records subject to judicial notice. *See Daniels–Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010) (judicially noticing information contained on a government website).

**Exhibit 31** is an article published on the New York Times website on January 18, 2025. Courts may take judicial notice of the existence of news articles. *See, e.g.*, *Von Saher v. Norton Simon Museum of Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010).

For these reasons, Plaintiffs respectfully request that the Court take judicial notice of the above documents.

///
///
///
///
///
///
//////

Dated: March 17, 2025

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS
KARUN A. TILAK
Deputy City Attorneys

By: */s/David Chiu*
DAVID CHIU
City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO


TONY LOPRESTI
County Counsel
KAVITA NARAYAN
Chief Assistant County Counsel
MEREDITH A. JOHNSON
Lead Deputy County Counsel
STEFANIE L. WILSON
RAJIV NARAYAN
Deputy County Counsels

By: */s/Tony LoPresti*
TONY LOPRESTI
County Counsel

Attorneys for COUNTY OF SANTA CLARA

|  |  |
|---|---|
|  | ROBERT TAYLOR<br>Portland City Attorney |
| By: | */s/ Naomi Sheffield*<br>NAOMI SHEFFIELD*<br>Chief Deputy City Attorney<br>1221 SW Fourth Avenue, Room 430<br>Portland, OR 97204<br>Tel: (503) 823-4047<br>Fax: (503) 823-3089<br>Naomi.Sheffield@portlandoregon.gov |

*Admitted pro hac vice

Attorneys for Plaintiff
CITY OF PORTLAND

DOW CONSTANTINE
King County Executive

|  |  |
|---|---|
| By: | DAVID J. HACKETT*<br>General Counsel to King County Executive<br>Chinook Building<br>401 5th Avenue, Suite 800<br>Seattle, Washington, 98104<br>(206) 477-9483<br>David.hackett@kingcounty.gov<br>PAUL J. LAWRENCE*<br>Pacifica Law Group<br>1191 2nd Avenue, Suite 2000<br>Seattle, WA 98101-3404<br>(206) 245-1708<br>Paul.Lawrence@pacificalawgroup.com |

*Admitted pro hac vice

Attorney for Plaintiff
MARTIN LUTHER KING, JR. COUNTY

|     |                                              |
| --- | -------------------------------------------- |
| 1   | PATRICIA KING                                |
| 2   | New Haven Corporation Counsel                |
| 3   | By: /s/ *Patricia King*                      |
|     | PATRICIA KING*                               |
| 4   | Office of the Corporation Counsel            |
|     | City of New Haven                            |
| 5   | 165 Church Street-4th Floor                  |
|     | New Haven, CT 06510                          |
| 6   | Tel:  203-946-7951                           |
|     | Cell: 203-668-9282                           |
| 7   | Fax:  203-946-7942                           |
|     | pking@newhavenct.gov                         |
| 8   |                                              |
| 9   | *Admitted *pro hac vice*                     |
| 10  | Attorney for Plaintiff                       |
|     | CITY OF NEW HAVEN                            |
| 11  |                                              |
| 12  | RYAN RICHARDSON                              |
|     | Oakland City Attorney                        |
| 13  |                                              |
| 14  | By: /s/ *Ryan Richardson*                    |
|     | RYAN RICHARDSON                              |
| 15  | City Attorney                                |
|     | MARIA BEE                                    |
| 16  | Chief Assistant City Attorney                |
|     | JAMIE HULING DELAYE                          |
| 17  | Supervising City Attorney                    |
|     | H. LUKE EDWARDS                              |
| 18  | Deputy City Attorney                         |
|     | One Frank H. Ogawa Plaza, 6th Floor          |
| 19  | Oakland, CA 94612                            |
|     | Tel: (510) 238-6629                          |
| 20  | Fax: (510) 238-6500                          |
|     | Email: RRichardson@OaklandCityAttorney.org   |
| 21  |                                              |
| 22  | Attorneys for Plaintiff                      |
|     | CITY OF OAKLAND                              |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOHN I. KENNEDY
City Attorney

By: */s/ John I. Kennedy*
    JOHN I. KENNEDY, City Attorney
    1333 Park Ave, Emeryville, CA 94608-3517
    Phone: 510-596-4381
    Fax: 510-596-3724
    Email: John.Kennedy@emeryville.org

Attorney for Plaintiff
CITY OF EMERYVILLE


NORA FRIMANN
City Attorney

By: */s/ Nora Frimann*
    NORA FRIMANN, City Attorney
    ELISA TOLENTINO, Chief Deputy City Attorney
    200 E Santa Clara St
    San José, CA 95113-1905
    Tel: 408-535-1900
    Fax: 408-998-3131
    cao.main@sanjoseca.gov

Attorneys for Plaintiff
CITY OF SAN JOSÉ


HEATHER FERBERT
City Attorney

By: */s/ Mark Ankcorn*
    MARK ANKCORN, Senior Chief Deputy City Attorney
    JULIE RAU, Deputy City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Tel: (619) 533-5800

Attorneys for Plaintiff
CITY OF SAN DIEGO

SUSANA ALCALA WOOD
City Attorney

By: */s/ Andrea Velasquez*
ANDREA VELASQUEZ, Supervising Deputy City Attorney
915 I St Fl 4, Sacramento, CA 95814-2621
Tel: 916-808-5346
Fax: 916-808-7455
Email: AVelasquez@cityofsacramento.org

Attorneys for Plaintiff
CITY OF SACRAMENTO


By: */s/ Anthony P. Condotti*
Anthony P. Condotti, City Attorney
Catherine M. Bronson, Assistant City Attorney
Claire Hard, Deputy City Attorney
PO Box 481
Santa Cruz, CA 95061
Tel: 831-423-8383
Email: tcondotti@abc-law.com
chard@abc-law.com
cbronson@abc-law.com

Attorneys for Plaintiff
CITY OF SANTA CRUZ


SUSAN K. BLITCH
County Counsel

By: */s/ Susan K. Blitch*
SUSAN K. BLITCH, County Counsel
HENRY BLUESTONE SMITH, Deputy County Counsel
168 W Alisal St Fl 3rd
Salinas, CA 93901-2439
Tel: 831-755-5045
Fax: 831-755-5283
Email: SmithHB@countyofmonterey.gov

Attorneys for Plaintiff
COUNTY OF MONTEREY

ANN DAVISON
Seattle City Attorney

By: */s/ Ann Davison*
    Ann Davison, Seattle City Attorney*
    Kerala Cowart, Assistant City Attorney*
    Dallas LePierre, Assistant City Attorney*
    Rebecca Widen, Assistant City Attorney*
    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104
    Tel: (206) 684-8200
    E-mail: ann.davison@seattle.gov

*Admitted *pro hac vice*

Attorneys for Plaintiff
CITY OF SEATTLE

KRISTYN ANDERSON
City Attorney

By: */s/ Kristyn Anderson*
    KRISTYN ANDERSON (MN Lic. 0267752)*
    SARA J. LATHROP, Assistant City Attorney (MN Lic. 0310232)*
    SHARDA ENSLIN, Assistant City Attorney (MN Lic. 0389370)*
    350 South Fifth Street
    Minneapolis, MN 55415
    Tel: 612-673-3000
    Email: kristyn.anderson@minneapolismn.gov
    sara.lathrop@minneapolismn.gov
    sharda.enslin@minneapolismn.gov

*Admitted *pro hac vice*

Attorneys for Plaintiff
CITY OF MINNEAPOLIS

LYNDSEY OLSON
City Attorney

By: */s/ Lyndsey Olson*
LYNDSEY OLSON, City Attorney*
ANTHONY G. EDWARDS, Assistant City Attorney*
400 City Hall and Courthouse
15 Kellogg Boulevard West
Saint Paul, Minnesota 55102
Tel: 651-266-8710
Fax: 651-298-5619
Email: Anthony.Edwards@ci.stpaul.mn.us

*Admitted *pro hac vice*

Attorneys for Plaintiff
CITY OF ST. PAUL


ERIN K. McSHERRY
City Attorney

By: */s/ Erin K. McSherry*
ERIN K. McSHERRY, City Attorney*
200 Lincoln Avenue
Post Office Box 909
Santa Fe, NM 87504-0909
(505) 955-6512
Email: ekmcsherry@santafenm.gov

**Application for admission pro hac vice forthcoming*

Attorney for Plaintiff
CITY OF SANTA FE


By: */s/ Naomi Tsu*
NAOMI TSU*
JILL HABIG (CA Bar No. 268770)
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
jill@publicrightsproject.org
naomi@publicrightsproject.org

*Admitted *pro hac vice*

Attorneys for Plaintiffs
CITIES OF MINNEAPOLIS, NEW HAVEN,
PORTLAND, ST. PAUL, SANTA FE, and SEATTLE

**FILER'S ATTESTATION**

I, DAVID CHIU, am the ECF user whose identification and password are being used to file this PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.