1   DAVID CHIU, SBN 189542
    City Attorney
2   YVONNE R. MERÉ, SBN 175394
    Chief Deputy City Attorney
3   MOLLIE M. LEE, SBN 251404
    Chief of Strategic Advocacy
4   SARA J. EISENBERG, SBN 269303
    Chief of Complex and Affirmative Litigation
5   NANCY E. HARRIS, SBN 197042
    KARUN A. TILAK, SBN 323939
6   Deputy City Attorneys
    Fox Plaza
7   1390 Market Street, 7th Floor
    San Francisco, CA  94102-5402
8   Telephone:      (415) 355-3308
    Facsimile:      (415) 437-4644
9   E-Mail:         karun.tilak@sfcityatty.org

10  Attorneys for Plaintiff
    CITY AND COUNTY OF SAN FRANCISCO

11

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:      (408) 299-5900
Facsimile:      (408) 292-7240
E-Mail:         tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

12  *[additional counsel on signature page]*

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15  CITY AND COUNTY OF SAN FRANCISCO,          Case No. 3:25-cv-1350-WHO
    COUNTY OF SANTA CLARA, CITY OF
16  PORTLAND, MARTIN LUTHER KING, JR.          **PLAINTIFFS' SUPPLEMENTAL**
    COUNTY, CITY OF NEW HAVEN, CITY OF         **REQUEST FOR JUDICIAL NOTICE IN**
17  OAKLAND, CITY OF EMERYVILLE, CITY OF       **SUPPORT OF MOTION FOR**
    SAN JOSÉ, CITY OF SAN DIEGO, CITY OF       **PRELIMINARY INJUNCTION**
18  SACRAMENTO, CITY OF SANTA CRUZ,
    COUNTY OF MONTEREY, CITY OF SEATTLE,
19  CITY OF MINNEAPOLIS, CITY OF ST. PAUL,     Hearing Date:   April 23, 2025
    CITY OF SANTA FE,                          Time:           2:00 p.m.
20                                             Judge:          Hon. William H. Orrick III
                                               Place:          Courtroom 2
21          Plaintiffs,

22          vs.                                Date Filed:     February 7, 2025
                                               Trial Date:     None Set
23  DONALD J. TRUMP, President of the United
    States, UNITED STATES OF AMERICA,
24  PAMELA BONDI, Attorney General of the United
    States, EMIL BOVE, Acting Deputy Attorney
25  General, UNITED STATES DEPARTMENT OF
    JUSTICE, KRISTI NOEM, Secretary of United
26  States Department of Homeland Security, UNITED
    STATES DEPARTMENT OF HOMELAND
27  SECURITY, DOES 1-100,

28          Defendants.

    Supplemental RJN ISO PI Motion;
    Case No. 3:25-cv-1350-WHO

**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, Plaintiffs respectfully request that the Court take judicial notice of Exhibit 1, attached to the Declaration of Bill Nguyen ("Nguyen Declaration") submitted concurrently herewith, in support of their Motion for Preliminary Injunction.

### I.     Legal Standard

A court must take judicial notice of facts not in dispute if requested by a party and supplied with the necessary information.  Fed. R. Evid. 201(c)(2).  A court may take judicial notice of any fact "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).  It is well established that judicial notice may be taken of "matters of public records," *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001), including government documents.  *See DeHoog v. Anheuser-Busch InBev SA/NV*, 899 F.3d 758, 763 n.5 (9th Cir. 2018) (taking judicial notice of "government documents . . . and undisputed matters of public record").  "The court may take judicial notice at any stage of the proceeding."  Fed. R. Evid. 201(d).

### II.     Exhibit 1 Is Subject to Judicial Notice

Exhibit 1, attached to the Nguyen Declaration, is a matter of public record not reasonably subject to dispute and therefore subject to judicial notice.  Exhibit 1 is a memorandum issued by Defendant Secretary of the Department of Homeland Security Kristi Noem.  This Court has previously held that "government memoranda, bulletins, reports, letters, and statements of public record are appropriate for judicial notice."  *Cnty. of Santa Clara v. Trump*, 267 F. Supp. 3d 1201, 1217 n.11 (N.D. Cal. 2017) (taking judicial notice of Memorandum prepared by U.S. Department of Justice official).  For this reason, Plaintiffs respectfully request that the Court take judicial notice of Exhibit 1 to the Nguyen Declaration.

//

//

//

//////

1   Dated:  March 27, 2025                        DAVID CHIU
                                                  City Attorney
2                                                 YVONNE R. MERÉ
                                                  Chief Deputy City Attorney
3                                                 MOLLIE M. LEE
                                                  Chief of Strategic Advocacy
4                                                 SARA J. EISENBERG
                                                  Chief of Complex and Affirmative Litigation
5                                                 NANCY E. HARRIS
                                                  KARUN A. TILAK
6                                                 Deputy City Attorneys

7
                                             By:  /s/ *David Chiu*
8                                                 DAVID CHIU
                                                  Deputy City Attorney
9
                                                  Attorneys for Plaintiff
10                                                CITY AND COUNTY OF SAN FRANCISCO

11

12                                                TONY LOPRESTI
                                                  County Counsel
13                                                KAVITA NARAYAN
                                                  Chief Assistant County Counsel
14                                                MEREDITH A. JOHNSON
                                                  Lead Deputy County Counsel
15                                                STEFANIE L. WILSON
                                                  RAJIV NARAYAN
16                                                Deputy County Counsels
                                                  BILL NGUYEN
17                                                Litigation Fellow

18
                                             By:  /s/ *Tony LoPresti*
19                                                TONY LOPRESTI
                                                  County Counsel
20
                                                  Attorneys for Plaintiff
21                                                COUNTY OF SANTA CLARA

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

ROBERT TAYLOR
Portland City Attorney

By: /s/ *Naomi Sheffield*
     NAOMI SHEFFIELD*
     Chief Deputy City Attorney
     1221 SW Fourth Avenue, Room 430
     Portland, OR 97204
     Tel: (503) 823-4047
     Fax: (503) 823-3089
     Naomi.Sheffield@portlandoregon.gov

     *Admitted *pro hac vice*

     Attorneys for Plaintiff
     CITY OF PORTLAND

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DOW CONSTANTINE
King County Executive

By: DAVID J. HACKETT*
    General Counsel to King County
    Executive
    Chinook Building
    401 5th Avenue, Suite 800
    Seattle, Washington, 98104
    (206) 477-9483
    David.hackett@kingcounty.gov
    PAUL J. LAWRENCE*
    Pacifica Law Group
    1191 2nd Avenue, Suite 2000
    Seattle, WA 98101-3404
    (206) 245-1708
    Paul.Lawrence@pacificalawgroup.com

    *Admitted *pro hac vice*

    Attorney for Plaintiff
    MARTIN LUTHER KING, JR. COUNTY

24

25

26

27

28

Supplemental RJN ISO PI Motion;                    4
Case No. 3:25-cv-1350-WHO

PATRICIA KING
New Haven Corporation Counsel

By: /s/ *Patricia King*
PATRICIA KING*
Office of the Corporation Counsel
City of New Haven
165 Church Street-4th Floor
New Haven, CT 06510
Tel:   203-946-7951
Cell: 203-668-9282
Fax:  203-946-7942
pking@newhavenct.gov

*Admitted *pro hac vice*

Attorney for Plaintiff
CITY OF NEW HAVEN


RYAN RICHARDSON
Oakland City Attorney

By: /s/ *Ryan Richardson*
RYAN RICHARDSON
City Attorney
MARIA BEE
Chief Assistant City Attorney
JAMIE HULING DELAYE
Supervising City Attorney
H. LUKE EDWARDS
Deputy City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Tel: (510) 238-6629
Fax: (510) 238-6500
Email: RRichardson@OaklandCityAttorney.org

Attorneys for Plaintiff
CITY OF OAKLAND

JOHN I. KENNEDY
City Attorney

By: /s/ *John I. Kennedy*
JOHN I. KENNEDY, City Attorney
1333 Park Ave, Emeryville, CA 94608-3517
Phone: 510-596-4381
Fax: 510-596-3724
Email: John.Kennedy@emeryville.org

Attorney for Plaintiff
CITY OF EMERYVILLE


NORA FRIMANN
City Attorney

By: /s/ *Nora Frimann*
NORA FRIMANN, City Attorney
ELISA TOLENTINO, Chief Deputy City Attorney
200 E Santa Clara St
San José, CA 95113-1905
Tel: 408-535-1900
Fax: 408-998-3131
cao.main@sanjoseca.gov

Attorneys for Plaintiff
CITY OF SAN JOSÉ


HEATHER FERBERT
City Attorney

By: /s/ *Mark Ankcorn*
MARK ANKCORN, Senior Chief Deputy City Attorney
JULIE RAU, Deputy City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Tel: (619) 533-5800

Attorneys for Plaintiff
CITY OF SAN DIEGO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUSANA ALCALA WOOD
City Attorney

By: /s/ *Andrea Velasquez*
ANDREA VELASQUEZ, Supervising Deputy City
Attorney
915 I St Fl 4, Sacramento, CA 95814-2621
Tel: 916-808-5346
Fax: 916-808-7455
Email: AVelasquez@cityofsacramento.org

Attorneys for Plaintiff
CITY OF SACRAMENTO


By: /s/ *Anthony P. Condotti*
Anthony P. Condotti, City Attorney
Catherine M. Bronson, Assistant City Attorney
Claire Hard, Deputy City Attorney
PO Box 481
Santa Cruz, CA 95061
Tel: 831-423-8383
Email: tcondotti@abc-law.com
chard@abc-law.com
cbronson@abc-law.com

Attorneys for Plaintiff
CITY OF SANTA CRUZ



SUSAN K. BLITCH
County Counsel

By: /s/ *Susan K. Blitch*
SUSAN K. BLITCH, County Counsel
HENRY BLUESTONE SMITH, Deputy County Counsel
168 W Alisal St Fl 3rd
Salinas, CA 93901-2439
Tel: 831-755-5045
Fax: 831-755-5283
Email: SmithHB@countyofmonterey.gov

Attorneys for Plaintiff
COUNTY OF MONTEREY

ANN DAVISON
Seattle City Attorney

By: /s/ *Ann Davison*
    Ann Davison, Seattle City Attorney*
    Kerala Cowart, Assistant City Attorney*
    Dallas LePierre, Assistant City Attorney*
    Rebecca Widen, Assistant City Attorney*
    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104
    Tel: (206) 684-8200
    E-mail: ann.davison@seattle.gov

    *Admitted *pro hac vice*

    Attorneys for Plaintiff
    CITY OF SEATTLE


KRISTYN ANDERSON
City Attorney

By: /s/ *Kristyn Anderson*
    KRISTYN ANDERSON (MN Lic. 0267752)*
    SARA J. LATHROP, Assistant City Attorney (MN Lic. 0310232)*
    SHARDA ENSLIN, Assistant City Attorney (MN Lic. 0389370)*
    350 South Fifth Street
    Minneapolis, MN 55415
    Tel: 612-673-3000
    Email: kristyn.anderson@minneapolismn.gov
    sara.lathrop@minneapolismn.gov
    sharda.enslin@minneapolismn.gov

    *Admitted *pro hac vice*

    Attorneys for Plaintiff
    CITY OF MINNEAPOLIS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LYNDSEY OLSON
City Attorney

By: /s/ *Lyndsey Olson*
　　LYNDSEY OLSON, City Attorney*
　　ANTHONY G. EDWARDS, Assistant City Attorney*
　　400 City Hall and Courthouse
　　15 Kellogg Boulevard West
　　Saint Paul, Minnesota 55102
　　Tel: 651-266-8710
　　Fax: 651-298-5619
　　Email: Anthony.Edwards@ci.stpaul.mn.us

　　*Admitted *pro hac vice*

　　Attorneys for Plaintiff
　　CITY OF ST. PAUL


ERIN K. McSHERRY
City Attorney

By: /s/ *Erin K. McSherry*
　　ERIN K. McSHERRY, City Attorney*
　　200 Lincoln Avenue
　　Post Office Box 909
　　Santa Fe, NM 87504-0909
　　(505) 955-6512
　　Email: ekmcsherry@santafenm.gov

　　*Application for admission pro hac vice forthcoming*

　　Attorney for Plaintiff
　　CITY OF SANTA FE


By: /s/ *Naomi Tsu*
　　NAOMI TSU*
　　JILL HABIG (CA Bar No. 268770)
　　Public Rights Project
　　490 43rd Street, Unit #115
　　Oakland, CA 94609
　　Tel: (510) 738-6788
　　jill@publicrightsproject.org
　　naomi@publicrightsproject.org

　　*Admitted *pro hac vice*

　　Attorneys for Plaintiffs
　　CITIES OF MINNEAPOLIS, NEW HAVEN,
　　PORTLAND, ST. PAUL, SANTA FE, and SEATTLE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

I, BILL NGUYEN, am the ECF user whose identification and password are being used to file this PLAINTIFFS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the above-named signatories concur in this filing.