YAAKOV ROTH
Acting Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
ELIANIS PEREZ
Assistant Director
LAUREN FASCETT
Senior Litigation Counsel
ANGEL FLEMING
LINDSAY ZIMLIKI
CAROLINE MCGUIRE
Trial Attorneys
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1350 (WHO)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Hearing Date: April 23, 2025<br>Time:             2:00 P.M. PST<br>Honorable William H. Orrick III |

Having considered Plaintiffs' Motion for Preliminary Injunction with their Memorandum of Points and Authorities in Support, along with Defendants' Opposition and Memorandum of Points and Authorities in Support, and having found that Plaintiffs fail to meet the standards for a preliminary injunction, it is hereby so ORDERED that Plaintiffs' Motion for a Preliminary Injunction is DENIED.

DATED this _____ day of _____, 2025.

_____
HONORABLE WILLIAM H. ORRICK III
United States District Court Judge