| | |
|---|---|
| DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>NANCY E. HARRIS, SBN 197042<br>KARUN A. TILAK, SBN 323939<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA  94102-5402<br>Telephone:     (415) 355-3308<br>Facsimile:      (415) 437-4644<br>E-Mail:           karun.tilak@sfcityatty.org<br><br>Attorneys for Plaintiff<br>CITY AND COUNTY OF SAN FRANCISCO | TONY LOPRESTI, SBN 289269<br>County Counsel<br>KAVITA NARAYAN, SBN 264191<br>Chief Assistant County Counsel<br>MEREDITH A. JOHNSON, SBN 291018<br>Lead Deputy County Counsel<br>STEFANIE L. WILSON, SBN 314899<br>RAJIV NARAYAN, SBN 334511<br>Deputy County Counsels<br>BILL NGUYEN, SBN 333671<br>Litigation Fellow<br>70 W. Hedding Street, East Wing, 9th Floor<br>San José, CA 95110<br>Telephone:     (408) 299-5900<br>Facsimile:      (408) 292-7240<br>E-Mail:           tony.lopresti@cco.sccgov.org<br><br>Attorneys for Plaintiff<br>COUNTY OF SANTA CLARA |

*[additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>        Plaintiffs,<br><br>    vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>        Defendants. | Case No. 3:25-cv-1350-WHO<br><br>**PLAINTIFFS' SECOND SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:   April 23, 2025<br>Time:               2:00 p.m.<br>Judge:              Hon. William H. Orrick III<br>Place:              Courtroom 2<br><br>Date Filed:       February 7, 2025<br>Trial Date:       None Set |

## SECOND SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Plaintiffs respectfully request that the Court take judicial notice of Exhibits 1 to 9 attached to the Supplemental Declaration of Bill Nguyen ("Supplemental Nguyen Declaration") submitted concurrently herewith, in support of Plaintiffs' Motion for Preliminary Injunction.

### I.     Legal Standard

A court must take judicial notice of facts not in dispute if requested by a party and supplied with the necessary information. Fed. R. Evid. 201(c)(2). A court may take judicial notice of any fact "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). It is well established that judicial notice may be taken of "matters of public records," *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001), including government documents. *See DeHoog v. Anheuser-Busch InBev SA/NV*, 899 F.3d 758, 763 n.5 (9th Cir. 2018) (taking judicial notice of "government documents . . . and undisputed matters of public record"). "The court may take judicial notice at any stage of the proceeding." Fed. R. Evid. 201(d).

### II.    Exhibits 1 to 9 Are Subject to Judicial Notice

Each of the exhibits attached to the Supplemental Nguyen Declaration is a matter of public record not reasonably subject to dispute and is therefore subject to judicial notice.

**Exhibits 1 and 9** are a memorandum issued by Senior Official Performing the Duties of the Administrator of the Federal Emergency Management Agency Cameron Hamilton and a letter sent by Secretary of the U.S. Department of Housing and Urban Development Scott Turner, respectively. This Court has previously held that "government memoranda, bulletins, reports, letters, and statements of public record are appropriate for judicial notice." *Cnty. of Santa Clara v. Trump*, 267 F. Supp. 3d 1201, 1217 n.11 (N.D. Cal. 2017) (taking judicial notice of Memorandum prepared by U.S. Department of Justice official).

**Exhibits 2 and 7** are a document published on the Defendant Department of Homeland Security's website and a memorandum published on the White House's website, respectively. The

contents of government websites are public records subject to judicial notice. *See Daniels–Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010) (judicially noticing information contained on a government website).

**Exhibits 3 and 4** are articles published on the *Daily Journal*'s website and *Fox News*' website, respectively. Courts may take judicial notice of the existence of news articles. *See, e.g.*, *Von Saher v. Norton Simon Museum of Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010).

**Exhibits 5, 6, and 8** are court orders on file in *Nat'l Council of Nonprofits v. Office of Management and Budget*, No. 1:25-cv-00239-LLA (D.D.C.); *San Francisco Unified School District v. AmeriCorps*, No. 3:25-cv-02425-EMC (N.D. Cal.); and *New York v. Trump*, No. 1:25-cv-00039-JJM-PAS (D.R.I.), respectively. These court orders are relevant to the parties' positions as to the scope of Plaintiffs' requested preliminary injunction and thus are public records subject to judicial notice. *See City & Cnty. of S.F. v. Sessions*, 372 F. Supp. 3d 928, 937 n.1 (N.D. Cal. 2019) ("Court records from other proceedings are . . . susceptible to judicial notice if relevant to this litigation."), *aff'd in part, vacated in part*, *City & Cnty. of S.F. v. Garland*, 42 F.4th 1078 (9th Cir. 2022).

For these reasons, Plaintiffs respectfully request that the Court take judicial notice of the documents above.

//
//
//
//
//
//
//
//
//
//
//
//
//////

| | | |
|---|---|---|
| 1 | Dated: April 7, 2025 | DAVID CHIU |
| 2 | | City Attorney |
| | | YVONNE R. MERÉ |
| 3 | | Chief Deputy City Attorney |
| | | MOLLIE M. LEE |
| 4 | | Chief of Strategic Advocacy |
| | | SARA J. EISENBERG |
| 5 | | Chief of Complex and Affirmative Litigation |
| | | NANCY E. HARRIS |
| 6 | | KARUN A. TILAK |
| | | Deputy City Attorneys |

By: /s/ *David Chiu*
DAVID CHIU
Deputy City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO


TONY LOPRESTI
County Counsel
KAVITA NARAYAN
Chief Assistant County Counsel
MEREDITH A. JOHNSON
Lead Deputy County Counsel
STEFANIE L. WILSON
RAJIV NARAYAN
Deputy County Counsels
BILL NGUYEN
Litigation Fellow

By: /s/ *Tony LoPresti*
TONY LOPRESTI
County Counsel

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

Second Supplemental RJN ISO PI Motion;           4
Case No. 3:25-cv-1350-WHO

ROBERT TAYLOR
Portland City Attorney

By: /s/ *Naomi Sheffield*
NAOMI SHEFFIELD*
Chief Deputy City Attorney
1221 SW Fourth Avenue, Room 430
Portland, OR 97204
Tel: (503) 823-4047
Fax: (503) 823-3089
Naomi.Sheffield@portlandoregon.gov

*Admitted *pro hac vice*

Attorneys for Plaintiff
CITY OF PORTLAND


SHANNON BRADDOCK
King County Executive

By: /s/ *David J. Hackett*
DAVID J. HACKETT*
General Counsel to King County Executive
Chinook Building
401 5th Avenue, Suite 800
Seattle, Washington, 98104
(206) 477-9483
David.hackett@kingcounty.gov
PAUL J. LAWRENCE*
Pacifica Law Group
1191 2nd Avenue, Suite 2000
Seattle, WA 98101-3404
(206) 245-1708
Paul.Lawrence@pacificalawgroup.com

*Admitted *pro hac vice*

Attorney for Plaintiff
MARTIN LUTHER KING, JR. COUNTY

```
                              PATRICIA KING
                              New Haven Corporation Counsel

                         By:  /s/ Patricia King
                              PATRICIA KING*
                              Office of the Corporation Counsel
                              City of New Haven
                              165 Church Street-4th Floor
                              New Haven, CT 06510
                              Tel:   203-946-7951
                              Cell: 203-668-9282
                              Fax:  203-946-7942
                              pking@newhavenct.gov

                              *Admitted pro hac vice

                              Attorney for Plaintiff
                              CITY OF NEW HAVEN


                              RYAN RICHARDSON
                              Oakland City Attorney

                         By:  /s/ Ryan Richardson
                              RYAN RICHARDSON
                              City Attorney
                              MARIA BEE
                              Chief Assistant City Attorney
                              JAMIE HULING DELAYE
                              Supervising City Attorney
                              H. LUKE EDWARDS
                              Deputy City Attorney
                              One Frank H. Ogawa Plaza, 6th Floor
                              Oakland, CA 94612
                              Tel: (510) 238-6629
                              Fax: (510) 238-6500
                              Email: RRichardson@OaklandCityAttorney.org

                              Attorneys for Plaintiff
                              CITY OF OAKLAND
```

JOHN I. KENNEDY
City Attorney

By: /s/ *John I. Kennedy*
JOHN I. KENNEDY, City Attorney
1333 Park Ave, Emeryville, CA 94608-3517
Phone: 510-596-4381
Fax: 510-596-3724
Email: John.Kennedy@emeryville.org

Attorney for Plaintiff
CITY OF EMERYVILLE


NORA FRIMANN
City Attorney

By: /s/ *Nora Frimann*
NORA FRIMANN, City Attorney
ELISA TOLENTINO, Chief Deputy City Attorney
200 E Santa Clara St
San José, CA 95113-1905
Tel: 408-535-1900
Fax: 408-998-3131
cao.main@sanjoseca.gov

Attorneys for Plaintiff
CITY OF SAN JOSÉ


HEATHER FERBERT
City Attorney

By: /s/ *Mark Ankcorn*
MARK ANKCORN, Senior Chief Deputy City Attorney
JULIE RAU, Deputy City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Tel: (619) 533-5800

Attorneys for Plaintiff
CITY OF SAN DIEGO

Second Supplemental RJN ISO PI Motion;
Case No. 3:25-cv-1350-WHO

7

SUSANA ALCALA WOOD
City Attorney

By: /s/ *Andrea Velasquez*
ANDREA VELASQUEZ, Supervising Deputy City Attorney
915 I St Fl 4, Sacramento, CA 95814-2621
Tel: 916-808-5346
Fax: 916-808-7455
Email: AVelasquez@cityofsacramento.org

Attorneys for Plaintiff
CITY OF SACRAMENTO


By: /s/ *Anthony P. Condotti*
Anthony P. Condotti, City Attorney
Catherine M. Bronson, Assistant City Attorney
Claire Hard, Deputy City Attorney
PO Box 481
Santa Cruz, CA 95061
Tel: 831-423-8383
Email: tcondotti@abc-law.com
chard@abc-law.com
cbronson@abc-law.com

Attorneys for Plaintiff
CITY OF SANTA CRUZ



SUSAN K. BLITCH
County Counsel

By: /s/ *Susan K. Blitch*
SUSAN K. BLITCH, County Counsel
HENRY BLUESTONE SMITH, Deputy County Counsel
168 W Alisal St Fl 3rd
Salinas, CA 93901-2439
Tel: 831-755-5045
Fax: 831-755-5283
Email: SmithHB@countyofmonterey.gov

Attorneys for Plaintiff
COUNTY OF MONTEREY

<pre>
                                ANN DAVISON
                                Seattle City Attorney

                            By: /s/ Ann Davison
                                Ann Davison, Seattle City Attorney*
                                Kerala Cowart, Assistant City Attorney*
                                Dallas LePierre, Assistant City Attorney*
                                Rebecca Widen, Assistant City Attorney*
                                Seattle City Attorney's Office
                                701 Fifth Avenue, Suite 2050
                                Seattle, WA 98104
                                Tel: (206) 684-8200
                                E-mail: ann.davison@seattle.gov

                                *Admitted pro hac vice

                                Attorneys for Plaintiff
                                CITY OF SEATTLE


                                KRISTYN ANDERSON
                                City Attorney

                            By: /s/ Kristyn Anderson
                                KRISTYN ANDERSON (MN Lic. 0267752)*
                                SARA J. LATHROP, Assistant City Attorney (MN Lic. 0310232)*
                                SHARDA ENSLIN, Assistant City Attorney (MN Lic. 0389370)*
                                350 South Fifth Street
                                Minneapolis, MN 55415
                                Tel: 612-673-3000
                                Email: kristyn.anderson@minneapolismn.gov
                                sara.lathrop@minneapolismn.gov
                                sharda.enslin@minneapolismn.gov

                                *Admitted pro hac vice

                                Attorneys for Plaintiff
                                CITY OF MINNEAPOLIS
</pre>

LYNDSEY OLSON
City Attorney

By: /s/ *Lyndsey Olson*
LYNDSEY OLSON, City Attorney*
ANTHONY G. EDWARDS, Assistant City Attorney*
400 City Hall and Courthouse
15 Kellogg Boulevard West
Saint Paul, Minnesota 55102
Tel: 651-266-8710
Fax: 651-298-5619
Email: Anthony.Edwards@ci.stpaul.mn.us

*Admitted *pro hac vice*

Attorneys for Plaintiff
CITY OF ST. PAUL


ERIN K. McSHERRY
City Attorney

By: /s/ *Erin K. McSherry*
ERIN K. McSHERRY, City Attorney*
200 Lincoln Avenue
Post Office Box 909
Santa Fe, NM 87504-0909
(505) 955-6512
Email: ekmcsherry@santafenm.gov

*Admitted *pro hac vice*

Attorney for Plaintiff
CITY OF SANTA FE


By: /s/ *Naomi Tsu*
NAOMI TSU*
JILL HABIG (CA Bar No. 268770)
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
jill@publicrightsproject.org
naomi@publicrightsproject.org

*Admitted *pro hac vice*

Attorneys for Plaintiffs
CITIES OF MINNEAPOLIS, NEW HAVEN,
PORTLAND, ST. PAUL, SANTA FE, and SEATTLE

**FILER'S ATTESTATION**

I, DAVID CHIU, am the ECF user whose identification and password are being used to file this PLAINTIFFS' SECOND SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.