| | |
|---|---|
| DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>NANCY E. HARRIS, SBN 197042<br>KARUN A. TILAK, SBN 323939<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA  94102-5402<br>Telephone:     (415) 355-3308<br>Facsimile:      (415) 437-4644<br>E-Mail:           karun.tilak@sfcityatty.org<br><br>Attorneys for Plaintiff<br>CITY AND COUNTY OF SAN FRANCISCO | TONY LOPRESTI, SBN 289269<br>County Counsel<br>KAVITA NARAYAN, SBN 264191<br>Chief Assistant County Counsel<br>MEREDITH A. JOHNSON, SBN 291018<br>Lead Deputy County Counsel<br>STEFANIE L. WILSON, SBN 314899<br>RAJIV NARAYAN, SBN 334511<br>Deputy County Counsels<br>BILL NGUYEN, SBN 333671<br>Litigation Fellow<br>70 W. Hedding Street, East Wing, 9th Floor<br>San José, CA 95110<br>Telephone:     (408) 299-5900<br>Facsimile:      (408) 292-7240<br>E-Mail:           tony.lopresti@cco.sccgov.org<br><br>Attorneys for Plaintiff<br>COUNTY OF SANTA CLARA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>Defendants. | Case No. 3:25-cv-1350-WHO<br><br>**[PROPOSED] ORDER GRANTING REQUESTS FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:     April 23, 2025<br>Time:                  2:00 p.m.<br>Judge:                Hon. William H. Orrick III<br>Place:                 Courtroom 2<br><br>Date Filed:         February 7, 2025<br>Trial Date:         None Set |

1  On April 23, 2025, Plaintiffs' Request for Judicial Notice in Support of Motion for Preliminary Injunction, Plaintiffs' Supplemental Request for Judicial Notice in Support of Motion for Preliminary Injunction, and Plaintiffs' Second Supplemental Request for Judicial Notice in Support of Motion for Preliminary Injunction (collectively, "RJNs") came on for hearing.  The Court has considered these RJNs and the documents filed therewith, including Exhibits 1 to 33 of the Declaration of Karun A. Tilak in Support of Motion for Preliminary Injunction ("Tilak Declaration"), Exhibit 1 of the Declaration of Bill Nguyen in Support of Motion for Preliminary Injunction ("Nguyen Declaration"), and Exhibits 1 to 9 of the Supplemental Declaration of Bill Nguyen in Support of Motion for Preliminary Injunction ("Supplemental Nguyen Declaration").  Good cause appearing therein—and pursuant to Federal Rule of Evidence 201—the Court hereby GRANTS Plaintiffs' RJNs and takes judicial notice of Exhibits 1 to 33 attached to the Tilak Declaration, Exhibit 1 attached to the Nguyen Declaration, and Exhibits 1 to 9 attached to the Supplemental Nguyen Declaration.

**IT IS SO ORDERED.**

Dated: _____     _____
                                    HON. WILLIAM H. ORRICK III
                                    United States District Judge