# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

_____THEA  RAYMOND-SIDEL_____, Bar # _____5891536_____

was duly admitted to practice in the Court on

_____May 17, 2022_____

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    _____February 20, 2025_____
         New York, New York

*Tammi M. Hellwig* (signature)

_____Tammi M. Hellwig_____    By    _____s/B. Cong_____
        Clerk of Court                                   Deputy Clerk