UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO et al., <br><br> Plaintiffs, <br><br> CENTRAL AMERICAN RESOURCE CENTER – CARECEN – OF CALIFORNIA et al., <br><br> Proposed Plaintiffs-Intervenors, <br><br> v. <br><br> DONALD J. TRUMP et al., <br><br> Defendants. | Case No. 25-CV-01350-WHO <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Thea Raymond-Sidel, an active member in good standing of the bar of the United States District Court for the Southern District of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing Plaintiffs-Intervenors Central American Resource Center – CARECEN – of California, Coalition for Humane Immigrant Rights, and Immigrant Defenders Law Center in the above-entitled action. My local co-counsel in this case is Matthew J. Craig, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is SBN 350030.

My address of record:
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
traymond-sidel@heckerfink.com

Local co-counsel's address of record:
HECKER FINK LLP
1150 S Olive St, Suite 10-140
Los Angeles, CA 90015
(212) 763-0883
mcraig@heckerfink.com

1  I am an active member in good standing of the bar of the United States District Court for
2  the Southern District of New York, as indictated above; my New York bar number is 5891536.
3  A true and correct copy of a certificate of good standing or equivalent official document
4  from said bar is attached to this application.
5  I have not been granted pro hac vice admission by this Court in the 12 months preceding
6  this application.
7  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
8  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
9  Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
April 17, 2025

Thea Raymond-Sidel
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
traymond-sidel@heckerfink.com

*Attorney for Plaintiffs-Intervenors Central American Resource Center – CARECEN – of California, Coalition for Humane Immigrant Rights, and Immigrant Defenders Law Center*

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Thea Raymond-Sidel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 18, 2025

_____
Hon. William H. Orrick

**GRANTED**
Judge William H. Orrick