DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
Telephone:     (415) 355-3308
Facsimile:     (415) 437-4644
E-Mail:        karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:     (408) 299-5900
Facsimile:     (408) 292-7240
E-Mail:        tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

*[additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>Defendants. | Case No. 3:25-cv-1350-WHO<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:  April 23, 2025<br>Time:          2:00 p.m.<br>Judge:         Hon. William H. Orrick III<br>Place:         Courtroom 2<br><br>Date Filed:    February 7, 2025<br>Trial Date:    None Set |

1   Pursuant to Northern District of California Civil Local Rule 7-3(d), Plaintiffs respectfully ask
2   the Court for leave to file (1) Plaintiffs' Third Supplemental Request for Judicial Notice in Support of
3   Plaintiffs' Motion for Preliminary Injunction, (2) the Second Supplemental Declaration of Bill Nguyen
4   in Support of Plaintiffs' Motion for Preliminary Injunction, and (3) a Proposed Order Granting
5   Requests for Judicial Notice in Support of Plaintiffs' Motion for Preliminary Injunction. Plaintiffs'
6   proposed filings are submitted concurrently herewith as three attachments. Plaintiffs could not have
7   requested judicial notice of the exhibits in the Second Supplemental Declaration of Bill Nguyen before
8   the close of briefing on Plaintiffs' Motion for Preliminary Injunction because those materials were not
9   yet available.
10  //
11  //
12  //
13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //////

| | | |
|---|---|---|
| 1 | Dated: April 22, 2025 | DAVID CHIU |
| 2 | | City Attorney |
| | | YVONNE R. MERÉ |
| 3 | | Chief Deputy City Attorney |
| | | MOLLIE M. LEE |
| 4 | | Chief of Strategic Advocacy |
| | | SARA J. EISENBERG |
| 5 | | Chief of Complex and Affirmative Litigation |
| | | NANCY E. HARRIS |
| 6 | | KARUN A. TILAK |
| | | Deputy City Attorneys |

By: /s/ *David Chiu*
DAVID CHIU
Deputy City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO


TONY LOPRESTI
County Counsel
KAVITA NARAYAN
Chief Assistant County Counsel
MEREDITH A. JOHNSON
Lead Deputy County Counsel
STEFANIE L. WILSON
RAJIV NARAYAN
Deputy County Counsels
BILL NGUYEN
Litigation Fellow

By: /s/ *Tony LoPresti*
TONY LOPRESTI
County Counsel

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

|   |   |
|---|---|
| | ROBERT TAYLOR<br>Portland City Attorney |
| By: | /s/ *Naomi Sheffield*<br>NAOMI SHEFFIELD*<br>Chief Deputy City Attorney<br>1221 SW Fourth Avenue, Room 430<br>Portland, OR 97204<br>Tel: (503) 823-4047<br>Fax: (503) 823-3089<br>Naomi.Sheffield@portlandoregon.gov |
| | *Admitted *pro hac vice* |
| | Attorneys for Plaintiff<br>CITY OF PORTLAND |
| | SHANNON BRADDOCK<br>King County Executive |
| By: | /s/ *David J. Hackett*<br>DAVID J. HACKETT*<br>General Counsel to King County Executive<br>Chinook Building<br>401 5th Avenue, Suite 800<br>Seattle, Washington, 98104<br>(206) 477-9483<br>David.hackett@kingcounty.gov<br>PAUL J. LAWRENCE*<br>Pacifica Law Group<br>1191 2nd Avenue, Suite 2000<br>Seattle, WA 98101-3404<br>(206) 245-1708<br>Paul.Lawrence@pacificalawgroup.com |
| | *Admitted *pro hac vice* |
| | Attorney for Plaintiff<br>MARTIN LUTHER KING, JR. COUNTY |

Plaintiffs' Motion for Leave to File Third Supp. RJN;
Case No. 3:25-cv-1350-WHO

4

|  |  |
|---|---|
|  | PATRICIA KING<br>New Haven Corporation Counsel |
| By: | /s/ *Patricia King*<br>PATRICIA KING*<br>Office of the Corporation Counsel<br>City of New Haven<br>165 Church Street-4th Floor<br>New Haven, CT 06510<br>Tel:   203-946-7951<br>Cell: 203-668-9282<br>Fax:  203-946-7942<br>pking@newhavenct.gov |
|  | *Admitted *pro hac vice* |
|  | Attorney for Plaintiff<br>CITY OF NEW HAVEN |
|  | RYAN RICHARDSON<br>Oakland City Attorney |
| By: | /s/ *Ryan Richardson*<br>RYAN RICHARDSON<br>City Attorney<br>MARIA BEE<br>Chief Assistant City Attorney<br>JAMIE HULING DELAYE<br>Supervising City Attorney<br>H. LUKE EDWARDS<br>Deputy City Attorney<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, CA 94612<br>Tel: (510) 238-6629<br>Fax: (510) 238-6500<br>Email: RRichardson@OaklandCityAttorney.org |
|  | Attorneys for Plaintiff<br>CITY OF OAKLAND |

```
                    JOHN I. KENNEDY
                    City Attorney

                By: /s/ John I. Kennedy
                    JOHN I. KENNEDY, City Attorney
                    1333 Park Ave, Emeryville, CA 94608-3517
                    Phone: 510-596-4381
                    Fax: 510-596-3724
                    Email: John.Kennedy@emeryville.org

                    Attorney for Plaintiff
                    CITY OF EMERYVILLE


                    NORA FRIMANN
                    City Attorney

                By: /s/ Nora Frimann
                    NORA FRIMANN, City Attorney
                    ELISA TOLENTINO, Chief Deputy City Attorney
                    200 E Santa Clara St
                    San José, CA 95113-1905
                    Tel: 408-535-1900
                    Fax: 408-998-3131
                    cao.main@sanjoseca.gov

                    Attorneys for Plaintiff
                    CITY OF SAN JOSÉ


                    HEATHER FERBERT
                    City Attorney

                By: /s/ Mark Ankcorn
                    MARK ANKCORN, Senior Chief Deputy City Attorney
                    JULIE RAU, Deputy City Attorney
                    1200 Third Avenue, Suite 1100
                    San Diego, California 92101-4100
                    Tel: (619) 533-5800

                    Attorneys for Plaintiff
                    CITY OF SAN DIEGO
```

```
                              SUSANA ALCALA WOOD
                              City Attorney

                          By: /s/ Andrea Velasquez
                              ANDREA VELASQUEZ, Supervising Deputy City
                              Attorney
                              915 I St Fl 4, Sacramento, CA 95814-2621
                              Tel: 916-808-5346
                              Fax: 916-808-7455
                              Email: AVelasquez@cityofsacramento.org

                              Attorneys for Plaintiff
                              CITY OF SACRAMENTO


                          By: /s/ Anthony P. Condotti
                              Anthony P. Condotti, City Attorney
                              Catherine M. Bronson, Assistant City Attorney
                              Claire Hard, Deputy City Attorney
                              PO Box 481
                              Santa Cruz, CA 95061
                              Tel: 831-423-8383
                              Email: tcondotti@abc-law.com
                              chard@abc-law.com
                              cbronson@abc-law.com

                              Attorneys for Plaintiff
                              CITY OF SANTA CRUZ



                              SUSAN K. BLITCH
                              County Counsel

                          By: /s/ Susan K. Blitch
                              SUSAN K. BLITCH, County Counsel
                              HENRY BLUESTONE SMITH, Deputy County Counsel
                              168 W Alisal St Fl 3rd
                              Salinas, CA 93901-2439
                              Tel: 831-755-5045
                              Fax: 831-755-5283
                              Email: SmithHB@countyofmonterey.gov

                              Attorneys for Plaintiff
                              COUNTY OF MONTEREY
```

Plaintiffs' Motion for Leave to File Third Supp. RJN;     7
Case No. 3:25-cv-1350-WHO

ANN DAVISON
Seattle City Attorney

By: /s/ *Ann Davison*
Ann Davison, Seattle City Attorney*
Kerala Cowart, Assistant City Attorney*
Dallas LePierre, Assistant City Attorney*
Rebecca Widen, Assistant City Attorney*
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Tel: (206) 684-8200
E-mail: ann.davison@seattle.gov

*Admitted *pro hac vice*

Attorneys for Plaintiff
CITY OF SEATTLE


KRISTYN ANDERSON
City Attorney

By: /s/ *Kristyn Anderson*
KRISTYN ANDERSON (MN Lic. 0267752)*
SARA J. LATHROP, Assistant City Attorney (MN Lic. 0310232)*
SHARDA ENSLIN, Assistant City Attorney (MN Lic. 0389370)*
350 South Fifth Street
Minneapolis, MN 55415
Tel: 612-673-3000
Email: kristyn.anderson@minneapolismn.gov
sara.lathrop@minneapolismn.gov
sharda.enslin@minneapolismn.gov

*Admitted *pro hac vice*

Attorneys for Plaintiff
CITY OF MINNEAPOLIS

<pre>
                              LYNDSEY OLSON
                              City Attorney

                         By: /s/ Lyndsey Olson
                              LYNDSEY OLSON, City Attorney*
                              ANTHONY G. EDWARDS, Assistant City Attorney*
                              400 City Hall and Courthouse
                              15 Kellogg Boulevard West
                              Saint Paul, Minnesota 55102
                              Tel: 651-266-8710
                              Fax: 651-298-5619
                              Email: Anthony.Edwards@ci.stpaul.mn.us

                              *Admitted pro hac vice

                              Attorneys for Plaintiff
                              CITY OF ST. PAUL


                              ERIN K. McSHERRY
                              City Attorney

                         By: /s/ Erin K. McSherry
                              ERIN K. McSHERRY, City Attorney*
                              200 Lincoln Avenue
                              Post Office Box 909
                              Santa Fe, NM 87504-0909
                              (505) 955-6512
                              Email: ekmcsherry@santafenm.gov

                              *Admitted pro hac vice

                              Attorney for Plaintiff
                              CITY OF SANTA FE


                         By: /s/ Naomi Tsu
                              NAOMI TSU*
                              JILL HABIG (CA Bar No. 268770)
                              Public Rights Project
                              490 43rd Street, Unit #115
                              Oakland, CA 94609
                              Tel: (510) 738-6788
                              jill@publicrightsproject.org
                              naomi@publicrightsproject.org

                              *Admitted pro hac vice

                              Attorneys for Plaintiffs
                              CITIES OF MINNEAPOLIS, NEW HAVEN,
                              PORTLAND, ST. PAUL, SANTA FE, and SEATTLE
</pre>

**FILER'S ATTESTATION**

I, BILL NGUYEN, am the ECF user whose identification and password are being used to file this PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the above-named signatories concur in this filing.

Plaintiffs' Motion for Leave to File Third Supp. RJN;
Case No. 3:25-cv-1350-WHO

10