| | |
|---|---|
| DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>NANCY E. HARRIS, SBN 197042<br>KARUN A. TILAK, SBN 323939<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102-5402<br>Telephone: (415) 355-3308<br>Facsimile: (415) 437-4644<br>E-Mail: karun.tilak@sfcityatty.org<br><br>Attorneys for Plaintiff<br>CITY AND COUNTY OF SAN FRANCISCO | TONY LOPRESTI, SBN 289269<br>County Counsel<br>KAVITA NARAYAN, SBN 264191<br>Chief Assistant County Counsel<br>MEREDITH A. JOHNSON, SBN 291018<br>Lead Deputy County Counsel<br>STEFANIE L. WILSON, SBN 314899<br>RAJIV NARAYAN, SBN 334511<br>Deputy County Counsels<br>BILL NGUYEN, SBN 333671<br>Litigation Fellow<br>70 W. Hedding Street, East Wing, 9th Floor<br>San José, CA 95110<br>Telephone: (408) 299-5900<br>Facsimile: (408) 292-7240<br>E-Mail: tony.lopresti@cco.sccgov.org<br><br>Attorneys for Plaintiff<br>COUNTY OF SANTA CLARA |

[additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>Defendants. | Case No. 3:25-cv-1350-WHO<br><br>**[PROPOSED] PLAINTIFFS' THIRD SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: April 23, 2025<br>Time: 2:00 p.m.<br>Judge: Hon. William H. Orrick III<br>Place: Courtroom 2<br><br>Date Filed: February 7, 2025<br>Trial Date: None Set |

# THIRD SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Plaintiffs respectfully request that the Court take judicial notice of Exhibits 1 and 2, attached to the Second Supplemental Declaration of Bill Nguyen ("Second Supplemental Nguyen Declaration") submitted concurrently herewith, in support of Plaintiffs' Motion for Preliminary Injunction.

## I. Legal Standard

A court must take judicial notice of facts not in dispute if requested by a party and supplied with the necessary information. Fed. R. Evid. 201(c)(2). A court may take judicial notice of any fact "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). It is well established that judicial notice may be taken of "matters of public records," *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001), including government documents. *See DeHoog v. Anheuser-Busch InBev SA/NV*, 899 F.3d 758, 763 n.5 (9th Cir. 2018) (taking judicial notice of "government documents . . . and undisputed matters of public record"). "The court may take judicial notice at any stage of the proceeding." Fed. R. Evid. 201(d).

## II. Exhibits 1 and 2 Are Subject to Judicial Notice

Each of the exhibits attached to the Second Supplemental Nguyen Declaration is a matter of public record not reasonably subject to dispute and therefore subject to judicial notice. Plaintiffs could not have requested judicial notice of either exhibit before the close of briefing on Plaintiffs' Motion for Preliminary Injunction because these materials were not yet available.

**Exhibit 1** is a memorandum issued by the California Governor's Office of Emergency Services. This Court has previously held that "government memoranda, bulletins, reports, letters, and statements of public record are appropriate for judicial notice." *Cnty. of Santa Clara v. Trump*, 267 F. Supp. 3d 1201, 1217 n.11 (N.D. Cal. 2017) (taking judicial notice of Memorandum prepared by U.S. Department of Justice official).

**Exhibit 2 is** a document published on the Defendant Department of Homeland Security's website. The contents of government websites are public records subject to judicial notice. *See*

*Daniels–Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010) (judicially noticing information contained on a government website).

For these reasons, Plaintiffs respectfully request that the Court take judicial notice of Exhibits 1 and 2 to the Second Supplemental Nguyen Declaration.

Dated: April 22, 2025

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS
KARUN A. TILAK
Deputy City Attorneys

By: /s/ *David Chiu*
DAVID CHIU
Deputy City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI
County Counsel
KAVITA NARAYAN
Chief Assistant County Counsel
MEREDITH A. JOHNSON
Lead Deputy County Counsel
STEFANIE L. WILSON
RAJIV NARAYAN
Deputy County Counsels
BILL NGUYEN
Litigation Fellow

By: /s/ *Tony LoPresti*
TONY LOPRESTI
County Counsel

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

ROBERT TAYLOR
Portland City Attorney

By: /s/ *Naomi Sheffield*
    NAOMI SHEFFIELD*
    Chief Deputy City Attorney
    1221 SW Fourth Avenue, Room 430
    Portland, OR 97204
    Tel: (503) 823-4047
    Fax: (503) 823-3089
    Naomi.Sheffield@portlandoregon.gov

*Admitted *pro hac vice*

Attorneys for Plaintiff
CITY OF PORTLAND


SHANNON BRADDOCK
King County Executive

By: /s/ *David J. Hackett*
    DAVID J. HACKETT*
    General Counsel to King County Executive
    Chinook Building
    401 5th Avenue, Suite 800
    Seattle, Washington, 98104
    (206) 477-9483
    David.hackett@kingcounty.gov
    PAUL J. LAWRENCE*
    Pacifica Law Group
    1191 2nd Avenue, Suite 2000
    Seattle, WA 98101-3404
    (206) 245-1708
    Paul.Lawrence@pacificalawgroup.com

*Admitted *pro hac vice*

Attorney for Plaintiff
MARTIN LUTHER KING, JR. COUNTY

|  |  |
|---|---|
|  | PATRICIA KING<br>New Haven Corporation Counsel |
|  | By: /s/ *Patricia King*<br>PATRICIA KING*<br>Office of the Corporation Counsel<br>City of New Haven<br>165 Church Street-4th Floor<br>New Haven, CT 06510<br>Tel:  203-946-7951<br>Cell: 203-668-9282<br>Fax:  203-946-7942<br>pking@newhavenct.gov |
|  | *Admitted *pro hac vice* |
|  | Attorney for Plaintiff<br>CITY OF NEW HAVEN |
|  | RYAN RICHARDSON<br>Oakland City Attorney |
|  | By: /s/ *Ryan Richardson*<br>RYAN RICHARDSON<br>City Attorney<br>MARIA BEE<br>Chief Assistant City Attorney<br>JAMIE HULING DELAYE<br>Supervising City Attorney<br>H. LUKE EDWARDS<br>Deputy City Attorney<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, CA 94612<br>Tel: (510) 238-6629<br>Fax: (510) 238-6500<br>Email: RRichardson@OaklandCityAttorney.org |
|  | Attorneys for Plaintiff<br>CITY OF OAKLAND |

|   |   |
|---|---|
| 1 | JOHN I. KENNEDY<br>City Attorney |
| 2 | |
| 3 | By: /s/ *John I. Kennedy*<br>JOHN I. KENNEDY, City Attorney<br>1333 Park Ave, Emeryville, CA 94608-3517 |
| 4 | Phone: 510-596-4381<br>Fax: 510-596-3724 |
| 5 | Email: John.Kennedy@emeryville.org |
| 6 | Attorney for Plaintiff<br>CITY OF EMERYVILLE |
| 7 | |
| 8 | NORA FRIMANN<br>City Attorney |
| 9 | |
| 10 | By: /s/ *Nora Frimann*<br>NORA FRIMANN, City Attorney |
| 11 | ELISA TOLENTINO, Chief Deputy City Attorney<br>200 E Santa Clara St |
| 12 | San José, CA 95113-1905<br>Tel: 408-535-1900 |
| 13 | Fax: 408-998-3131<br>cao.main@sanjoseca.gov |
| 14 | |
| 15 | Attorneys for Plaintiff<br>CITY OF SAN JOSÉ |
| 16 | |
| 17 | HEATHER FERBERT<br>City Attorney |
| 18 | |
| 19 | By: /s/ *Mark Ankcorn*<br>MARK ANKCORN, Senior Chief Deputy City Attorney |
| 20 | JULIE RAU, Deputy City Attorney<br>1200 Third Avenue, Suite 1100 |
| 21 | San Diego, California 92101-4100<br>Tel: (619) 533-5800 |
| 22 | |
| 23 | Attorneys for Plaintiff<br>CITY OF SAN DIEGO |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

|   |   |
|---|---|
| 1 | SUSANA ALCALA WOOD |
|   | City Attorney |
| 2 |   |
|   | By: /s/ *Andrea Velasquez* |

```
                        SUSANA ALCALA WOOD
                        City Attorney

                   By: /s/ Andrea Velasquez
                        ANDREA VELASQUEZ, Supervising Deputy City
                        Attorney
                        915 I St Fl 4, Sacramento, CA 95814-2621
                        Tel: 916-808-5346
                        Fax: 916-808-7455
                        Email: AVelasquez@cityofsacramento.org

                        Attorneys for Plaintiff
                        CITY OF SACRAMENTO


                   By: /s/ Anthony P. Condotti
                        Anthony P. Condotti, City Attorney
                        Catherine M. Bronson, Assistant City Attorney
                        Claire Hard, Deputy City Attorney
                        PO Box 481
                        Santa Cruz, CA 95061
                        Tel: 831-423-8383
                        Email: tcondotti@abc-law.com
                        chard@abc-law.com
                        cbronson@abc-law.com

                        Attorneys for Plaintiff
                        CITY OF SANTA CRUZ



                        SUSAN K. BLITCH
                        County Counsel

                   By: /s/ Susan K. Blitch
                        SUSAN K. BLITCH, County Counsel
                        HENRY BLUESTONE SMITH, Deputy County Counsel
                        168 W Alisal St Fl 3rd
                        Salinas, CA 93901-2439
                        Tel: 831-755-5045
                        Fax: 831-755-5283
                        Email: SmithHB@countyofmonterey.gov

                        Attorneys for Plaintiff
                        COUNTY OF MONTEREY
```

|   |   |
|---|---|
| 1 | ANN DAVISON |
|   | Seattle City Attorney |
| 2 | By: /s/ *Ann Davison* |
| 3 | Ann Davison, Seattle City Attorney* |
|   | Kerala Cowart, Assistant City Attorney* |
| 4 | Dallas LePierre, Assistant City Attorney* |
|   | Rebecca Widen, Assistant City Attorney* |
| 5 | Seattle City Attorney's Office |
|   | 701 Fifth Avenue, Suite 2050 |
| 6 | Seattle, WA 98104 |
|   | Tel: (206) 684-8200 |
| 7 | E-mail: ann.davison@seattle.gov |

*Admitted *pro hac vice*

Attorneys for Plaintiff
CITY OF SEATTLE

KRISTYN ANDERSON
City Attorney

By: /s/ *Kristyn Anderson*
KRISTYN ANDERSON (MN Lic. 0267752)*
SARA J. LATHROP, Assistant City Attorney (MN Lic. 0310232)*
SHARDA ENSLIN, Assistant City Attorney (MN Lic. 0389370)*
350 South Fifth Street
Minneapolis, MN 55415
Tel: 612-673-3000
Email: kristyn.anderson@minneapolismn.gov
sara.lathrop@minneapolismn.gov
sharda.enslin@minneapolismn.gov

*Admitted *pro hac vice*

Attorneys for Plaintiff
CITY OF MINNEAPOLIS

```
                                LYNDSEY OLSON
                                City Attorney

                          By:   /s/ Lyndsey Olson
                                LYNDSEY OLSON, City Attorney*
                                ANTHONY G. EDWARDS, Assistant City Attorney*
                                400 City Hall and Courthouse
                                15 Kellogg Boulevard West
                                Saint Paul, Minnesota 55102
                                Tel: 651-266-8710
                                Fax: 651-298-5619
                                Email: Anthony.Edwards@ci.stpaul.mn.us

                                *Admitted pro hac vice

                                Attorneys for Plaintiff
                                CITY OF ST. PAUL


                                ERIN K. McSHERRY
                                City Attorney

                          By:   /s/ Erin K. McSherry
                                ERIN K. McSHERRY, City Attorney*
                                200 Lincoln Avenue
                                Post Office Box 909
                                Santa Fe, NM 87504-0909
                                (505) 955-6512
                                Email: ekmcsherry@santafenm.gov

                                *Admitted pro hac vice

                                Attorney for Plaintiff
                                CITY OF SANTA FE


                          By:   /s/ Naomi Tsu
                                NAOMI TSU*
                                JILL HABIG (CA Bar No. 268770)
                                Public Rights Project
                                490 43rd Street, Unit #115
                                Oakland, CA 94609
                                Tel: (510) 738-6788
                                jill@publicrightsproject.org
                                naomi@publicrightsproject.org

                                *Admitted pro hac vice

                                Attorneys for Plaintiffs
                                CITIES OF MINNEAPOLIS, NEW HAVEN,
                                PORTLAND, ST. PAUL, SANTA FE, and SEATTLE
```

**FILER'S ATTESTATION**

I, BILL NGUYEN, am the ECF user whose identification and password are being used to file this [PROPOSED] PLAINTIFFS' THIRD SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the above-named signatories concur in this filing.