DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5402
Telephone:	(415) 355-3308
Facsimile:	(415) 437-4644
E-Mail:	karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:	(408) 299-5900
Facsimile:	(408) 292-7240
E-Mail:	tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>Defendants. | Case No. 3:25-cv-1350-WHO<br><br>**[PROPOSED] ORDER GRANTING REQUESTS FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:	April 23, 2025<br>Time:	2:00 p.m.<br>Judge:	Hon. William H. Orrick III<br>Place:	Courtroom 2<br><br>Date Filed:	February 7, 2025<br>Trial Date:	None Set |

On April 23, 2025, Plaintiffs' Request for Judicial Notice in Support of Motion for Preliminary Injunction, Plaintiffs' Supplemental Request for Judicial Notice in Support of Motion for Preliminary Injunction, Plaintiffs' Second Supplemental Request for Judicial Notice in Support of Motion for Preliminary Injunction, and Plaintiffs' Third Supplemental Request for Judicial Notice in Support of Motion for Preliminary Injunction (collectively, "RJNs") came on for hearing. The Court has considered these RJNs and the documents filed therewith, including Exhibits 1 to 33 of the Declaration of Karun A. Tilak in Support of Motion for Preliminary Injunction ("Tilak Declaration"), Exhibit 1 of the Declaration of Bill Nguyen in Support of Motion for Preliminary Injunction ("Nguyen Declaration"), Exhibits 1 to 8 of the Supplemental Declaration of Bill Nguyen in Support of Motion for Preliminary Injunction ("First Supplemental Nguyen Declaration"), and Exhibits 1 and 2 of the Second Supplemental Declaration of Bill Nguyen in Support of Motion for Preliminary Injunction ("Second Supplemental Nguyen Declaration"). Good cause appearing therein—and pursuant to Federal Rule of Evidence 201—the Court hereby GRANTS Plaintiffs' RJNs and takes judicial notice of Exhibits 1 to 33 attached to the Tilak Declaration, Exhibit 1 attached to the Nguyen Declaration, Exhibits 1 to 8 attached to the First Supplemental Nguyen Declaration, and Exhibits 1 and 2 attached to the Second Supplemental Nguyen Declaration.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. WILLIAM H. ORRICK III
United States District Judge