# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** April 23, 2025 | **Time:** 29 minutes<br>1:59 p.m. to 2:38 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 25-cv-01350-WHO | **Case Name:** City and County of San Francisco v. Donald J. Trump | |

**Attorney for Plaintiffs:**   Karun Tilak
**Attorneys for Defendants:**   Lauren Fascett and Caroline McGuire

**Deputy Clerk:** Jean Davis          **Court Reporter:**  Robin Herrera

# PROCEEDINGS

Hearing regarding Motion for Preliminary Injunction conducted in hybrid format with arguing counsel appearing in person and additional counsel observing the proceedings in person and via Zoom Webinar.

The Court queries counsel and hears argument of counsel.

The motion is taken under submission; written order to follow.