IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br><br>DONALD J. TRUMP, *et al.*,<br><br><br>　　　　　　Defendants. | Case No. 3:25-cv-1350 (WHO)<br><br>**[PROPOSED] ORDER DENYING MOTION FOR PERMISSIVE INTERVENTION**<br><br>Hearing Date: June 11, 2025<br>Time:　　　　2:00 P.M. PST<br>Honorable William H. Orrick III |

Having considered the Proposed Intervenors' Motion for Permissive Intervention with their Memorandum of Points and Authorities in Support, along with Defendants' Opposition, and having found that the Proposed Intervenors fail to meet the standards for permissive intervention, it is hereby so ORDERED that the Motion for Permissive Intervention is DENIED.

DATED this _____ day of _____, 2025.

_____
HONORABLE WILLIAM H. ORRICK III
United States District Court Judge