YAAKOV ROTH
Acting Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

ELIANIS PEREZ
Assistant Director

LAUREN FASCETT
Senior Litigation Counsel

LINDSAY ZIMLIKI
VICTORIA TURCIOS
CAROLINE MCGUIRE
ANGEL FLEMING
Trial Attorneys

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants | CASE NO. 3:25-CV-1350 (WHO)<br><br>DEFENDANTS' CONFIRMATION OF NOTICE OF THE PRELIMINARY INJUNCTION ORDER TO DEFENDANTS' THE DEPARTMENTS OF JUSTICE AND HOMELAND SECURITY<br>AND<br>REQUEST FOR 48-HOUR EXTENSION OF TIME TO ENSURE NOTICE TO "ALL FEDERAL DEPARTMENTS AND AGENCIES" |

On April 24, 2025, this Court granted Plaintiffs' preliminary injunction, and, *inter alia*, instructed Defendants to provide notice of the Court's Order "to all federal departments and agencies by April 28, 2025." ECF No. 111 at 6.

Immediately following receipt of the Court's April 24, 2025, Order, the undersigned counsel notified counsel for the Department of Homeland Security as well as senior leadership in the Department of Justice by providing a description of the required notice via email, as well as a complete copy of the Court's written findings and Order issuing the preliminary injunction, as an attachment.

In the days following, undersigned counsel communicated with Defendants to ensure dissemination of the Court's preliminary injunction Order and written notice of the Court's instruction that federal departments and agencies may not take steps to withhold from, freeze, or condition funds to the Cities and Counties based on the first sentence of Section 17 of Executive Order 14,159, Section 2(a)(ii) of Executive Order 14,218, or the Preamble and Section I of the February 5, 2025, Memorandum from the Attorney General entitled "Sanctuary Jurisdictions Directives."

Defendants hereby confirm that on April 28, 2025, the United States Department of Justice emailed the requisite notice of the PI Order, Department-wide. Also on April 28, 2025, the Department of Homeland Security sent out the requisite notice to its components.

However, given the extensive nature of the Court's Order to notify "all federal departments and agencies"—including those beyond Defendants' direct control—, Defendants respectfully request an additional forty-eight (48) hours to ensure the requisite notice has been provided to "all federal departments and agencies."

This is Defendants' first request for an extension to complete the ordered notice. This request is made for good cause and not for the purpose of delay. The undersigned contacted counsel for Plaintiffs regarding this request and Plaintiffs' counsel indicated Plaintiffs take no position.

Wherefore, Defendants respectfully request a forty-eight (48) hour extension of time to ensure notice is disseminated to all federal departments and agencies as required by the Court's Order.

Dated: April 28, 2025                    Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

ELIANIS PEREZ
Assistant Director

VICTORIA TURCIOS
ANGEL FLEMING
LINDSAY ZIMLIKI
CAROLINE MCGUIRE
Trial Attorneys

*/s/ Lauren Fascett*
LAUREN FASCETT
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
Lauren.Fascett@usdoj.gov
202-616-3466

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to all attorneys of record through the Court's CM/ECF system.

*/s/ Lauren Fascett*
LAUREN FASCETT
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
Lauren.Fascett@usdoj.gov
202-616-3466