```
1   YAAKOV ROTH
    Acting Assistant Attorney General
2   Civil Division
    DREW C. ENSIGN
3   Deputy Assistant Attorney General
4   ELIANIS PEREZ
    Assistant Director
5   LAUREN FASCETT
    Senior Litigation Counsel
6   LINDSAY ZIMLIKI
7   VICTORIA TURCIOS
    CAROLINE MCGUIRE
8   ANGEL FLEMING
    Trial Attorneys
9
    Attorneys for Defendants
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants | CASE NO. 3:25-CV-1350 (WHO) <br><br> DECLARATION OF LAUREN FASCETT IN SUPPORT OF DEFENDANTS' MOTION FOR 48-HOUR EXTENSION OF TIME TO ENSURE NOTICE OF PRELIMINARY INJUNCTION ORDER TO "ALL FEDERAL DEPARTMENTS AND AGENCIES" |

I Lauren Fascett declare the following:

1. On April 24, 2025, this Court granted Plaintiffs' preliminary injunction, and, *inter alia*, instructed Defendants to provide notice of the Court's Order "to all federal departments and agencies by April 28, 2025." ECF No. 111 at 6.

2. Immediately following receipt of the Court's April 24, 2025, Order, my colleagues and I notified counsel for the Department of Homeland Security as well as senior leadership in the Department of Justice of the Court's April 24, 2025, Order by providing a description of the required notice via email, as well as a complete copy of the Court's written findings and Order issuing the preliminary injunction, as an attachment.

3. In the days following, my colleagues and I communicated with Defendants to ensure dissemination of the Court's preliminary injunction Order and written notice of the Court's instruction that federal departments and agencies may not take steps to withhold from, freeze, or condition funds to the Cities and Counties based on the first sentence of Section 17 of Executive Order 14,159, Section 2(a)(ii) of Executive Order 14,218, or the Preamble and Section I of the February 5, 2025, Memorandum from the Attorney General entitled "Sanctuary Jurisdictions Directives."

4. On April 28, 2025, I filed a confirmation with this Court that the United States Department of Justice had emailed the requisite notice of the PI Order, Department-wide on April 28, 2025, and that the Department of Homeland Security also sent out the requisite notice to its components on the same date. ECF No. 119.

5. I make this declaration in support of Defendants' request for a forty-eight (48) hour extension of time to ensure that the Court's ordered notice has been provided to "all federal departments and agencies." *See* ECF Nos. 111, 119.

6. On April 28, 2025, I emailed counsel for Plaintiffs regarding this extension request and Plaintiffs' counsel indicated that Plaintiffs take no position.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: April 28, 2025

*/s/ Lauren Fascett*
LAUREN FASCETT
Senior Litigation Counsel

U.S. Department of Justice
Civil Division
Office of Immigration Litigation
Lauren.Fascett@usdoj.gov
202-616-3466

*Attorneys for Defendants*