YAAKOV ROTH
Acting Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
ELIANIS PEREZ
Assistant Director
LAUREN FASCETT
Senior Litigation Counsel
ANGEL FLEMING
LINDSAY ZIMLIKI
CAROLINE MCGUIRE
Trial Attorneys

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-1350 (WHO) <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR 4 TO ENSURE NOTICE OF PRELIMINARY INJUNCTION TO "ALL FEDERAL DEPARTMENTS AND AGENCIES" |

Having considered Defendants' request for 48-HOUR EXTENSION OF TIME TO ENSURE NOTICE OF PRELIMINARY INJUNCTION TO "ALL FEDERAL DEPARTMENTS AND AGENCIES," it is hereby so ORDERED that Defendants' request is GRANTED.

DATED this _____ day of _____, 2025.

_____
HONORABLE WILLIAM H. ORRICK III
United States District Court Judge