YAAKOV ROTH
Acting Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

ELIANIS PEREZ
Assistant Director

LAUREN FASCETT
Senior Litigation Counsel

LINDSAY ZIMLIKI
VICTORIA TURCIOS
CAROLINE MCGUIRE
ANGEL FLEMING
Trial Attorneys

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>   Defendants | CASE NO. 3:25-CV-1350 (WHO)<br><br>DEFENDANTS' CONFIRMATION OF NOTICE OF THE PRELIMINARY INJUNCTION ORDER TO "ALL FEDERAL DEPARTMENTS AND AGENCIES" |

On April 29, 2025, counsel for the Department of Justice sent the requisite notice of the Court's PI Order (ECF No. 111 at 6) to all federal government departments and agencies via email. *See also* ECF Nos. 119-121.

Dated: April 30, 2025            Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General

ELIANIS PEREZ
Assistant Director
ANGEL FLEMING
LINDSAY ZIMLIKI
CAROLINE MCGUIRE
Trial Attorneys

*/s/ Lauren Fascett*
LAUREN FASCETT
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
Lauren.Fascett@usdoj.gov
202-616-3466

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of April 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to all attorneys of record through the Court's CM/ECF system.

/s/ Lauren Fascett
LAUREN FASCETT
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
Lauren.Fascett@usdoj.gov
202-616-3466