DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5402
Telephone:      (415) 355-3308
Facsimile:      (415) 437-4644
E-Mail:         karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:      (408) 299-5900
Facsimile:      (408) 292-7240
E-Mail:         tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>     Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>     Defendants. | Case No. 3:25-cv-1350-WHO<br><br>**DECLARATION OF KARUN A. TILAK IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE, OR IN THE ALTERNATIVE, TO MODIFY PRELIMINARY INJUNCTION**<br><br>Hearing Date:  June 11, 2025<br>Time:          2:00 p.m.<br>Judge:         Honorable William H. Orrick<br>Place:         Courtroom 2<br><br>Date Filed:    February 7, 2025<br>Trial Date:    Not set |

I, Karun A. Tilak, declare and state the following:

1. I am an attorney and a member of the Bar of this Court. I am a Deputy City Attorney with the San Francisco City Attorney's Office, and an attorney of record for Plaintiff City and County of San Francisco in the action *City and County of San Francisco v. Trump*, No. 25-cv-1350 (N.D. Cal.), filed in this District on February 7, 2025. I make this declaration of my own personal knowledge. If called on to do so, I could and would testify to the matters stated here.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Executive Order 14,287, entitled "Protecting American Communities from Criminal Aliens" ("EO 14,287") issued on April 28, 2025 and published in the Federal Register at 90 Fed. Reg. 18761.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an article titled "Fact Sheet: President Donald J. Trump Protects American Communities from Criminal Aliens," posted on the White House website on April 28, 2025, and available at https://www.whitehouse.gov/fact-sheets/2025/04/fact-sheet-president-donald-j-trump-protects-american-communities-from-criminal-aliens/ (archived link: https://perma.cc/PSU3-K9FU).

4. Attached hereto as **Exhibit 3** is a true and correct copy of email correspondence between Plaintiffs' counsel and Defendants' counsel from April 29, 2025, to May 5, 2025, regarding the application of this Court's preliminary injunction to EO 14,287.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed in San Francisco, California, on May 5, 2025.

_____
KARUN A. TILAK

# EXHIBIT 1

# Presidential Documents

Executive Order 14287 of April 28, 2025

## Protecting American Communities From Criminal Aliens

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered:

**Section 1**. *Purpose and Policy.* Federal supremacy with respect to immigration, national security, and foreign policy is axiomatic. The Constitution provides the Federal Government with plenary authority regarding immigration to protect the sovereignty of our Nation and to conduct relations with other nations, who must be able to deal with one national Government on such matters. This power is sometimes contained in specific constitutional provisions: Article II of the Constitution vests the power to protect national security and conduct foreign policy in the President of the United States, and Article IV, Section 4, requires the Federal Government to "protect each of [the States] against Invasion." This Federal power over immigration is also an inherent element of national sovereignty.

The prior administration allowed unchecked millions of aliens to illegally enter the United States. The resulting public safety and national security risks are exacerbated by the presence of, and control of territory by, international cartels and other transnational criminal organizations along the southern border, as well as terrorists and other malign actors who intend to harm the United States and the American people. This invasion at the southern border requires the Federal Government to take measures to fulfill its obligation to the States.

Yet some State and local officials nevertheless continue to use their authority to violate, obstruct, and defy the enforcement of Federal immigration laws. This is a lawless insurrection against the supremacy of Federal law and the Federal Government's obligation to defend the territorial sovereignty of the United States. Beyond the intolerable national security risks, such nullification efforts often violate Federal criminal laws, including those prohibiting obstruction of justice (18 U.S.C. 1501 *et seq.*), unlawfully harboring or hiring illegal aliens (8 U.S.C. 1324), conspiracy against the United States (18 U.S.C. 371), and conspiracy to impede Federal law enforcement (18 U.S.C. 372). Assisting aliens in violating Federal immigration law could also violate the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. 1961 *et seq.*). Some measures to assist illegal aliens also necessarily violate Federal laws prohibiting discrimination against Americans in favor of illegal aliens and protecting Americans' civil rights.

It is imperative that the Federal Government restore the enforcement of United States law.

**Sec. 2**. *Designation of "Sanctuary" Jurisdictions.* (a) Within 30 days of the date of this order, the Attorney General, in coordination with the Secretary of Homeland Security, shall publish a list of States and local jurisdictions that obstruct the enforcement of Federal immigration laws (sanctuary jurisdictions). After this initial publication, the Attorney General and the Secretary of Homeland Security shall update this list as necessary.

(b) Immediately following each publication under subsection (a) of this section, the Attorney General and the Secretary of Homeland Security shall notify each sanctuary jurisdiction regarding its defiance of Federal immigration law enforcement and any potential violations of Federal criminal law.

**Sec. 3**. *Consequences for Sanctuary Jurisdiction Status.* (a) With respect to sanctuary jurisdictions that are designated under section 2(a) of this

order, the head of each executive department or agency (agency), in coordination with the Director of the Office of Management and Budget and as permitted by law, shall identify appropriate Federal funds to sanctuary jurisdictions, including grants and contracts, for suspension or termination, as appropriate.

(b) With respect to jurisdictions that remain sanctuary jurisdictions after State or local officials are provided notice of such status under section 2(b) of this order and yet remain in defiance of Federal law, the Attorney General and the Secretary of Homeland Security shall pursue all necessary legal remedies and enforcement measures to end these violations and bring such jurisdictions into compliance with the laws of the United States.

**Sec. 4**. *Preventing Federal Benefits for Aliens in Sanctuary Jurisdictions.* The Secretary of Homeland Security, in coordination with the Attorney General, shall develop guidance, rules, or other appropriate mechanisms to ensure appropriate eligibility verification is conducted for individuals receiving Federal public benefits within the meaning of 8 U.S.C. 1611(c) from private entities in a sanctuary jurisdiction, whether such verification is conducted by the private entity or by a governmental entity on its behalf.

**Sec. 5**. *Equal Treatment of Americans.* The Attorney General, in consultation with the Secretary of Homeland Security and appropriate agency heads, shall identify and take appropriate action to stop the enforcement of State and local laws, regulations, policies, and practices favoring aliens over any groups of American citizens that are unlawful, preempted by Federal law, or otherwise unenforceable, including State laws that provide in-State higher education tuition to aliens but not to out-of-State American citizens that may violate 8 U.S.C. 1623 or that favor aliens in criminal charges or sentencing.

**Sec. 6**. *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

(d) The Department of Justice shall provide funding for this order's publication in the *Federal Register*.

THE WHITE HOUSE,
*April 28, 2025.*

[FR Doc. 2025–07789
Filed 5–1–25; 8:45 am]
Billing code 4410–CW–P

# EXHIBIT 2



*The* WHITE HOUSE

## FACT SHEETS

# Fact Sheet: President Donald J. Trump Protects American Communities from Criminal Aliens

The White House

April 28, 2025

**CRACKING DOWN ON SANCTUARY CITIES:** Today, President Donald J. Trump signed an Executive Order to enforce federal law with respect to sanctuary jurisdictions to protect their citizens from dangerous illegal aliens.

- The Order directs the Attorney General and Secretary of Homeland Security to publish a list of States and local jurisdictions obstructing federal immigration law enforcement and notify each sanctuary jurisdiction of its non-compliance, providing an opportunity to correct it.
- Sanctuary jurisdictions that do not comply with federal law may lose federal funding.
- The Order directs the Attorney General and Secretary of Homeland Security to pursue all necessary legal remedies and enforcement measures to bring non-compliant jurisdictions into compliance.
- It instructs the Attorney General and Secretary of Homeland Security to develop mechanisms for proper eligibility verification in sanctuary jurisdictions to prevent illegal aliens from receiving federal public benefits.
- The Order ensures illegal aliens are not being favored over American citizens by directing the Attorney General to address state or local laws that unlawfully prioritize aliens.
  - This includes in-state tuition benefits for aliens or criminal sentencing factors that favor aliens.

**ENFORCING FEDERAL LAW:** President Trump believes it is imperative that the federal government restore the enforcement of United States immigration law to

protect national sovereignty and security.

- Millions of illegal aliens entered the United States under President Biden's watch, including human smugglers, gang members, criminals, and terrorists.
- Some state and local officials are choosing to violate, obstruct, and defy the enforcement of Federal immigration laws, a lawless insurrection against the Federal Government's constitutional authority to protect the territorial sovereignty of the United States and conduct a unified national policy on immigration.
    - The sanctuary state of Massachusetts released several illegal aliens accused of raping kids back into the community while refusing to hold them for ICE.
    - Jose Ibarra was arrested and released twice before going on to murder Laken Riley.
    - The sanctuary city of Philadelphia ignored an ICE detainer and released a previously deported illegal alien from Honduras, who then went on to rape a child.
- Beyond creating enormous national security risks, these efforts often violate federal criminal laws, including those prohibiting obstruction of justice, harboring or hiring illegal aliens, conspiring against the United States, and impeding federal law enforcement.

**SECURING OUR HOMELAND:** President Trump is following through on his promise to rid the United States of sanctuary cities.

- President Trump: "No more Sanctuary Cities! They protect the Criminals, not the Victims. They are disgracing our Country, and are being mocked all over the World. Working on papers to withhold all Federal Funding for any City or State that allows these Death Traps to exist!!!"



NEWS

ADMINISTRATION

ISSUES

CONTACT

EOP

VISIT

GALLERY

VIDEO LIBRARY

AMERICA 250

FOUNDING FATHERS



Subscribe to The White House newsletter

Your email                                          SIGN UP



THE WHITE HOUSE

1600 Pennsylvania Ave NW
Washington, DC 20500

WH.GOV

Copyright

Privacy

# EXHIBIT 3

| | |
|---|---|
| **From:** | Fascett, Lauren (CIV) |
| **To:** | Tilak, Karun (CAT); McGuire, Caroline (CIV); Perez, Elianis (CIV); Turcios, Victoria E (CIV); Zimliki, Lindsay (CIV); Fleming, Angel (CIV) |
| **Cc:** | Eisenberg, Sara (CAT); Lee, Mollie (CAT); Kavita Narayan; Meredith Johnson; Rajiv Narayan; Bill Nguyen; Stefanie Wilson; Mere, Yvonne (CAT) |
| **Subject:** | RE: City & County of San Francisco et al. v. Trump. 25-cv-01350-WHO |
| **Date:** | Friday, May 2, 2025 2:01:04 PM |

Hi Karun,

Defendants' position is that the Court's April 24, 2025, PI Order does not apply to the April 28 Executive Order.
That said, we are not aware of any plan to deny funding based on the April 28 EO provisions that might arguably overlap with the enjoined EO provisions.

Thanks,
Lauren

**From:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>
**Sent:** Friday, May 2, 2025 3:59 PM
**To:** Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Kavita Narayan <kavita.narayan@cco.sccgov.org>; Meredith Johnson <meredith.johnson@cco.sccgov.org>; Rajiv Narayan <rajiv.narayan@cco.sccgov.org>; Bill Nguyen <bill.nguyen@cco.sccgov.org>; Stefanie Wilson <stefanie.wilson@cco.sccgov.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>
**Subject:** [EXTERNAL] RE: City & County of San Francisco et al. v. Trump. 25-cv-01350-WHO

Lauren,

As to the April 28 Executive Order, is it Defendants' position that the PI Order does not apply to the April 28 Executive Order's direction to federal agencies to identify and withhold funding from designated "sanctuary" jurisdictions because the April 28 EO postdates the PI Order? I'd appreciate a response to this question by 5pm PT today.

We are in receipt of your email asserting privilege over the notice sent to federal agencies and listing the agencies to whom notice was provided. We will follow up regarding the notice separately.

Thanks,

**Karun Tilak**
Deputy City Attorney
Office of City Attorney David Chiu

Phone: (415) 355-3308
Email:  karun.tilak@sfcityatty.org
www.sfcityattorney.org

---

**From:** Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>
**Sent:** Friday, May 2, 2025 12:39 PM
**To:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>; McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Kavita Narayan <kavita.narayan@cco.sccgov.org>; Meredith Johnson <meredith.johnson@cco.sccgov.org>; Rajiv Narayan <rajiv.narayan@cco.sccgov.org>; Bill Nguyen <bill.nguyen@cco.sccgov.org>; Stefanie Wilson <stefanie.wilson@cco.sccgov.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>
**Subject:** RE: City & County of San Francisco et al. v. Trump. 25-cv-01350-WHO

Counsel,

We have notified federal departments and agencies of the requirements of the PI order as required by the court. Regarding the April 28 Executive Order, as you know, it postdates the PI Order. If you become aware of or are concerned about a specific federal government action, please let us know.

Best,
Lauren

_____

Lauren Fascett
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, U.S. Dep't of Justice
202-616-3466
Lauren.Fascett@usdoj.gov

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information.  If the reader for this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use, or copying of this message or portion thereof is strictly prohibited.  If you have received this message in error, please reply immediately to the sender and delete this message.  Thank you.

---

**From:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>
**Sent:** Tuesday, April 29, 2025 7:53 PM
**To:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Kavita Narayan <kavita.narayan@cco.sccgov.org>; Meredith Johnson <meredith.johnson@cco.sccgov.org>; Rajiv Narayan <rajiv.narayan@cco.sccgov.org>; Bill Nguyen

<bill.nguyen@cco.sccgov.org>; Stefanie Wilson <stefanie.wilson@cco.sccgov.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>
**Subject:** [EXTERNAL] City & County of San Francisco et al. v. Trump. 25-cv-01350-WHO

Counsel,

On April 28, President Trump issued an Executive Order entitled "Protecting the American People from Criminal Aliens" ("April 28 Executive Order"), which threatens to "suspend" or "terminate" federal funding from so-called "sanctuary jurisdictions" designated by the Attorney General and Department of Homeland Security.

In light of Judge Orrick's April 24 order, please confirm that Plaintiffs' federal funding will not be suspended, terminated, withheld, frozen, or conditioned pursuant to the April 28 Executive Order.

We would appreciate your confirmation by 5pm PT on Friday, May 2. Otherwise, Plaintiffs are prepared to seek clarification from the Court.

Sincerely,

**Karun Tilak** (he/him)
Deputy City Attorney
Office of City Attorney David Chiu
Phone: (415) 355-3308
Email:  karun.tilak@sfcityatty.org
www.sfcityattorney.org