DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5402
Telephone: (415) 355-3308
Facsimile: (415) 437-4644
E-Mail: karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>    Defendants. | Case No. 3:25-cv-1350-WHO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**<br><br>Hearing Date: June 11, 2025<br>Time: 2:00 p.m.<br>Judge: Honorable William H. Orrick<br>Place: Courtroom 2<br><br>Date Filed: February 7, 2025<br>Trial Date: Not set |

This matter came before the Court on Plaintiffs' Motion to Enforce, or in the Alternative, to Modify Preliminary Injunction. Having considered the foregoing, the Court hereby GRANTS Plaintiffs' Motion. In order to ensure that Defendants comply with the Court's preliminary injunction entered on April 24, 2025 (ECF No. 11), it is HEREBY ORDERED that:

1. Defendants[1] and their officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with them ARE HEREBY RESTRAINED AND ENJOINED from directly or indirectly taking any action to withhold, freeze, or condition federal funds from Plaintiffs based on Section 2 and Section 3(a) of Executive Order 14,287 or any other materially similar directive to withhold, condition, or freeze federal funds to "sanctuary" jurisdictions or jurisdictions with so-called "sanctuary" policies, on the basis that Plaintiffs have policies that limit (i) the honoring of civil immigration detainer requests; (ii) cooperation with administrative warrants for purposes of immigration enforcement; (iii) sharing of information with federal immigration authorities other than immigration or citizenship status; (iv) the use of local law enforcement to arrest or detain individuals solely for civil immigration violations; or (v) the use of local resources to assist with civil immigration enforcement activities.

2. Defendants are instructed to provide written notice of this Order to all federal departments and agencies by May 12, 2025. The written notice shall instruct those agencies that they may not take steps to withhold from, freeze, or condition funds to Plaintiffs based on Sections 2 and 3(a) of Executive Order 14,287 or any other materially similar directive to withhold, condition, or freeze federal funds to "sanctuary" jurisdictions or jurisdictions with so-called "sanctuary" policies.

3. This Order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2).

---

[1] Defendant President Donald J. Trump is not enjoined by this Order with respect to the "performance of his official duties." *See Franklin v. Massachusetts*, 505 U.S. 788, 802–03 (1992) (citation and quotation marks omitted). However, the injunction does run against any federal agency or official, including the other named defendants and any other agency or individual acting in concert with or as an agent of the President or other defendants to implement the enjoined provisions of Executive Orders 14,159 and 14,128 and the Bondi Directive. *See Hawaii v. Trump*, 859 F.3d 741, 788 (9th Cir. 2017) ("Injunctive relief, however, may run against executive officials"), *rev'd on other grounds, Trump v. Hawaii*, 583 U.S. 941 (2017); *see also* Fed. R. Civ. Proc. 65(d)(2) (preliminary injunction may reach "other persons who are in active concert or participation with" the enjoined parties).

1  IT IS SO ORDERED.

2  Dated: _____

3  _____
   WILLIAM H. ORRICK
   United States District Judge