DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
Telephone:     (415) 355-3308
Facsimile:     (415) 437-4644
E-Mail:     karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:     (408) 299-5900
Facsimile:     (408) 292-7240
E-Mail:     tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

*[additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE, <br><br> Plaintiffs, <br><br> vs. <br><br> DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100, <br><br> Defendants. | Case No. 3:25-cv-1350-WHO <br><br> **MOTION TO SHORTEN TIME AND ESTABLISH EXPEDITED BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION TO ENFORCE OR, IN THE ALTERNATIVE, TO MODIFY PRELIMINARY INJUNCTION** |

Pursuant to Northern District of California Civil Local Rule 6-3(a), Plaintiffs[1] request that this Court expedite briefing and a hearing on Plaintiffs' concurrently filed Motion to Enforce or, in the Alternative, to Modify Preliminary Injunction ("Motion to Enforce"), so that a hearing is held on May 8, 2025. Specifically, Plaintiffs propose the following schedule for briefing and consideration of Plaintiffs' Motion to Enforce:

    1.      Defendants[2] must file an opposition, if any, by 12 P.M. PT on May 7, 2025.

    2.      The Court will hold a hearing on the Motion to Enforce at 2 P.M. PT on May 8, 2025.

The only previous modification to a Court deadline in this case is Defendants' Motion for 48-Hour Extension of Time to Ensure Notice of Preliminary Injunction to "All Federal Departments and Agencies," filed on April 28, 2025, at ECF No. 120, and granted on April 29, 2025, at ECF No. 121. Nguyen Decl. ISO Mot. to Shorten Time ("Nguyen Decl.") ¶ 6. If granted, Plaintiffs' requested time modification would have no effect on any other aspect of the case schedule, which consists of a case management conference set for May 6, 2025, and a hearing on a motion for permissive intervention set for June 11, 2025. *Id.* ¶ 7.

## BACKGROUND

Just four days after this Court issued its Order Granting Preliminary Injunction ("PI Order"), ECF No. 111, President Trump issued an executive order titled "Protecting American Communities from Criminal Aliens" ("EO 14,287"), Decl. of K. Tilak ISO Mot. to Enforce or Modify PI ("Tilak Decl."), ECF No. 128-1, Ex. 1, 90 Fed. Reg. 18761. EO 14,287 directs all federal agencies to withhold funding from "sanctuary" jurisdictions, in violation of the PI Order. *See* Tilak Decl. Ex. 1 § 3(a). Plaintiffs file their Motion to Enforce because Defendants have refused to disavow withholding,

---

[1] Plaintiffs are City and County of San Francisco ("San Francisco"), County of Santa Clara ("Santa Clara"), City of Portland ("Portland"), Martin Luther King, Jr. County ("King County"), City of New Haven ("New Haven"), City of Oakland ("Oakland"), City of Emeryville ("Emeryville"), City of San Jose ("San Jose"), City of San Diego ("San Diego"), City of Sacramento ("Sacramento"), City of Santa Cruz ("Santa Cruz"), County of Monterey ("Monterey"), City of Seattle ("Seattle"), City of Minneapolis ("Minneapolis"), City of St. Paul ("St. Paul"), and City of Santa Fe ("Santa Fe").

[2] Defendants are Donald J. Trump, President of the United States; the United States Department of Justice ("DOJ"); Pamela Bondi ("Bondi") in her official capacity as Attorney General of the United States; Emil Bove ("Bove") in his capacity as Acting Deputy Attorney General of the United States; the United States Department of Homeland Security ("DHS"); Kristi Noem ("Noem") in her official capacity as Secretary of the Department of Homeland Security; and the United States.

freezing, or conditioning funds to Plaintiffs pursuant to EO 14,287, and instead have affirmatively stated their position that the PI Order does not apply to EO 14,287.  Nguyen Decl. ¶ 4; *id.* Ex. 1.  And Plaintiffs concurrently file this Motion to Shorten Time because Defendants have declined to stipulate to the schedule proposed above.  *Id.* ¶ 5; *id.* Ex. 1.

## ARGUMENT

The same "exigencies" that led this Court to issue a summary order two weeks ago justify moving quickly again.  *See* ECF No. 111, at p. 1 n.1.  Under this Court's rules, Plaintiffs' Motion to Enforce will be heard no earlier than June 11, 2025.  *See* N.D. Cal. Civ. L.R. 7-2(a) ("hearing not less than 35 days after filing of the motion").  But, in the interim, EO 14,287 upends the status quo created by the PI Order by once again threatening to withhold Plaintiffs' federal funding based on their designation as "sanctuary" jurisdictions and creating immediate budgetary uncertainty for Plaintiffs. The harm is all the more urgent now, as many Plaintiffs are approaching the end of their respective fiscal years.  *See, e.g.*, Kittler Decl. ¶ 7 (San Francisco's fiscal year ending on June 30); Williams Decl. ¶¶ 34, 37 (Santa Clara's fiscal year ending on June 30); Elicker Decl. ¶ 13 (New Haven's fiscal year ending on June 30); Oster Decl. ¶ 9 (Santa Fe's fiscal year ending on June 30).  Consequently, many Plaintiffs must make critical budgetary decisions in the coming weeks, to adopt balanced budgets by the end of the fiscal year.  *See, e.g.*, Kittler Decl. ¶¶ 30–31 (San Francisco must make budgetary decisions in mid- to late May); Biery Decl. ¶ 4 (Portland's "City Council adopts the budget in mid-June"); De La Rosa Decl. ¶ 10 (Monterey's "budget for this fiscal year needs to be finalized by July 1, 2025"); Williams Decl. ¶ 58 (Santa Clara's County Executive's Office prepares its recommended budget in May and June); J. Johnson Decl. ¶ 10 (Oakland releases its proposed budget in early May); Charvel Decl. ¶ 13 (San Diego City Council considers public input on its budget in May and approves the budget in early June); Oster Decl. ¶ 11 (Santa Fe's Governing Body considers its proposed budget in May and must approve the budget by June 1, 2025).  The stakes of budget approval are high because unplanned federal funding cuts that come after a budget is adopted can be particularly difficult to absorb and address.  *See, e.g.*, Kittler Decl. ¶ 33 ("If unanticipated cuts come mid-year, the General Fund will take an even bigger hit at that time, as there will be less time to absorb the loss of funds.").

It is no exaggeration, then, to say that every day matters. Every day on which Plaintiffs lack clarity about EO 14,287 and the agency actions emanating from it—especially in this high-stakes window—compounds the budgetary uncertainty this Court has found is an irreparable harm resulting from Defendants' threats to withhold federal funding. ECF No. 111, at p. 5; *see also* Further Order Regarding Preliminary Injunction, ECF No. 126, at pp. 40–42, 63. This Court should therefore grant Plaintiffs' Motion to Shorten Time.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court expedite briefing and a hearing on Plaintiffs' Motion to Enforce so that a hearing is held on May 8, 2025.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

Dated:  May 5, 2025

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS
KARUN A. TILAK
Deputy City Attorneys

By:  /s/ *Karun A. Tilak*
KARUN A. TILAK
Deputy City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO


TONY LOPRESTI
County Counsel
KAVITA NARAYAN
Chief Assistant County Counsel
MEREDITH A. JOHNSON
Lead Deputy County Counsel
STEFANIE L. WILSON
RAJIV NARAYAN
Deputy County Counsels
BILL NGUYEN
Litigation Fellow

By:  /s/ *Bill Nguyen*
BILL NGUYEN
Litigation Fellow

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

1

ROBERT TAYLOR
Portland City Attorney

2

By: /s/ Naomi Sheffield

3

NAOMI SHEFFIELD*
Chief Deputy City Attorney
1221 SW Fourth Avenue, Room 430

4

Portland, OR 97204
Tel: (503) 823-4047

5

Fax: (503) 823-3089
Naomi.Sheffield@portlandoregon.gov

6

7

*Admitted *pro hac vice*

Attorneys for Plaintiff

8

CITY OF PORTLAND

9

10

SHANNON BRADDOCK
King County Executive

11

By: /s/ David J. Hackett

12

DAVID J. HACKETT*
General Counsel to King County

13

Executive
Chinook Building

14

401 5th Avenue, Suite 800
Seattle, Washington, 98104

15

(206) 477-9483
David.hackett@kingcounty.gov

16

PAUL J. LAWRENCE*
Pacifica Law Group

17

1191 2nd Avenue, Suite 2000
Seattle, WA 98101-3404

18

(206) 245-1708
Paul.Lawrence@pacificalawgroup.com

19

20

*Admitted *pro hac vice*

Attorney for Plaintiff

21

MARTIN LUTHER KING, JR. COUNTY

22

23

24

25

26

27

28

1

PATRICIA KING
New Haven Corporation Counsel

2

By: /s/ *Patricia King*

3

PATRICIA KING*
Office of the Corporation Counsel

4

City of New Haven
165 Church Street-4th Floor

5

New Haven, CT 06510
Tel:   203-946-7951

6

Cell: 203-668-9282
Fax:  203-946-7942

7

pking@newhavenct.gov

8

*Admitted *pro hac vice*

9

Attorney for Plaintiff

10

CITY OF NEW HAVEN

11

RYAN RICHARDSON

12

Oakland City Attorney

13

By: /s/ *Ryan Richardson*

14

RYAN RICHARDSON
City Attorney

15

MARIA BEE
Chief Assistant City Attorney

16

JAMIE HULING DELAYE
Supervising City Attorney

17

H. LUKE EDWARDS
Deputy City Attorney

18

One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612

19

Tel: (510) 238-6629
Fax: (510) 238-6500

20

Email: RRichardson@OaklandCityAttorney.org

21

Attorneys for Plaintiff

22

CITY OF OAKLAND

23

24

25

26

27

28

JOHN I. KENNEDY
City Attorney

By:  /s/ *John I. Kennedy* _____
JOHN I. KENNEDY, City Attorney
1333 Park Ave, Emeryville, CA 94608-3517
Phone: 510-596-4381
Fax: 510-596-3724
Email: John.Kennedy@emeryville.org

Attorney for Plaintiff
CITY OF EMERYVILLE


NORA FRIMANN
City Attorney

By:  /s/ *Nora Frimann* _____
NORA FRIMANN, City Attorney
ELISA TOLENTINO, Chief Deputy City Attorney
200 E Santa Clara St
San José, CA 95113-1905
Tel: 408-535-1900
Fax: 408-998-3131
cao.main@sanjoseca.gov

Attorneys for Plaintiff
CITY OF SAN JOSÉ


HEATHER FERBERT
City Attorney

By:  /s/ *Mark Ankcorn* _____
MARK ANKCORN, Senior Chief Deputy City Attorney
JULIE RAU, Deputy City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Tel: (619) 533-5800

Attorneys for Plaintiff
CITY OF SAN DIEGO

1

SUSANA ALCALA WOOD
City Attorney

2

By: /s/ *Andrea Velasquez*

3

ANDREA VELASQUEZ, Supervising Deputy City
Attorney

4

915 I St Fl 4, Sacramento, CA 95814-2621
Tel: 916-808-5346

5

Fax: 916-808-7455
Email: AVelasquez@cityofsacramento.org

6

7

Attorneys for Plaintiff
CITY OF SACRAMENTO

8

9

By: /s/ *Anthony P. Condotti*

10

Anthony P. Condotti, City Attorney
Catherine M. Bronson, Assistant City Attorney
Claire Hard, Deputy City Attorney

11

PO Box 481
Santa Cruz, CA 95061

12

Tel: 831-423-8383
Email: tcondotti@abc-law.com

13

chard@abc-law.com
cbronson@abc-law.com

14

15

Attorneys for Plaintiff
CITY OF SANTA CRUZ

16

17

SUSAN K. BLITCH
County Counsel

18

19

By: /s/ *Susan K. Blitch*

20

SUSAN K. BLITCH, County Counsel
HENRY BLUESTONE SMITH, Deputy County Counsel

21

168 W Alisal St Fl 3rd
Salinas, CA 93901-2439

22

Tel: 831-755-5045
Fax: 831-755-5283

23

Email: SmithHB@countyofmonterey.gov

24

Attorneys for Plaintiff
COUNTY OF MONTEREY

25

26

27

28

ANN DAVISON
Seattle City Attorney

By: /s/ *Ann Davison*
Ann Davison, Seattle City Attorney*
Kerala Cowart, Assistant City Attorney*
Dallas LePierre, Assistant City Attorney*
Rebecca Widen, Assistant City Attorney*
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Tel: (206) 684-8200
E-mail: ann.davison@seattle.gov

*Admitted *pro hac vice*

Attorneys for Plaintiff
CITY OF SEATTLE


KRISTYN ANDERSON
City Attorney

By: /s/ *Kristyn Anderson*
KRISTYN ANDERSON (MN Lic. 0267752)*
SARA J. LATHROP, Assistant City Attorney (MN Lic. 0310232)*
SHARDA ENSLIN, Assistant City Attorney (MN Lic. 0389370)*
350 South Fifth Street
Minneapolis, MN 55415
Tel: 612-673-3000
Email: kristyn.anderson@minneapolismn.gov
sara.lathrop@minneapolismn.gov
sharda.enslin@minneapolismn.gov

*Admitted *pro hac vice*

Attorneys for Plaintiff
CITY OF MINNEAPOLIS

1

LYNDSEY OLSON
City Attorney

2

By: /s/ Lyndsey Olson

3

LYNDSEY OLSON, City Attorney*
ANTHONY G. EDWARDS, Assistant City Attorney*

4

400 City Hall and Courthouse
15 Kellogg Boulevard West

5

Saint Paul, Minnesota 55102
Tel: 651-266-8710

6

Fax: 651-298-5619
Email: Anthony.Edwards@ci.stpaul.mn.us

7

8

*Admitted pro hac vice

9

Attorneys for Plaintiff
CITY OF ST. PAUL

10

11

ERIN K. McSHERRY
City Attorney

12

By: /s/ Erin K. McSherry

13

ERIN K. McSHERRY, City Attorney*

14

200 Lincoln Avenue
Post Office Box 909

15

Santa Fe, NM 87504-0909
(505) 955-6512

16

Email: ekmcsherry@santafenm.gov

17

*Admitted pro hac vice

18

Attorney for Plaintiff
CITY OF SANTA FE

19

20

By: /s/ Naomi Tsu
NAOMI TSU*

21

JILL HABIG (CA Bar No. 268770)
Public Rights Project

22

490 43rd Street, Unit #115
Oakland, CA 94609

23

Tel: (510) 738-6788
jill@publicrightsproject.org

24

naomi@publicrightsproject.org

25

*Admitted pro hac vice

26

Attorneys for Plaintiffs

27

CITIES OF MINNEAPOLIS, NEW HAVEN,
PORTLAND, ST. PAUL, SANTA FE, and SEATTLE

28

**FILER'S ATTESTATION**

I, KARUN A. TILAK, am the ECF user whose identification and password are being used to file this MOTION TO SHORTEN TIME AND ESTABLISH EXPEDITED BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION TO ENFORCE OR, IN THE ALTERNATIVE, TO MODIFY PRELIMINARY INJUNCTION. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.