| | |
|---|---|
| DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>NANCY E. HARRIS, SBN 197042<br>KARUN A. TILAK, SBN 323939<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA  94102-5402<br>Telephone:     (415) 355-3308<br>Facsimile:      (415) 437-4644<br>E-Mail:           karun.tilak@sfcityatty.org<br><br>Attorneys for Plaintiff<br>CITY AND COUNTY OF SAN FRANCISCO | TONY LOPRESTI, SBN 289269<br>County Counsel<br>KAVITA NARAYAN, SBN 264191<br>Chief Assistant County Counsel<br>MEREDITH A. JOHNSON, SBN 291018<br>Lead Deputy County Counsel<br>STEFANIE L. WILSON, SBN 314899<br>RAJIV NARAYAN, SBN 334511<br>Deputy County Counsels<br>BILL NGUYEN, SBN 333671<br>Litigation Fellow<br>70 W. Hedding Street, East Wing, 9th Floor<br>San José, CA 95110<br>Telephone:     (408) 299-5900<br>Facsimile:      (408) 292-7240<br>E-Mail:           tony.lopresti@cco.sccgov.org<br><br>Attorneys for Plaintiff<br>COUNTY OF SANTA CLARA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>    Defendants. | Case No. 3:25-cv-1350-WHO<br><br>**DECLARATION OF BILL NGUYEN IN SUPPORT OF MOTION TO SHORTEN TIME AND ESTABLISH EXPEDITED BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION TO ENFORCE OR, IN THE ALTERNATIVE, TO MODIFY PRELIMINARY INJUNCTION** |

I, Bill Nguyen, declare and state the following:

1. I am over the age of 18. I am a resident of the State of California; a member of the Bar of this Court; a Litigation Fellow with the Office of the County Counsel, County of Santa Clara; and an attorney of record for Plaintiff County of Santa Clara in the action *City and County of San Francisco v. Trump*, No. 25-cv-1350 (N.D. Cal.), filed in this District on February 7, 2025. I make this declaration in support of Plaintiffs' Motion to Shorten Time and Establish Expedited Briefing and Hearing Schedule for Plaintiffs' Motion to Enforce or, in the Alternative, to Modify Preliminary Injunction ("Motion to Shorten Time"). I state the matters herein of my personal knowledge. If called on to do so, I could and would testify to them.

2. Attached hereto as **Exhibit 1** is a true and correct copy of email correspondence between Plaintiffs' counsel and Defendants' counsel from April 29, 2025, to May 5, 2025, regarding the application of this Court's preliminary injunction to Executive Order 14,287 ("EO 14,287") and the timing of Plaintiffs' Motion to Enforce or, in the Alternative, to Modify Preliminary Injunction.

3. I understand that Northern District of California Civil Local Rule 6-3(a) requires Plaintiffs to state, in addition to the items below, the **reasons for their requested shortening** and the **substantial harm or prejudice** that would occur absent a time change. Because these statements involve argument or facts beyond my personal knowledge, I do not make them here; they appear instead in Plaintiffs' Motion to Shorten Time.

4. **Nature of underlying dispute**: Plaintiffs contend that the Court's Order Granting Preliminary Injunction ("PI Order"), issued on April 24, 2025, prohibits Defendants from withholding, freezing, or conditioning funds pursuant to Executive Order 14,287 ("EO 14,287"), issued four days later; Defendants disagree. On April 29, 2025, Plaintiffs emailed Defendants the following:

> On April 28, President Trump issued an Executive Order entitled "Protecting the American People from Criminal Aliens" ("April 28 Executive Order"), which threatens to "suspend" or "terminate" federal funding from so-called "sanctuary jurisdictions" designated by the Attorney General and Department of Homeland Security.
>
> In light of Judge Orrick's April 24 order, please confirm that Plaintiffs' federal funding will not be suspended, terminated, withheld, frozen, or conditioned pursuant to the April 28 Executive Order.

      We would appreciate your confirmation by 5pm PT on Friday, May 2. Otherwise, Plaintiffs are prepared to seek clarification from the Court.

Ex. 1. On May 2, 2025, Defendants replied, in relevant part, "Defendants' position is that the Court's April 24, 2025, PI Order does not apply to the April 28 Executive Order." *Id.*

5. **Efforts to obtain stipulation**: Following confirmation of Defendants' position on EO 14,287, Plaintiffs stated their intent to file a motion to enforce or modify the PI Order, and asked whether Defendants would stipulate to the expedited briefing and hearing schedule proposed in Plaintiffs' Motion to Shorten Time. *Id.* On May 5, 2025, Defendants declined to stipulate to Plaintiffs' proposed schedule. *Id.*

6. **Previous time modifications**: The only previous modification to a Court deadline in this case is Defendants' Motion for 48-Hour Extension of Time to Ensure Notice of Preliminary Injunction to "All Federal Departments and Agencies," filed on April 28, 2025, at ECF No. 120, and granted on April 29, 2025, at ECF No. 121.

7. **Effect of requested time modification on schedule**: If granted, Plaintiffs' requested time modification would accelerate consideration and disposition of Plaintiffs' Motion to Enforce or, in the Alternative, to Modify Preliminary Injunction. However, to the best of Plaintiffs' understanding, their requested time modification would have no effect on any other aspect of the schedule in this case, which consists of a case management conference set for May 6, 2025, and a hearing on a motion for permissive intervention set for June 11, 2025.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed in San José, California, on May 5, 2025.

*/s/ Bill Nguyen*
BILL NGUYEN

Nguyen Decl. ISO Motion to Shorten Time;
Case No. 3:25-cv-1350-WHO

3

# Exhibit 1

| | |
|---|---|
| **From:** | Nguyen, Bill |
| **To:** | McGuire, Caroline (CIV); Tilak, Karun (CAT); Fascett, Lauren (CIV); Perez, Elianis (CIV); Turcios, Victoria E (CIV); Zimliki, Lindsay (CIV); Fleming, Angel (CIV) |
| **Cc:** | Eisenberg, Sara (CAT); Lee, Mollie (CAT); Narayan, Kavita; Johnson, Meredith; Narayan, Rajiv; Wilson, Stefanie; yvonne.mere@sfcityatty.org |
| **Subject:** | RE: City & County of San Francisco et al. v. Trump. 25-cv-01350-WHO |
| **Date:** | Monday, May 5, 2025 9:18:00 AM |
| **Attachments:** | image003.png |

Dear Caroline:

Thanks so much for getting back to us. We will note your opposition in our filing later today. If the Court grants Plaintiffs' motion to shorten time, we stipulate to a Zoom hearing on this motion to enforce or, in the alternative, to modify the PI order.

Sincerely,
Bill



**Bill Nguyen** | Social Justice and Impact Litigation Fellow
Office of the County Counsel, County of Santa Clara
70 West Hedding Street, East Wing, 9th Floor | San José, CA 95110
Office: (408) 299-5994 | Mobile: (669) 279-9957
Pronoun: he
bill.nguyen@cco.sccgov.org | counsel.sccgov.org

**NOTICE TO RECIPIENT**: The information in this email is confidential and may be protected by the attorney–client and/or work product privileges. If you received this email in error, any review, use, dissemination, distribution, or copying of it is strictly prohibited. Please notify Administration, Office of the County Counsel, of the error immediately at (408) 299-5900 and delete this communication and any attached documents from your system.

---

**From:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>
**Sent:** Monday, May 5, 2025 9:01 AM
**To:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <sara.eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>; Nguyen, Bill <bill.nguyen@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; yvonne.mere@sfcityatty.org
**Subject:** [EXTERNAL] RE: City & County of San Francisco et al. v. Trump. 25-cv-01350-WHO

Counsel,

Defendants do not agree to Plaintiffs' proposed expedited briefing schedule because as Defendants have maintained throughout this litigation, this action is not ripe. Notwithstanding that position, and in the interest of streamlining Plaintiffs' proposed briefing, Defendants will stipulate to filing any opposition fourteen days after Plaintiffs lodge any motion to enforce/motion to amend the preliminary injunction. Defendants would further respectfully

request that any hearing on the same occur virtually via Zoom.

Thank you.

**Caroline McGuire**
Trial Attorney
Office of Immigration Litigation
General Litigation and Appeals
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4268
caroline.mcguire@usdoj.gov

**From:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>
**Sent:** Friday, May 2, 2025 6:11 PM
**To:** Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Kavita Narayan <kavita.narayan@cco.sccgov.org>; Meredith Johnson <meredith.johnson@cco.sccgov.org>; Rajiv Narayan <rajiv.narayan@cco.sccgov.org>; Bill Nguyen <bill.nguyen@cco.sccgov.org>; Stefanie Wilson <stefanie.wilson@cco.sccgov.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>
**Subject:** [EXTERNAL] RE: City & County of San Francisco et al. v. Trump. 25-cv-01350-WHO

Lauren,

Thank you for your response. Plaintiffs intend to file a motion to enforce, or in the alternative, modify the PI order on Monday, May 5. Would Defendants stipulate to an expedited briefing and hearing schedule on that motion? We propose that Defendants would have to file an opposition, if any, by 12 P.M. PT on Wednesday, May 7, and that the Court would hold a hearing on the motion at 2 P.M. PT on Thursday, May 8. Please let us know by 9 A.M. PT on Monday, May 5, if you'd be willing to stipulate.

Best,

**Karun Tilak**
Deputy City Attorney
Office of City Attorney David Chiu
Phone: (415) 355-3308
Email:  karun.tilak@sfcityatty.org
www.sfcityattorney.org

**From:** Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>

**Sent:** Friday, May 2, 2025 2:01 PM
**To:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>; McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Kavita Narayan <kavita.narayan@cco.sccgov.org>; Meredith Johnson <meredith.johnson@cco.sccgov.org>; Rajiv Narayan <rajiv.narayan@cco.sccgov.org>; Bill Nguyen <bill.nguyen@cco.sccgov.org>; Stefanie Wilson <stefanie.wilson@cco.sccgov.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>
**Subject:** RE: City & County of San Francisco et al. v. Trump. 25-cv-01350-WHO

Hi Karun,

Defendants' position is that the Court's April 24, 2025, PI Order does not apply to the April 28 Executive Order.
That said, we are not aware of any plan to deny funding based on the April 28 EO provisions that might arguably overlap with the enjoined EO provisions.

Thanks,
Lauren

---

**From:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>
**Sent:** Friday, May 2, 2025 3:59 PM
**To:** Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Kavita Narayan <kavita.narayan@cco.sccgov.org>; Meredith Johnson <meredith.johnson@cco.sccgov.org>; Rajiv Narayan <rajiv.narayan@cco.sccgov.org>; Bill Nguyen <bill.nguyen@cco.sccgov.org>; Stefanie Wilson <stefanie.wilson@cco.sccgov.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>
**Subject:** [EXTERNAL] RE: City & County of San Francisco et al. v. Trump. 25-cv-01350-WHO

Lauren,

As to the April 28 Executive Order, is it Defendants' position that the PI Order does not apply to the April 28 Executive Order's direction to federal agencies to identify and withhold funding from designated "sanctuary" jurisdictions because the April 28 EO postdates the PI Order? I'd appreciate a response to this question by 5pm PT today.

We are in receipt of your email asserting privilege over the notice sent to federal agencies and listing the agencies to whom notice was provided. We will follow up regarding the notice

separately.

Thanks,

**Karun Tilak**
Deputy City Attorney
Office of City Attorney David Chiu
Phone: (415) 355-3308
Email:  karun.tilak@sfcityatty.org
www.sfcityattorney.org

---

**From:** Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>
**Sent:** Friday, May 2, 2025 12:39 PM
**To:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>; McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Kavita Narayan <kavita.narayan@cco.sccgov.org>; Meredith Johnson <meredith.johnson@cco.sccgov.org>; Rajiv Narayan <rajiv.narayan@cco.sccgov.org>; Bill Nguyen <bill.nguyen@cco.sccgov.org>; Stefanie Wilson <stefanie.wilson@cco.sccgov.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>
**Subject:** RE: City & County of San Francisco et al. v. Trump. 25-cv-01350-WHO

Counsel,

We have notified federal departments and agencies of the requirements of the PI order as required by the court. Regarding the April 28 Executive Order, as you know, it postdates the PI Order. If you become aware of or are concerned about a specific federal government action, please let us know.

Best,
Lauren

_____
Lauren Fascett
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, U.S. Dep't of Justice
202-616-3466
Lauren.Fascett@usdoj.gov

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information.  If the reader for this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use, or copying of this message or portion thereof is strictly prohibited.  If you have received this message in error, please reply immediately to the sender and delete this message.  Thank you.

---

**From:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>
**Sent:** Tuesday, April 29, 2025 7:53 PM

**To:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Kavita Narayan <kavita.narayan@cco.sccgov.org>; Meredith Johnson <meredith.johnson@cco.sccgov.org>; Rajiv Narayan <rajiv.narayan@cco.sccgov.org>; Bill Nguyen <bill.nguyen@cco.sccgov.org>; Stefanie Wilson <stefanie.wilson@cco.sccgov.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>
**Subject:** [EXTERNAL] City & County of San Francisco et al. v. Trump. 25-cv-01350-WHO

Counsel,

On April 28, President Trump issued an Executive Order entitled "Protecting the American People from Criminal Aliens" ("April 28 Executive Order"), which threatens to "suspend" or "terminate" federal funding from so-called "sanctuary jurisdictions" designated by the Attorney General and Department of Homeland Security.

In light of Judge Orrick's April 24 order, please confirm that Plaintiffs' federal funding will not be suspended, terminated, withheld, frozen, or conditioned pursuant to the April 28 Executive Order.

We would appreciate your confirmation by 5pm PT on Friday, May 2. Otherwise, Plaintiffs are prepared to seek clarification from the Court.

Sincerely,

**Karun Tilak** (he/him)
Deputy City Attorney
Office of City Attorney David Chiu
Phone: (415) 355-3308
Email:  karun.tilak@sfcityatty.org
www.sfcityattorney.org