UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 25-cv-01350-WHO<br><br>**ORDER SCHEDULING PLAINTIFFS' MOTION TO ENFORCE AND MOTION TO EXPEDITE**<br><br>Re: Dkt. Nos. 128, 129 |

The plaintiffs have filed a Motion to Enforce or, in the Alternative, to Modify Preliminary Injunction. Dkt. No. 128 ("Motion to Enforce," filed May 5, 2025). They have also asked that I shorten time and establish an expedited briefing and hearing schedule for the Motion to Enforce. Dkt. No. 129 ("Motion to Expedite," filed May 5, 2025). The reason for these motions is that the President has issued another Executive Order concerning sanctuary jurisdictions.

EO 14,287, like the two Executive Orders and Bondi Directive that I enjoined in the Order Granting Preliminary Injunction ("PI Order") (Dkt. No. 111),[1] directs the Attorney General and Secretary of Homeland Security to identify "sanctuary" jurisdictions and directs all federal agencies to withhold funding from such jurisdictions. *See* Declaration of Karun Tilak ("Tilak Decl.") Ex. 1 (EO 14,287). In an official fact sheet published by the White House accompanying EO 14,287, it explains that, through EO 14,287, President Trump is "following through on his promise to rid the United States of sanctuary cities," and quotes President Trump's Truth Social

---

[1] The PI Order enjoins the first sentence of Section 17 of Executive Order 14,159 ("Protecting the American People Against Invasion"), Section 2(a)(ii) of Executive Order 14,218 ("Ending Taxpayer Subsidization of Open Borders"), and the Preamble and Section 1 of the February 5, 2025, Memorandum from the Attorney General entitled "Sanctuary Jurisdictions Directives," (the "Bondi Directive").

post from April 10, 2025, in which he stated he was "[w]orking on papers" to "withhold all Federal Funding for any City or State that allows these Death Traps [referring to sanctuary cities] to exist!!!".  *See* Tilak Decl. Ex. 2 (White House Fact Sheet).

In light of EO 14,287, the plaintiffs request that I enforce, or in the alternative, modify, the PI Order to "prevent the Defendants from directly or indirectly taking any action to withhold, freeze, or condition federal funds from the plaintiffs in this case based on Sections 2 and 3(a) of EO 14,287 or any other materially similar directive to withhold, condition, or freeze federal funds to "sanctuary" jurisdictions or jurisdictions with so-called 'sanctuary' policies." Motion to Enforce at 10.  They ask that I expedite briefing and a hearing on their Motion to Enforce, so that a hearing is held on May 8, 2025.  Motion to Expedite at 2.

If the Government stipulates to plaintiffs' requested relief at least until the matter can be fully briefed on a normal briefing schedule, the matter will be heard on June 11, 2025, at 2 p.m., Pacific time.  If the Government does not so stipulate, it should file a response no later than **3 p.m. Pacific time on Wednesday, May 7, 2025**.  I will hold a hearing on this matter at **3 p.m. Pacific time on Thursday, May 8, 2025, via Zoom videoconference**.

We will discuss this further at the Case Management Conference tomorrow.

**IT IS SO ORDERED.**

Dated: May 5, 2025

William H. Orrick
United States District Judge