## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 6, 2025 | **Time:** 17 minutes<br>1:59 p.m. to 2:16 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 25-cv-01350-WHO | **Case Name:** City and County of San Francisco v. Donald J. Trump | |

**Attorneys for Plaintiffs:** Karun A. Tilak and Bill Nguyen
**Attorneys for Defendants:** Caroline McGuire and Lauren Fascett

**Deputy Clerk:** Jean Davis            **Court Reporter:** April Brott

## PROCEEDINGS

Case Management Conference conducted via videoconference. The recent request for additional relief related to an executive order issued since the granting of the order for preliminary injunction is discussed. The government plans to file its response tomorrow, and a hearing will be conducted on **Thursday, May 8, 2025 at 3:00 p.m.**

The scope of anticipated discovery and additional litigation is discussed. The Court directs that counsel meet and confer to discuss the discovery needed to support the anticipated litigation. The government's anticipated motion to dismiss should be filed within 20 days of a ruling on the motion to intervene. Whether or not an additional motion to sever will be forthcoming from the government has not yet been determined; if the government does choose to file a motion to sever, the Court directs that it should be filed concurrently with the motion to dismiss.

If there are any disputes concerning the proper interpretation of the Court's Preliminary Injunction Order, the parties may outline those disputes in a 5-page joint letter brief for the Court's consideration, using the process for discovery disputes outlined in the Court's Standing Order.