YAAKOV ROTH
Acting Assistant Attorney General
Civil Division
DREW C. ENSIGN
Acting Deputy Assistant Attorney General
ELIANIS PEREZ
Assistant Director
LAUREN FASCETT
Senior Litigation Counsel
LINDSAY ZIMLIKI
ANGEL FLEMING
VICTORIA TURCIOS
Trial Attorneys

CAROLINE MCGUIRE
NY Bar No. 5854823
Trial Attorneys
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:25-cv-1350 (WHO)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR TO MODIFY AND/OR ENFORCE THE PRELIMINARY INJUNCTION** |

      Having considered Plaintiffs' Motion to Enforce and/or Modify the Preliminary Injunction, ECF No. 128, along with Defendants' Opposition, and having found that Plaintiffs fail to meet the standards for a preliminary injunction, it is hereby so ORDERED that Plaintiffs' Motion to Enforce and/or Modify the Preliminary Injunction, is DENIED.

      DATED this _____ day of _____, 2025.

                                      _____
                                      HONORABLE WILLIAM H. ORRICK III
                                      United States District Court Judge