# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 8, 2025 | **Time:** 20 minutes<br>2:59 p.m. to 3:19 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 25-cv-01350-WHO | **Case Name:** City and County of San Francisco v. Donald J. Trump | |

**Attorneys for Plaintiff:** Karun Tilak and Bill Nguyen
**Attorney for Defendant:** Lauren Fascett

**Deputy Clerk:** Jean Davis            **Court Reporter:** Ana Dub

## PROCEEDINGS

Hearing on Motion to Enforce or Modify Preliminary Injunction conducted via videoconference. The Court provides tentative. Argument of counsel heard. The motion is taken under submission; written order to follow.