YAAKOV ROTH
Acting Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

ELIANIS PEREZ
Assistant Director

LAUREN FASCETT
Senior Litigation Counsel

LINDSAY ZIMLIKI
VICTORIA TURCIOS
CAROLINE MCGUIRE
ANGEL FLEMING
Trial Attorneys

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | CASE NO. 3:25-CV-1350 (WHO)<br><br>DEFENDANTS' CONFIRMATION OF NOTICE OF THE ORDER CLARIFYING THE PRELIMINARY INJUNCTION TO "ALL FEDERAL DEPARTMENTS AND AGENCIES" |

On May 16, 2025, Defendants sent the requisite written notice of the Court's Order Clarifying the Preliminary Injunction (ECF No. 136) to all federal government departments and agencies.

Dated: May 19, 2025         Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

LAUREN FASCETT
Senior Litigation Counsel

ANGEL FLEMING
LINDSAY ZIMLIKI
CAROLINE MCGUIRE
Trial Attorneys

*/s/Elianis N. Perez*
ELIANIS N. PEREZ
Assistant Director
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
Eliani.perez@usdoj.gov
P: 202-616-9124
F: 202-305-7000

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of May 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to all attorneys of record through the Court's CM/ECF system.

*/s/Elianis N. Perez*
ELIANIS N. PEREZ
Assistant Director
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
Eliani.perez@usdoj.gov
P: 202-616-9124
F: 202-305-7000
