1  BRETT A. SHUMATE
   Assistant Attorney General
2  Civil Division

3  DREW C. ENSIGN
4  Deputy Assistant Attorney General

5  ELIANIS PEREZ
   Assistant Director
6

7  LAUREN FASCETT
   Senior Litigation Counsel
8

9  LINDSAY ZIMLIKI
   VICTORIA TURCIOS
   CAROLINE MCGUIRE
10 ANGEL FLEMING
   Trial Attorneys
11

12 *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CITY AND COUNTY OF SAN FRANCISCO, *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 3:25-CV-1350 (WHO) DEFENDANTS' NOTICE OF APPEAL PRELIMINARY INJUNCTION ORDER |
|---|---|---|
| Plaintiffs, | | |
| v. | | |
| DONALD J. TRUMP, *et al.*, | | |
| Defendants. | | |

Defendants Donald J. Trump, *et al*., hereby appeal to the United States Court of Appeals for the Ninth Circuit the Preliminary Injunction entered by this Court on April 24, 2025 (Dkt. No. 111), the Court's May 3, 2025, Further Order Regarding Preliminary Injunction (Dkt. No. 126), and the Court's May 9, 2025, Order Clarifying the Preliminary Injunction (Dkt. No. 136).

Dated: June 20, 2025                          Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

LAUREN FASCETT
Senior Litigation Counsel

ANGEL FLEMING
LINDSAY ZIMLIKI
CAROLINE MCGUIRE
Trial Attorneys

*/s/Elianis N. Perez*
ELIANIS N. PEREZ
Assistant Director
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
Eliani.perez@usdoj.gov
P: 202-616-9124
F: 202-305-7000

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of June 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to all attorneys of record through the Court's CM/ECF system.

/s/Elianis N. Perez
ELIANIS N. PEREZ
Assistant Director
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
Eliani.perez@usdoj.gov
P: 202-616-9124
F: 202-305-7000