UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>     Plaintiffs,<br><br> v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>     Defendants. | CASE NO. 3:25-CV-1350 (WHO)<br><br>**JOINT PROPOSED BRIEFING SCHEDULE** |

Defendants answer or other response to the First Amended Complaint is due on July 3, 2025. *Compare* ECF No. 131 (calendaring Defendants' motion to dismiss for 21 days after the Court's order on the motion for intervention) *with* ECF No. 142 (denying motion to intervene on June 11, 2025). On June 13, 2025, Plaintiffs informed Defendants that they intend to file a second Amended Complaint. In light of this development and in the interest of preserving the Court's and the parties' resources, Defendants respectfully request that the Court adjourn Defendants' July 3, 2025 deadline to file an answer or other response to Plaintiffs' First Amended Complaint. Further, the parties hereby stipulate to proceed as follows and respectfully request that the Court enter the below proposed briefing schedule:

- Plaintiffs to file motion for leave to file their Second Amended Complaint by **July 8, 2025.**
- Defendants to file any opposition to Plaintiffs' motion for leave by **July 22, 2025.**
- Plaintiffs to file their reply in support of their motion (if needed) by **August 1, 2025.**
- Should the Court require a hearing on Plaintiffs' motion for leave to file a Second Amended Complaint, the parties will convene for a **virtual hearing** on **August 6, 2025.**
- Defendants' response or motion to dismiss to be filed **twenty-one (21) days** after the Court issues a decision on Plaintiffs' motion for leave to file a Second Amended Complaint.

Dated: July 2, 2025	Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General
Civil Division

DREW C. ENSIGN
Acting Deputy Assistant Attorney General

ELIANIS PEREZ
Assistant Director

LAUREN FASCETT
Senior Litigation Counsel

ANGEL FLEMING
VICTORIA TURCIOS
LINDSAY ZIMLIKI
Trial Attorneys

*/s/ Caroline McGuire*

A

CAROLINE MCGUIRE
NY Bar No. 5854823
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044


DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS
KARUN A. TILAK
Deputy City Attorneys

By: /s/ *Karun A. Tilak*
    KARUN A. TILAK
    Deputy City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO


TONY LOPRESTI
County Counsel
KAVITA NARAYAN
Chief Assistant County Counsel
MEREDITH A. JOHNSON
Lead Deputy County Counsel
STEFANIE L. WILSON
RAJIV NARAYAN
Deputy County Counsels
BILL NGUYEN
Litigation Fellow

By: /s/*Bill Nguyen*
    BILL NGUYEN
    Litigation Fellow

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

B

|   |   |
|---|---|
|   | ROBERT TAYLOR<br>Portland City Attorney |
| By: | */s/ Naomi Sheffield*<br>NAOMI SHEFFIELD\*<br>Chief Deputy City Attorney<br>1221 SW Fourth Avenue, Room 430<br>Portland, OR 97204<br>Tel: (503) 823-4047<br>Fax: (503) 823-3089<br>Naomi.Sheffield@portlandoregon.gov |

\*Admitted *pro hac vice*

Attorneys for Plaintiff
CITY OF PORTLAND

SHANNON BRADDOCK
King County Executive

|   |   |
|---|---|
|   | */s/ David J. Hackett* |
| By: | DAVID J. HACKETT\*<br>General Counsel to King County Executive<br>Chinook Building<br>401 5th Avenue, Suite 800<br>Seattle, Washington, 98104<br>(206) 477-9483<br>David.hackett@kingcounty.gov<br>PAUL J. LAWRENCE\*<br>Pacifica Law Group<br>1191 2nd Avenue, Suite 2000<br>Seattle, WA 98101-3404<br>(206) 245-1708<br>Paul.Lawrence@pacificalawgroup.com |

\*Admitted *pro hac vice*

Attorney for Plaintiff
MARTIN LUTHER KING, JR. COUNTY

C

PATRICIA KING
New Haven Corporation Counsel

By: /s/ *Patricia King*
PATRICIA KING*
Office of the Corporation Counsel
City of New Haven
165 Church Street-4th Floor
New Haven, CT 06510
Tel:   203-946-7951
Cell: 203-668-9282
Fax:  203-946-7942
pking@newhavenct.gov

*Admitted *pro hac vice*

Attorney for Plaintiff
CITY OF NEW HAVEN


RYAN RICHARDSON
Oakland City Attorney

By: /s/ *Ryan Richardson*
RYAN RICHARDSON
City Attorney
MARIA BEE
Chief Assistant City Attorney
JAMIE HULING DELAYE
Supervising City Attorney
H. LUKE EDWARDS
Deputy City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Tel: (510) 238-6629
Fax: (510) 238-6500
Email: RRichardson@OaklandCityAttorney.org

Attorneys for Plaintiff
CITY OF OAKLAND

D

JOHN I. KENNEDY
City Attorney

By: */s/ John I. Kennedy*
JOHN I. KENNEDY, City Attorney
1333 Park Ave, Emeryville, CA 94608-3517
Phone: 510-596-4381
Fax: 510-596-3724
Email: John.Kennedy@emeryville.org

Attorney for Plaintiff
CITY OF EMERYVILLE


NORA FRIMANN
City Attorney

By: */s/ Nora Frimann*
NORA FRIMANN, City Attorney
ELISA TOLENTINO, Chief Deputy City Attorney
200 E Santa Clara St
San José, CA 95113-1905
Tel: 408-535-1900
Fax: 408-998-3131
cao.main@sanjoseca.gov

Attorneys for Plaintiff
CITY OF SAN JOSÉ


HEATHER FERBERT
City Attorney

By: */s/ Mark Ankcorn*
MARK ANKCORN, Senior Chief Deputy City Attorney
JULIE RAU, Deputy City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Tel: (619) 533-5800

Attorneys for Plaintiff
CITY OF SAN DIEGO

E

|   |   |
|---|---|
|   | SUSANA ALCALA WOOD<br>City Attorney |
| By: | */s/ Andrea Velasquez*<br>ANDREA VELASQUEZ, Supervising Deputy City Attorney<br>915 I St Fl 4, Sacramento, CA 95814-2621<br>Tel: 916-808-5346<br>Fax: 916-808-7455<br>Email: AVelasquez@cityofsacramento.org |
|   | Attorneys for Plaintiff<br>CITY OF SACRAMENTO |
| By: | */s/ Anthony P. Condotti*<br>Anthony P. Condotti, City Attorney<br>Catherine M. Bronson, Assistant City Attorney<br>Claire Hard, Deputy City Attorney<br>PO Box 481<br>Santa Cruz, CA 95061<br>Tel: 831-423-8383<br>Email: tcondotti@abc-law.com<br>chard@abc-law.com<br>cbronson@abc-law.com |
|   | Attorneys for Plaintiff<br>CITY OF SANTA CRUZ |
|   | SUSAN K. BLITCH<br>County Counsel |
| By: | */s/ Susan K. Blitch*<br>SUSAN K. BLITCH, County Counsel<br>HENRY BLUESTONE SMITH, Deputy County Counsel<br>168 W Alisal St Fl 3rd<br>Salinas, CA 93901-2439<br>Tel: 831-755-5045<br>Fax: 831-755-5283<br>Email: SmithHB@countyofmonterey.gov |
|   | Attorneys for Plaintiff<br>COUNTY OF MONTEREY |

F

ANN DAVISON
Seattle City Attorney

By: */s/ Ann Davison*
Ann Davison, Seattle City Attorney*
Kerala Cowart, Assistant City Attorney*
Dallas LePierre, Assistant City Attorney*
Rebecca Widen, Assistant City Attorney*
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Tel: (206) 684-8200
E-mail: ann.davison@seattle.gov

*Admitted *pro hac vice*

Attorneys for Plaintiff
CITY OF SEATTLE

KRISTYN ANDERSON
City Attorney

By: */s/ Kristyn Anderson*
KRISTYN ANDERSON (MN Lic. 0267752)*
SARA J. LATHROP, Assistant City Attorney (MN Lic. 0310232)*
SHARDA ENSLIN, Assistant City Attorney (MN Lic. 0389370)*
350 South Fifth Street
Minneapolis, MN 55415
Tel: 612-673-3000
Email: kristyn.anderson@minneapolismn.gov
sara.lathrop@minneapolismn.gov
sharda.enslin@minneapolismn.gov

*Admitted *pro hac vice*

Attorneys for Plaintiff
CITY OF MINNEAPOLIS

|   |   |
|---|---|
| | LYNDSEY OLSON |
| | City Attorney |
| | |
| By: | */s/ Lyndsey Olson* |
| | LYNDSEY OLSON, City Attorney* |
| | ANTHONY G. EDWARDS, Assistant City Attorney* |
| | 400 City Hall and Courthouse |
| | 15 Kellogg Boulevard West |
| | Saint Paul, Minnesota 55102 |
| | Tel: 651-266-8710 |
| | Fax: 651-298-5619 |
| | Email: Anthony.Edwards@ci.stpaul.mn.us |
| | |
| | *Admitted *pro hac vice* |
| | |
| | Attorneys for Plaintiff |
| | CITY OF ST. PAUL |
| | |
| | |
| | ERIN K. McSHERRY |
| | City Attorney |
| | |
| By: | */s/ Erin K. McSherry* |
| | ERIN K. McSHERRY, City Attorney* |
| | 200 Lincoln Avenue |
| | Post Office Box 909 |
| | Santa Fe, NM 87504-0909 |
| | (505) 955-6512 |
| | Email: ekmcsherry@santafenm.gov |
| | |
| | *Admitted *pro hac vice* |
| | |
| | Attorney for Plaintiff |
| | CITY OF SANTA FE |
| | |
| By: | */s/ Naomi Tsu* |
| | NAOMI TSU* |
| | JILL HABIG (CA Bar No. 268770) |
| | Public Rights Project |
| | 490 43rd Street, Unit #115 |
| | Oakland, CA 94609 |
| | Tel: (510) 738-6788 |
| | jill@publicrightsproject.org |
| | naomi@publicrightsproject.org |
| | |
| | *Admitted *pro hac vice* |
| | |
| | Attorneys for Plaintiffs CITIES OF MINNEAPOLIS, NEW HAVEN, PORTLAND, ST. PAUL, SANTA FE, and SEATTLE |

H

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of July 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to all attorneys of record through the Court's CM/ECF system.

*/s/ Caroline McGuire*
Caroline McGuire
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
*Attorney for Defendants*

I