IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:25-cv-1350 (WHO)<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES JOINT BRIEFING SCHEDULE** |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

- DEFENDANTS' JULY 3, 2025 DEADLINE TO FILE AN ANSWER OR OTHER RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT IS **ADJOURNED.**

- PLAINTIFFS TO FILE MOTION FOR LEAVE TO FILE THEIR SECOND AMENDED COMPLAINT BY **JULY 8, 2025.**

- DEFENDANTS TO FILE ANY OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE BY **JULY 22, 2025.**

- PLAINTIFFS TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION BY **AUGUST 1, 2025.**

- SHOULD THE COURT REQUIRE A HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT, THE PARTIES WILL CONVENE FOR A **VIRTUAL HEARING** ON **AUGUST 6, 2025.**

- DEFENDANTS' RESPONSE OR MOTION TO DISMISS TO BE FILED **TWENTY-ONE DAYS** AFTER THE COURT ISSUES A DECISION ON PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT.

DATED July 2, 2025.

_____
HONORABLE WILLIAM H. ORRICK III
United States District Court Judge