DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
Telephone: (415) 355-3308
Facsimile: (415) 437-4644
E-Mail: karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DOES 1-100,<br><br>Defendants. | Case No. 3:25-cv-1350-WHO<br><br>**DECLARATION OF BILL NGUYEN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Hearing Date: August 6, 2025<br>Time: 2:00 p.m.<br>Judge: Hon. William H. Orrick III<br>Place: Courtroom 2<br><br>Date Filed: February 7, 2025<br>Trial Date: None Set |

I, Bill Nguyen, declare and state the following:

1. I am an attorney and a member of the Bar of this Court. I am a Litigation Fellow with the Office of the County Counsel, County of Santa Clara, and an attorney of record for the Party County of Santa Clara in the action *City and County of San Francisco v. Trump*, No. 25-cv-1350 (N.D. Cal.), filed in this District on February 7, 2025. I make this declaration in support of Plaintiffs' Motion for Leave to File Second Amended Complaint.

2. Attached hereto as **Exhibit 1** is a true and correct copy of email correspondence between Plaintiffs' counsel and Defendants' counsel from June 13, 2025, to July 8, 2025, regarding whether Defendants consent to Plaintiffs' Motion for Leave to File Second Amended Complaint.

3. On June 13, 2025, Plaintiffs emailed Defendants the following:

> Plaintiffs intend to file a second amended complaint this month. We are writing (1) to give you a heads-up—especially given the Court's quick ruling on the motion to intervene—that this plan could reset your deadlines to file responsive pleadings, and (2) to ask if Defendants consent to amendment. Would you please let us know your position by 9 A.M. PT/12 P.M. ET on Tuesday, June 17? We will indicate whether you consent in our motion for leave to file. Thank you so much for your consideration.

Ex. 1, p. 15. At Defendants' request, Plaintiffs provided additional details about the scope of their intended amendment, including what parties and allegations they intended to add. *Id*. at pp. 12–14. After receiving that information, Defendants replied that, if Plaintiffs shared a copy of their second amended complaint, Defendants would "take a closer look and provide [their] position"; otherwise, "based on what you have relayed, Defendants are opposed." *Id*. at p. 11.

4. On July 7, 2025, Plaintiffs emailed Defendants a draft of Plaintiffs' Proposed Second Amended Complaint. *Id*. at p. 1. Defendants replied on July 8, 2025, that they were opposed. *Id*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed in San José, California, on July 8, 2025.

*Bill Nguyen*
BILL NGUYEN