# Exhibit 1

| | |
|---|---|
| **From:** | Fascett, Lauren (CIV) |
| **To:** | Nguyen, Bill; McGuire, Caroline (CIV); Tilak, Karun (CAT); Narayan, Rajiv; Johnson, Meredith; Perez, Elianis (CIV); Turcios, Victoria E (CIV); Zimliki, Lindsay (CIV); Fleming, Angel (CIV) |
| **Cc:** | Eisenberg, Sara (CAT); Lee, Mollie (CAT); Narayan, Kavita; Wilson, Stefanie; yvonne.mere@sfcityatty.org |
| **Subject:** | [EXTERNAL] RE: City & County of San Francisco v. Trump (25-cv-01350-WHO) |
| **Date:** | Tuesday, July 8, 2025 2:45:02 PM |
| **Attachments:** | image001.png<br>image014.png<br>image015.png<br>image016.png<br>image017.png |

Thank you, Bill. Please indicate that Defendants are opposed to Plaintiffs' proposed second amended complaint.

Sincerely,

Lauren

**From:** Nguyen, Bill <bill.nguyen@cco.sccgov.org>
**Sent:** Monday, July 7, 2025 9:17 PM
**To:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>; Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <sara.eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; yvonne.mere@sfcityatty.org
**Subject:** [EXTERNAL] RE: City & County of San Francisco v. Trump (25-cv-01350-WHO)

Dear Caroline:

Attached is a draft of Plaintiffs' proposed second amended complaint. Save for copyediting, this is substantially the version we intend to file tomorrow.

Please let us know by 3:30 P.M. PT/6:30 P.M. ET tomorrow, July 7, whether Defendants consent to, oppose, or take no position on amendment. We will note your final position in our motion for leave to amend. Thank you.

Sincerely,
Bill



**Bill Nguyen** | *Social Justice and Impact Litigation Fellow*
Office of the County Counsel, County of Santa Clara
70 West Hedding Street, East Wing, 9th Floor | San José, CA 95110
Office: (408) 299-5994 | Mobile: (669) 279-9957
Pronoun: he
bill.nguyen@cco.sccgov.org | counsel.sccgov.org

**NOTICE TO RECIPIENT**: The information in this email is confidential and may be protected by the attorney–client and/or work product

privileges. If you received this email in error, any review, use, dissemination, distribution, or copying of it is strictly prohibited. Please notify Administration, Office of the County Counsel, of the error immediately at (408) 299-5900 and delete this communication and any attached documents from your system.

---

**From:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>
**Sent:** Wednesday, July 2, 2025 1:15 PM
**To:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>; Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Nguyen, Bill <bill.nguyen@cco.sccgov.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <sara.eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; yvonne.mere@sfcityatty.org
**Subject:** [EXTERNAL] RE: City & County of San Francisco v. Trump (25-cv-01350-WHO)

Hi Karun,

As ordered by the Court on June 23, 2025, please find Defendants' notices of the PI to all federal agencies attached.

**Caroline McGuire**
Trial Attorney
Office of Immigration Litigation
General Litigation and Appeals
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4268
caroline.mcguire@usdoj.gov

---

**From:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>
**Sent:** Wednesday, July 2, 2025 12:02 PM
**To:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; 'Narayan, Rajiv' <rajiv.narayan@cco.sccgov.org>; 'Johnson, Meredith' <meredith.johnson@cco.sccgov.org>; 'Nguyen, Bill' <bill.nguyen@cco.sccgov.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; 'Narayan, Kavita' <Kavita.Narayan@cco.sccgov.org>; 'Wilson, Stefanie' <stefanie.wilson@cco.sccgov.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>
**Subject:** [EXTERNAL] RE: City & County of San Francisco v. Trump (25-cv-01350-WHO)

Caroline,

With apologies, I sent my earlier email too quickly. I will get back to you ASAP regarding further edits.

2

**Karun Tilak** (he/him)
Deputy City Attorney
Office of City Attorney David Chiu
Phone: (415) 355-3308
Email:  karun.tilak@sfcityatty.org
www.sfcityattorney.org

---

**From:** Tilak, Karun (CAT)
**Sent:** Wednesday, July 2, 2025 8:48 AM
**To:** 'McGuire, Caroline (CIV)' <Caroline.McGuire@usdoj.gov>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>; Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Nguyen, Bill <bill.nguyen@cco.sccgov.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>
**Subject:** RE: City & County of San Francisco v. Trump (25-cv-01350-WHO)

Caroline,

With apologies for the delay, here is the draft with minor edits and our signature blocks. If these edits are acceptable to you, you have our consent to file.

**Karun Tilak** (he/him)
Deputy City Attorney
Office of City Attorney David Chiu
Phone: (415) 355-3308
Email:  karun.tilak@sfcityatty.org
www.sfcityattorney.org

---

**From:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>
**Sent:** Tuesday, July 1, 2025 2:53 PM
**To:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>; Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Nguyen, Bill <bill.nguyen@cco.sccgov.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>
**Subject:** RE: City & County of San Francisco v. Trump (25-cv-01350-WHO)

Hi Karun,

Given Defendants' motion to dismiss deadline is still live and impending, and thus, we need

the Court to excuse us from it, is there any way to provide edits this evening? I should have communicated that in my initial email this morning, and I apologize for not doing so.

If that is not possible, Defendants respectfully request edits no later than 10A EST tomorrow morning.

Thank you in advance,

Caroline

**Caroline McGuire**
Trial Attorney
Office of Immigration Litigation
General Litigation and Appeals
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4268
caroline.mcguire@usdoj.gov

---

**From:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>
**Sent:** Tuesday, July 1, 2025 5:41 PM
**To:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>; Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Nguyen, Bill <bill.nguyen@cco.sccgov.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>
**Subject:** [EXTERNAL] RE: City & County of San Francisco v. Trump (25-cv-01350-WHO)

Thanks, Caroline.

We will review and provide any edits by tomorrow morning.

Karun

**Karun Tilak** (he/him)
Deputy City Attorney
Office of City Attorney David Chiu
Phone: (415) 355-3308
Email:  karun.tilak@sfcityatty.org
www.sfcityattorney.org

---

**From:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>
**Sent:** Tuesday, July 1, 2025 8:22 AM

4

**To:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>; Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Nguyen, Bill <bill.nguyen@cco.sccgov.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>
**Subject:** City & County of San Francisco v. Trump (25-cv-01350-WHO)

Hi Karun,

Please find a joint briefing schedule attached for review, as Plaintiffs presented below.

Flagging that Defendants propose calendaring their motion to dismiss deadline to be 21 days after the order on leave to amend. This is reflected in the attached joint schedule.

Please advise if this is amenable to Plaintiffs and we can get this on file today.

Thank you in advance,

Caroline

**Caroline McGuire**
Trial Attorney
Office of Immigration Litigation
General Litigation and Appeals
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4268
caroline.mcguire@usdoj.gov

---

**From:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>
**Sent:** Monday, June 30, 2025 7:17 PM
**To:** Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>; Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Nguyen, Bill <bill.nguyen@cco.sccgov.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>
**Subject:** [EXTERNAL] RE: City & County of San Francisco v. Trump (25-cv-01350-WHO)

Hi Lauren,

Plaintiffs will be in a position to share the proposed Second Amended Complaint with you on Monday, July 7.

In the interim, we propose the following joint schedule:

1. Plaintiffs' file their motion for leave to file the Second Amended Complaint on July 8. Given that we are agreeing to share the SAC in advance of filing, we hope to be able to indicate Defendants' position when we file.
2. Defendants' opposition to the motion for leave (if any) due on July 22
3. Plaintiffs' reply (if any) on August 1
4. Hearing on the motion for leave (if needed) on August 6.

We are amenable to extending Defendants' deadline to respond to the First Amended Complaint given our anticipated Second Amended Complaint.  However, we cannot agree to a 30 day extension.  We propose that Defendants' responsive pleading be due within 14 days after a decision on the amended complaint, as is the norm under Federal Rule of Civil Procedure 15(a)(3).

If Defendants are amenable to that schedule, we are happy to submit a stipulated scheduling order. If Defendants are not amenable, we propose filing a short joint submission laying out our different positions.

Thanks,

**Karun Tilak** (he/him)
Deputy City Attorney
Office of City Attorney David Chiu
Phone: (415) 355-3308
Email:  karun.tilak@sfcityatty.org
www.sfcityattorney.org

---

**From:** Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>
**Sent:** Monday, June 30, 2025 12:05 PM
**To:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>; McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>; Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Nguyen, Bill <bill.nguyen@cco.sccgov.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>
**Subject:** RE: City & County of San Francisco v. Trump (25-cv-01350-WHO)

Hi Karun,

6

As we expressed earlier, Defendants are willing to enter into a joint proposed briefing schedule to calendar: (1) the deadline that Plaintiffs intend to seek leave to file a second amended complaint (e.g., July 8), (2) the deadline for Defendants' response to such motion to file a SAC (e.g., July 22), and (3) an extended deadline for Defendants to file their responsive pleading 30 days after the Court rules on the motion for leave to file a SAC and after Plaintiffs file the SAC.

We believe the parties can propose such a scheduling order jointly without the need to report on Defendants' position on Plaintiffs' SAC. If Plaintiffs are amenable, we will circulate a draft tomorrow. **Please advise by COB PST if you would like to pursue a joint brief.** (Please note that Defendants are unable to provide their position without seeing the SAC. We appreciate your general references to things Plaintiffs may amend but we generally are unable to agree to SACs when we have not been provided a copy of the actual document.)

If Plaintiffs do not want to enter a joint briefing schedule, then Defendants intend to file a unilateral motion seeking an extension of our MTD and Sever and Transfer motion deadline given Plaintiffs intention to file a motion for leave to file a SAC. Similar to your proposal below, we intend to ask for a 30-day extension to file after the Court rules on Plaintiffs' motion to for leave to file a SAC (assuming the SAC is included as an attachment in the motion for leave). **Please advise by 1PM EST tomorrow if Plaintiffs will consent to, or are opposed to, such a motion.**

Thanks,
Lauren

---

**From:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>
**Sent:** Sunday, June 29, 2025 11:22 PM
**To:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Nguyen, Bill <bill.nguyen@cco.sccgov.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>
**Subject:** [EXTERNAL] RE: City & County of San Francisco v. Trump (25-cv-01350-WHO)

Caroline,

Thanks for meeting and conferring with us on Friday. As discussed, Plaintiffs anticipate amending their complaint on or about July 8. We are not adding new causes of action. We are updating our complaint to add allegations about the federal government's conduct since the First Amended Complaint. We expect to add additional plaintiffs. I did not mention this on the call, but we also expect to add OMB as a Defendant because OMB is directed to work with federal departments and agencies to identify funding for suspension and termination under Executive Order 14,287.

We understand that Defendants oppose the addition of new plaintiffs. At this early stage of the

proceedings, where no responsive pleading has been filed and no discovery has been taken, we do not see a reason why Defendants would be prejudiced by the filing of the amended complaint and why leave to amend should not be freely granted. As Lindsey acknowledged on the call, it is likely that the court would grant leave to amend. We understand that Defendants have indicated an intent to file a motion to sever plaintiffs, but that would be more efficient to brief once there is an operative second amended complaint.

As I indicated on the call, if Defendants do not oppose or take no position on the motion for leave to file a second amended complaint, we would be willing to extend Defendants' deadline to file a responsive pleading or motion to dismiss/sever to 30 days after the court rules on the motion for leave.

We are available to meet and confer on Monday if needed.

Thanks,

**Karun Tilak**
Deputy City Attorney
Office of City Attorney David Chiu
Phone: (415) 355-3308
Email:  karun.tilak@sfcityatty.org
www.sfcityattorney.org

---

**From:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>
**Sent:** Wednesday, June 25, 2025 3:49 PM
**To:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Nguyen, Bill <bill.nguyen@cco.sccgov.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>
**Subject:** Re: City & County of San Francisco v. Trump (25-cv-01350-WHO)

Thanks, Caroline.

We can be available at 10am PT/1pm ET on Friday. I will circulate a calendar invite.

Karun

---

**From:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>
**Sent:** Wednesday, June 25, 2025 1:49:50 PM
**To:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>; Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Nguyen, Bill <bill.nguyen@cco.sccgov.org>; Perez, Elianis (CIV)

<Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>
**Subject:** Re: City & County of San Francisco v. Trump (25-cv-01350-WHO)

Good Afternoon,

Defendants are available this Friday from 12P EST until 2P EST.

Thank you.

Caroline

---

**From:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>
**Sent:** Wednesday, June 25, 2025 1:33:20 PM
**To:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Nguyen, Bill <bill.nguyen@cco.sccgov.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>
**Subject:** [EXTERNAL] RE: City & County of San Francisco v. Trump (25-cv-01350-WHO)

Caroline,

Are Defendants available on Friday to meet and confer regarding the Plaintiffs' proposed amendment and a briefing schedule?

Thanks,

**Karun Tilak** (he/him)
Deputy City Attorney
Office of City Attorney David Chiu
Phone: (415) 355-3308
Email:  karun.tilak@sfcityatty.org
www.sfcityattorney.org

---

**From:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>
**Sent:** Tuesday, June 24, 2025 10:27 AM

9

**To:** Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Nguyen, Bill <bill.nguyen@cco.sccgov.org>; Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>
**Subject:** RE: City & County of San Francisco v. Trump (25-cv-01350-WHO)

Counsel,

In light of the Order issued yesterday evening (ECF No. 147), are Plaintiffs still planning to amend the complaint? If so, Defendants propose entering into a briefing schedule to calendar (1) the deadline that Plaintiffs intend to seek leave to file an amended complaint, (2) Defendants' opposition, and (3) Defendants' deadline to file a motion to dismiss should the Court permit amendment.

If this approach is amenable to Plaintiffs, Defendants can draft a joint schedule to circulate for review.

**Caroline McGuire**
Trial Attorney
Office of Immigration Litigation
General Litigation and Appeals
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4268
caroline.mcguire@usdoj.gov

---

**From:** Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>
**Sent:** Tuesday, June 17, 2025 5:47 PM
**To:** Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Nguyen, Bill <bill.nguyen@cco.sccgov.org>; Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <sara.eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; yvonne.mere@sfcityatty.org
**Subject:** [EXTERNAL] RE: City & County of San Francisco v. Trump (25-cv-01350-WHO)

Hi Lauren,

Thank you for your prompt response. We understand that Defendants do not consent at this time to Plaintiffs' request to file the second amendment complaint.

Best,
Rajiv



**Rajiv Narayan** | Deputy County Counsel
Office of the County Counsel, County of Santa Clara

70 West Hedding Street, East Wing, 9th Floor | San José, CA 95110
Office: (408) 299-9040 | Mobile: (669) 786-4287 | Facsimile: (408) 292-7240
rajiv.narayan@cco.sccgov.org | counsel.sccgov.org
Pronouns: he/him/his

**NOTICE TO RECIPIENT**: The information in this email is confidential and may be protected by the attorney-client and/or work product privileges. If you received this email in error, any review, use, dissemination, distribution, or copying of it is strictly prohibited. Please notify Administration, Office of the County Counsel, of the error immediately at 408-299-5900 and delete this communication and any attached documents from your system.

---

**From:** Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>
**Sent:** Tuesday, June 17, 2025 1:00 PM
**To:** Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>; McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Nguyen, Bill <bill.nguyen@cco.sccgov.org>; Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <sara.eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; yvonne.mere@sfcityatty.org
**Subject:** [EXTERNAL] RE: City & County of San Francisco v. Trump (25-cv-01350-WHO)

Rajiv,

Defendants are still unclear on the reasons Plaintiffs seek to amend the complaint for a second time based on the below description. Several of the referenced public statements are months old now. Plaintiffs already submitted the Noem directive and asked the Judge to take judicial notice of it, which he did. And the parties have already litigated about EO 14,287.

That said, if you send Defendants a copy of the proposed second amended complaint, we can take a closer look and provide our position. If not, then based on what you have relayed, Defendants are opposed to your request to file a second amended complaint.

Best,
Lauren

---

**From:** Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>
**Sent:** Tuesday, June 17, 2025 1:18 PM
**To:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Johnson, Meredith

<meredith.johnson@cco.sccgov.org>; Nguyen, Bill <bill.nguyen@cco.sccgov.org>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <sara.eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; yvonne.mere@sfcityatty.org
**Subject:** [EXTERNAL] RE: City & County of San Francisco v. Trump (25-cv-01350-WHO)

Caroline,

We expect to include allegations about the Administration's recent actions targeting sanctuary jurisdictions and related public statements, including Executive Order 14,287, the February 19 Noem Directive, the March 25 FEMA memo, and DHS's release of the list of sanctuary jurisdictions on May 29.

With respect to parties, we will be adding additional jurisdictions that limit cooperation with civil immigration enforcement as plaintiffs. We are likely to add OMB as a defendant.

Best,
Rajiv



**Rajiv Narayan** | Deputy County Counsel
Office of the County Counsel, County of Santa Clara

70 West Hedding Street, East Wing, 9th Floor | San José, CA 95110
Office: (408) 299-9040 | Mobile: (669) 786-4287 | Facsimile: (408) 292-7240
rajiv.narayan@cco.sccgov.org | counsel.sccgov.org
Pronouns:  he/him/his

**NOTICE TO RECIPIENT**: The information in this email is confidential and may be protected by the attorney-client and/or work product privileges. If you received this email in error, any review, use, dissemination, distribution, or copying of it is strictly prohibited.  Please notify Administration, Office of the County Counsel, of the error immediately at 408-299-5900 and delete this communication and any attached documents from your system.

**From:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>
**Sent:** Monday, June 16, 2025 5:52 PM
**To:** Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Nguyen, Bill <bill.nguyen@cco.sccgov.org>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <sara.eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; yvonne.mere@sfcityatty.org
**Subject:** [EXTERNAL] RE: City & County of San Francisco v. Trump (25-cv-01350-WHO)

Hi Meredith,

Can Plaintiffs please provide additional details about (1) what parties will be added and (2) the executive actions concerning "sanctuary" jurisdictions.

Once we have more information, we can provide a position.

Thank you in advance,

Caroline

**Caroline McGuire**
Trial Attorney
Office of Immigration Litigation
General Litigation and Appeals
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4268
caroline.mcguire@usdoj.gov

---

**From:** Johnson, Meredith <meredith.johnson@cco.sccgov.org>
**Sent:** Monday, June 16, 2025 4:14 PM
**To:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Nguyen, Bill <bill.nguyen@cco.sccgov.org>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <sara.eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; yvonne.mere@sfcityatty.org
**Subject:** [EXTERNAL] RE: City & County of San Francisco v. Trump (25-cv-01350-WHO)

Hi Caroline,

Thanks for your email. Plaintiffs intend to amend the complaint to include allegations about executive actions concerning "sanctuary" jurisdictions since the filing of our first amended complaint, as well as to add additional parties.

Thank you,

Meredith

Meredith A. Johnson | Lead Deputy County Counsel



Office of the County Counsel, County of Santa Clara

70 West Hedding Street, East Wing, 9th Floor | San José, CA 95110
Office: (408) 299-9035 | Mobile: (669) 235-1013
Pronouns: she/her/hers
meredith.johnson@cco.sccgov.org | counsel.sccgov.org

**NOTICE TO RECIPIENT**: The information in this email is confidential and may be protected by the attorney-client and/or work product privileges. If you received this email in error, any review, use, dissemination, distribution, or copying of it is strictly prohibited.  Please notify Administration, Office of the County Counsel, of the error immediately at 408-299-5900 and delete this communication and any attached documents from your system.

---

**From:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>
**Sent:** Monday, June 16, 2025 4:54 AM
**To:** Nguyen, Bill <bill.nguyen@cco.sccgov.org>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <sara.eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; yvonne.mere@sfcityatty.org
**Subject:** [EXTERNAL] RE: City & County of San Francisco v. Trump (25-cv-01350-WHO)

Good morning, Bill,

On what basis do Plaintiffs intend to amend the complaint?

Thank you,

Caroline

**Caroline McGuire**
Trial Attorney
Office of Immigration Litigation
General Litigation and Appeals
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4268
caroline.mcguire@usdoj.gov

---

**From:** Nguyen, Bill <bill.nguyen@cco.sccgov.org>
**Sent:** Friday, June 13, 2025 7:01 PM
**To:** Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>; McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <sara.eisenberg@sfcityatty.org>; Lee, Mollie (CAT)

<Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; yvonne.mere@sfcityatty.org
**Subject:** [EXTERNAL] City & County of San Francisco v. Trump (25-cv-01350-WHO)

Dear Lauren:

Plaintiffs intend to file a second amended complaint this month. We are writing (1) to give you a heads-up—especially given the Court's quick ruling on the motion to intervene—that this plan could reset your deadlines to file responsive pleadings, and (2) to ask if Defendants consent to amendment. Would you please let us know your position by 9 A.M. PT/12 P.M. ET on Tuesday, June 17? We will indicate whether you consent in our motion for leave to file. Thank you so much for your consideration.

Sincerely,
Bill



**Bill Nguyen** | Social Justice and Impact Litigation Fellow
Office of the County Counsel, County of Santa Clara
70 West Hedding Street, East Wing, 9th Floor | San José, CA 95110
Office: (408) 299-5994 | Mobile: (669) 279-9957
Pronoun: he
bill.nguyen@cco.sccgov.org | counsel.sccgov.org

**NOTICE TO RECIPIENT**: The information in this email is confidential and may be protected by the attorney–client and/or work product privileges. If you received this email in error, any review, use, dissemination, distribution, or copying of it is strictly prohibited. Please notify Administration, Office of the County Counsel, of the error immediately at (408) 299-5900 and delete this communication and any attached documents from your system.