# United States District Court
# Western District of Wisconsin



## Certificate of Good Standing

I certify that David R. Gault was duly admitted to practice in the United States District Court for the Western District of Wisconsin on September 28, 1989 and is in good standing in this court.

Dated this 22nd day of May, 2025.

Joel Turner, Clerk of Court

By _____
Deputy Clerk