# United States District Court
## Western District of Washington



**CERTIFICATE OF GOOD STANDING**

I, Ravi Subramanian, Clerk of the United States District Court for the Western District of Washington, do hereby certify that Jonathan R. Salamas, WSBA #39781, was admitted to practice in said Court on November 6, 2023 to the Western District of Washington, and is in good standing as a member of the bar of said Court.



Dated at Seattle, Washington on July 7, 2025.

Ravi Subramanian
Clerk

By _____
Deputy Clerk