# United States District Court

## Western District of Washington



**CERTIFICATE OF GOOD STANDING**

I, Ravi Subramanian, Clerk of the United States District Court for the Western District of Washington, do hereby certify that Kristal M. Cowger, WSBA #43079, was admitted to practice in said Court on December 8, 2010 to the Western District of Washington, and is in good standing as a member of the bar of said Court.



Dated at Seattle, Washington on July 7, 2025.

Ravi Subramanian
Clerk

By _____
Deputy Clerk