# EXHIBIT 1

# CHART OF PLAINTIFFS IN FAC AND SAC BY JURISDICTION

| Party Plaintiff | Proper Federal Jurisdiction | Proper Venue |
|---|---|---|
| City and County of San Francisco, California | N.D. California | YES |
| County of Santa Clara, California | N.D. California | YES |
| City of Portland, Oregon | D. Oregon | NO |
| Martin Luther King, Jr. County, Washington State | W.D. Washington | NO |
| City of New Haven, Connecticut | D. Connecticut. | NO |
| City of Oakland, California | N.D. California | YES |
| City of Emeryville, California | N.D. California | YES |
| City of San Jose, California | N.D. California | YES |
| City of San Diego, California | S.D. California | NO |
| City of Sacramento, California | E.D. California | NO |
| City of Santa Cruz, California | N.D. California | YES |
| County of Monterey, California | N.D. California | YES |
| City of Seattle, Washington State | W.D. Washington | NO |
| City of Minneapolis, Minnesota | D. Minnesota | NO |
| City of Saint Paul, Minnesota | D. Minnesota | NO |
| City of Santa Fe, New Mexico | D. New Mexico | NO |
| **Total Party Plaintiffs: 16** | **Total Improper Party Plaintiffs: 9** | |

| Proposed Additional Party Plaintiffs | Proper Federal Jurisdiction | Proper Venue |
|---|---|---|
| County of Alameda, California | N.D. California | YES |
| City of Albany, New York | N.D. New York | NO |
| City of Albuquerque, New Mexico | D. New Mexico | NO |
| County of Allegheny, Pennsylvania | W.D. Pennsylvania | NO |
| City of Baltimore, Maryland | D. Maryland. | NO |
| City of Bend, Oregon | D. Oregon | NO |
| City of Benicia, California | E.D. California | NO |
| City of Berkeley, California | N.D. California | YES |
| City of Boston, Massachusetts | D. Massachusetts | NO |
| City of Cambridge, Massachusetts | D. Massachusetts | NO |
| City of Cathedral City, California | C.D. California | NO |
| City of Chicago ("Chicago") Illinois | N.D. Illinois | NO |
| City of Columbus, Ohio | S.D. Ohio | NO |
| City of Culver City, California | C.D. California | NO |
| County of Dane, Wisconsin | D. Wisconsin | NO |
| City and County of Denver, Colorado | D. Colorado | NO |
| City of Healdsburg, California | N.D. California | YES |
| County of Hennepin, Minnesota | D. Minnesota | NO |
| City of Los Angeles, California | C.D. California | NO |
| County of Marin, California | N.D. California | YES |

| | | |
|---|---|---|
| City of Menlo Park, California | N.D. California | YES |
| Multnomah County, Oregon | D. Oregon | NO |
| City of Pacifica, California | N.D. California | YES |
| City of Palo Alto, California | N.D. California | YES |
| City of Petaluma, California | N.D. California | YES |
| Pierce County, Washington | W.D. Washington | NO |
| City of Richmond, California | N.D. California | YES |
| City of Rochester, New York | W.D. New York | NO |
| City of Rohnert Park, California | N.D. California | YES |
| County of San Mateo, California | N.D. California | YES |
| City of Santa Rosa, California | N.D. California | YES |
| County of Sonoma, California | N.D. California | YES |
| City of Watsonville, California | N.D. California | YES |
| City of Wilsonville, Oregon | D. Oregon | NO |
| **Total Proposed Additional Party Plaintiffs: 34** | **Total Proposed Additional Improper Party Plaintiffs: 20** | |