AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
## Northern District of New York

**CERTIFICATE OF GOOD STANDING**

I, _____ John M. Domurad _____ , Clerk of this Court,

certify that _____ Robert G. Magee _____ , Bar # _____ 516310 _____ ,

was duly admitted to practice in this Court on _____ November 20, 2018 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Albany, New York _____ on _____ July 3, 2025 _____
    *(Location)*                                                    *(Date)*

John M. Domurad
CLERK

*[signature]*
DEPUTY CLERK