DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-33308
Facsimile: (415) 437-4644
E-Mail: karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: bill.nguyen@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 25-CV-01350<br><br>**DECLARATION OF COUNTY OF ALAMEDA'S DEPUTY COUNTY ADMINISTRATOR MELANIE ATENDIDO IN SUPPORT OF PLAINTIFFS' MOTION FOR SECOND PRELIMINARY INJUNCTION** |

Decl. of Melanie Atendido ISO Plts.' Mot. for Second Prelim. Injunction

Case No. 25-cv-01350-WHO

# DECLARATION OF COUNTY OF ALAMEDA'S DEPUTY COUNTY ADMINISTRATOR MELANIE ATENDIDO

I, Melanie Atendido, declare as follows:

1. I am Deputy County Administrator for the County of Alameda. The statements contained in this declaration are based on my personal knowledge, information provided to me in the performance of my job duties, and my review of business records. If called as a witness, I could and would competently testify to them under oath.

2. I have been employed by the County of Alameda since February 2013. Over the course of my employment with the County, I have held the positions of Assistant Administrative Analyst, Administrative Analyst, Principal Administrative Analyst, and Deputy County Administrator.

3. In my current role, I help develop and prepare the County's annual budget proposal, which is submitted to our Board of Supervisors for approval. The annual budget allocates projected funding and other resources to support mandated and essential services, meet debt service obligations, and maintain critical infrastructure and capital projects. The County's budget supports approximately 10,500 full-time equivalent positions to help to carry out the County's public service, public safety, and other safety net functions. Related to my involvement in the County's budget process, I am generally familiar with the sources of funds the County relies on to provide services.

4. I understand that the County of Alameda is involved in litigation regarding threats to cut some or all federal funding to "sanctuary jurisdictions." I also understand that, on May 29, 2025, the United States Department of Homeland Security published a list of "sanctuary jurisdictions" that included Alameda County.

## Alameda County's Budget Relies on Federal Funding

5. For fiscal year 2024-25, the last year for which finalized budget data is currently available, the County's total budget was approximately $4.6 billion. Of that, about $590 million, or nearly 13%, comes directly from the federal government. For fiscal year 2025-26, the County

currently projects that its total budget and the amount of federal funding will increase to approximately $5.1 billion, with $655 million coming from the federal government. Additionally, the nature of federal participation in various programs is complicated and involves more than just direct federal funding—for example, some programs involve federal funds passed to the County through the State of California. Including such indirect federal funds, the County's annual federal funding is estimated to exceed 20% of total financing, or about $1.1 billion. In fiscal year 2023-24—the most recent year for which we have complete data—Alameda County received about $517 million from the Department of Homeland Security, $345 million from the Department of Health and Human Services, $70 million from the Department of the Treasury, and $45 million from the Department of Agriculture. Alameda County received about $8.5 million in grants that originate with the DOJ, and the County distributed about $1.5 million of those funds to other local agencies in the County.

6. The County of Alameda uses federal funding to support a variety of vital services, including, for example, public safety, public assistance, capital projects, and health administration. Additionally, many services provided by the County are interrelated with other state or federal programs. The County's Social Services Agency, Health Agency, Community Development Agency, Public Works Agency, and Sheriff's Office, among other County agencies and departments, budget for the use of millions of dollars in federal funding to support providing governmental services in Alameda County. The County also distributes millions of dollars annually to support efforts by local jurisdictions, law enforcement agencies, businesses, and community-based organizations to provide public health, public safety, food stability, in home health services, and other important safety-net services throughout the County, including to its most vulnerable residents.

**The Loss of Federal Funding Would Cause Significant Harm in Alameda County**

7. We recently finalized the County's budget for FY 2025-26. In finalizing this budget, we struggled to reconcile a budget shortfall of approximately $105 million. Closing this gap while

continuing to operate vital community services, including federally funded programs, required difficult decisions and may still leave the County financially vulnerable if circumstances change. As we worked to finalize the FY 2025-26 budget, decisions were made under the assumption that the County will continue receiving federal funds.

8. If federal funding were cut off or substantially reduced, losing a significant portion of the County's budgeted revenue would undermine the County's ability to provide services and would likely necessitate drastic service reductions. The impacts would not be limited to programs directly funded by federal aid. Losing federal funding would require the County to shift non-federal funds to other programs in an effort to fill some of the gaps—creating a ripple effect that would severely limit the County's ability to provide crucial safety-net programs, social services, public health, public safety, infrastructure, and other essential government services.

9. Those cuts will be particularly severe if they happen mid-year, given that the County would have to rush to develop new budget proposals in an effort to backfill federal funding where possible, resulting in yet more drastic reductions to County services. These challenges would be exacerbated because significant amounts of the County's federal funds are given on a reimbursement basis—meaning the County only receives federal funding after it submits documentation showing it has spent its own funds on relevant programs or projects. Denying expected reimbursements would not only reduce the County's revenues, but, because those funds would have been spent already, it would also make it more difficult to modify the budget mid-year to save core programs and services.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed on July 24, 2025, in Oakland, California.

Melanie Atendido