DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5408
Telephone:    (415) 355-33308
Facsimile:    (415) 437-4644
E-Mail:       karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:    (408) 299-5900
Facsimile:    (408) 292-7240
E-Mail:       bill.nguyen@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, et al.,<br><br>　　　Plaintiffs,<br><br>　　　vs.<br><br>DONALD J. TRUMP, President of the United States, et al.,<br><br>　　　Defendants. | Case No. 25-CV-01350<br><br>**DECLARATION OF VANESSA BAKER IN SUPPORT OF PLAINTIFFS' MOTION FOR SECOND PRELIMINARY INJUNCTION** |

Decl. of Vanessa Baker ISO Plts.' Mot. for Second Prelim. Injunction

Case No. 25-cv-01350-WHO

# DECLARATION OF VANESSA BAKER, DEPUTY DIRECTOR OF ALAMEDA COUNTY BEHAVIORAL HEALTH

I, Vanessa Baker, declare as follows:

1. I am a Deputy Director of Alameda County Behavioral Health. The statements contained in this declaration are based on my personal knowledge, information provided to me in the performance of my job duties, and my review of business records. If called as a witness, I could and would competently testify to them under oath.

2. I have worked for Alameda County since 2006, working in positions both in the Social Services Agency and in the Alameda County Behavioral Health Department. I am a licensed Marriage and Family Therapist with a Master of Science in Counseling. Since 2023, I have served in a Senior Executive role with Behavioral Health, as the Deputy Director, Plan Administrator, administering the County Mental Health and Drug Medi-Cal Organized Delivery System, through oversight of multiple critical administrative units.

3. I understand that the County of Alameda is involved in litigation regarding threats to cut some or all federal funding to "sanctuary jurisdictions." I also understand that, on May 29, 2025, the United States Department of Homeland Security published a list of "sanctuary jurisdictions" that included Alameda County. As a Deputy Director, I am part of the department's senior executive leadership team. I am familiar with the Behavioral Health Department's funding sources, expenditures, programs, and services.

4. The Behavioral Health Department operates within Alameda County Health. Our department provides behavioral health care to adults and children, including, among other things, outreach programs, outpatient services, in-patient and residential treatment, employment support, food and housing assistance, substance abuse treatment, acute and crisis services, pharmacy services, treatment for people in custody at one of the County's carceral facilities, and reentry services. We

serve some of the County's most vulnerable residents, including approximately 30,000 Medi-Cal beneficiaries, the homeless, people with substance abuse issues, and people with life-threatening crises who are otherwise ineligible for services through other public entities. We provide those services directly and through partnerships with other organizations.

5. In fiscal year 2024-25, the Behavioral Health Department's annual operating budget was approximately $770 million. Approximately $14 million, or 2%, of that budget came from direct federal assistance. For fiscal year 2025-26, we expect that approximately $11.1 million, or 1.5%, of our approximately $832 million budget will come from direct federal funding. The portion of our budget from federal sources increases significantly if we include fee-for-services programs such as Medi-Cal and Medicare payments, which include substantial federal contributions. In fiscal year 2024-25, Behavioral Health's fee-for-services payments amounted to about $226 million annually, or 29% of our total budget; for fiscal year 2025-26, we anticipate approximately $232 million, or 28% of our budget for the year.

6. Federal funds help the Behavioral Health Department provide vital—sometimes life-saving—care for extremely vulnerable clients. For example, for fiscal year 2024-25, we received a Substance Use Block Grant of approximately $9 million from the federal Department of Health Care Services ("DHCS"). That grant allows us to fund substance use disorder services that are not covered by Medi-Cal, either because the person is ineligible or the service needed is not covered.

7. The Behavioral Health Department also received a Mental Health Block Grant of approximately $1.5 million from DHCS (on information and belief, in varying amounts, we have received this grant annually since 1998). This grant allows us to fund community mental health services through community partners for adults with serious mental illness. This funding fully or partially supports services for approximately 1,650 households in Alameda County.

8.  Federal funding supports these and many other programs, including rental assistance, supportive housing, and other housing support services and intervention for people experiencing mental health crises, to name just a few.

9.  Eliminating federal funding to the County of Alameda would have devastating effects for the County and some of its most vulnerable residents. The impacts would extend beyond services funded by federal dollars—losing federal funding would necessitate a countywide realignment of funding and service priorities. This could cause the County to redirect money from the general fund currently allocated to Behavioral Health to fill holes caused by the loss of federal funds in other departments. In Behavioral Health, this would result in a drastic reduction of services, staff positions, and partnerships with community partners that facilitate services throughout the County. Tens of thousands of people would lose services they need. This would likely have cascading effects throughout the County, including potential increases in homelessness rates, crime and incarceration rates, opioid and other drug related deaths, and other causes of human suffering.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed on July 25, 2025, in Oakland, California.

*Vanessa Baker*

Decl. of Vanessa Baker ISO Plts.' Mot. for Second Prelim. Injunction     3     Case No. 25-cv-01350-WHO