DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5408
Telephone:       (415) 355-33308
Facsimile:        (415) 437-4644
E-Mail:            karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:       (408) 299-5900
Facsimile:        (408) 292-7240
E-Mail:            bill.nguyen@cco.sccgov.org


Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, et al.,<br><br>Defendants. | Case No. 25-CV-01350<br><br>**DECLARATION OF COUNTY OF ALAMEDA'S SHERIFF YESENIA SANCHEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR SECOND PRELIMINARY INJUNCTION** |

Decl. of Yesenia Sanchez ISO Plts.' Mot. for Second
Prelim. Injunction

Case No. 25-cv-01350-WHO

# DECLARATION OF YESENIA SANCHEZ, ALAMEDA COUNTY SHERIFF

I, Yesenia Sanchez, declare as follows:

1. The statements contained in this declaration are based on my personal knowledge, information provided to me in the performance of my job duties, and my review of business records. If called as a witness, I could and would competently testify to them under oath.

2. I am the Sheriff for the County of Alameda. I was elected to this position by Alameda County's voters in 2022, and I assumed office in January 2023.

3. I started working with the Alameda County Sheriff's Office ("ACSO") in 1997. In my nearly 30 years with ACSO, I have served in various capacities, including as a patrol officer, a detective, and at the County's detention facilities. Most recently before being elected Sheriff, I served as the Division Commander managing the Santa Rita Jail facility. I am also a graduate of the FBI National Academy and the FBI National Executive Institute.

4. I have devoted my career to public service and safety. As Sheriff, my fundamental duty is to protect lives, property, and the broader community. I am committed to leading the ACSO with integrity, empathy, and compassion.

5. As Sheriff, I am familiar with ACSO's funding sources and financial allocations, as well as the Office's expenditures, programs, and services. I am also familiar with ACSO policies and procedures.

6. I understand that the County of Alameda is involved in litigation regarding threats to cut some or all federal funding to "sanctuary jurisdictions." I also understand that, on May 29, 2025, the United States Department of Homeland Security published a list of "sanctuary jurisdictions" that included Alameda County.

## Alameda County Sheriff's Office General Order 1.24

7. The ACSO enacted General Order 1.24, addressing communication with immigration

authorities, in 2014 and has modified it several times since. Most recently, I modified the Order in 2023, shortly after assuming office.

8. General Order 1.24 highlights the ACSO's recognition "that our communities are diverse and consist of individuals from different backgrounds, cultures, and immigration statuses." The Order aims to "ensure [that ACSO] resources are used to promote public safety and maintain trust and cooperation within our communities," and to "prioritize the safety and well-being of everyone in our communities, regardless of their immigration status."

9. Consistent with those goals, General Order 1.24 creates a "Zero-Contact Policy with immigration officials." Among other things, that policy prohibits ACSO personnel from (1) detaining, arresting, or contacting people based solely on their actual or suspected immigration status; (2) entering agreements with federal immigration authorities to enforce federal immigration laws; (3) using County resources to assist or facilitate federal immigration enforcement operations, except in cases of critical or emergency requests from other law enforcement agencies; (4) honoring civil immigration detainers, absent a "criminal warrant signed by a judge"; (5) inquiring about a person's immigration status, unless the information is necessary to a criminal investigation of a violation of California law; (6) using immigration authorities as interpreters; (7) initiating contact with Immigration and Customs Enforcement (ICE) personnel to provide information about someone in ACSO custody who is suspected of violating federal immigration laws; or (8) participating in "sweeps to locate and detain undocumented residents."

**Alameda County Resolutions**

10. Alameda County's Board of Supervisors has repeatedly expressed the position that achieving the County's core mission to ensure public safety and serve residents' needs requires respect, trust, and open communication among all members of the community. Alameda County Resolution 2016-274 states the Board's opposition to using County resources to assist in enforcing

federal civil immigration law, such as giving ICE agents access to individuals or to County facilities without a judicial warrant. Alameda County Resolution 2016-274 (Regarding Upholding Due Process and Protecting Civil Rights of Immigrant Residents).

**ACSO's Federal Funding Supports Important Public Safety Programs in Alameda County**

11. ACSO receives approximately $35 million in federal funding annually—about 5% of the Office's total budget. Among other federal funds, the ACSO receives funding from the U.S. Department of Justice ("DOJ"), including through its Bureau of Justice Assistance ("BJA"), which was created to create safer communities and reduce violent crimes. BJA grants help fund the County's criminalistics laboratory's work to process DNA evidence crucial to exonerating wrongfully accused or convicted individuals and to identifying true perpetrators; additional traffic enforcement operations, including efforts to deter sideshows and driving under the influence, and to hold violators accountable; and important equipment purchases, such as a robot and protective gear for the bomb squad.

12. The DOJ also funds the Second Chance Reentry Program focused on educational and occupational outcomes for people incarcerated in Alameda County's Santa Rita County Jail. Program participants receive vocational training from members of a local union, and, when released from custody, are placed in jobs paying a living wage. The funding for this program also pays for participants' union dues, tools, clothing, and Clipper Cards to facilitate their transportation to work. This program has operated at Santa Rita for approximately two years and recently graduated its fifth cohort. So far, the recidivism rate among program participants is approximately 70% lower than for nonparticipants.

13. ACSO has also administered the DOJ Justice Assistance Grant locally since 2005. We receive funding through the Justice Assistance Grant and distribute it to other local law enforcement agencies. This grant funds important public safety programs within Alameda County. For example, on information and belief, the Oakland Police Department uses this grant to run and maintain the

Department's helicopter, including training for officers involved with helicopter operations. The Fremont Police Department on information and belief, uses this grant funding for technology that allows the Department to use geolocation for mobile phones to, among other things, investigate and apprehend suspects and to dispatch emergency assistance.

14. Another significant source of federal funds for public safety in Alameda County is the Department of Homeland Security ("DHS"), including the State Homeland Security Grant Program, which offers various risk-based grants to help prevent, respond to, and recover from terrorism and other threats. ACSO has received about $1.7 million annually through this program, of which it distributes about $1 million to fund public safety programs implemented by other law enforcement agencies, fire departments, healthcare providers, and other agencies within Alameda County.

### Losing Federal Funding Would Make Alameda County Less Safe

15. Without federal funding—including but not limited to the examples discussed above—ACSO and its partner agencies would have fewer tools to address public safety throughout Alameda County. Losing any—much less all—federal funding would require ACSO to end some programs entirely and cut spending on other programs. This would impact not just ACSO, but law enforcement and other public safety agencies throughout the County.

16. What's more, because much of its federal funding comes in the form of reimbursements, ACSO has already spent, and continues to spend, local resources based on the federal government's approval and assurances that it would provide reimbursement later.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed on July 25, 2025, in __Dublin__.

_/s/ Yesenia Sanchez_
Yesenia Sanchez

---

Decl. of Yesenia Sanchez ISO Plts.' Mot. for Second Prelim. Injunction — 4 — Case No. 25-cv-01350-WHOx