DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-33308
Facsimile: (415) 437-4644
E-Mail: karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: bill.nguyen@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, et al., <br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, et al.,<br><br>Defendants. | Case No. 25-CV-01350<br><br>**DECLARATION OF DONNA SANDOVAL IN SUPPORT OF PLAINTIFFS' MOTION FOR SECOND PRELIMINARY INJUNCTION** |

Decl. of Donna Sandoval ISO Plts.' Mot. for Second
Prelim. Injunction

Case No. 25-CV-01350-WHO

**I, DONNA SANDOVAL, declare as follows:**

1. I am a resident of the State of New Mexico. I have personal knowledge of the facts set forth in this declaration based on information provided to me in the performance of my job duties and my review of business records, and, if called as a witness, could and would testify competently to the matters set forth below.

2. I am the Director of Finance and Administrative Services for the City of Albuquerque. I joined the City of Albuquerque in July 2020 as the City Controller, having previously served as the Assistant Commissioner of Administrative Services for the New Mexico State Land Office. I was a CFO for three state agencies over my years in state government. I hold three active certifications: Certified Government Financial Manager (CGFM), Certified Information Systems Auditor (CISA), and Certified Information Security Manager (CISM).

3. I am familiar with Executive Order 14,159, dated January 20, 2025, and titled "Protecting the American People Against Invasion" ("EO 14,159"). The Executive Order requires the Attorney General and DHS Secretary to withhold all "Federal funds" from sanctuary jurisdictions "to the maximum extent permissible by law." The EO 14,159 defines sanctuary jurisdictions as those "seek[ing] to interfere with the lawful exercise of Federal law enforcement operations" in the Administration's view. It is my understanding that the new federal administration considers Albuquerque to be a "sanctuary jurisdiction."

4. I have also reviewed and am familiar with a memorandum issued by U.S. Attorney General Pamela J. Bondi on February 5, 2025, entitled "Sanctuary Jurisdiction Directives" (the "Bondi Memo"). Via the Bondi Memo, the Department of Justice ("DOJ") announced its own funding restriction to "ensure that, consistent with law, 'sanctuary jurisdictions' do not receive access to Federal funds from the Department." The Attorney General also proscribes that "[s]anctuary jurisdictions should not receive access to federal grants administered by the Department of Justice."

5. I am also familiar with Executive Order 14,218, dated February 19, 2025, and titled "Ending Taxpayer Subsidization of Open Borders" ("EO 14,218" and together with EO 14,159, the Executive Orders), which directs every federal agency to "ensure, consistent with applicable law, that Federal payments to States and localities do not, by design or effect, . . . abet so-called 'sanctuary' policies that seek to shield illegal aliens from deportation."

6. I am also familiar with a list of Sanctuary Jurisdictions published by the Department of Homeland Security ("DHS") on May 29, 2025, pursuant to Executive Order 14,287, dated April 28, 2025, titled "Protecting American Communities from Criminal Aliens." The list was subsequently taken down. Albuquerque did appear on the published list.

7. Albuquerque generally prohibits the use of city resources to assist with the enforcement of federal immigration law, per Albuquerque Code of Resolutions § 3-1-11 and Resolution 18-7.

8. A loss of federal funds would have serious consequences in Albuquerque. As the Director of Finance and Administrative Services, I must decide how to handle this possible loss of funds in the budget for the fiscal year beginning on July 1, 2025.

9. Albuquerque is home to more than 560,000 residents, who rely on law enforcement provided by the Albuquerque Police Department, public infrastructure projects like roads, bridges, and public transit, as well as emergency response services and shelter and support services for unhoused residents.

10. Albuquerque's budget for Fiscal Year 2026, beginning July 1, 2025, includes over $21 million in current year federal funds. The $21 million includes federal awards for police equipment and special police programs, Early Head Start, the AmeriCorps Senior Programs, Housing and Urban Development ("HUD") grants, and transit equipment and facilities.

11. In addition to the federal funds allocated in the annual operating budget, Albuquerque expects to receive an additional $75.4 million in federal multi-year grants budgeted in prior years, largely

for public infrastructure projects such as affordable housing, transitional housing, rapid rehousing, social service contracts, park development, HUD grants, Federal Emergency Management Agency ("FEMA") grants, and investments in programs to address homelessness and affordable housing. This also accounts for a large fraction of the Albuquerque Police Department's budget, which includes paying officers' salaries and providing needed equipment. Albuquerque's 2026 budget also includes $563,500 in DHS funding. Of the current year federal funds and the multi-year federal funds, the total amounts to 7% of the City's total Fiscal Year 2026 budget of $1.5 billion.

12. Albuquerque receives funds directly from the federal government, as well as indirectly through the State of New Mexico and other pass-through entities. For Fiscal Year 2026, in addition to the amounts above, Albuquerque's budget includes approximately $17.4 million in carbon reduction programs, police training, senior meals and programs, early childhood programs and meals, fire and rescue supplies, emergency management staff, and equipment in program funds passed through the State of New Mexico. If Defendants cut off federal funds to New Mexico, this would likely result in the loss of pass-through funds to Albuquerque. Albuquerque receives $1,546,234.00 from DHS, specifically FEMA, and $17,559,574.00 from DOT, specifically the FTA.

13. Albuquerque receives most federal funds—for both grants and entitlement programs—as reimbursements. Albuquerque is currently providing services and benefits that the Federal government has agreed to reimburse. Albuquerque is also building major transit expansions and other public infrastructure projects, as well as running programs across a variety of City agencies based on the Federal government's commitment to pay for these projects and programs. The Executive Orders call into question whether the Federal government will in fact reimburse Albuquerque for these funds.

14. The vast majority of federal funds in the annual operating budget support programs in Albuquerque's Department of Health, Housing and Homelessness, as well as the City's public safety departments—the Albuquerque Police Department, Albuquerque Fire and Rescue, and Albuquerque

Community Safety. These amounts fund housing programs and vouchers that keep more than 1000 local families housed, pay police officer salaries, support victim services, and purchase necessary modern equipment for the public safety departments, among other necessary services and infrastructure projects. There is no connection between the purpose of the funds and federal immigration enforcement for all or almost all federal funds received by the City.

15. Every dollar of federal funding lost or at risk puts more pressure on limited General Fund resources that are needed to support core functions of the City. For example, Albuquerque is currently short police officers and below its recommended staffing levels, so additional funding is needed to hire new officers. There is also a severe housing shortage in Albuquerque, and the City needs to build new affordable housing units annually to meet the housing needs of City residents. The housing shortage is the largest driver of increasing rates of homelessness in Albuquerque.

16. It would decimate Albuquerque to lose all federal funds. Thousands of Albuquerque's most vulnerable residents would lose access to meals, medical care and other lifesaving social safety net services. Required reductions in police, fire, and emergency medical response functions would impair core public safety services for those that work, visit, or live in the City. The City would have to lay off hundreds of employees and cancel contracts that create thousands of additional jobs. Roads, public transportation, and other infrastructure necessary to support the City and region's economy would fall into disrepair, causing longer-term damage beyond Albuquerque city limits.

17. Even a mid-year loss of a large portion of annual federal funds would have a significant negative impact on the safety of our City and residents. A large cut would require the City to make significant reductions to critical government services and spending. For example, large mid-year cuts would likely require reductions in the number of first responders, including police officers, firefighters, paramedics, and 911 operators. Our bus system would experience significant crowding and delays due to reductions in service and deferral of vehicle maintenance. Furthermore, infrastructure safety would

be compromised, as the City would be forced to consider cuts to road repaving, building inspection services, and fire safety programs. Furthermore, Albuquerque would likely be forced to cut social service safety net programs such as senior meal programs, services for low-income children, violence prevention services and programs for domestic violence survivors.

18. As a result of the Executive Orders and the Bondi Directive, and other related federal government actions, Albuquerque has had to develop guidance and policies for its employees to assuage fears and confusion of how to interact with immigration-enforcement officers while performing their jobs. This has placed an undue burden on these public employees to confront threats of prosecution while trying to protect their fellow employees and constituents.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 24 2025, in Albuquerque, New Mexico.

DONNA SANDOVAL

Decl. of Donna Sandoval ISO Plts.' Mot. for Second Prelim. Injunction.    5    Case No. 25-CV-01350-WHO