DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5408
Telephone:    (415) 355-33308
Facsimile:    (415) 437-4644
E-Mail:    karun.tilak@sfcityatty.org

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:    (408) 299-5900
Facsimile:    (408) 292-7240
E-Mail:    bill.nguyen@cco.sccgov.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, et al.,<br><br>Defendants. | Case No. 25-CV-01350<br><br>**DECLARATION OF JOHN FOURNIER IN SUPPORT OF PLAINTIFFS' MOTION FOR SECOND PRELIMINARY INJUNCTION** |

Decl. of John Fournier ISO
Plts.' Mot. for Second Prelim. Injunction

Case No. 25-CV-01350-WHO

# DECLARATION OF JOHN FOURNIER

I, JOHN FOURNIER, declare as follows:

1. The statements contained in this declaration are based on my personal knowledge, information provided to me in the performance of my job duties as the County Manager, and my review of business records. I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

2. Allegheny County is the second most populous County in Pennsylvania. The County seat is the City of Pittsburgh, but Allegheny County contains numerous other municipalities.

3. Allegheny County's adopted 2025 operating and capital budgets total $3.1 billion. These budgets are based on receipt of 100% of federal revenue totaling $617,876,880, or 20% of the total.

4. Allegheny County is home to many businesses, including legacy manufacturing industries, such as steel and aluminum, as well as information technology, robotics and biotechnology. Allegheny County is home to a number of universities, including the University of Pittsburgh and Carnegie Mellon, and it has two well regarded health systems that provide advanced medical treatment.

5. Allegheny County has a diverse population and is home to immigrants drawn to the opportunities in higher education and employment. Allegheny County also has historically appealed to immigrants from around the world who join family and community, including refugees.

6. Allegheny County's immigrant community is a valued and important part of the County's economic success and rich culture.

7. I am familiar with Executive Order 14159, dated January 20, 2025, entitled "Protecting the American People Against Invasion;" Executive Order 14218, dated February 19, 2025, entitled

Decl. of John Fournier ISO
Plts.' Mot. for Second Prelim. Injunction.

1

Case No. 25-CV-01350-WHO

"Ending Taxpayer Subsidization of Open Borders;" and Executive Order 14287, dated April 28, 2025, entitled "Protecting American Communities from Criminal Aliens" (collectively, "Executive Orders").

8. Allegheny County and its staff do not operate for the purpose of enforcing federal immigration law, but rather to provide municipal services to the residents of the County, irrespective of immigration status. To that end, Allegheny County has taken steps to safeguard its municipal resources, protect public safety, and encourage immigrant populations' willingness to report crime and cooperate with the County's public safety efforts by adopting a policy at the Allegheny County Jail that the facility will not detain an individual, or delay their release, solely based on an immigration detainer request or administrative warrant received from ICE.

9. If Allegheny County personnel were to enforce federal immigration laws for the federal government, it would squander limited municipal resources, have deleterious effects on public safety, and have a chilling effect on immigrant populations' willingness to report crime and cooperate with the County's public safety efforts.

10. Federal grants play an important role in funding the County's public safety efforts. For example, in 2025, a Department of Justice ("DOJ") grant of $100,000 has been budgeted for the Allegheny County Police Department; a multiyear DOJ grant funds the National Sexual Assault Kit Initiative, with approximately $60,000 allotted for 2025 alone; $285,000 in DOJ funds has been granted to the Violent Crimes Unit; and another $400,000 of DOJ Violence Reduction grant funding is committed to services.

11. None of the programs or services funded by DOJ dollars focuses on immigration or includes any element of immigration enforcement. These funds are used for local law enforcement, criminal investigation, harm reduction, and prosecution costs.

12. The impact of the Executive Orders threatens all federal funding, not DOJ funding alone.

Decl. of John Fournier ISO
Plts.' Mot. for Second Prelim. Injunction.

2

Case No. 25-CV-01350-WHO

13. Federal funding awarded for 2025 and multi-year grants come from several federal agencies, including the Departments of Housing and Urban Development, Health and Human Services, Labor, Agriculture and the Centers for Disease Control and Prevention. These grants fund the County's programs and services, including essential programs for hazardous materials training, training and support of the medical examiner's office, critical infrastructure improvements, developing public health infrastructure and workforce, and provision of public safety services.

14. Allegheny County also receives federal funding through formula grants (grants that are noncompetitive and allocated to grantees based on distribution formulas) and has established programs based on the expected continued receipt of these funds, including by making staffing decisions and contracting with vendors.

15. The County and its health department receives grants to support its efforts to support the health and safety of its residents of all ages. Approximately 27% of the County's population are over the age of 60, higher than the national average. Among the federal funds the County receives to serve this population is the CDC BOLD Grant, ($500,000) which provides resources to residents and their families contending with Alzheimer's and other cognitive disorders associated with aging so that residents have the resources to remain in their homes. The County also receives funding from the CDC for its unintentional injury prevention program to mitigate fall injury through programming that includes classes to retain and improve ambulatory balance.

16. The County's Health Department is also the recipient of federal funding for several programs that supports maternal health, infants and children. These include USDA funding for the Women, Infants and Children (WIC) program ($1.4 million allocated for 25) that provides nutritional support for mothers and children through age 5.

17. The Health Department also receives, among its other funding from the EPA, an allocated multi-year Targeted Airshed Grant, which the County distributes as reimbursement to municipalities

Decl. of John Fournier ISO
Plts.' Mot. for Second Prelim. Injunction.

3

Case No. 25-CV-01350-WHO

and authorities within the County who have purchased reduced emission vehicles or electric charging stations. These payments are reimbursement for equipment which those local governments and authorities, many of which are already under contract.

18. In preparing its 2025 budget, Allegheny County has increased its tax levy to address revenue decreases. This is in part because its county seat, the City of Pittsburgh, has suffered decreasing commercial property values. Given this budget tightening, the loss of federal grant funding would force the County to make devastating cuts to governmental services and risk further tax increases on its residents who are already struggling.

19. Allegheny County, its director, the staff of the Department of Budget and Finance, and the financial managers within each of the various departments have devoted considerable time, in addition to their regular duties, to monitoring and digesting the Executive Orders. Staff have developed high-level analysis and detailed spreadsheets that tease out their impact. Staff have regularly attended presentations by government representatives from various levels of government and our community partners related to the orders, and county staff have presented to others on the orders. Every day the staff of the various County departments fields inquiries about the impact of federal funding cuts from recipient municipalities, local government agencies, our community non-profit partners, and the many businesses which have contracts with the County.

20. Pursuant to the Allegheny County Code, the County executive must present her proposed budget to the County Council at their regular County meeting no later than seventy-five (75) days before the end of the calendar year. For 2025, the regularly scheduled meeting in which the County Executive shall present her budget is October 7, 2025. Council, in turn, must adopt the budget no later than twenty-five (25) days before year end. The final meeting for Council to finalize the budget this year is December 2, 2025.

21. The County's Department of Budget and Finance commences its budget work in June each year, customarily the County's Department heads provide their budgetary requests in July. Generally, the Commonwealth of Pennsylvania's budget is finalized by June, but the Commonwealth's 2026 budget has yet to be finalized. The County's Budget and Finance department conducts its research and analysis in August as historically the information necessary to develop the budget and make recommendations is known by early August. This is not the case currently as federal funding and state pass-through funding is in a state of uncertainty. The Department will meet with the County Executive and County Manager and respective staff in late August and September to build out the final budget for timely presentation to County Council amid this uncertain landscape.

22. Consistent with the annual budget process, the County is currently planning its budget for 2026. The additional threat of loss of federal funds as a result of the Executive Orders compounds the uncertainty in County budget planning. The County Departments are now determining whether grant supported positions will be supported by grants in 2026. Not knowing whether certain federal funds will be available creates significant uncertainty about those positions and the work those positions perform for the County residents.

23. In addition, on May 29, 2025, the Department of Homeland Security published, then removed, a list of so-called "sanctuary jurisdictions" that included Allegheny County. Appearing on the list, seeing the list removed without explanation, has only added to the sense of uncertainty underlying our budgeting process.

24. A key example of the significant uncertainty is the looming August 16, 2025 deadline for submitting its HUD Consolidated Five Year Plan for its four programs, the Community Development Block Grant Program (CDBG), the HOME Investment Partnerships Program (HOME) and the Emergency Solutions Grants (ESG) Program which permit the County to develop affordable housing, assist communities within the County and provide emergency shelter. For 2025, the County

received $1.2 million for ESG, $13.1 million for CDBG and $2.6 million of HOME funds. A consolidated plan would seek comparable funding. Moreover, the County's HUD CoC funding agreement for the July 1, 20025 through June 20, 2026 term is anticipated to be transmitted to the County's Department of Human Services imminently. Provisions attendant to implementation of the Executive Orders are expected to be set forth in the agreement. The County will not be able to access those funds without execution of the agreement.

Decl. of John Fournier ISO
Plts.' Mot. for Second Prelim. Injunction.

6

Case No. 25-CV-01350-WHO

EXECUTED this 25th day of July, 2025 in Allegheny County.

/s/ John Fournier
John Fournier

Decl. of John Fournier ISO
Plts.' Mot. for Second Prelim. Injunction.

7

Case No. 25-CV-01350-WHO