DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5408
Telephone:      (415) 355-33308
Facsimile:      (415) 437-4644
E-Mail:         karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:      (408) 299-5900
Facsimile:      (408) 292-7240
E-Mail:         bill.nguyen@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, et al., | Case No. 25-CV-01350 |
| Plaintiffs, | **DECLARATION OF FAITH LEACH IN SUPPORT OF PLAINTIFFS' MOTION FOR SECOND PRELIMINARY INJUNCTION** |
| vs. | |
| DONALD J. TRUMP, President of the United States, et al., | |
| Defendants. | |

Decl. of Faith Leach ISO Plts.' Mot. for Second Prelim. Injunction

Case No. 25-CV-01350-WHO

## DECLARATION OF FAITH LEACH

I, Faith Leach, declare as follows:

1.      I have knowledge of the facts set forth in this declaration as a result of information provided to me in the performance of my job duties and, if called as a witness, could and would testify competently to the matters set forth below.

2.      I am the Chief Administrative Officer of the City of Baltimore ("the City"). I have served in this role since March 2023.

3.      In my role, I manage the day-to-day government operations across the entire City enterprise, ensuring the effective, efficient, and equitable delivery of City services from City agencies.

4.      The City recently went through its annual budgeting process. The uncertainty and tumult resulting from federal government actions threatening City funding, including Executive Orders 14159, 14218, and 14287, and the May 29, 2025 Department of Homeland Security list identifying Baltimore as a "sanctuary jurisdiction[] defying federal immigration law," has made fiscal preparation for the upcoming year and beyond exceptionally difficult. The inability to rely on grant monies that were already awarded, as well as expected funds, makes it virtually impossible to plan for programs and expenditures. There is no doubt that the threatened actions of this administration will negatively impact City services and the citizens of Baltimore.

5. For Fiscal Year 2026, Baltimore expects to receive approximately $216 million in operating dollars and $65 million in capital dollars from the federal government, accounting for about 6.1% of Baltimore's annual budget. Baltimore currently also has $32.9 million in open Department of Justice ("DOJ") grants, and open grants totaling $690 million from the Environmental Protection Agency ("EPA"), $514 million from the Department of Housing and

Urban Development ("HUD"), $399.7 million from the Department of Health and Human Services ("HHS"), and $184 million from the Department of Transportation ("DOT").

6.      Examples of City programs that could be threatened as a result of the Executive Order are as follows:

### Health

7.      The City receives approximately $16 million in Ryan White funding from HHS's Health Resources and Services Administration. This funding supports essential care and services for individuals living with HIV who are uninsured or underinsured in urban areas heavily impacted by HIV/AIDS. It covers medical treatment, case management, mental health services, transportation, and housing assistance. These services aim to reduce health disparities and improve health outcomes for underserved populations affected by HIV/AIDS. This funding serves 11,682 people living with HIV in Baltimore City. The loss of this funding would leave thousands of these individuals without critical services.

8.      The City's Care Coordination Units receive about $4.5 million collectively in federal funds from the Department of Health and Human Services. These Units provide Medicaid beneficiaries with one-to-one support to navigate the complex health care system and get the physical and behavioral health care they need. They help low-income residents apply for, renew, and understand their Medicaid benefits, select providers, remove barriers to accessing care by linking them to housing, domestic violence services, energy assistance, and transportation, and address concerns about the quality of care they have received. One unit prioritizes pregnant people and people with chronic conditions who are disconnected from care, ensuring that the most vulnerable Marylanders get access to primary and prenatal care, leading to improved health and reduced racial disparities, including those in maternal and infant mortality.

In Baltimore City, pregnant people with Medicaid who receive this care are 80% more likely to give birth to an infant that reaches its first birthday.

9.     Care Coordination is also the bedrock of Baltimore City's maternal and infant health program, B'more for Healthy Babies ("BHB"), which works to reduce infant mortality and improve maternal and family health for all city residents. Since the inception of BHB in 2009, the City's infant mortality rate has been reduced by 40% and the Black-white racial disparity in infant mortality has been reduced by almost 50%. BHB is a national model for supporting maternal and child health outcomes and relies heavily on a centralized intake system supported by federal funding to have large-scale population level impact in the City. If this funding is taken away, lives will almost certainly be lost. The entire system will collapse because the City does not have enough funding to cover the gap.

10.     The City's Special Supplemental Nutrition Program for Women, Infants, and Children ("WIC"), which receives just over $2 million in federal funds annually, provides supplemental foods, health care and social agency referrals, breastfeeding support, and nutrition education for low-income pregnant, breastfeeding, and non-breastfeeding postpartum women, and to infants and children up to age 5. The City's WIC program is 100% funded by the U.S. Department of Agriculture with funds channeled through the Maryland State WIC Program. Currently, the City's WIC program serves almost 10,000 unique clients in the City–almost 100% of residents who were deemed eligible by the program, indicating a program that is highly valued among Baltimore City residents.

11.     WIC eligibility is based on income and nutritional need and serves some of the most vulnerable City residents during the most crucial time of development (pregnant people, infants, and children) who are living in poverty and experiencing food insecurity and/or

nutritional-related health issues, like obesity, hypertension, underweight/malnutrition, and anemia. WIC also provides support and education for breastfeeding to help support infant immune protection and early childhood development. In Baltimore City, WIC is often the program that has the furthest reach among families in need and may be their only touch point for support or care. This means WIC often provides vital connections and referrals to things like primary health care, doulas, supports related to postpartum depression/mental health, child developmental delays, and behavioral health/substance use, among other crucial services. About 10,000 clients would be at risk for increased food insecurity without the support of the City's WIC program. Threats to the WIC program would cut off access to supplemental food and access to nutritious food options, like fruits and vegetables, needed to support healthy growth in development during pregnancy, infancy, and early childhood, and could endanger access to other essential services at a vulnerable time for families in need. Elimination of WIC would ultimately contribute to higher rates of food insecurity during the most important periods of growth.

## Housing

12.    The HUD Lead Hazard Reduction Grant, totaling about $6 million this past year, is one of the City's most critical public health and housing safety grants. It supports the City's Department of Housing and Community Development's ("DHCD") Lead Hazard Reduction Program, which works to identify and eliminate lead-based paint hazards in pre-1978 residential properties. Baltimore has the highest rate of children with elevated blood lead levels in Maryland and the largest concentration of aging housing stock with lead hazards. These risks are most prevalent in low-income neighborhoods, and the risk is a serious one–as lead exposure poses lifelong consequences to children's health, cognitive development, and academic outcomes.

13.    Baltimore was one of the first cities in the country to receive HUD funding for lead hazard control, with awards dating back to 1994 through the City's Health Department. In 2015, program administration transitioned to DHCD, where the work has continued and expanded. Since then, the City has received multiple awards, including $9.7 million in 2020 and $5.85 million in 2024. These grants support risk assessments, certified abatement work, relocation assistance, and community outreach to ensure families are informed and protected.

14.    The program addresses both primary prevention, by correcting hazards before exposure occurs, and secondary prevention, by intervening in homes where children have already tested positive. Each year, the program creates lead-safe environments for hundreds of children, directly reducing toxic exposure and helping prevent developmental delays and behavioral issues tied to lead poisoning.

15.    Loss of this funding would have a severe and immediate impact on the City's ability to protect vulnerable children, disrupt ongoing remediation efforts, and increase the likelihood of lead poisoning in high-risk communities. The program would be cut back to two employees with a budget of $300,000; as each case costs $15,000-$20,000, the number served would be drastically reduced. The long-term cost would be felt across public health, special education, and healthcare systems, with irreversible harm to Baltimore's youngest residents. This grant is essential to the City's ability to protect children, support families, and continue leading the fight against lead exposure.

16.    The City also received about $20 million this past year in Community Development Block Grant ("CDBG") HUD funding.  Annually, Baltimore assists approximately 4,500 households with housing needs through the creation of new/rehabilitated homes, lead hazard remediation, critical repairs, and housing counseling. Baltimore also provides 73,000

low-to moderate-income individuals with public services supported by this funding, including economic development support to small businesses. Additionally, the City leverages its CDBG funding by using the Section 108 Loan Guarantee Program to access low-cost, flexible financing to support the execution of significant public facility projects such as recreation centers and large-scale redevelopment projects.

17.    In addition, the Department of Public Works utilizes CDBG funds to clean and board vacant properties to reduce the accumulation of waste, restrict access to hazardous areas, and help ensure the safety of residents. These efforts also help to slow the deterioration of the structures over time.

18.    Loss of CDBG funding would negatively impact housing maintenance and services, home repair assistance for senior residents, the City's ability to maintain neighborhood parks and recreational centers that serve the City's citizens, and the general health and welfare of neighborhoods. For example, if these funds were rescinded, approximately 15 Department of Public Works employees in the Solid Waste Department would face significantly reduced work hours, harming those employees and Baltimore's ability to provide services.  Additionally, an estimated 25,000 vacant properties would go unserviced, potentially leading to the proliferation of illegal and unsafe housing conditions. The lack of services could also result in a substantial increase in illegal dumping, which in turn would contribute to the growth of rodent and pest populations. This scenario presents a serious public health risk, potentially leading to the spread of rodent-borne diseases and an increase in related injuries.

19.    The City also receives federal funding to support its unhoused population.  In 2024, Baltimore assisted 13,000 people with outreach, services, and rental assistance made possible with federal funding.  Also in 2024, Baltimore sheltered 1,290 people during times of

extreme cold and assisted 9,000 people during times of extreme heat. Eliminating the funding that supports these outreach, rental assistance, case management, and supportive services will likely mean these individuals will remain unhoused and their other critical needs will remain unmet.

### Public Works

20.    In addition to the funding mentioned above, the Department of Public Works also receives federal grants to remediate hazards. For example, it received a $600,000 Building Resilient Infrastructure and Communities Grant from the EPA that is intended to address an area that, due to its terrain, is prone to severe flooding during heavy rainstorms. The affected area is a major roadway that sees heavy traffic from public transit. Funding cuts would impact the City's ability to make this area safe.

### Transportation

21.    The City receives a number of important grants from DOT to help improve its pedestrian and transportation infrastructure. The City has received an $85.5 million Reconnecting Communities Grant that will support a project that aims to provide a "cap treatment" over U.S. Route 40 in West Baltimore. The purpose of the project is to create a community-presenting, pleasant space while providing increased pedestrian access to cross the highway. The loss of this critical grant would permanently hurt efforts to revitalize West Baltimore.

22.    The City has also received a $15.5 million Federal Highway Administration grant that is intended to perform planning, preliminary engineering, and environmental study for remediating the 2.4-mile Route 2 corridor between I-95 and the Anne Arundel County line, which includes the Hanover Street/Vietnam Veterans Memorial Bridge. This bridge is in

particularly rough condition, which has been exacerbated by the increased traffic it is seeing as a result of the 2024 Key Bridge collapse. This is an important regional corridor and losing this grant would complicate and slow efforts to keep the corridor and bridge in a state of safe repair.

23.     The City's Department of Transportation has numerous other projects funded by federal dollars that are meant to make the City's roadways safer for drivers, bicyclists, and pedestrians and to ensure compliance with the Americans with Disabilities Act. A loss of those dollars would be harmful to the welfare and safety of City residents as they transit the City.

**Emergency Management**

24.     Several programs and positions in the City's Office of Emergency Management ("OEM") are funded with federal dollars. The Federal Emergency Management Agency's ("FEMA") State Homeland Security Program ("SHSP") provides funding to support the implementation of risk-driven, capabilities-based strategies to address capability targets, which are the target number of people in an organization that should be trained in a certain skill at a certain level. Specifically, the SHSP grant supports the salaries of four OEM positions City surveillance of special events or high-risk areas; equipment for the Baltimore Police Department ("BDP") Bomb Squad and Special Operations Team; supplies for training the City's Community Emergency Response Team community preparedness promotional materials; OEM staff training and development; response supplies and equipment for the Hazmat/Chemical, Biological, Radiological, Nuclear and Explosives/Search and Rescue Teams; protective barriers to increase safety at community events and high-profile areas; and supplies and upgrades for the City's Emergency Operations Center.

25.     FEMA's Urban Area Security Initiative ("UASI") grant provides funding to enhance regional preparedness and capabilities in designated high-threat, high-density areas.

Specifically, the UASI grant supports salaries for 3 OEM positions; supplies and equipment for BPD and the Sheriff's Office to support information and intelligence sharing concerning soft targets and crowded places; hazmat response training and exercise resources and equipment; cybersecurity resources; the City's Mobile Command Vehicle and resources; and training and development for OEM, City police, and the Baltimore City Fire Department ("BCFD").

26.    FEMA's Emergency Management Performance Grant ("EMPG") provides state, local, tribal and territorial emergency management agencies with the resources required for implementation of the National Preparedness System and works toward the National Preparedness Goal of a secure and resilient nation. The EMPG's allowable costs support the City's efforts to build and sustain core capabilities across the prevention, protection, mitigation, response and recovery mission areas. Specifically, in Baltimore, the EMPG grant covers the salary of the OEM Director and overtime expenses for the OEM Duty Officer Program, which provides a contact that is available twenty-four hours a day to report incidents and request assistance during emergencies.

27.    The loss of these dollars will not only make Baltimore City less safe and less able to address terrorism, emergencies, and disasters, but will weaken national security as a whole.

## Community Safety

28.    In addition to grants received by the BPD, federal grant money supports several other community safety programs. The City has received about $500,000 to support development of Baltimore's community violence intervention ecosystem, specifically helping to fund Baltimore's school-based violence intervention pilot program, which is now operating in four public high schools.

29.     Another $700,000 grant supports salaries for part-time contractual staff at the Baltimore City Visitation Center, a space at the Family Tree operated by the Mayor's Office of Neighborhood Safety and Engagement ("MONSE"), where court-ordered supervised visits and monitored custody exchanges can happen safely. This grant also supports a portion of the salary for the MONSE Intimate Partner Violence ("IPV") Prevention Court Liaison.

30.     A $750,000 grant from the DOJ's Office on Violence Against Women supports two full-time salaries at MONSE: IPV Prevention Coordinator and IPV Prevention Court Liaison. Additionally, this grant provides funding for a sub-recipient agreement with TurnAround Inc., which helps staff the interagency coordinated Domestic Violence High Risk Team.

31     A loss of these funds would significantly impair the City's efforts to address violence, in particular domestic and intimate partner violence.

### Family and Children Services

32.     Baltimore receives approximately $9.3 million in federal funds and $2.3 million in matching funds from HHS for its Head Start program, a comprehensive early childhood program for low-income children and families that promotes school readiness and overall well-being. Services supported by the federal funding include early learning and development programs; health and nutrition programs; and support for parent involvement. Cuts to this funding would mean 759 children and families would lose access to early childhood education and family support services and 150 City staff positions would be eliminated.

33.     The City also receives nearly $2.5 million in HHS funds in the form of Community Services Block Grants ("CSBG") passed through the State. These funds provide families with case management, rent assistance, and associated support services. The funds also

support the Water4All program, which ensures equitable access to water bill assistance. In the event of a grant termination, these programs and services would be ended and approximately 40 City staff positions would be lost.

34.     The City also receives more than $800,000 in HUD funds in the form of Community Development Block Grants ("CDBG") passed through the State. These funds support the Community Action Partnership ("BCCAP") program. BCCAP provides case management services, which link Baltimore City residents to supportive services such as job training, health care, budget counseling, parenting skills support, substance use treatment, and mental health services. A loss of this funding would result in the termination of the program along with ten City staff positions.

35.     The City also receives just over $11 million in Office of Home Energy program grants to provide energy assistance to qualified families. A loss of this funding would end the program and result in 46 City staff positions lost.

*          *          *

36.     In total, the federal funding cuts threatened by the Executive Orders and other government actions would eliminate essential services for thousands of City residents–spanning their birth to old age, and their ability to eat and drink, to be healthy, to receive an education, to transit the City, and to live safely–and result in the loss of over 240 City employees that provide these essential services. The long-term social and economic consequences would be substantial, particularly for the City's most vulnerable communities.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed _____ at BALTIMORE CITY, MARYLAND.

July 29, 2025

_Faith Leach_

Faith Leach

Decl. of Faith Leach ISO
Plts.' Mot. for Second Prelim. Injunction.

12

Case No. 25-CV-01350-WHO