DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5408
Telephone:     (415) 355-33308
Facsimile:     (415) 437-4644
E-Mail:        karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:     (408) 299-5900
Facsimile:     (408) 292-7240
E-Mail:        bill.nguyen@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, et al.,<br><br>Defendants. | Case No. 25-CV-01350<br><br>**DECLARATION OF ERIC KING IN SUPPORT OF PLAINTIFFS' MOTION FOR SECOND PRELIMINARY INJUNCTION** |

Decl. of Eric King ISO Pls.' Motion for Second Prelim. Injunction

Case No. 25:cv-01350-WHO

# DECLARATION OF ERIC KING

I, Eric King, declare as follows:

I am a resident of the State of Oregon. I am over the age of eighteen. I make this declaration based on my personal knowledge and information provided to me in the performance of my job duties as City Manager of the City of Bend. If called as a witness, I could and would testify competently to the matters set forth below.

1. I have a Master's Degree in Urban and Regional Planning and a Graduate Certificate in Real Estate Development from Portland State University.

2. I am the City Manager of the City of Bend ("Bend"), a position I have held since 2008. As the City Manager, I am the administrative head of the City and am ultimately responsible for all the City of Bend's departments and programs.

3. In my capacity as City Manager, I manage and authorize, with approval from the Bend City Council as necessary under the City's governing documents, all federal and state grant applications for Bend.

4. Bend is a municipal corporation with a home-rule all-powers charter under the laws of the State of Oregon. Bend operates on a biennial budget, totaling over $1.48 billion for fiscal years 2025-2027, and employs over 800 people. Bend provides many different critical services, including transportation infrastructure and maintenance, funding and permitting review for housing development and related services, public safety (police and fire), sewer and water services, emergency management, and a municipal airport. These services are essential for the health, safety, and welfare of over 100,000 residents.

5. On information and belief, on May 29, 2025, DHS released a list of states, counties, and cities that the agency identified as "sanctuary jurisdictions defying federal immigration law." The State of Oregon was included on that list.

6. State law prohibits Bend from cooperating with federal immigration enforcement beyond what is required by federal law. In 2021, Oregon expanded and updated its Sanctuary Promise Act, in place since 1987. These state laws comply with federal law, but they also impose lawful restrictions on the collection and dissemination of information. For example, these laws prevent public bodies (like Bend) from gathering information about immigration status, sharing other information with federal immigration enforcement, and using state and local resources to assist in enforcing federal immigration laws, except where otherwise required by federal law.

7. As a city in Oregon, Bend is bound by these laws, has affirmed its commitment to following them, and has developed policies and procedures to comply with them. For example, on June 21, 2017, the Bend City Council unanimously adopted a resolution stating that, "in alignment with Oregon State laws, the City will continue to refrain from the use of City funds, personnel and equipment from enforcing federal immigration laws and detaining people solely on their immigration status." Consistent with state law, the Bend Police Department has also adopted a policy that instructs its members not to take any official police action against an individual solely on the basis of their actual or perceived immigration status or national origin and not to inquire about immigration or citizenship status, disclose certain personal information for immigration enforcement purposes, or detain individuals solely for violation of federal immigration law unless a judicial order or warrant requires them to do so.

8. Over the next five years, the City of Bend anticipates relying on more than $90 million in federal funding for critical public safety and infrastructure needs, including directly from various federal agencies, as pass-through funds from the State of Oregon, and in projects delivered by the State of Oregon on Bend's behalf. Federal departments from which Bend receives funding include the Department of Justice, Department of Homeland Security, Department of Transportation, Department of Housing and Urban Development, and the

Decl. of Eric King ISO
Pls.' Mot. for Second Prelim. Injunction                    2                    Case No. 25-CV-01350-WHO

Environmental Protection Agency. Bend currently anticipates receiving more than $47 million in funding from the Department of Transportation alone.

9. Bend has relied on that funding in crafting its budget for the upcoming two years. Bend began its seven-month budget preparation process in November 2024. The Bend City Council adopted its 2025-2027 budget on June 18, 2025. This biennial budget relies on existing and anticipated future federal funding.

10. Even absent any loss of federal funding, revenue and expense pressures will challenge the City through this biennium and beyond. Annual operating revenues are projected to increase by 12% ($63 million), while expenses are forecast to rise by 19% ($181 million), creating a $118 million gap. Reserves and one-time revenues, such as grants and asset sales, will close most of this gap. Bend does not have additional reserves or one-time revenues to fill gaps that would be created by the loss of federal funding.

11. Additionally, the ability of cities in Oregon to raise needed revenue through property taxes is constrained by the Oregon Constitution, which caps the rates of taxation cities and local governments can impose based on the total levy in effect in 1997, limits taxable assessed value growth, and limits total property tax levies to $5 per $1,000 of taxable assessed value for schools and $10 per $1,000 of taxable assessed value for general government. The ability of Bend to self-fund critical public safety programs, improvements, and infrastructure is limited by these state restrictions. The voters of the City of Bend renewed and increased a 5-year operating levy for fire services in 2023 and, in 2020, passed a $190 million general obligation bond for Bend to construct needed transportation improvements. The local school district, park and recreation district, and library district have all recently passed voter-approved bonds, further limiting the future potential for additional revenue.

12. Thus, if federal agencies prevent Bend from accessing some or all of the federal funding described above, Bend likely will be forced to eliminate or curtail important programs that serve children, crime victims, and critical law enforcement services, as well as critical public infrastructure for roads, bridges, railroads, sewer systems, and Bend's airport. Staffing is also at risk as three employees' salaries are currently 50% supported through federal funds.

13. Even absent a loss of funding, Bend is likely to incur harm in the form of foregone hiring and delayed construction timelines in response to the uncertainty surrounding federal funding and the terms that federal agencies have imposed or may impose as a condition of receiving such funding. For example, Bend's budget for the next biennium did not add as many full-time positions as had been requested because of budget uncertainties, including those relating to federal funding.

14. The following paragraphs describe some of the federal funding that Bend has received or anticipates receiving.

15. Bend has been awarded over $1 million in grants from the Department of Homeland Security, including State Homeland Security Grants for emergency management staffing, and emergency management and law enforcement equipment, that are essential to maintaining critical city operations. These federal funds are critical to ensure that Bend is fully prepared for threats to the health, safety, and welfare of its residents.

16. Bend receives approximately $16,000 from the Department of Justice Edward Byrne Memorial Justice Assistance Grant Program annually, to fund law enforcement equipment, including tactical and armored personal safety gear.

17. Bend receives reimbursement for overtime costs related to cooperative drug enforcement actions with other local law enforcement agencies through an interagency drug enforcement agreement, funded through the High Intensity Drug Trafficking Area ("HIDTA")

program through the Executive Office of the President. HIDTA was created by Congress with the Anti-Drug Abuse Act of 1988, for critical anti-drug-trafficking operations.

18. Bend is a federally funded airport sponsor of the Bend Municipal Airport. Approximately 95% of the costs for infrastructure at the Bend Airport are funded by the Federal Aviation Administration ("FAA"). Bend has received more than $18 million in federal funds from FAA to build several large projects over the last decade at the Bend Airport, millions more throughout its existence, and anticipates approximately $10.1 million for infrastructure in the next five years, as evidenced by the FAA's 2025-2029 Bend Airport Capital Improvement Plan ("CIP"). Some projects on the Bend Airport CIP are funded through competitive Airport Improvement Grant ("AIG") funding, and through the Airport Improvement Program ("AIP") that the FAA awards as funding becomes available. Bend has been expending resources and staff time planning projects in reliance on this historical practice. Additionally, Bend has been accepted into the FAA Contract Tower Program ("FCT Program"), which will provide and cover the cost of air traffic controllers for the currently under-construction Air Traffic Control Tower at the Bend Airport. Participation in the FCT Program, and the ability to ensure that the Airport's tower is properly and safely staffed, requires completion of various Airport improvement projects that currently cannot be completed absent federal funding. Near-term FAA funding for the Bend Airport is approximately $6.43 million, and will provide funding for a taxilane rehabilitation project, consisting of upgrades and rehabilitation of two taxiways and the Airport runway (the "Taxiway Project").

19. Bend will be harmed if Bend does not receive this federal funding for the Bend Airport. Among other things, in accepting an AIP award for the Taxiway Project, Bend agreed to complete the Taxiway Project, with or without federal funding. Without the federal funding described above, these critical infrastructure projects will not occur, or Bend will need to

Decl. of Eric King ISO
Pls.' Mot. for Second Prelim. Injunction

5

Case No. 25-CV-01350-WHO

reallocate money currently prioritized for other needs, jeopardizing Airport safety and other city needs and priorities. The inability to complete these projects poses multiple risks for Bend and Airport users. Failure to receive these federal funds also poses unacceptable risks to Airport users and public safety generally.

20. Bend was also awarded $34 million from the Federal Railroad Administration of the Department of Transportation for design and construction of a roadway overcrossing to remove the public safety risk from an at-grade railroad crossing. Removal of the at-grade crossing is a critical public safety project that will reduce the risk of vehicular-rail incidents and emergency response times, maintain free-flowing rail and vehicle traffic, reduce traffic congestion and improve air quality, safety, and connectivity for people in Bend. In 2020, Bend voters approved a general obligation bond, including funding toward eliminating the at-grade crossing. However, Bend does not have the available funds, through its property tax revenues or general obligation bond proceeds, to fully fund the railroad overcrossing project without the awarded federal funding.

21. Additionally, Bend has been awarded $4.3 million from the State of Oregon's Oregon Community Paths program, in which the State of Oregon passes through funds from the Federal Highway Administration of the Department of Transportation. This funding will be used to construct needed safety improvements to connect biking and pedestrian access from a city roadway to a local elementary school. Bend does not have funding available to construct this project without federal funding.

22. Bend was awarded $19.56 million in Rebuilding American Infrastructure with Sustainability and Equity ("RAISE") grant funds and $963,000 in Oregon Community Paths funds, both from the Federal Highway Administration of the Department of Transportation that are passed through the State of Oregon, and $5.7 million in Congressionally-directed spending

approved in the adopted fiscal year 2024 federal budget to design and construct a non-automotive bridge over and across a railroad and a State highway. In 2020, Bend voters approved a general obligation bond, including funding to support this project, however Bend does not have the available funds, through its property tax revenues or general obligation bond proceeds, to fully fund this bridge construction without the awarded federal funding.

23. Bend annually receives funding from the National Highway Traffic Safety Administration ("NHTSA"), part of the Department of Transportation, for local traffic enforcement, such as patrols for distracted driving and driving under the influence of intoxicants. For fiscal year 2025, Bend is receiving approximately $22,500 in NHTSA funds.

24. Bend also receives Community Development Block Grant ("CDBG") funds from the Department of Housing and Urban Development ("HUD"). Bend has been a CDBG entitlement jurisdiction since 2004. Combined with local funds and leveraged to obtain other funding, Bend has used over $13.8 million in CDBG awards to fund over 1,260 affordable housing units and critical and life-saving housing service programs for low-income community members. Pursuant to a formula adopted by Congress, Bend receives approximately $600,000 in HUD CDBG funding each year. Bend is expected to receive approximately $603,000 in CDBG funds in 2025. Additionally, Bend has a signed agreement for $5 million in Pathways to Reducing Obstacles to Housing ("PRO Housing") grant funds from HUD. Of this $5 million, approximately $4 million has been set aside for the PRO Housing Fund, which makes loans available in a competitive process to applicants, which include both nonprofit and for-profit affordable housing developers. Funds are available to applicants for land acquisition, infrastructure, homebuyer assistance, and new housing construction, and other housing-related costs. Funds will be targeted at developments with high feasibility of success, low risk, and near-term deadlines, which, without additional funding, will be unable to proceed in the near term.

Applications for PRO Housing funds have already been submitted to the City and the Bend City Council is scheduled to make final funding decisions on August 6, 2025.

25. Bend also participates in the State of Oregon's Clean Water State Revolving Fund ("CWSRF"), funded by the Environmental Protection Agency, to receive low-interest loans to design and construct critical sewer infrastructure. The Bend City Council has approved $236 million in CWSRF loans, with $14.5 million as-yet undisbursed to Bend.

26. Additionally, Bend is a certified local government for historic preservation activities, receiving approximately $16,000 annually for historic preservation activities from the Department of the Interior through the National Park Service.

27. Without these awarded federal funds, Bend will not be able to provide these services or would need to reallocate money currently prioritized for other needs, jeopardizing other needs and priorities.

28. Nearly all of these federally funded programs operate on a reimbursement basis, meaning Bend has to expend its own resources to pay costs and then is reimbursed by the federal government for covered costs.

29. The federal government has presented Bend with an untenable choice: violate state law and Bend's policies, or lose access to more than $90 million in funding that is critical to the public health, safety, and welfare of the community of Bend—and potentially more if the Executive Orders at issue are applied to grants already awarded to the City.

30. It is challenging to engage in a complete and thorough budget process with uncertainty over millions of dollars in already-awarded federal grant money. Given the active federal grants and the timing of Bend's fiscal year, the uncertainty created by the Executive Orders threatening funding to cities with sanctuary policies, as well as the administration's actions

advancing these orders, presents a major risk to Bend's budget and creates uncertainty for the delivery of critical city services.

31. The loss of federal funding that would result if the Executive Orders at issue were implemented would jeopardize public safety and wellbeing by delaying or eliminating critical public infrastructure improvement projects, including for vehicular, pedestrian, bicycle, railway, and airport users.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 28, 2025, in Bend, Oregon.

_____
ERIC KING, CITY MANAGER

Decl. of Eric King ISO
Pls.' Mot. for Second Prelim. Injunction

9

Case No. 25-CV-01350-WHO