DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5408
Telephone:   (415) 355-33308
Facsimile:    (415) 437-4644
E-Mail:         karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:   (408) 299-5900
Facsimile:    (408) 292-7240
E-Mail:         bill.nguyen@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, et al.,<br><br>Defendants. | Case No. 25-CV-01350<br><br>**DECLARATION OF JEFF TSCHUDI IN SUPPORT OF PLAINTIFFS' MOTION FOR SECOND PRELIMINARY INJUNCTION** |

Decl. of Jeff Tschudi ISO Plts.' Mot. for Second
Prelim. Injunction

Case No. 25-CV-01350-WHO

# DECLARATION OF JEFF TSCHUDI,

I, JEFF TSCHUDI, hereby declare that:

1. I have personal knowledge of all the matters stated herein based on information provided to me in the performance of my job duties as the Finance Director for the City of Benicia ("City"), and in my review of the City's federal grants. I could and would testify truthfully and competently to the matters stated herein if called to do so.

2. I am the Finance Director for the City. I have held this position since December 1, 2022. My job duties include overseeing the preparation and administration of the City's long-term financial planning documents, Biennial Budget, and Annual Comprehensive Financial Report ("ACFR"), in conformance with Benicia Municipal Code section 2.16.060. The ACFR is prepared in conformity with generally accepted accounting principles and standards of the Governmental Accounting Standards Board as recognized as the standard in the United States of America. The ACFR is audited in accordance with generally accepted auditing standards by a firm of licensed certified public accountants. Over the course of more than 3 years with the Finance Department, I have worked on the preparation of two Biennial Budgets and multiple long-term financial planning documents, including the City's ACFR.

3. I am familiar with Executive Order 14159, dated January 20, 2025, entitled "Protecting the American People Against Invasion;" Executive Order 14218, dated February 19, 2025, entitled "Ending Taxpayer Subsidization of Open Borders;" and Executive Order 14287, dated April 28, 2025, entitled "Protecting American Communities from Criminal Aliens (collectively, "Executive Orders"). I am also aware that, on May 29, 2025, the Department of Homeland Security posted, then removed, a list of so-called "sanctuary jurisdictions." Benicia was named on that list.

4. Benicia generally limits local resources spent on civil federal immigration enforcement, following California law and Benicia's Resolution 17-13. For example, Benicia Police Department

Decl. of Jeff Tschudi ISO
Plts.' Mot. for Second Prelim. Injunction.

1

Case No. 25-CV-01350-WHO

officers do not conduct sweeps to locate and detain persons based on their immigration status, nor do they arrest persons solely for civil immigration enforcement purposes. Benicia also does not request information on citizenship or immigration status unless required to do so by state or federal law or judicial decision.

5. The Executive Orders threaten critical federal funds that the City relies upon to provide municipal services. The threatened cuts are unrelated to immigration enforcement, are contrary to the goals of public safety stated in the Executive Orders, and would cause the City financial harm. As the Financial Director, I have been grappling with the uncertainty of how to handle this possible loss of funds in the budget for the fiscal year beginning on July 1, 2025. To that end, Benicia is completing the seven-month process of preparing a Biennial Budget, including the annual budget for the fiscal year beginning on July 1, 2025. Following significant disruption to fiscal planning caused by the challenged Executive Orders, on June 17, 2025, the City Council approved a budget for FY2025-2026 based on the assumption that the City would receive federal funding. Yet significant budgetary uncertainty remains. The loss of anticipated federal grant funding would cause significant additional financial harm and threatens the safety of the community. Indeed, the mere threat of the loss has created confusion and uncertainty in Benicia's budget planning.

6. As noted above, federal funding is crucial to Benecia's provision of essential municipal services. Benicia has been awarded more than $5.7 million in open funding from federal agencies, including the Department of Homeland Security's Federal Emergency Management Agency ("FEMA"), the National Oceanic and Atmospheric Administration ("NOAA"), the Federal Highway Administration ("FHWA"), the Institute of Museum and Library Services ("IMLS"), and the Department of Justice ("DOJ"). These funds include outstanding Federal grant reimbursement spanning multiple fiscal years. These federal dollars support the City's programs and services,

including de-escalation training for police officers, water transmission infrastructure, transportation infrastructure, and library services. None of these grants are for immigration enforcement.

7. The 2024 federal government funding bill also included a congressional appropriation of $963,000 to Benicia for our Marine Debris Removal project. These funds support the removal of hazardous marine debris from nearshore waters in Benicia, CA, specifically eight large abandoned and derelict vessels and other associated debris. This removal is intended to improve navigational safety, prevent further degradation of vital aquatic habitats, and enhance the local waterfront for the community. The City submitted a grant proposal to NOAA and received the notice of award in June 2025. The City intends to use these federal funds to pay for design and permitting expenses of the required project. Without this federal funding, the hazardous marine debris will continue to damage the environment, entangle marine life, create navigational hazards, as well as degrade key shoal habitats in this "bottleneck" for anadromous fish and other species.

8. The City also has an agreement with the Solano Transportation Authority ("STA") to receive $261,000 in federal pass-through funds from the Metropolitan Transportation Commission ("MTC") through the One Bay Area Grant 3 (OBAG 3) program, which distributes funding from the FHWA to improve safety, spur economic development, and help the Bay Area meet climate change and air quality improvement goals. The City project supported by this funding consists of improvements to a Priority Development Area ("PDA") for an affordable housing site. This includes the Eastern Gateway PDA which encompasses approximately 13.5 acres and is a focus area for encouraging the development of new multi-family housing, including affordable units. The threatened loss of federal funds has created significant uncertainty because Benicia depends on federal grants to maintain these infrastructure improvements and support affordable housing development. Benicia relies on these federal grants to fund projects that contribute to the infrastructure and character of the

City's community, in addition to addressing the housing crisis. Without these funds, the City will not be able to complete these projects.

9. The City Library relies on federal funding to support a variety of programs and services for public safety and infrastructure projects and applies for federal grant programs throughout the fiscal year. Current federal funding includes a $3,500 grant from the IMLS through the Library Services and Technology Act ("LSTA"), administered by the California State Library, for the Books to Action program, which encourages community engagement to promote literacy, education, and lifelong learning, including workforce development, economic and business development, critical thinking skills, health information, digital literacy skills, financial literacy and other types of literacy skills. One of the program's statutory priorities is to address underserved communities and persons who face obstacles to using the library.

10. The Benicia Police Department intended to pursue grants from DOJ to provide training for de-escalation tactics and a police officer wellness program. The maximum grant amount for these programs is $450,000. However, the City was forced to cease the application process because its SAM.gov administrator was out of the office and unable to process the application prior to the deadlines. Because the City was unable to resolve this issue prior to the application deadline, it was unable to submit a DOJ grant application. Therefore, the City has no pending DOJ grant applications. However, it intends to apply for future grants at a later date.

11. The loss of these federal funds would impair core public services in the areas of delivering reliable clean water, public safety, transportation, and community enrichment. If these funds are eliminated, the City may have to cancel contracts that ensure public safety, create jobs, and improve roads and other necessary infrastructure, causing longer-term damage to the City as the City did not budget for losing federal funding.

Decl. of Jeff Tschudi ISO
Plts.' Mot. for Second Prelim. Injunction.

4

Case No. 25-CV-01350-WHO

1 | I declare under penalty of perjury that the foregoing is true and correct, and that this
2 | declaration was executed on July 25, 2025, in Benicia, California.

*[signature]*

Jeff Tschudi