| | |
|---|---|
| DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>NANCY E. HARRIS, SBN 197042<br>KARUN A. TILAK, SBN 323939<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102-5408<br>Telephone:  (415) 355-33308<br>Facsimile:  (415) 437-4644<br>E-Mail:  karun.tilak@sfcityatty.org<br><br>Attorneys for Plaintiff<br>CITY AND COUNTY OF SAN FRANCISCO | TONY LOPRESTI, SBN 289269<br>County Counsel<br>KAVITA NARAYAN, SBN 264191<br>Chief Assistant County Counsel<br>MEREDITH A. JOHNSON, SBN 291018<br>Lead Deputy County Counsel<br>STEFANIE L. WILSON, SBN 314899<br>RAJIV NARAYAN, SBN 334511<br>Deputy County Counsels<br>BILL NGUYEN, SBN 333671<br>Litigation Fellow<br>70 W. Hedding Street, East Wing, 9th Floor<br>San José, CA 95110<br>Telephone:  (408) 299-5900<br>Facsimile:  (408) 292-7240<br>E-Mail:  bill.nguyen@cco.sccgov.org<br><br>Attorneys for Plaintiff<br>COUNTY OF SANTA CLARA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, et al.,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>DONALD J. TRUMP, President of the United States, et al.,<br><br>　　　Defendants. | Case No. 25-CV-01350<br><br>**DECLARATION OF PAUL BUDDENHAGEN IN SUPPORT OF PLAINTIFFS' MOTION FOR SECOND PRELIMINARY INJUNCTION** |

# DECLARATION OF PAUL BUDDENHAGEN

I, Paul Buddenhagen, declare as follows:

1. I am a resident of the State of California and I am over the age of 18 years. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2. I am the City Manager for the City of Berkeley ("Berkeley" or the "City"). I have been the City Manager since September 2024. I previously served as Berkeley's Deputy City Manager from 2019 to 2023 and Emeryville's City Manager from 2023 to 2024. I received my B.A. in psychology from Macalester College, St. Paul, Minnesota in 1991, and my Master of Social Welfare – Management & Planning from the University of California at Berkeley in 1998. I have significant experience in public sector management, including strategic planning and budget management and oversight.

3. As the City Manager, my office provides leadership and guidance to City departments in delivering City services and supports the Berkeley City Council in developing and executing its goals and policies. Among the departments I oversee is the Office of Budget and Fiscal Management, which is responsible for the preparation, development, and management of the City's Budget and for reviewing and analyzing all fiscal issues impacting the City.

4. Berkeley has a population of more than 125,000 residents. It is home to the oldest campus of the University of California, which has a student enrollment of approximately 45,000. Unlike most cities in California, Berkeley operates its own independent Public Health Division, which delivers critical services directly to residents. The health division is housed within Berkeley's Health, Housing & Community Services Department ("HHCS"). Berkeley also has its own Public Housing Authority, as well as a public waterfront spanning hundreds of acres.

5. Berkeley is also the home of the modern sanctuary movement. In the 1980s, Berkeley adopted a sanctuary policy prohibiting city employees from assisting in the enforcement of federal immigration law, which built on its prior policy of providing sanctuary to conscientious objectors during the Vietnam War. The City has reaffirmed its immigration enforcement non-assistance policy several times over the past 40 years. Most recently, in 2025, the City Council adopted Resolution No. 71,658-N.S., entitled Reaffirming Berkeley as a Sanctuary City, which recommitted to the City's longstanding policy.

6. Berkeley's policy prevents City employees from "us[ing] any City funds or resources to assist in the enforcement of Federal immigration law or to gather or disseminate information on the status of individuals in the City of Berkeley unless required by federal law."

7. Additionally, I am aware that, on May 29, 2025, DHS released and later removed a list of states, counties, and cities that the agency has identified as "sanctuary jurisdictions defying federal immigration law." Berkeley was included on that list.

8. Executive Orders 14,159, 14,218, and 14,287 threaten Berkeley's federal funding.

9. As the City Manager, my office develops and submits the City's balanced budget for approval by the City Council. Berkeley's budget is typically produced every two years and includes a five-year capital improvement program budget. I am very familiar with Berkeley's Budget process; I know that Berkeley's budget for Fiscal Years 2025-2026 was adopted in June 2024. In year one of the biennial budget cycle, the City Council formally adopts authorized appropriations for the first year of the two-year budget and approves "planned" appropriations for the second fiscal year. In year two of the budget cycle, the City Council considers revisions and formally adopts authorized appropriations for the second fiscal year. Although the budget cycle covers a two-year period, the City Charter requires that the City Council adopt an annual appropriations ordinance for each budget year.

10. The whole budget process involves a careful weighing of various factors, including anticipated revenues, specific service needs, salary and benefits for the City's approximately 1,700 full-time equivalent employees, and the City Council's fiscal priorities.

11. Berkeley's budget relies heavily on federal funding to deliver important public services to its residents through dozens of federal grants, including categorical, formula, pass-through, and block grants. Many funds come in through continuation grants that provide ongoing funding for established programs. Berkeley receives federal grants administered by various agencies, including Housing and Urban Development ("HUD"), the Federal Emergency Management Agency ("FEMA"), the Department of Justice ("DOJ"), the Department of Agriculture, the Department of Health and Human Services, and the Federal Transit Administration.

12. The City currently has open federal funding contracts totaling more than $60 million. These critical funds support a variety of programs, including health and housing services like nutrition programs and emergency and permanent supportive housing services. Due to the multi-year nature of federal grants, some of this money has been spent and some will be spent in future fiscal years. Much of this funding is in the form of recurring formula grants that have been awarded to the City at regular intervals for many years. Berkeley plans its budget assuming that it will continue to receive roughly similar levels of this recurring federal funding to provide ongoing services.

13. A relatively large portion of Berkeley's HHCS's budget comes from federal grants. Approximately half of Berkeley's contracted federal funds go to HHCS's critical health and housing programs. For example, the City has a $3.5 million formula contract to provide special mental health services to vulnerable populations. It also receives about $14 million from HUD used for supportive housing for people experiencing chronic homelessness. In addition, every year, HHCS provides about 90,000 delivered meals to home-bound seniors and 20,000 meals to low-income seniors at its senior centers, leveraging hundreds of thousands of federal dollars.

14. In May 2025, HUD awarded the City approximately $3 million in Community Block Grant, HOME Investment Partnership, and Emergency Solutions grant funds for Fiscal Year 2025, which will be used to fund the HHCS's critical housing programs. HHCS submitted its Consolidated Plan and Annual Action Plan to HUD on July 10, 2025. It anticipates that those plans will be accepted within 45 days, after which time HUD will send the City a new grant agreement to execute. The City anticipates that the agreement will contain HUD's new standard terms.

15. If the City were to lose even a portion of HHCS's funding, services provided to underserved residents with severe mental health conditions would have to be reduced and/or eliminated, hundreds of formerly homeless families could be displaced, and hundreds of low-income seniors could lose critical nutrition services. These impacts would be devastating for the City, particularly because it could mean losing some of the significant gains Berkeley has made in providing services and shelter to its unhoused population.

16. Other City departments that receive substantial federal funds are: the Fire Department; the Public Works Department; the Parks Recreation & Waterfront Department; the Planning Department; and the Police Department. For example, Berkeley's Police Department has been awarded more than $600,000 in key public safety grants, including from DOJ.

17. In total, across departments, the City currently has approximately 95 employees whose salaries are funded by federal dollars to carry out critical work.

18. In addition to City housing, health, and public safety programs and services, millions of dollars in federal funds are budgeted to pay for the City's anticipated and ongoing infrastructure projects, including millions for building seismic retrofitting, safe streets upgrades, and stormwater infrastructure projects. Losing federal funding could lead to significant construction delays or outright incompletion of ongoing projects. For example, if the expected $1.5 million Public Works funding for an existing stormwater improvement project were reduced or eliminated, the City would not be able to

complete it. Berkeley could then become noncompliant with California's water quality regulatory requirements and may face ensuing consequences.

19. As these examples illustrate, if the federal government were to withhold any substantial funds, the City would face a dire situation, particularly now that it already faces a substantial budget deficit. Berkeley would struggle to provide essential city services, including housing programs for people experiencing homelessness, public health services, and nutrition services for low-income seniors. It would severely undermine public health and safety in Berkeley.

20. Due to the budget deficit and uncertainty around federal funding availability, I instituted a hiring freeze as of April 18, 2025. Loss of substantial federal funds may force Berkeley to reduce staffing levels or consider layoffs of employees. Losing dedicated employees with years of experience and service would negatively impact the City for years to come. In our understaffed Police Department, this could reduce the City's ability to protect its residents. As detailed above, disruptions to mental and public health services could have direct impacts on residents who would otherwise receive potentially life-saving interventions from those programs.

21. The City recently prepared and the City Council passed the Fiscal Year 2026 budget appropriations ordinance on June 24, 2025. As part of approving that approximately $830 million budget, Berkeley was forced to make difficult cuts, in addition to the already-instituted hiring freeze, as the City faced an approximately $27 million budget deficit. These cuts included $1.4 million from an affordable housing program and freezing various vacant positions. Despite these cuts to balance this year's budget, the City faces a looming structural deficit estimated at more than $20 million for Fiscal Year 2027.

22. The uncertainty around continued federal grant funding significantly complicated the budget-appropriations process for Fiscal Year 2026 and continues to create substantial turmoil and additional challenges for City departments and vendors. Departments have been unable to determine

whether they will receive previously awarded federal funding to support existing positions in the next fiscal year. Not knowing whether certain federal funds will be available for ongoing infrastructure projects or the existing 95 federally-funded positions makes it difficult to plan for the delivery of critical City services.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 25, 2025, in Berkeley, CA.

*/s/ Paul Buddenhagen*
PAUL BUDDENHAGEN