| | |
|---|---|
| DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>NANCY E. HARRIS, SBN 197042<br>KARUN A. TILAK, SBN 323939<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA  94102-5408<br>Telephone:     (415) 355-33308<br>Facsimile:     (415) 437-4644<br>E-Mail:         karun.tilak@sfcityatty.org<br><br>Attorneys for Plaintiff<br>CITY AND COUNTY OF SAN FRANCISCO | TONY LOPRESTI, SBN 289269<br>County Counsel<br>KAVITA NARAYAN, SBN 264191<br>Chief Assistant County Counsel<br>MEREDITH A. JOHNSON, SBN 291018<br>Lead Deputy County Counsel<br>STEFANIE L. WILSON, SBN 314899<br>RAJIV NARAYAN, SBN 334511<br>Deputy County Counsels<br>BILL NGUYEN, SBN 333671<br>Litigation Fellow<br>70 W. Hedding Street, East Wing, 9th Floor<br>San José, CA 95110<br>Telephone:     (408) 299-5900<br>Facsimile:     (408) 292-7240<br>E-Mail:         bill.nguyen@cco.sccgov.org<br><br>Attorneys for Plaintiff<br>COUNTY OF SANTA CLARA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, et al.,<br><br>Defendants. | Case No. 25-CV-01350<br><br>**DECLARATION OF ASHLEY GROFFENBERGER IN SUPPORT OF PLAINTIFFS' MOTION FOR SECOND PRELIMINARY INJUNCTION** |

# DECLARATION OF ASHLEY GROFFENBERGER

I, Ashley Groffenberger, declare as follows:

1. I am a resident of the State of Massachusetts. I am over the age of 18. The statements contained in this declaration are based on my personal knowledge, information provided to me in the performance of my job duties, and my review of business records. If called as a witness, I could and would testify competently to the matters set forth below.

2. I have been employed as the Chief Financial Officer and Collector-Treasurer of the City of Boston ("City") since August 2022. In this capacity, I oversee the City's Finance Cabinet, including the Budget Management Office. Prior to my role as Chief Financial Officer and Collector-Treasurer, I served as the Budget Director for the City and County of San Francisco.

3. In my capacity as Chief Financial Officer, I am responsible for all aspects of financial management for the City of Boston, including debt and investment management, financial reporting, budget development and oversight, tax administration, and citywide procurement.

4. I am familiar with Executive Order 14159 ("Protecting the American People Against Invasion") ("EO 14,159"), Executive Order 14218 ("Ending Taxpayer Subsidization of Open Borders") ("EO 14,218"), and Executive Order 14287 ("Protecting American Communities from Criminal Aliens"). I am also aware that, on May 29, 2025, the Department of Homeland Security ("DHS") released and later removed a list of states, counties, and cities, which included Boston, that the agency identified as "sanctuary jurisdictions defying federal immigration law."

5. The Boston Trust Act (City of Boston Code Section 11-1.9) limits the Boston Police Department's interactions with federal immigration authorities. City of Boston departments and law enforcement personnel focus on providing municipal services to the Boston community, regardless of immigration status.

6. The Executive Orders threaten Boston with the loss of federal funds. The threatened cuts are unrelated to immigration enforcement and counter to the goals of public safety stated in the Executive Order, and they would have far reaching consequences. As the Chief Financial Officer, I will have to decide how to handle this possible loss of funds in the budget for the fiscal year beginning on July 1, 2025.

7. Boston recently adopted its annual budget for the 2026 fiscal year, beginning on July 1, 2025. As noted below, that process has been and continues to be racked with uncertainty as a result of the threatened loss of federal funding.

8. It would be devastating to Boston to lose its federal funding. Such a loss would impair services across the City, including core public safety services for City residents and those who work in or visit the City. Federal funds support myriad services across the City, including staff positions, counterterrorism investments, infrastructure projects providing critical updates and repairs, and climate resilience work necessary to protect residents and our economy. Because of the budgetary impact of these funds, the work supported by them would have to be reconsidered if federal funding was categorically terminated, with tangible, immediate, and drastic impacts for Boston residents, communities, and businesses.

9. In Fiscal Year 2024, federal funding from many federal agencies, including the Departments of Education ("DOE"), Agriculture ("USDA"), Housing and Urban Development

("HUD"), and Health and Human Services ("HHS"), funded approximately $238,657,915[1] of the City's programs and services. $89.8 million was funded by DOE, $74.4 million by HUD, and $35.1 million by USDA. Department of Justice ("DOJ") funds also funded approximately $1,770,859 of Boston's expenditures, and DHS funds funded approximately $27,574,168 of Boston's expenditures.

10. These federal funds support essential programs such as services for students with disabilities and English language learners and providing school meals at Boston Public Schools; affordable housing development, homeownership programs, and services for people experiencing homelessness; and supports for older adults.

11. Most of the federal grants received by the City are made on a reimbursement basis, meaning that, while awaiting reimbursement, the City is faced with the immediate choice of terminating programs funded by these grants or floating the costs of the programs on its own without a guarantee that the City will recoup its costs, given the current federal funding threat. Floating costs has an immediate impact on the City's ability to carry out other programs and services, as it restricts available cash flow that would otherwise be used for City-funded programs and services, and if the City floats these costs and ultimately does not receive reimbursement, there will be significant impacts to the City's budget and ability to carry out other City programs and services.

12. In addition to the funds described above, the City receives a grant through DHS's Urban Areas Security Initiative ("UASI") program, which provides funding to enhance regional preparedness and capabilities in designated high-threat, high-density areas. The grant helps address the unique equipment, planning, exercise, training, and operational needs of the Metro

---

[1] This figure does not include additional funding that Boston received as a result of the American Rescue Plan Act ("ARPA") or other major COVID relief grant programs.

Decl. of Ashley Groffenberger ISO Plts.' Mot. for Second       Case No. 25-CV-01350-WHO
Prelim. Injunction.                         3

Boston Homeland Security Region. These resources help the surrounding communities build an enhanced and sustainable regional capacity to prevent, protect against, respond to, and recover from threats or acts of terrorism and natural disaster, including chemical, biological, radiological, nuclear, and explosive ("CBRNE") incidents. UASI is an annual grant program and funding is received from DHS and passed through the Commonwealth of Massachusetts Executive Office of Public Safety and Security. Without UASI funding, the City would lose funds needed to achieve these goals and provide for the safety and security of the City and surrounding region.

13. DHS funds also support the salaries of Boston Fire Department firefighters and fund personnel, equipment, and training costs for radiation detection.

14. The City also receives several grants from DOJ that are important for the City's public safety and law enforcement infrastructure including, but not limited to, Violence Against Women Formula Grants; Edward Byrne Memorial Justice Assistance Grants; DNA Backlog Reduction Program Grants; Criminal and Juvenile Justice and Mental Health Collaboration Program Grants; and Comprehensive Opioid, Stimulant, and other Substances Use Program Grants.

15. Through these DOJ grants, the City funds several full and part-time staff positions, equipment purchases, training and accreditation, public safety programs that directly assist our residents, and various other functions necessary to carry out the law enforcement work it is expected to do. For example, the City used DOJ funds to, among other things, fund a fulltime domestic violence advocate, as well as overtime pay for civilian domestic violence advocates; fund the purchase of essential equipment for Boston Police Department ("BPD") officers; pay the salary and fringe benefits for three full-time employees of BPD; and supplement BPD DNA testing capacity by funding contracts with external labs.

16. None of these federally-funded programs or services focus on immigration or include any element of immigration enforcement in Boston. Instead, the funds are used for local law enforcement, criminal investigation, harm reduction, prosecution, counterterrorism, public safety, and emergency preparedness costs.

17. The threatened loss of federal funds has created confusion and uncertainty in the budget planning process for Boston. The City has adopted a Fiscal Year 2026 budget, and departments are now determining whether grant supported programs and services will be supported by grants in Fiscal Year 2026, which began July 1, 2025. The Mayor delivered a proposed budget to the City Council, and the City Council made decisions regarding the budget. Not knowing whether certain federal funds will be available for those programs and services has created significant uncertainty about the continued viability of all of those programs and services, causing the City to adopt a Fiscal Year 2026 budget that limits overall expenditure growth to allow for maximum flexibility should federal funds be lost.

18. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 29, 2025 in Boston, Massachusetts.

Ashley Groffenberger