DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5408
Telephone:    (415) 355-33308
Facsimile:    (415) 437-4644
E-Mail:    karun.tilak@sfcityatty.org

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:    (408) 299-5900
Facsimile:    (408) 292-7240
E-Mail:    bill.nguyen@cco.sccgov.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DONALD J. TRUMP, President of the United States, et al., <br><br> Defendants. | Case No. 25-CV-01350 <br><br> **DECLARATION OF CLAIRE SPINNER, ASSISTANT CITY MANAGER FOR FISCAL AFFAIRS FOR THE CITY OF CAMBRIDGE IN SUPPORT OF PLAINTIFFS' MOTION FOR SECOND PRELIMINARY INJUNCTION** |

I, Claire Spinner, declare as follows:

1.    I am over the age of 18 years, am competent to testify as to matters in this declaration, and make it based on my personal knowledge, information provided to me in the performance of my job duties and my review of business records, in addition to my conversations with grant managers and department heads for the City of Cambridge.

2.    I am the Assistant City Manager of Fiscal Affairs for the City of Cambridge ("City"). I have served in this position since October 24, 2023.

3.    As Assistant City Manager for Fiscal Affairs, I serve as the City's Chief Financial Officer and Treasurer/Collector, and I am the head of the City's Finance Department. I am responsible for the City's long range financial planning.

4.    The Finance Department is responsible for the planning, implementation, oversight, integrity and reporting of the City's operating and capital finances and projects. The Finance Department is comprised of eight divisions: Administration, Assessing, Budget, Information Technology, Purchasing, Revenue, Treasury, and General Services.

5.    Prior to becoming the Assistant City Manager for Fiscal Affairs, I served as the Chief Financial Officer ("CFO") for the Cambridge School Department (also known as Cambridge Public Schools ("CPS")) from 2008 to 2023 and as Director of Financial Systems and Operations for the City from 2002 to 2008. In my role as CFO, I was responsible for leadership and day-to-day management of CPS' financial operations, including the development of the $270 million annual operating budget. Before becoming CFO, I served in various positions building and managing financial systems, including as Director of Financial Systems and Operations for the City, Manager of Capital Projects Approvals for Harvard University, Assistant to Town Manager for Budget and Personnel for the Town of Watertown, Massachusetts and as Budget Analyst for the City of Dallas, Texas.

6.    I have over 23 years of experience in municipal fiscal planning.

<u>Threats to Federal Funding</u>

7.     I am familiar with Executive Orders 14,159, 14,218, and 14,287 and the Department of Justice's February 5, 2025 memorandum targeting sanctuary cities and threatening termination of grant funding, as well as civil and criminal prosecution of any jurisdiction that refuses to comply with the Trump Administration's immigration directives. The Executive Orders threaten Cambridge's federal funding.

8.     The City designated itself a "Sanctuary City" by a resolution of the Cambridge City Council on April 8, 1985. The Cambridge City Council reaffirmed this designation by subsequent resolutions in 2006, 2016, and on December 9, 2024. Additionally, the City enacted a Welcoming Community Ordinance on February 10, 2020.

9.     I am also aware that, on May 29, 2025, the Department of Homeland Security released and later removed a list of states, counties, and cities, which included Cambridge, that the agency identified as "sanctuary jurisdictions defying federal immigration law."

<u>Cambridge's Federal Funding</u>

10.    The City's Fiscal Year runs from July 1 to June 30. The City's Fiscal Year 2024 ("FY24") was July 1, 2023 – June 30, 2024. The City's Fiscal Year 2025 was July 1, 2024 – June 30, 2025 ("FY25"). On April 28, 2025, Cambridge City Manager Yi-An Huang submitted the proposed Operating and Capital budgets for fiscal year 2026 ("FY26"), as well as the FY26-FY30 Operating and Capital Plans to the Cambridge City Council.

11.    The City's Operating and Capital Budgets reflect the City's commitment to providing exceptional City services, including supporting education, investing in critical City infrastructure, and meeting the evolving needs and interests of the community. The FY26 budget was adopted on Monday, June 2, 2025.

12. In FY24, Cambridge relied on over $23 million in federal grants across six departments.

13. In FY24 and FY25 federal funding received totaled about 2.5% of the City's operating budget. The City received the majority of its federal funding from the Department of Housing and Urban Development (FY25 $12.4M) and the Department of Education (FY24 $5.4M), with significant funding from the Department of Agriculture (FY24 $2.75M) and the Department of Health and Human Services (FY25 $1.9M). In FY24 and FY25 the City received $44,600 and $61,600 respectively from the Department of Homeland Security. In FY24 and FY25 the City received $54,956.00 and $64,535.00 respectively from the Department of Justice.

Community Development

14. As the City's planning agency, the Community Development Department ("CDD") works to guide future growth and manage change to best support the overall health, sustainability, quality of life, and diversity of the City. The City's Community Development Department received $5,734,987.45 in grants from the federal government in the City's FY24. Among its total allocation, Cambridge was awarded $2,599,515.00 for the Community Development Block Grant and $2,358,117.00 for the Housing Opportunities for Persons with AIDS Grant. Both of these grants come from the Department of Housing and Urban Development.

15. The Community Development Block Grant supports biomedical career training, microenterprise programs, small business grants, affordable housing development and home improvement/rehab/mediation programs, tenant organizing and support services. While the majority of these funds go to subrecipients, this grant partially funds salaries for up to eight staff and two part-time employees. The City's Community Development Department was awarded $2,581,476.00 for the City's FY25 and expects to receive $2,638,641.00 for the City's FY26 for the Community Development Block Grant. If the City loses these funds, it will have to determine how to reallocate

portions of economic development programs (i.e., biomedical and small business training) and housing programs including mediation and tenant organizing. Additionally, there would be increased reliance on the City's affordable housing trust funding for affordable housing development. The loss of federal funds may restrict the City from funding other housing and/or business assistance programs, resulting in their potential underfunding or elimination. Furthermore, several staff members are partially funded by this grant. Consequently, the loss of federal funding would force the City to expend its own funds to support each position and other non-funded responsibilities, thereby depriving other essential City services of needed funding.

16.    The Housing Opportunities for Persons with AIDS Grant enables the City to administer funding as a passthrough to regional community agencies. The majority of these funds go to subrecipients in Middlesex County and Essex County, including Ruah House in Cambridge. Additionally, this grant funds 25% of one employee's salary. The City was awarded $2,420,070.00 for the City's FY25 and expects to receive $2,395,799.00 for the City's FY26. The loss of these funds would likely increase homelessness and housing insecurity across Middlesex County and Essex County. Additionally, City funds would be needed to cover the lost percentage of the employee's salary, again pulling funding from other essential City services.

Human Services Programs

17.    The City's Department of Human Services Programs ("DHSP") is responsible for the creation and coordination of services which enhance the quality of life for Cambridge residents. DHSP provides and manages a wide variety of services and programs to aid and benefit the City's residents, including the City's universal pre-K program for all four year olds, child care and family support programs, community and youth programs, services for homeless residents, workforce development programs, adult basic education programs, recreation programs, fuel assistance and summer nutrition programs, and services to and programs for seniors and disabled residents.

18.    In FY24 DHSP received over $10 million and in FY25 received over $9 million from the federal government to support several programs including but not limited to the Summer Food Service Program which provides free breakfast, lunch, and dinner meals to Cambridge residents 18 and under. In FY25, DHSP received $513,500.00 toward this program. Discontinuing funding will impact Cambridge's ability to provide and serve food at over 50 sites, increasing the risk of hunger and malnutrition among vulnerable City youth and communities.

19.    In FY24 and FY25 DHSP also received funding for the following programs: Emergency Heating Assistance, assisting household to meet immediate home energy needs; Adult Education Funding, for advising, civics education, digital literacy instruction and assessment for Math and English Language Arts for adult learners; and an Emergency Solutions Grant, which provided funds for emergency shelters and outreach.

20.    The City relies on the federal HUD Continuum of Care ("CoC") grant funds as one of its primary funding sources to address homelessness in the community through provision of Permanent Supportive Housing ("PSH"), which includes housing subsidies paired with stabilization case management. The CoC awards constitute a major portion of the City's budget for Homelessness and Housing Stability, most of which is used to pay and support the nonprofit subrecipients vital to the City's programs. The 2024 CoC awards of $6,379,162.00 represent over 40% of Cambridge's proposed FY26 $15.5 million budget for homelessness and housing stability programs.

21.    Over 81% of the City's CoC grant funds are used to support PSH projects that provide housing and case management services to over 200 people with disabling conditions who have experienced chronic homelessness. 4.8% of the CoC grant is used for a Rapid Rehousing ("RRH") project serving survivors of domestic violence. Combined, more than 86% of the City's CoC grant funds support PSH projects.

22. Loss of CoC grant funding would result in significant harm to the City's housing crisis response system, causing severe impacts to current participants, subrecipient agencies, and the City's capacity to address the needs of people experiencing and at risk of homelessness. Without grant funding, over 200 individuals currently enrolled in CoC PSH and RRH projects would potentially lose their housing and access to critical supportive services. The loss of supportive housing capacity would further strain the City's emergency shelter system, resulting in longer durations of homelessness and reduced exits to stable housing. If a sufficient amount of awarded federal funds were withheld, the City may be forced to cancel CoC projects due to the City's inability to make up the funding.

23. After the Executive Orders were put in place, new terms and conditions appeared in the CoC grant agreements, including immigration-related terms. We anticipate that similar terms and conditions will be applied to other HUD grants which Cambridge relies on. Given this uncertainty, DHSP plans to expend its own resources to ensure continuation of these services during the first quarter of FY2026. Cambridge will not be able to afford to use its funds as a long-term solution to provide these services. In the absence of the approximately $7 million of annual HUD funding used for these programs, the programs likely will be forced to shut down or significantly reduced, positions likely will be eliminated, and the populations who rely on these services will suffer.

Police Department

24. In the City's FY24 and FY25 budget, the Cambridge Police Department ("CPD") received a total of $119,938.00 and $229,517.00 respectively in federal grant funding from the Department of Health and Human Services, Department of Justice, Department of Treasury and the Department of Transportation. One such award included the Department of Public Health's Bureau of Substance Addiction Services Post Overdose Support Teams, which provides assistance for aftercare support following an overdose. The services include assisting with costs related to supplies that individuals can bring with them to detox such as clothing, supplies (including Narcan) and personal

hygiene products, transportation to treatment or clinical care services, assistance with vital documents to aid reinstatement of identification documents, and communication services so individuals can communicate with care providers. A small portion of the funding is allocated towards providing dedicated outreach services. To date, the program has provided assistance to approximately 116 individuals. CPD was able to start this program with funds from this grant. If this grant is not renewed, either the program would be reduced or the costs of the program would be absorbed into the CPD's budget, depriving other needed services of funding.

25.     In FY24 CPD received $59,982.00 for a Municipal Safety Road Grant from the Department of Transportation, and it received an additional $59,982.00 in FY25. This grant helps to fund overtime related to motor vehicle, pedestrian, and bicycle issues, as well as educational projects concerning the enforcement of laws. Overtime pay for enforcement and education services funded by this grant include programs on distracted driving, Click It or Ticket, speeding, and impaired driving. The loss of this grant would result in an increase in officer overtime costs to the City, again requiring reduction or elimination of this critical programming or the deprivation of funds for other City services.

Human Rights Commission

26.     In the City's FY24, the City's Human Rights Commission received $58,329.00 in in federal grants through HUD. These awards were used in support of fair housing initiatives, including case processing, education, and outreach efforts, participation in mandatory HUD-sponsored training, and staff salary. The Human Rights Commission was awarded $40,529.00 for FY25. A loss of the funds from these grants would likely result in reduced funding for translation and interpretation services and outreach to communities most impacted by housing discrimination. Additionally, the City would need to reallocate funds to fully fund the position covered by the grant, depriving essential resources from other City services.

School Department

27.     The Cambridge School Department ("CPS") is a diverse urban school district that educates approximately 7,027 students in pre-kindergarten through twelfth grade and post-graduate programs. In FY24 CPS received $7,829,792.90 for various federal grants including Title I, Individuals with Disabilities Education Act ("IDEA"), and the School Lunch Program. CPS received $7,564,697.63 in the City's FY25.

28.     In FY24 CPS received $1,465,618.00 and $1,450,924.00 in FY25 for the Title I federal entitlement grant. CPS uses Title I funds to invest in schools with high percentages of children from low-income families to help ensure that all children meet challenging state academic standards. Loss of this funding would directly impact academic services and supports for over 1,650 Cambridge resident students, predominantly from low-income households, in grades Kindergarten through 12. This constitutes over 23% of the CPS student population. The loss of Title IA funding would eliminate five full-time literacy and math interventionist positions whose work is dedicated to bringing students up to grade level in reading and math. Cuts to Title IA funds would also significantly reduce the number of students CPS can serve after school in targeted academic tutoring at no cost to families.

29.     In FY24 CPS received $2,971,981.00 and $2,922,628.00 in FY25 for the IDEA federal entitlement program, which aims to ensure that eligible students with disabilities receive a free and appropriate public education that includes special education and related services designed to meet their individual needs. The largest percentage of Cambridge's IDEA allocation (79.5%) funds tuition for outplaced students with disabilities who need access to day and residential private schools. During the current school year (2024-25) the tuition of 30 Cambridge resident students with disabilities and on Individualized Education Programs ("IEPs") was supported by IDEA grant funds. IDEA grants are also used to invest in ongoing training and professional development for staff to improve the services and supports they provide to eligible students with special needs, as well as to purchase assistive

technology to enable students with disabilities to safely and fully participate in their academics and other school activities.

30.     In FY24 CPS received $2,198,136.90 and $2,435,119.63 in FY25 for the National School Breakfast and Lunch Programs ("NSLP"). Federal NSLP dollars fund over 42% of the CPS Food and Nutrition Services budget at this time. Loss of these funds would gut our food services budget and negatively impact the quality and nutrition of our meals and the staffing structure we use to prepare and serve them to our 7,000+ students. Since COVID, all school lunches in Massachusetts public schools are provided to students free of charge. It is unclear if this initiative could continue statewide, let alone in Cambridge, without the substantial subsidization of school meals via the NSLP.

Transportation Department

31.     In FY26, the City's Transportation Department received $2,400,000 through the Department of Transportation ("DOT") for a Reconnecting Communities & Neighborhoods (RCN) grant to design a pedestrian and bicycle bridge over the Fitchburg MBTA Commuter Rail tracks in North Cambridge. The RCN grant program funding supports communities in the planning and construction of transportation projects that improve access to family needs, foster equitable development, reconnect communities by removing or retrofitting transportation facilities that create barriers to community connectivity, and that prioritize disadvantaged communities.

32.     The loss or delay of the DOT funding would have negative impacts on Cambridge's design work for the pedestrian and bicycle crossing over the Fitchburg Rail Line. Loss of DOT funding would force the City to seek alternative funding to support the project from the state or the City's own funds. Obtaining alternative funding could delay the project, setting back efforts to promote greater connectivity and public safety in the area. Loss or delay of DOT funding could also have negative impacts on other Cambridge transportation projects if the City were forced to use its own funds to offset the loss. Even if the loss of funding was made up entirely by Massachusetts, it

1    could nonetheless have adverse impacts on other Cambridge infrastructure projects, as state funding

2    may no longer be accessible due to Massachusetts being forced to make up DOT's promised funding.

3        33.    The majority of Cambridge's federal grant funds operate on a reimbursement basis,

     whereby the City expends its own funds and draws down funds on a recurrent basis with the

4    expectation of being reimbursed for the expenditure.

5        34.    The Executive Orders have created budgetary uncertainties across Cambridge

6    government. They have created significant administrative burdens as Cambridge's departments

7    struggle to navigate the frequently shifting landscape related to affected federal grants and the

8    budgetary, administrative, and programmatic changes that result from the threatened funding

9    elimination.

10

11        I declare under penalty of perjury that the foregoing is true and correct, and that this

12    declaration was executed on July 25, 2025, in _____*Cambridge, MA*_____.

13

14                                    _____*Claire Spinner*_____
                                      Claire Spinner
15                                    Assistant City Manager for Fiscal Affairs
                                      City of Cambridge

16

17

18

19

20

21