| | |
|---|---|
| DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>NANCY E. HARRIS, SBN 197042<br>KARUN A. TILAK, SBN 323939<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102-5408<br>Telephone: (415) 355-33308<br>Facsimile: (415) 437-4644<br>E-Mail: karun.tilak@sfcityatty.org<br><br>Attorneys for Plaintiff<br>CITY AND COUNTY OF SAN FRANCISCO | TONY LOPRESTI, SBN 289269<br>County Counsel<br>KAVITA NARAYAN, SBN 264191<br>Chief Assistant County Counsel<br>MEREDITH A. JOHNSON, SBN 291018<br>Lead Deputy County Counsel<br>STEFANIE L. WILSON, SBN 314899<br>RAJIV NARAYAN, SBN 334511<br>Deputy County Counsels<br>BILL NGUYEN, SBN 333671<br>Litigation Fellow<br>70 W. Hedding Street, East Wing, 9th Floor<br>San José, CA 95110<br>Telephone: (408) 299-5900<br>Facsimile: (408) 292-7240<br>E-Mail: bill.nguyen@cco.sccgov.org<br><br>Attorneys for Plaintiff<br>COUNTY OF SANTA CLARA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, et al.,<br><br>    Defendants. | Case No. 25-CV-01350<br><br>**DECLARATION OF KEVIN J. BIERSACK IN SUPPORT OF PLAINTIFFS' MOTION FOR SECOND PRELIMINARY INJUNCTION** |

Decl. of Kevin J. Biersack ISO Plts.' Mot. for Prelim. Injunction

Case No. 25-CV-01350-WHO

## DECLARATION OF KEVIN J. BIERSACK

I, KEVIN J. BIERSACK, hereby declare that:

1. I have personal knowledge of all the matters stated herein based on information provided to me in the performance of my job duties as the Financial Services Director for the City of Cathedral City ("City"), and in my review of the City's federal grants. I could and would testify competently and truthfully to the matters stated herein if called to do so.

2. I am the Financial Services Director for the City. I have held this position since October 2022. My job duties include overseeing the preparation and administration of the City's Annual Comprehensive Financial Report ("ACFR") each June. We prepare the ACFR in conformity with accounting principles generally accepted in the United States of America. The ACFR is audited in accordance with generally accepted auditing standards by a firm of licensed certified public accountants, pursuant to Cathedral City Municipal Code Section 2.12.040. Over the course of 18 years with the Financial Services Department, I have worked on 10 adopted budgets and multiple long-term financial planning documents, including the City's Biennial Budget and ACFR.

3. I am familiar with Executive Order 14159, dated January 20, 2025, entitled "Protecting the American People Against Invasion;" Executive Order 14218, dated February 19, 2025, entitled "Ending Taxpayer Subsidization of Open Borders;" and Executive Order 14287, dated April 28, 2025, entitled "Protecting American Communities from Criminal Aliens (collectively, "Executive Orders").

4. I am also familiar with Cathedral City's City Resolution No. 2017-19, which declares the City is a sanctuary city and prohibits City employees and officials from using City funds or resources to assist in immigration enforcement. Cathedral City Police Department officers are generally precluded from detaining an individual solely based on alleged violations of civil immigration laws or the belief that the individual is not lawfully present in the United States.

5. I am also aware that, on May 29, 2025, the Department of Homeland Security posted, then removed, a list of "sanctuary jurisdictions," which included Cathedral City.

6. The Executive Orders threaten critical federal funds that the City relies upon to provide municipal services. The threatened cuts are unrelated to immigration enforcement, are contrary to the goals of public safety stated in the Executive Orders, and would cause the City immediate financial harm. As the Financial Services Director, if there were a loss of federal funds, I would then need to determine how to handle this adverse financial impact in the current biennial budget.

7. The threatened loss of federal funds has created significant uncertainty because the City depends on federal grants to maintain critical public services, including public safety and infrastructure improvements. The uncertainty of continued funding disrupts Cathedral City's fiscal planning and jeopardizes jobs and vital programs. The loss of anticipated funding would result in lasting operational damage to the City.

8. Federal grants play a substantial role in funding the City's public safety and other operations. The City has open direct and pass-through federal funding that amounts to $14,223,885.08 of Cathedral City's budget for public safety, infrastructure, disaster relief, and planning.

9. Open direct and pass-through DOJ funds amount to $32,129.91 of Cathedral City's expenditures. The City uses DOJ funds to combat hate crimes, promote public trust between and criminal justice agencies, reduce violent crime, promote community violence intervention (CVI), and address COVID-19 criminal justice challenges and sustaining innovations. Additionally, funding from the DOJ's Edward Byrne Memorial Justice Assistance Grant Program supports crime analysis and investigation, and funding from the DOJ's Bulletproof Vest Partnership program allows us to purchase body armor vests for law enforcement officers. None of the programs or services funded by DOJ dollars focus on immigration or include any element of immigration enforcement. These funds are used for local law enforcement, criminal investigation, harm reduction, and prosecution costs.

10. Open funding from many federal agencies including the Departments of Housing and Urban Development, Homeland Security, and Transportation, total $7,177,489.12 of Cathedral City's programs and services, including infrastructure improvements and public safety. It would decimate the City to lose all federal funds and require reductions in police and emergency medical response functions. These reductions would impair core public safety services. The City would have to cancel contracts that ensure public safety, create jobs, and improve roads and other necessary infrastructure, causing long-term damage to the City. The City will be unable to meet these obligations if it loses federal funding.

11. The threatened loss of federal funds also creates confusion and uncertainty for Cathedral City. Because the City has adopted its biennial budget for Fiscal Years 2025–2026 and 2026–2027 based on the assumption that the City would receive federal funding, significant uncertainty remains. This uncertainty could force Cathedral City to divert limited resources to contingency planning and emergency measures and threaten significant disruption to the City's ability to provide services if anticipated federal funds were withheld.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on Jul 25, 2025, in Cathedral City, California.



KEVIN J. BIERSACK

# Declaration of Kevin J. Biersack

Final Audit Report 2025-07-25

| | |
|---|---|
| Created: | 2025-07-25 |
| By: | Teresa Gonzalez (TGonzalez@bwslaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAS55UVn5Ua4GRuLEIRP7O4uhXnNm2lDUz |

## "Declaration of Kevin J. Biersack" History

- Document created by Teresa Gonzalez (TGonzalez@bwslaw.com)
  2025-07-25 - 5:13:29 PM GMT

- Document emailed to Kevin J. Biersack (kbiersack@cathedralcity.gov) for signature
  2025-07-25 - 5:13:32 PM GMT

- Email viewed by Kevin J. Biersack (kbiersack@cathedralcity.gov)
  2025-07-25 - 5:27:45 PM GMT

- Document e-signed by Kevin J. Biersack (kbiersack@cathedralcity.gov)
  Signature Date: 2025-07-25 - 5:28:27 PM GMT - Time Source: server

- Agreement completed.
  2025-07-25 - 5:28:27 PM GMT