DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5408
Telephone:    (415) 355-33308
Facsimile:    (415) 437-4644
E-Mail:       karun.tilak@sfcityatty.org

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:    (408) 299-5900
Facsimile:    (408) 292-7240
E-Mail:       bill.nguyen@cco.sccgov.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, et. al,<br><br>Defendants. | Case No. 25-CV-01350<br><br>**DECLARATION OF TOMAS MAULAWIN IN SUPPORT OF PLAINTIFFS' MOTION FOR SECOND PRELIMINARY INJUNCTION** |

Decl. of Tomas Maulawin ISO
Plts.' Mot. for Second Prelim. Injunction

Case No. 25-CV-01350-WHO

# DECLARATION OF TOMAS MAULAWIN

I, Tomas Maulawin, declare as follows:

1. I am a resident of the City of Chicago in the State of Illinois. I am over the age of 18, and the statements contained herein are based on my personal knowledge, information provided to me in the performance of my job duties, and my review of business records. If called as a witness, I could and would testify competently to the matters set forth below.

2. I currently serve as Director of Grants Management in the Office of Public Safety Administration. I have held this position since July 1, 2023. Before becoming Director of Grants Management, I served as a Grants Research Specialist with the Chicago Police Department from 2008 until 2019. In that role, I researched funding sources to identify and assess available grant opportunities provided through public and private agencies, recommended funding opportunities to create new or sustain existing programs, prepared grant applications, developed program budgets and concepts for implementation, wrote grant proposals, and monitored grant program implementation and compliance.

3. As Director of Grants Management, I have responsibility for understanding and articulating the public safety needs of the City of Chicago and, by accessing outside funding in the form of federal and state grants, for helping the City meet those needs and bring new public safety ideas and evidence-based best practices to the city.

4. Chicago's 2025 budget includes DHS and DOJ grants appropriated to the Chicago departments responsible for the City's public safety mission. The funds support critical resource needs for the following capabilities: law enforcement, fire suppression and prevention, emergency medical services, anti-terrorism, emergency management, and cyber security, among others.

5. I highlight some DOJ and DHS grant programs that Chicago utilizes below, as well as the impacts of losing the associated grant funds.

Decl. of Tomas Maulawin ISO
Plts.' Mot. for Second Prelim. Injunction.

1

Case No. 25-CV-01350-WHO

**DOJ Grants**

6. Chicago's current grant budget includes over $116 million in federal grants from 16 different DOJ grant programs, including pass-through funds from the state. The DOJ grants are reimbursement grants, which means that Chicago has already spent many of the federal dollars awarded, based on the federal government's promise to reimburse Chicago for appropriately used dollars.

7. In 2025, Chicago also expects to receive an additional $10 million in budgeted new funding from seven different DOJ grant programs.

8. Chicago's largest DOJ grants include funding under the Edward Byrne Memorial Justice Assistance Grants ("JAG") program (active FY2025 $11,145,000); Office of Community Oriented Policing Services ("COPS") Hiring program (active FY2025 $13,789,000); the Sexual Assault Kit Initiative ("SAKI") Grant program (active FY2025 $797,000.00); and the Community Policing Development Grant program (active FY2025 $607,000.00).

9. This funding is essential to sustaining Chicago's law enforcement and maintaining public safety. For example, the Edward Byrne JAG Program is a primary source of federal funding for state and local criminal justice initiatives. The program provides grants to support a wide range of activities aimed at preventing and controlling crime, improving the criminal justice system, and addressing local needs.

10. Chicago uses Byrne JAG funds to support projects ranging from critical law enforcement equipment and overtime to community policing outreach and engagement. For instance, Chicago spent approximately $33 million in Byrne JAG funds from FY2005 through FY2016 to buy nearly 1,000 police vehicles to replace worn-out squad cars. Several other projects also received Byrne JAG funding across multiple grant years, including the Chicago Police Department's ("CPD") "A Force For Good" ("FFG") program, which was implemented from 2011 through 2019. The FFG program helped not-for-profit organizations meet community needs in neighborhoods experiencing high rates of violent crime

by providing them the opportunity to participate in a 12-month program aimed at strengthening the internal capacities of these agencies to deliver crucial services such as emergency shelter and clothing; youth mentoring and safe, structured activities; and job training and placement. This was achieved through discussions with leaders from CPD and other city agencies, focused mentoring sessions, skills-building workshops led by subject matter experts, pre- and post-event organizational assessments, linkage to funding opportunities and resources information, and opportunities to learn and support the other participating organizations.

11. Chicago has also used Byrne JAG funds on initiatives to improve violent crime clearance rates through personnel, training, and technology; jumpstart CPD's response to a federal consent decree by supporting the "Accountability and Transparency" and "Community Policing" components of the decree; improve CPD's crime reporting system; impact officer safety, wellness, and resiliency; support continuous and experiential learning through peer-to-peer exchanges and conferences; and upgrade investigative and forensic technologies and equipment.

12. Without Byrne JAG funds, Chicago would have to restrict or shut down some or all of these programs or divert funds from other critical policing objectives to sustain them. Additionally, in any given fiscal year, several other local governments designated by DOJ, including Cook County, the City of Evanston, and the Village of Skokie, depend on Chicago's Byrne JAG application for the funds they receive through the program. That is, those subgrantees receive their own Byrne JAG funds through Chicago's application.

**DHS Grants**

13. Chicago's 2025 grant budget includes over $157 million in DHS grants, including direct grants and pass-through awards from the state. Two of the largest DHS funding sources are: the Urban

Area Security Initiative ("UASI"), one of three components of the Homeland Security Grant Program ("HSGP"); and the Emergency Management Performance Grant ("EMPG").

**Homeland Security Grant Program – Urban Area Security Initiative**

14. UASI supports efforts to build, sustain, and deliver the capabilities necessary to prevent, prepare for, protect against, respond to, and recover from terrorism threats in high-threat, high-density urban areas like Chicago.

15. UASI is administered by FEMA, and Chicago receives UASI funds through the Illinois Emergency Management Agency ("IEMA").

16. Chicago currently has $127,282,000 in active UASI grants, allocated across multiple Chicago departments that support a collection of vital programs and services.

17. Since 2008, Chicago has received UASI funding and has put that money to critical use. UASI is the largest public safety grant that supports Chicago's police and fire special operations, emergency management and various public safety information technology projects. Although Chicago receives UASI funds on a pass-through basis, Chicago receives approximately 61% of the award allocated to Illinois each year.

18. From 2020 to 2024, Chicago used $49.68 million in UASI funds to create, develop, and sustain the Chicago Police Department's anti-terrorism capacity in many ways, including the following:

19. Chicago used the UASI funds to support and sustain the equipment and training needs of the Urban Area's Fusion Center, the Crime Prevention and Information Center, and various specialized units within the Bureau of Counterterrorism and Special Operations (SWAT, the Canine Unit, the Bomb Squad, the Detail Section).

20. The UASI funds helped address capability gaps for dealing with Chemical, Biological, Radiological, Nuclear, and Explosives ("CBRNE") and mass casualty incidents, including by replacing

and sustaining Chicago's stock of respirators. Chicago has also put UASI funds toward improving and upgrading CPD's technology infrastructure.

21. The City of Chicago Fire Department ("CFD") likewise receives UASI awards. CFD's current allocation through FY2024 totaling $27.8 million has been essential to the development, sustainment, and improvement of CFD's anti-terrorism response, mitigation, and recovery capabilities by supporting the equipment and training needs of CFD Special Operations personnel. For instance, CFD uses UASI funds to maintain a regional training asset capable of simulating the effects of CBRNE and other mass casualty incidents. CFD has likewise used UASI funds to upgrade equipment and maintain training for CFD Special Operations Team Members.

22. From FY2020 through FY2024, Chicago's Office of Emergency Management and Communications ("OEMC") has received over $13 million in UASI funds. These funds have been critical to creating and developing anti-terrorism capacity as well as supporting and sustaining various equipment and training needs.

23. UASI funds have also been instrumental in developing and implementing a joint policy and training framework for CPD, CFD, and OEMC to respond to active shooter and complex coordinated terrorist attack scenarios.

24. Since 2020, Chicago's Office of Public Service Administration ("OPSA") has received over $55.5 million in UASI funds that have been fundamental to creating, developing, sustaining, and improving Chicago's anti-terrorism capacity by funding public safety interoperable communications, information technology, cybersecurity and information sharing, and homeland security grant management needs. In addition to sustaining licensing costs, the UASI funded projects supported

Decl. of Tomas Maulawin ISO
Plts.' Mot. for Second Prelim. Injunction.

5

Case No. 25-CV-01350-WHO

application development in various systems as well as IT, camera and radio infrastructure upgrades to improve data management, connectivity, and cybersecurity resilience.

25. UASI funds have further helped Chicago fend off cybersecurity threats. Since 2020, Chicago's Department of Technology and Innovation ("DTI") has used $30.64 million in UASI funds to implement and sustain city-wide cybersecurity enhancements. In addition to supporting dedicated cybersecurity operations personnel costs, UASI funds have also supported equipment and licensing costs for cybersecurity controls protecting city networks, data, and infrastructure. Other capabilities supported include data loss prevention, insider threat management, third-party risk assessment, and live system testing solutions.

26. Simply put, UASI funds are critical to the safety of Americans living and working in the Chicago area and the Midwest. Chicago consistently ranks among the top jurisdictions where the threat of terrorism is considered high, as is evident from the fact that Chicago has received the second highest allocation in UASI funding year-to-year since 2013. In addition, the resources and capabilities developed and sustained through UASI funding will typically have cross-jurisdictional and multi-purpose missions. In many cases, these may even be considered regionally deployable and nationally available assets. Any pause to UASI funding will risk $157.71 million and will adversely impact Chicago's capability to address homeland security concerns and terrorism threats that, as several incidents have revealed, may be connected to real threats in other parts of the country.

### The Emergency Management Performance Grant ("EMPG")

27. Since 2019, Chicago has received $3.8 million in EMPG funds from IEMA as pass-through funding.

28. OEMC uses these funds to plan, train and exercise for incidents and special events. The EMPG funds have empowered OEMC to support a comprehensive, all-hazards emergency preparedness system by sustaining and building the core capabilities contained in FEMA's National Preparedness

Goal: "A secure and resilient nation with the capabilities required across the whole community to prevent, protect against, mitigate, respond to, and recover from the threats and hazards that pose the greatest risk."

29. In particular, the EMPG funds support the salary and fringe benefits costs for 13 OEMC staff directly responsible for developing, planning, exercising, and implementing emergency plans.

30. The curtailment of EMPG funding diminishes Chicago's ability to develop, update, and exercise emergency plans aimed at keeping Chicago and its residents and visitors safe from various natural and human-caused hazards and threats. These plans provide the foundation for mitigation and recovery efforts crucial to continuity of operations after an incident. This reduction in our ability to implement critical emergency management responsibilities resulting from withheld funding will have seriously harmful implications for Chicago and the surrounding area.

**Other DHS Grants**

31. Other active FY2025 DHS grants include funds that support CPD's anti-terrorism initiatives that protect the Chicago's mass transit infrastructure ($17,918,000); as well as funds that support CPD's anti-terrorism initiatives protecting Chicago's maritime infrastructure ($541,000), increased port-wide risk management and critical surface infrastructure protection for maritime partners ($1,013,000), and equipment and training programs for the protection and capabilities enhancement for CFD's port operations ($558,000).

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on July 29, 2025, at Chicago, Illinois.

_____
Tomas Maulawin