DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5408
Telephone:      (415) 355-33308
Facsimile:      (415) 437-4644
E-Mail:          karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:      (408) 299-5900
Facsimile:      (408) 292-7240
E-Mail:          bill.nguyen@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO,
COUNTY OF SANTA CLARA, et al.,

        Plaintiffs,

    vs.

DONALD J. TRUMP, President of the United
States, et al.,

        Defendants.

Case No. 25-CV-01350

**DECLARATION OF EDWARD JOHNSON
IN SUPPORT OF PLAINTIFFS' MOTION
FOR SECOND PRELIMINARY
INJUNCTION**

Decl. of Edward Johnson ISO
Plts.' Mot. for Second Prelim. Injunction

Case No. 25-CV-01350-WHO

# DECLARATION OF EDWARD JOHNSON

I, Edward Johnson, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the following is true and correct:

1.      My name is Edward Johnson. I am over eighteen years old, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein, based on information provided to me in the performance of my job duties and in my review of the City's federal grants.

2.      I am currently the Assistant Public Health Commissioner for External Affairs for the Columbus Department of Public Health ("Columbus Public Health"). I have served as an Assistant Public Health Commissioner for close to three years. Prior to my role as Assistant Public Health Commissioner, I served Columbus Public Health as the Director of Public Health Policy for over four years.

3.      As Columbus Public Health's Assistant Public Health Commissioner for External Affairs, I assist the Health Commissioner with representing the needs and concerns of Columbus's residents to protect their health and improve their lives.

4.      The City of Columbus, Ohio, is a municipal corporation organized under Ohio law. Columbus has all the powers of local self-government and home rule under the constitution and laws of the state of Ohio, which are exercised in the manner prescribed by the Charter of the City of Columbus. Columbus, located in Franklin County, is the capital of Ohio. It is the largest city in the state and the fifteenth largest city in the United States, with a population of over 905,000, according to 2020 Census estimates. Columbus provides a wide range of services on behalf of its residents, including health services for families and children, public health, public assistance, and emergency medical care.

5.      Columbus Public Health is a city agency charged with protecting the health and improving the lives of all the residents of Columbus, Ohio. Columbus Public Health works to ensure that the Columbus community is protected from disease and other public health threats and that Columbus residents are empowered to live healthier lives.

6.      Columbus Public Health employs close to 600 employees who operate more than 90 different public health programs and provide critical services to residents. These programs and services include disease investigation, immunizations, and testing, treatment, and prevention of sexually transmitted infections, among others.

7.      The Columbus Department of Public Health uses federal grants from the U.S. Department of Justice ("DOJ") and from the U.S. Department of Homeland Security ("DHS"), U.S. Department of Health and Human Services, U.S. Department of Housing and Urban Development, U.S. Department of Agriculture, U.S. Department of the Treasury, U.S. Environmental Protection Agency, and the U.S. Consumer Product Safety Commission to fund some of its work.

8.      The Department of Public Health used funds from the Comprehensive Opioid, Stimulant, and Substance Use Program ADS COSSUP Grant to purchase and maintain harm reduction vending machines, as described in Paragraph 9 below, and the appropriate supplies for those machines in order to reduce drug overdose deaths. This grant was for $508,332, of which $88,200 was for personnel costs. The personnel portion of this grant pays 55% of the expenses for one employee and 25% of the expenses for a second employee.

9.      The City of Columbus, the Central Ohio region, and the State of Ohio have all been devastated by the opioid epidemic. To try to save the lives of individuals who are using opioids and fentanyl, the City obtained a grant from DOJ to purchase and maintain supplies for six vending machines located across Columbus. These machines are filled with fentanyl test strips, naloxone nasal spray, condoms and pregnancy tests. All products in these machines are distributed free of charge. In

determining where to place these machines, Columbus Public Health used overdose and infectious disease data to determine the best locations.

10.    In order to use these vending machines, a person must answer a simple five demographic question survey.  The survey asks for the person's gender, age, ethnicity, zip code, and if the person has ever overdosed.  The survey does not ask, and Columbus Public Health does not require, the individual to supply a name or address.   Once the individual provides answers to the demographic questions, the individual gets a unique ID code that allows the person to obtain supplies from the vending machine.

11.    The unique ID code allows an individual to obtain one package of four condoms per week, one package of five fentanyl test strips per week, one naloxone kit twice a month and one pregnancy test once a month.  These vending machines remove barriers by providing a confidential and non-stigmatizing way to get the supplies that people need when they need them.  The supplies also provide education on the packaging in order to help provide more education and link people to medical care.

12.    The Department of Public Health has placed these vending machines in high incident zip codes.  They will help decrease overdose deaths and infectious diseases and improve infant mortality rates by identifying pregnancies early.

13.    As of June 1, 2025, the vending machines have dispensed 6,158 condoms, 105 at-home HIV test kits, 9,397 fentanyl test strips, 1,876 pregnancy tests and 1,892 naloxone kits.

14.    In addition, Columbus Public Health  has obtained a pass-through grant from the Franklin County Board of Commissioners on behalf of the Franklin County Office of Justice Policy and Programs ("OJPP") for the Alcohol and Drug Division Services in order to fund free birth certificates for individuals in the justice system who are suffering from the disease of addiction and who have lost their birth certificates.  To date, the grant has provided for the purchase of 2,719 birth

certificates. This allows the affected individuals to obtain a birth certificate that can then be used to obtain drivers licenses, other types of identification, and other official documents to reduce barriers to accessing employment, housing, treatment services and other social services so that the individuals can begin rebuilding their lives.

15.     Since 2009, Columbus Public Health has coordinated the Columbus BioWatch program and maintained plans for this bioterrorism early detection program. The purpose of this program is to collaborate with a coordinated advisory council of local response agencies and to provide them with situational awareness for biological threats and hazards. Columbus Public Health also manages and promotes bioterrorism preparedness throughout the cities of Columbus & Worthington and Franklin County.

16.     On June 1, 2024, Columbus received a federal pass-through grant that originated with DHS from the Ohio Environmental Protection Agency ("OEPA") to maintain BioWatch air monitors throughout the city. Columbus Public Health has employees who are responsible for removing and replacing filters in these monitors daily. The removed filters are tested for biological agents that are likely to be used in a bioterrorism attack through a cooperative agreement with the OEPA. If any of the tests show the presence of a biological agent, Columbus Public Health would convene a group of emergency responders to protect the public health and safety of the residents of Central Ohio. This grant also pays 25% of the expenses for one employee and 15% of the expenses for a second employee.

17.     On May 30, 2025, OEPA informed us via email that, due to DHS designating Columbus a sanctuary city, they were unsure if they would be able to provide any funds to Columbus beyond June 2025. We still have access to these funds, but we are dealing with the uncertainty of not knowing whether these or other federal funds will remain available.

18.     If Columbus Public Health were unable to continue to receive federal grants from DOJ and DHS, it would have to cancel some of the essential programs that are described in this declaration. Further, it would need to move funding from other areas to make up for the shortfall for personnel costs. This would force Columbus Public Health to decide whether to continue employing some individuals or cut programs and services it currently provides that are crucial to the well-being and safety of the program recipients.

19.     Columbus Public Health is an essential health provider to many residents of the City. If Columbus Public Health were to lose federal funding, it would not be able to serve essential medical and health needs to the City's most vulnerable residents. For example, usage of these funds has contributed to a provisional 34% decrease in overdose deaths in Columbus and Franklin County in 2024, a number that exceeds the national decrease in overdose deaths of 26%. Additionally, BioWatch funds have provided the Columbus community with the ability to monitor and safeguard the residents and nearly 48 million visitors to the city against biological and chemical attacks. These funds–which are unrelated to immigration enforcement initiatives–are critical to public health and safety in Columbus, and their absence would create a meaningful hole in Columbus's ability to support and protect all of its residents.

1        I declare under penalty of perjury that the foregoing is true and correct, and that this

2    declaration was executed on July 25, 2025, in _____Columbus, Ohio_____.

3

4                                            Edward Johnson

Decl. of Edward Johnson ISO
Plts.' Mot. for Second Prelim. Injunction

6

Case No. 25-CV-01350-WHO