DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5402
Telephone:      (415) 355-3308
Facsimile:      (415) 437-4644
E-Mail:          karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:      (408) 299-5900
Facsimile:      (408) 292-7240
E-Mail:          tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

[additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, et al.,<br><br>        Plaintiffs,<br><br>        vs.<br><br>DONALD J. TRUMP, President of the United States, et al.,<br><br>        Defendants. | Case No. 3:25-cv-1350-WHO<br><br>**MOTION TO SHORTEN TIME AND ESTABLISH EXPEDITED BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR SECOND PRELIMINARY INJUNCTION** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

On July 8, 2025, Plaintiffs[1] filed a motion for leave to file their proposed Second Amended Complaint for Declaratory and Injunctive Relief ("2AC"), which includes the addition of 34 prospective plaintiffs to this action.  Today, Plaintiffs have filed a Motion for Second Preliminary Injunction ("Motion for Second PI"), which seeks to extend the preliminary relief already entered in this case to the prospective plaintiffs in the 2AC.[2]  Now, pursuant to Northern District of California Civil Local Rule 6-3(a), Plaintiffs request that the Court expedite the briefing and hearing schedule on the Motion for Second PI, due to the imminent harms the prospective plaintiffs face as a result of Defendants'[3] continued threats to withhold federal funding as a result of jurisdictions' policies limiting use of their local resources for federal civil immigration enforcement.  Specifically, Plaintiffs propose the following schedule for briefing and consideration of their Motion for Second PI:

15

16

17

[1] Existing Plaintiffs are City and County of San Francisco, County of Santa Clara, City of Portland, Martin Luther King, Jr. County, City of New Haven, City of Oakland, City of Emeryville, City of San Jose, City of San Diego, City of Sacramento, City of Santa Cruz, County of Monterey, City of Seattle, City of Minneapolis, City of Saint Paul, and City of Santa Fe.

18

19

20

21

Prospective plaintiffs are County of Alameda, City of Albany, City of Albuquerque, County of Allegheny, City of Baltimore, City of Bend, City of Benicia, City of Berkeley, City of Boston, City of Cambridge, City of Cathedral City, City of Chicago, City of Columbus, City of Culver City, County of Dane, City and County of Denver, City of Healdsburg, County of Hennepin, City of Los Angeles, County of Marin, City of Menlo Park, Multnomah County, City of Pacifica, City of Palo Alto, City of Petaluma, Pierce County, City of Richmond, City of Rochester, City of Rohnert Park, County of San Mateo, City of Santa Rosa, County of Sonoma, City of Watsonville, and City of Wilsonville.

22

23

24

[2] As stated in Plaintiffs' Motion for Second PI, see ECF No. 177 at 2 n.3, Plaintiffs do not seek a ruling on their Motion for Second PI unless and until the Second Amended Complaint is accepted; however, they have proceeded concurrently with that motion and the motion to amend, given the ongoing and imminent harms the prospective plaintiffs are suffering, as described in the Motion for Second PI and herein.

25

26

27

28

[3] Defendants are Donald J. Trump, President of the United States; the United States Department of Justice; Pamela Bondi in her official capacity as Attorney General of the United States; Emil Bove in his capacity as Acting Deputy Attorney General of the United States; the United States Department of Homeland Security ("DHS"); Kristi Noem in her official capacity as Secretary of the Department of Homeland Security; and the United States.  The 2AC also names the United States Office of Management and Budget and Russell Vought in his capacity as Director of the Office of Management and Budget as defendants.

1.     Defendants must file an opposition, if any, on August 7, 2025 (following the August 6, 2025 hearing on Plaintiffs' motion to file the 2AC).

2.     Plaintiffs must file a reply, if any, by August 12, 2025.

3.     Should the Court require a hearing on Plaintiffs' Motion for Second PI, the parties will convene for a virtual hearing on August 15, 2025 at 2 P.M. PT.

There have been three prior modifications to Court deadlines in this case: On April 29, 2025, the Court granted Defendants' Motion for 48-Hour Extension of Time to Ensure Notice of Preliminary Injunction to "All Federal Departments and Agencies." ECF No. 121. On May 6, 2025, the Court granted Plaintiffs' "Motion to Shorten Time for Expedited Briefing and Hearing on Motion to Enforce or Modify Preliminary Injunction." ECF No. 131. On July 2, 2025, the Court entered the parties' stipulated briefing schedule on Plaintiffs' motion to file the 2AC and extended the Defendants' deadline for filing a response or motion to dismiss the operative complaint. ECF No. 150. If granted, Plaintiffs' requested time modification would have no effect on any other aspect of the case schedule, which consists of a hearing on Plaintiffs' motion to file the 2AC on August 6, 2025 and a 21-day deadline for Defendants to respond to or move to dismiss the operative complaint, following the Court's decision on Plaintiffs' motion to file the 2AC. *See* Monju Decl. ISO Mot. to Shorten Time ("Monju Decl.") ¶¶ 7–8.

## BACKGROUND

Since the Court's Order Granting Preliminary Injunction, ECF No. 111, Defendants have continued their campaign to foist their immigration prerogatives on jurisdictions who limit use of their local resources for federal civil immigration enforcement, by threatening those jurisdictions' federal funding. As detailed in Plaintiffs' previously filed letter brief, motion to file the 2AC, and proposed 2AC, *see* ECF Nos. 143, 151, 151-3, (1) President Trump has issued

an executive order threatening all federal funding for so-called "sanctuary jurisdictions" ("EO 14,287"); (2) DHS has acted on EO 14,287 by publishing (and later removing, without explanation) a list of over 500 states, cities, and counties that the department identified as "sanctuary jurisdictions"—including all of the prospective plaintiffs, which were identified by name or as localities within "sanctuary" states—with a command that these jurisdictions "immediately review and revise their policies" under threat of federal enforcement action; and (3) DHS, the U.S. Department of Transportation, and the U.S. Department of Housing and Urban Development ("HUD") have added terms and conditions to a raft of grant programs limiting access to federal funds by "sanctuary jurisdictions," among other relevant actions. Plaintiffs are now seeking to expedite briefing and argument on their Motion for Second PI, because the prospective plaintiffs in the 2AC are suffering immediate and irreparable harm as a result of the conduct challenged in this action, including the question of how to address affected grant applications and agreements with impending deadlines. *See infra* pp. 4–5. Plaintiffs are also filing this motion because Defendants have declined to stipulate to the schedule proposed above; instead, Defendants will file a written opposition to Plaintiffs' request for expedited briefing within 24 hours of Plaintiffs' request. *See* Monju Decl. ¶ 5; *id.* Ex. 1.

## ARGUMENT

The same "exigencies" that led this Court to issue a summary order granting relief to Plaintiffs following their motion for an initial preliminary injunction warrant moving quickly here. *See* ECF No. 111, at p. 1 n.1. The prospective plaintiffs in the 2AC face the same irreparable harms that justified entry of the initial preliminary injunction—because of Defendants' actions, the prospective plaintiffs are, among other ills, grappling with budgetary uncertainty, deprivation of their constitutional rights, and threats to the carefully calibrated relationships of trust with the communities they serve. *See id.* at 5; *see also* ECF No. 177 at pp.

10–15, 20–22 (detailing harms).  They are also doing so under increasing pressure to comply

with the Defendants' dictates:  For example, several plaintiffs face a regulatory deadline of

August 16 to submit consolidated action plans that are a pre-requisite to receiving several types

of grants from HUD.[4]  HUD has stated that it will impose conditions on those grants that are

consistent with one of the Executive Orders at issue in this action (EO 14,218)[5], and has

challenged at least one prospective plaintiff's proposed plan for alleged inconsistency with that

EO, *see* ECF No. 177, Cochran Decl. ¶ 13.  HUD has provided as little as *24 hours* to remedy

alleged deficiencies.  *See id.*  Then, even if a prospective plaintiff's plan is approved, it will be

faced with the decision whether to execute an agreement with challenged immigration-related

conditions, forcing a choice between maintaining its policies and community trust or receiving

significant federal funding.  Prospective plaintiffs are determining how to address that issue, as

well as received and expected agreements for HUD Continuum of Care ("CoC") grants, which

contain the same immigration-related conditions.  *See, e.g.*, ECF No. 177, Fournier Decl. ¶ 24;

ECF No. 177, Buddenhagen Decl. ¶ 14; ECF No. 177 Eilerman Decl. ¶ 10 (noting August 26

deadline).

---

[4] *See, e.g.*, Ltr. of C. Fernandez to Council of State Community Dev. Agencies and Nat'l Community Dev. Assoc., June 5, 2025, at p. 3 ("HUD Ltr."), *available at* https://perma.cc/4A3P-ZKHD (noting deadline); ECF No. 177, Grande Decl. ¶ 15; ECF No. 177, Fournier Decl. ¶ 24.

[5] In its June 5, 2025 letter, HUD "encouraged" recipients of these grants to "review the White House Executive Orders as they develop their consolidated plan and annual action plans," and stated that, after HUD reviewed the submitted plans, "the FY2025 grant agreement will . . . emphasize conformity with applicable Administration priorities and executive orders," including "any applicable requirements that HUD, the Attorney General, or the U.S. Citizenship and Immigration Services may establish from time to time to comply with . . . Executive Order 14218."  HUD Ltr. at 2–3, *supra* note 4.  HUD also stated that "no state or unit of general local government that receives funding under this grant may use that funding in a manner that by design or effect facilitates the subsidization or promotion of illegal immigration or abets policies that seek to shield illegal aliens from deportation."  *Id.*; *see also* ECF No. 177, Cochran Decl. ¶ 13 (discussing similar notice from HUD).

1

2          Under this Court's rules, in the absence of a motion to expedite, Plaintiffs' Motion for

3   Second PI would be heard no earlier than September 2, 2025.  *See* N.D. Cal. Civ. L.R. 7-2(a)

4   ("hearing not less than 35 days after filing of the motion").  During that time, the prospective

5   plaintiffs will continue to suffer harm from Defendants' actions—weighing difficult and varied

6   budgetary decisions, determining whether to spend their own limited funds on programs and

7   services despite the risk that the federal government may refuse reimbursement, and deciding

8   how best to handle pending grant applications and agreements with challenged immigration-

9   related terms.  *See* ECF No. 126, at pp. 40–42, 63 (citing budgetary uncertainty, questions

10  surrounding reimbursement, and the coercive effect of the threatened loss of federal funding on

11  jurisdictions' policy decisions as harms sufficient to warrant entry of a preliminary injunction).

12  Indeed, the window for several prospective plaintiffs to apply for and accept HUD grant

13  funding may close before that time.

14                                      **CONCLUSION**

15

16          For the foregoing reasons, Plaintiffs respectfully request that the Court expedite briefing

17  and a hearing on the Motion for Second PI, so that a hearing, if required by the Court, is held on

18  August 15, 2025.

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27

28

Dated:  July 29, 2025                    DAVID CHIU

                                         City Attorney
                                         YVONNE R. MERÉ
                                         Chief Deputy City Attorney
                                         MOLLIE M. LEE
                                         Chief of Strategic Advocacy
                                         SARA J. EISENBERG
                                         Chief of Complex and Affirmative Litigation
                                         NANCY E. HARRIS
                                         KARUN A. TILAK
                                         Deputy City Attorneys

                                   By:   /s/ *Karun A. Tilak*
                                         KARUN A. TILAK
                                         Deputy City Attorney

                                         Attorneys for Plaintiff
                                         CITY AND COUNTY OF SAN FRANCISCO


                                         TONY LOPRESTI
                                         County Counsel
                                         KAVITA NARAYAN
                                         Chief Assistant County Counsel
                                         MEREDITH A. JOHNSON
                                         Lead Deputy County Counsel
                                         STEFANIE L. WILSON
                                         RAJIV NARAYAN
                                         Deputy County Counsels
                                         BILL NGUYEN
                                         Litigation Fellow

                                   By:   /s/ *Bill Nguyen*
                                         BILL NGUYEN
                                         Litigation Fellow

                                         Attorneys for Plaintiff
                                         COUNTY OF SANTA CLARA

1

ROBERT TAYLOR
Portland City Attorney

2

By: /s/ Naomi Sheffield

3

NAOMI SHEFFIELD*
Chief Deputy City Attorney
1221 SW Fourth Avenue, Room 430

4

Portland, OR 97204

5

Tel: (503) 823-4047
Fax: (503) 823-3089
Naomi.Sheffield@portlandoregon.gov

6

7

*Admitted *pro hac vice*

Attorneys for Plaintiff

8

CITY OF PORTLAND

9

10

SHANNON BRADDOCK
King County Executive

11

By: /s/ David J. Hackett

12

DAVID J. HACKETT*
General Counsel to King County

13

Executive
Chinook Building

14

401 5th Avenue, Suite 800
Seattle, Washington, 98104

15

(206) 477-9483
David.hackett@kingcounty.gov

16

PAUL J. LAWRENCE*
Pacifica Law Group

17

1191 2nd Avenue, Suite 2000
Seattle, WA 98101-3404

18

(206) 245-1708
Paul.Lawrence@pacificalawgroup.com

19

20

*Admitted *pro hac vice*

21

Attorney for Plaintiff
MARTIN LUTHER KING, JR. COUNTY

22

23

24

25

26

27

28

PATRICIA KING
New Haven Corporation Counsel

By: /s/ Patricia King
PATRICIA KING*
Office of the Corporation Counsel
City of New Haven
165 Church Street-4th Floor
New Haven, CT 06510
Tel:  203-946-7951
Cell: 203-668-9282
Fax:  203-946-7942
pking@newhavenct.gov

*Admitted pro hac vice

Attorney for Plaintiff
CITY OF NEW HAVEN


RYAN RICHARDSON
Oakland City Attorney

By: /s/ Ryan Richardson
RYAN RICHARDSON
City Attorney
MARIA BEE
Chief Assistant City Attorney
JAMIE HULING DELAYE
Supervising City Attorney
H. LUKE EDWARDS
Deputy City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Tel: (510) 238-6629
Fax: (510) 238-6500
Email: RRichardson@OaklandCityAttorney.org

Attorneys for Plaintiff
CITY OF OAKLAND

JOHN I. KENNEDY
City Attorney

By: /s/ *John I. Kennedy*
JOHN I. KENNEDY, City Attorney
1333 Park Ave, Emeryville, CA 94608-3517
Phone: 510-596-4381
Fax: 510-596-3724
Email: John.Kennedy@emeryville.org

Attorney for Plaintiff
CITY OF EMERYVILLE


NORA FRIMANN
City Attorney

By: /s/ *Nora Frimann*
NORA FRIMANN, City Attorney
ELISA TOLENTINO, Chief Deputy City Attorney
200 E Santa Clara St
San José, CA 95113-1905
Tel: 408-535-1900
Fax: 408-998-3131
cao.main@sanjoseca.gov

Attorneys for Plaintiff
CITY OF SAN JOSÉ


HEATHER FERBERT
City Attorney

By: /s/ *Mark Ankcorn*
MARK ANKCORN, Senior Chief Deputy City
Attorney
JULIE RAU, Deputy City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Tel: (619) 533-5800

Attorneys for Plaintiff
CITY OF SAN DIEGO

1  SUSANA ALCALA WOOD
   City Attorney

2
   By: /s/ *Andrea Velasquez*
3      ANDREA VELASQUEZ, Supervising Deputy
       City Attorney
4      915 I St Fl 4, Sacramento, CA 95814-2621
       Tel: 916-808-5346
5      Fax: 916-808-7455
       Email: AVelasquez@cityofsacramento.org
6
       Attorneys for Plaintiff
7      CITY OF SACRAMENTO

8
   By: /s/ *Anthony P. Condotti*
9      Anthony P. Condotti, City Attorney
       Catherine M. Bronson, Assistant City Attorney
10     Claire Hard, Deputy City Attorney
       PO Box 481
11     Santa Cruz, CA 95061
       Tel: 831-423-8383
12     Email: tcondotti@abc-law.com
       chard@abc-law.com
13     cbronson@abc-law.com

14     Attorneys for Plaintiff
15     CITY OF SANTA CRUZ

16
17     SUSAN K. BLITCH
       County Counsel

18
   By: /s/ *Susan K. Blitch*
19     SUSAN K. BLITCH, County Counsel
       HENRY BLUESTONE SMITH, Deputy County
20     Counsel
       168 W Alisal St Fl 3rd
21     Salinas, CA 93901-2439
       Tel: 831-755-5045
22     Fax: 831-755-5283
       Email: SmithHB@countyofmonterey.gov
23
       Attorneys for Plaintiff
24     COUNTY OF MONTEREY

25
26
27
28

ANN DAVISON
Seattle City Attorney

By: /s/ *Ann Davison*
Ann Davison, Seattle City Attorney*
Kerala Cowart, Assistant City Attorney*
Dallas LePierre, Assistant City Attorney*
Rebecca Widen, Assistant City Attorney*
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Tel: (206) 684-8200
E-mail: ann.davison@seattle.gov

*Admitted *pro hac vice*

Attorneys for Plaintiff
CITY OF SEATTLE


KRISTYN ANDERSON
City Attorney

By: /s/ *Kristyn Anderson*
KRISTYN ANDERSON (MN Lic. 0267752)*
SARA J. LATHROP, Assistant City Attorney (MN Lic. 0310232)*
SHARDA ENSLIN, Assistant City Attorney (MN Lic. 0389370)*
350 South Fifth Street
Minneapolis, MN 55415
Tel: 612-673-3000
Email: kristyn.anderson@minneapolismn.gov
sara.lathrop@minneapolismn.gov
sharda.enslin@minneapolismn.gov

*Admitted *pro hac vice*

Attorneys for Plaintiff
CITY OF MINNEAPOLIS

LYNDSEY OLSON
City Attorney

By: /s/ *Lyndsey Olson*
   LYNDSEY OLSON, City Attorney*
   ANTHONY G. EDWARDS, Assistant City
   Attorney*
   400 City Hall and Courthouse
   15 Kellogg Boulevard West
   Saint Paul, Minnesota 55102
   Tel: 651-266-8710
   Fax: 651-298-5619
   Email: Anthony.Edwards@ci.stpaul.mn.us

   *Admitted *pro hac vice*

   Attorneys for Plaintiff
   CITY OF ST. PAUL


   ERIN K. McSHERRY
   City Attorney

By: /s/ *Erin K. McSherry*
   ERIN K. McSHERRY, City Attorney*
   200 Lincoln Avenue
   Post Office Box 909
   Santa Fe, NM 87504-0909
   (505) 955-6512
   Email: ekmcsherry@santafenm.gov

   *Admitted *pro hac vice*

   Attorney for Plaintiff
   CITY OF SANTA FE

By: /s/ *Erin Monju*
ERIN MONJU*
KATHERINE COURTNEY (CA Bar No. 341165)
NAOMI TSU**
JILL HABIG (CA Bar No. 268770)
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
jill@publicrightsproject.org
naomi@publicrightsproject.org

*  *Pro hac vice* application forthcoming; practicing
under supervision of D.C. Bar member pursuant to
Local Rule 49(c)(8) while application to the D.C.
Bar is pending
**Admitted *pro hac vice*

Attorneys for Plaintiffs
CITIES OF MINNEAPOLIS, NEW HAVEN,
PORTLAND, ST. PAUL, SANTA FE, and
SEATTLE

**<u>FILER'S ATTESTATION</u>**

I, Katherine Courtney, am the ECF user whose identification and password are being used to file this MOTION TO SHORTEN TIME AND ESTABLISH EXPEDITED BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR SECOND PRELIMINARY INJUNCTION.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.