DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5402
Telephone:     (415) 355-3308
Facsimile:     (415) 437-4644
E-Mail:        karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:     (408) 299-5900
Facsimile:     (408) 292-7240
E-Mail:        tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-1350-WHO<br><br>**DECLARATION OF ERIN MONJU IN SUPPORT OF MOTION TO SHORTEN TIME AND ESTABLISH EXPEDITED BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR SECOND PRELIMINARY INJUNCTION** |

I, Erin Monju, declare and state the following:

1. I am admitted to practice law in New York and am practicing under the supervision of a member of the D.C. Bar while my application to that bar is pending. My *pro hac vice* filing to appear before this Court is forthcoming. I am a Senior Staff Attorney with Public Rights Project, which is counsel of record for Plaintiffs Minneapolis, New Haven, Portland, St. Paul, Santa Fe, and Seattle in this action.

2. I make this declaration in support of Plaintiffs' Motion to Shorten Time and Establish Expedited Briefing and Hearing Schedule for Plaintiffs' Motion for Second Preliminary Injunction ("Motion to Shorten Time"). I state the matters herein of my personal knowledge. If called on to do so, I could and would testify to them.

3. I understand that Northern District of California Civil Local Rule 6-3(a) requires Plaintiffs to state, in addition to the items below, the **reasons for their requested shortening** and the **substantial harm or prejudice** that would occur absent a time change. Because these statements involve argument or facts beyond my personal knowledge, I do not make them here; they appear instead in Plaintiffs' Motion to Shorten Time.

4. **Nature of underlying dispute:** The prospective plaintiffs in the proposed Second Amended Complaint ("2AC") are suffering immediate and irreparable harm as a result of the conduct challenged in this action, including the question of how to address affected grant applications and agreements with impending deadlines—harm that would be addressed by preliminary relief.

5. **Efforts to obtain stipulation**: Following initial discussion of a slightly earlier briefing schedule, on July 28, 2025, Plaintiffs sought Defendants' consent to stipulate to an expedited briefing schedule, whereby Plaintiffs would file their motion for a second preliminary injunction by July 29; Defendants would file their opposition (if any) by August 7; Plaintiffs would file their reply (if any) by August 12; and the Court would hear the motion on August 15, if a hearing were requested by the Court. In their response to Plaintiffs' request, Defendants represented that they would provide a list of prospective plaintiffs who are facing immediate grant deadlines to the relevant agency, the U.S. Department of Housing and Urban Development, but at the same time, declined to consent to

Monju Decl. ISO Motion to Shorten Time;
Case No. 3:25-cv-1350-WHO

2

1  Plaintiffs' proposed schedule. Defendants have also stated that they will file a written opposition to
2  Plaintiffs' request for expedited briefing within 24 hours of Plaintiffs' request.

3      6.    Attached hereto as **Exhibit 1** is a true and correct copy of email correspondence
4  between Plaintiffs' counsel and Defendants' counsel regarding Plaintiffs' proposed briefing schedule.

5      7.    **Previous time modifications**: There have been three prior modifications to Court
6  deadlines in this case: On April 29, 2025, the Court granted Defendants' Motion for 48-Hour
7  Extension of Time to Ensure Notice of Preliminary Injunction to "All Federal Departments and
8  Agencies." ECF No. 121. On May 6, 2025, the Court granted Plaintiffs' "Motion to Shorten Time for
9  Expedited Briefing and Hearing on Motion to Enforce or Modify Preliminary Injunction." ECF No.
10 131. On July 2, 2025, the Court entered the parties' stipulated briefing schedule on Plaintiffs' motion
11 to file the 2AC and extended the Defendants' deadline for filing a response or motion to dismiss the
12 operative complaint. ECF No. 150.

13     8.    **Effect of requested time modification on schedule**: If granted, Plaintiffs' requested
14 time modification would have no effect on any other aspect of the case schedule, which consists of a
15 hearing on Plaintiffs' motion to file the 2AC on August 6, 2025 and a 21-day deadline for Defendants
16 to respond to or move to dismiss the operative complaint, following the Court's decision on Plaintiffs'
17 motion to file the 2AC.

19 I declare under penalty of perjury under the laws of the United States of America that the
20 foregoing is true and correct to the best of my knowledge, and that this declaration was executed in
21 Washington, D.C., on July 29, 2025.

ERIN MONJU

# EXHIBIT 1

| | |
|---|---|
| **Subject:** | RE: City & County of San Francisco v. Trump (25-cv-01350-WHO) |
| **Date:** | Tuesday, July 29, 2025 at 1:38:10 PM Eastern Daylight Time |
| **From:** | Nguyen, Bill |
| **To:** | McGuire, Caroline (CIV), Narayan, Rajiv, Fascett, Lauren (CIV), Johnson, Meredith, Perez, Elianis (CIV), Turcios, Victoria E (CIV), Zimliki, Lindsay (CIV), Fleming, Angel (CIV) |
| **CC:** | Eisenberg, Sara (CAT), Mollie Lee, Narayan, Kavita, Wilson, Stefanie, yvonne.mere@sfcityatty.org, Karun Tilak |
| **Attachments:** | image001.png |

Dear Caroline:

Thank you for confirming Defendants' position. Prospective plaintiffs with the August 16 deadline are Albany, Allegheny County, Berkeley, and Palo Alto. Marin County also has an upcoming CoC deadline at the end of August, which would fall before Judge Orrick's standard hearing date (Wed. 9/3) for a motion filed today. If HUD agreed not to enforce the immigration-related conditions as to these prospective plaintiffs before a decision on the forthcoming PI motion, we expect that agreement would moot the need for expedited briefing. Please keep us posted.

Sincerely,
Bill



**Bill Nguyen** | Social Justice and Impact Litigation Fellow
Office of the County Counsel, County of Santa Clara
70 West Hedding Street, East Wing, 9th Floor | San José, CA 95110
Office: (408) 299-5994 | Mobile: (669) 279-9957
Pronoun: he
bill.nguyen@cco.sccgov.org | counsel.sccgov.org

**NOTICE TO RECIPIENT**: The information in this email is confidential and may be protected by the attorney–client and/or work product privileges. If you received this email in error, any review, use, dissemination, distribution, or copying of it is strictly prohibited. Please notify Administration, Office of the County Counsel, of the error immediately at (408) 299-5900 and delete this communication and any attached documents from your system.

---

**From:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>
**Sent:** Tuesday, July 29, 2025 7:51 AM
**To:** Nguyen, Bill <bill.nguyen@cco.sccgov.org>; Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <sara.eisenberg@sfcityatty.org>; Mollie Lee <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; yvonne.mere@sfcityatty.org; Karun Tilak <Karun.Tilak@sfcityatty.org>
**Subject:** [EXTERNAL] City & County of San Francisco v. Trump (25-cv-01350-WHO)

Hi Bill,

It is Defendants' understanding that Plaintiffs intend to request relief for prospective Plaintiffs not yet part of this suit. Therefore, Defendants maintain their position that this is procedurally improper and cannot agree to the expedited briefing schedule proposed. Instead, Plaintiffs may request relief for prospective plaintiffs once the Court has ruled on Plaintiffs' motion for leave to amend the complaint.

Notwithstanding, the parties have just completed briefing on the HUD nexus, and briefing for Plaintiffs' motion for leave to amend will conclude on Friday. Can Plainitffs please provide a list of

the prospective plaintiffs with the August 16 submission deadline, so that we can take this back to the agency.

Thank you,

Caroline

**Caroline McGuire**
Trial Attorney
Office of Immigration Litigation
General Litigation and Appeals
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4268
caroline.mcguire@usdoj.gov

---

**From:** Nguyen, Bill <bill.nguyen@cco.sccgov.org>
**Sent:** Monday, July 28, 2025 5:31 PM
**To:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <sara.eisenberg@sfcityatty.org>; Mollie Lee <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; yvonne.mere@sfcityatty.org; Karun Tilak <Karun.Tilak@sfcityatty.org>
**Subject:** [EXTERNAL] RE: RE: City & County of San Francisco v. Trump (25-cv-01350-WHO)

Dear Caroline:

Thank you for your response. Would Defendants agree to process prospective plaintiffs' HUD grant applications/agreements without immigration-related conditions that are consistent with Executive Order 14,218? If so, we could forgo expedited briefing, which we are seeking because some prospective plaintiffs face an August 16 submission deadline from HUD and upcoming deadlines to sign CoC grant agreements. If not, we will proceed with our request for expedited briefing, include your language about Defendants' written opposition, and propose this updated briefing schedule:

1. Plaintiffs file their motion for preliminary injunction by Tuesday, July 29.
2. Defendants file their opposition by Thursday, August 7.
3. Plaintiffs file their reply by Tuesday, August 12.
4. The Court hears the motion at 2 P.M. PT on Friday, August 15, if leave to amend is granted.

Please let us know by 3 P.M. PT/6 P.M. ET tomorrow, July 29, your position (1) on processing the HUD grant applications/agreements and, if applicable, (2) on the updated briefing schedule. Thanks again.

Sincerely,
Bill

Bill Nguyen | Social Justice and Impact Litigation Fellow



Office of the County Counsel, County of Santa Clara
70 West Hedding Street, East Wing, 9th Floor | San José, CA 95110
Office: (408) 299-5994 | Mobile: (669) 279-9957
Pronoun: he
bill.nguyen@cco.sccgov.org | counsel.sccgov.org

**NOTICE TO RECIPIENT**: The information in this email is confidential and may be protected by the attorney–client and/or work product privileges. If you received this email in error, any review, use, dissemination, distribution, or copying of it is strictly prohibited. Please notify Administration, Office of the County Counsel, of the error immediately at (408) 299-5900 and delete this communication and any attached documents from your system.

**From:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>
**Sent:** Friday, July 25, 2025 4:24 PM
**To:** Nguyen, Bill <bill.nguyen@cco.sccgov.org>; Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <sara.eisenberg@sfcityatty.org>; Mollie Lee <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; yvonne.mere@sfcityatty.org; Karun Tilak <Karun.Tilak@sfcityatty.org>
**Subject:** [EXTERNAL] RE: RE: City & County of San Francisco v. Trump (25-cv-01350-WHO)

Hi Bill,

Thank you for your clarification. In noting Defendants' opposition to Plaintiffs' request for expedited briefing, please also include the following language: "Defendants will file a written opposition to Plaintiffs' request for expedited briefing within 24 hours of Plaintiffs' request."

Thank you,

Caroline

**Caroline McGuire**
Trial Attorney
Office of Immigration Litigation
General Litigation and Appeals
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4268
caroline.mcguire@usdoj.gov

**From:** Nguyen, Bill <bill.nguyen@cco.sccgov.org>
**Sent:** Monday, July 21, 2025 1:34 PM
**To:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <sara.eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; yvonne.mere@sfcityatty.org; Tilak, Karun (CAT) <karun.tilak@sfcityatty.org>

3 of 6

**Subject:** [EXTERNAL] RE: RE: City & County of San Francisco v. Trump (25-cv-01350-WHO)

Dear Caroline:

Thank you for getting back to us. We will note your opposition in our filing. With apologies for the confusion, here is the proposed schedule with corrections in bold:

1. Plaintiffs file the motion for preliminary injunction by **Monday**, July 28.
2. Defendants file their opposition by **Wednesday**, August 6.
3. Plaintiffs file their reply by Monday, August 11.
4. The Court hears the motion at 2 P.M. PT on **Friday**, August 15, if leave to amend is granted.

Sincerely,
Bill



**Bill Nguyen** | Social Justice and Impact Litigation Fellow
Office of the County Counsel, County of Santa Clara
70 West Hedding Street, East Wing, 9th Floor | San José, CA 95110
Office: (408) 299-5994 | Mobile: (669) 279-9957
Pronoun: he
bill.nguyen@cco.sccgov.org | counsel.sccgov.org

**NOTICE TO RECIPIENT**: The information in this email is confidential and may be protected by the attorney–client and/or work product privileges. If you received this email in error, any review, use, dissemination, distribution, or copying of it is strictly prohibited. Please notify Administration, Office of the County Counsel, of the error immediately at (408) 299-5900 and delete this communication and any attached documents from your system.

---

**From:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>
**Sent:** Monday, July 21, 2025 8:12 AM
**To:** Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Nguyen, Bill <bill.nguyen@cco.sccgov.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <sara.eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; yvonne.mere@sfcityatty.org; Tilak, Karun (CAT) <karun.tilak@sfcityatty.org>
**Subject:** [EXTERNAL] RE: RE: City & County of San Francisco v. Trump (25-cv-01350-WHO)

Counsel,

The parties agreed to, and the Court endorsed the attached joint briefing schedule. Plaintiffs are now proposing to file a PI on their second amended complaint before the parties have completed briefing on Plaintiffs' motion for leave to file the SAC and well before the Court has ruled on whether to

grant permission to file it. This seems premature and improper.

Moreover, since June 13, when Plaintiffs notified the Government that they intended to file a second amended complaint, and in the conversations that followed, Plaintiffs never expressed the need for a second PI, or urgency for the same. For those reasons, Defendants do not agree to the proposed expedited briefing schedule, and believe it is proper to proceed as Local Rule 7-3 contemplates, after the Court rules on whether Plaintiffs may file the SAC. And to clarify, are Plaintiffs proposing to file the new PI on Friday July 25 or Monday July 28?

**Caroline McGuire**
Trial Attorney
Office of Immigration Litigation
General Litigation and Appeals
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4268
caroline.mcguire@usdoj.gov

---

**From:** Narayan, Rajiv <rajiv.narayan@cco.sccgov.org>
**Sent:** Friday, July 18, 2025 12:29 PM
**To:** McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Johnson, Meredith <meredith.johnson@cco.sccgov.org>; Nguyen, Bill <bill.nguyen@cco.sccgov.org>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>
**Cc:** Eisenberg, Sara (CAT) <sara.eisenberg@sfcityatty.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Narayan, Kavita <Kavita.Narayan@cco.sccgov.org>; Wilson, Stefanie <stefanie.wilson@cco.sccgov.org>; yvonne.mere@sfcityatty.org; Tilak, Karun (CAT) <karun.tilak@sfcityatty.org>
**Subject:** [EXTERNAL] RE: City & County of San Francisco v. Trump (25-cv-01350-WHO)

Dear Lauren and Caroline:

Plaintiffs intend to file a motion for preliminary injunction based on the second amended complaint. Would Defendants stipulate to an expedited briefing and hearing schedule on that motion? Our understanding is that some prospective plaintiffs may need relief sooner than is possible on a regular briefing schedule, so we would like to brief the motion for preliminary injunction concurrently with the motion for leave to amend. We propose the following schedule:

5. Plaintiffs file the motion for preliminary injunction by Friday, July 28.
6. Defendants file their opposition by Friday, August 6.
7. Plaintiffs file their reply by Monday, August 11.
8. The Court hears the motion at 2 P.M. PT on Wednesday, August 15, if leave to amend is granted.

Please let us know by 12 P.M. ET on Monday, July 21, if you'd be willing to stipulate. Thank you

for your consideration.

Sincerely,
Rajiv

&lt;image001.png&gt;     **Rajiv Narayan | Deputy County Counsel**
Office of the County Counsel, County of Santa Clara

70 West Hedding Street, East Wing, 9th Floor | San José, CA 95110
Office: (408) 299-9040 | Mobile: (669) 786-4287 | Facsimile: (408) 292-7240
rajiv.narayan@cco.sccgov.org | counsel.sccgov.org
Pronouns: he/him/his

**NOTICE TO RECIPIENT**: The information in this email is confidential and may be protected by the attorney-client and/or work product privileges. If you received this email in error, any review, use, dissemination, distribution, or copying of it is strictly prohibited. Please notify Administration, Office of the County Counsel, of the error immediately at 408-299-5900 and delete this communication and any attached documents from your system.