| | |
|---|---|
| DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>NANCY E. HARRIS, SBN 197042<br>KARUN A. TILAK, SBN 323939<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA  94102-5402<br>Telephone:     (415) 355-3308<br>Facsimile:      (415) 437-4644<br>E-Mail:          karun.tilak@sfcityatty.org<br><br>Attorneys for Plaintiff<br>CITY AND COUNTY OF SAN FRANCISCO | TONY LOPRESTI, SBN 289269<br>County Counsel<br>KAVITA NARAYAN, SBN 264191<br>Chief Assistant County Counsel<br>MEREDITH A. JOHNSON, SBN 291018<br>Lead Deputy County Counsel<br>STEFANIE L. WILSON, SBN 314899<br>RAJIV NARAYAN, SBN 334511<br>Deputy County Counsels<br>BILL NGUYEN, SBN 333671<br>Litigation Fellow<br>70 W. Hedding Street, East Wing, 9th Floor<br>San José, CA 95110<br>Telephone:     (408) 299-5900<br>Facsimile:      (408) 292-7240<br>E-Mail:          tony.lopresti@cco.sccgov.org<br><br>Attorneys for Plaintiff<br>COUNTY OF SANTA CLARA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>DONALD J. TRUMP, President of the United States, et al.,<br><br>　　　　Defendants. | Case No. 3:25-cv-1350-WHO<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME AND ESTABLISH EXPEDITED BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR SECOND PRELIMINARY INJUNCTION** |

　　　　Pursuant to Civil Local Rule 6-1(b), and having considered the parties' positions with respect to Plaintiffs' Motion to Shorten Time and Establish Expedited Briefing and Hearing Schedule for Plaintiffs' Motion for Second Preliminary Injunction, the Court hereby ORDERS the following schedule:

1. Defendants must file a brief in opposition, if any, to Plaintiffs' Motion for Second Preliminary Injunction by August 7, 2025.
2. Plaintiffs must file a reply, if any, by August 12, 2025.
3. The Court shall hold a virtual hearing on Plaintiffs' Motion for Second Preliminary Injunction at 2 P.M. PT on August 15, 2025, if the Court has before that date granted Plaintiffs' Motion for Leave to File Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. WILLIAM H. ORRICK III
United States District Judge