UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO, et al.,

Plaintiff(s),

v.

TRUMP, et al.,

Defendant(s).

Case No. 25-1350

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Erin Monju, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Katherine Courtney, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 341165.

490 43rd Street, Unit 115, Oakland, CA 94609
MY ADDRESS OF RECORD

(510) 214-6960
MY TELEPHONE # OF RECORD

erin@publicrightsproject.org
MY EMAIL ADDRESS OF RECORD

490 43rd Street, Unit 115, Oakland, CA 94609
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(510) 214-6960
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

katiec@publicrightsproject.org
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5160908.

I am also practicing under supervision of D.C. Bar member pursuant to Local Rule 49(c)(8) while application to the D.C. Bar is pending. Local co-counsel's D.C. bar number is 90000656.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 28, 2025

*/s/ Erin Monju*
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Erin Monju is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE