

# Certificate of Good Standing

State of Oregon              )
                             )  ss.
County of Washington     )

I, Sarra Yamin, do hereby certify that I am Regulatory Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**MICHAEL JAMES GAFFNEY, BAR NO. 251680**

was admitted to practice law in the State of Oregon by Comity and became an Active member of the Oregon State Bar on April 24, 2025.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Gaffney is an Active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 2nd day of June 2025.

_____
Sarra Yamin
Regulatory Counsel
Oregon State Bar

*This certificate expires 60 days from the date of issuance*