UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN , <br><br> Plaintiff(s), <br><br> v. <br><br> DONALD J. TRUMP, et al. , <br><br> Defendant(s). | Case No. 3:25-cv-1350-WHO <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Samuel B. Dinning, an active member in good standing of the bar of U.S. District, District of Massachuse, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: City of Boston in the above-entitled action. My local co-counsel in this case is Jill Habig, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 268770.

One City Hall Square, Room 615  
Boston, MA 02201  
MY ADDRESS OF RECORD

490 43rd St., Unit 115, Oakland, CA 94609  
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

617-635-2014  
MY TELEPHONE # OF RECORD

510-738-6788  
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

samuel.dinning@boston.gov  
MY EMAIL ADDRESS OF RECORD

jill@publicrightsproject.org  
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 704304.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/8/2025                                    Samuel B. Dinning
                                                   APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Samuel B. Dinning   is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:    August 11, 2025



UNITED STATES DISTRICT JUDGE