

# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Matthew Joseph Mulbarger

Admission date: 10/1/2018

was admitted to practice in this court
and is in good standing.

Dated: August 13, 2025        *Jeffrey P. Colwell*