UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** August 13, 2025 | **Time:** 28 minutes<br>1:59 p.m. to 2:27 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 25-cv-01350-WHO | **Case Name:** City and County of San Francisco v. Donald J. Trump | |

**Attorneys for Plaintiffs:**   Karun Tilak, Erin Monju, and Stefanie Wilson
**Attorneys for Defendants:**   Lauren Fascett and Caroline McGuire

**Deputy Clerk:** Jean Davis                                              **Court Reporter:** Andrea Bluedorn

**PROCEEDINGS**

Hearing on Second Motion for Preliminary Injunction conducted via videoconference. The defendants have waived further briefing, noting that while additional plaintiffs have been added, their arguments remain the same as those raised by the plaintiffs in the initial motion for preliminary injunction.

The Court asks counsel about the extent to which the parties, issues, and arguments in the pending King County v Trump litigation before Judge Rothstein duplicates those in this litigation.

Argument of counsel heard concerning whether government actions related to HUD COC and Formula Grant funding comply with the Court's Preliminary Injunction.

The matter is taken under submission; written order to follow.