IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>            Plaintiffs,<br><br>   v.<br><br><br>DONALD J. TRUMP, *et al.*,<br><br><br>            Defendants. | Case No. 3:25-cv-1350 (WHO)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Hearing Date: October 22, 2025<br>Time:          2:00 P.M. PST<br>Honorable William H. Orrick III |

Having considered the Defendants' Motion to Dismiss the Second Amended Complaint with their Memorandum of Points and Authorities in Support, along with Plaintiffs' Opposition, and Defendant's Reply thereto, and any oral argument by the parties and for good cause shown and the entire record herein, it is hereby:

IT IS SO ORDERED that Defendant's motion to dismiss is GRANTED and the Second Amended Complaint is dismissed in its entirety.

DATED this _____ day of _____, 2025.

_____
HONORABLE WILLIAM H. ORRICK III
United States District Court Judge