DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5402
Telephone:     (415) 355-3308
Facsimile:     (415) 437-4644
E-Mail:     karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

[additional counsel on signature page]

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:     (408) 299-5900
Facsimile:     (408) 292-7240
E-Mail:     tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE, COUNTY OF ALAMEDA, CITY OF ALBANY, CITY OF ALBUQUERQUE, COUNTY OF ALLEGHENY, CITY OF BALTIMORE, CITY OF BEND, CITY OF BENICIA, CITY OF BERKELEY, CITY OF BOSTON, CITY OF CAMBRIDGE, CITY OF CATHEDRAL CITY, CITY OF CHICAGO, CITY OF COLUMBUS, CITY OF CULVER CITY, COUNTY OF DANE, CITY AND COUNTY OF DENVER, CITY OF HEALDSBURG, COUNTY OF HENNEPIN, CITY OF LOS ANGELES, COUNTY OF MARIN, CITY OF MENLO PARK, MULTNOMAH COUNTY, CITY OF PACIFICA, CITY OF PALO ALTO, CITY OF PETALUMA, PIERCE COUNTY, CITY OF RICHMOND, CITY OF ROCHESTER, CITY OF ROHNERT PARK, COUNTY OF SAN MATEO, CITY OF SANTA | Case No. 3:25-cv-1350-WHO

**STIPULATED REQUEST FOR ORDER ENLARGING TIME TO FILE OPPOSITION TO AND REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

1  ROSA, COUNTY OF SONOMA, CITY OF
   WATSONVILLE, CITY OF WILSONVILLE,

2        Plaintiffs,

3        vs.

4  DONALD J. TRUMP, President of the United
   States, UNITED STATES OF AMERICA,

5  PAMELA BONDI, Attorney General of the United
   States, EMIL BOVE, Acting Deputy Attorney

6  General, UNITED STATES DEPARTMENT OF
   JUSTICE, KRISTI NOEM, Secretary of United

7  States Department of Homeland Security, UNITED
   STATES DEPARTMENT OF HOMELAND

8  SECURITY, RUSSELL VOUGHT, Director of
   United States Office of Management and Budget,

9  UNITED STATES OFFICE OF MANAGEMENT
   AND BUDGET, DOES 1-100,

10

11        Defendants.

12

13        Defendants filed their motion to dismiss the second amended complaint on August 26, 2025.

14  The current filing deadline for Plaintiffs' opposition is September 9, the current filing deadline for

15  Defendants' reply is September 16, and a hearing on the motion is set for October 22.

16        Pursuant to Civil Local Rules 6-1(b) and 6-2(a), the parties hereby stipulate to proceed as follows

17  and respectfully request that the Court enter the below proposed briefing schedule:

18        • Plaintiffs will file their opposition to Defendants' motion to dismiss the second amended

19          complaint by **September 30, 2025**.

20        • Defendants will file their reply in support of their motion by **October 16, 2025**.

21        • The Court will convene a virtual hearing on Defendants' motion to dismiss the second

22          amended complaint on **October 22, 2025**.

23  The reasons for this request, all previous time modifications, and the effect of the request are set forth

24  in the concurrently filed Declaration of Bill Nguyen in Support of Stipulated Request for Order

25  Enlarging Time to File Opposition to and Reply in Support of Defendants' Motion to Dismiss the Second

26  Amended Complaint.

27  //

28  //

1    Dated:  September 3, 2025                    BRETT A. SHUMATE
                                                 Assistant Attorney General
2                                                Civil Division

3                                                YAAKOV ROTH
                                                 Principal Deputy Assistant Attorney General
4
                                                 DREW C. ENSIGN
5                                                Deputy Assistant Attorney General

6                                                LAUREN FASCETT
                                                 Senior Litigation Counsel
7
                                                 LINDSAY ZIMLIKI
8                                                CAROLINE MCGUIRE
                                                 ANGEL FLEMING
9                                                Trial Attorneys

10                                        By:    _/s/ Victoria Turcios_____
                                                 VICTORIA TURCIOS
11                                               Trial Attorney
                                                 United States Department of Justice
12                                               Civil Division
                                                 Office of Immigration Litigation
13                                               General Litigation and Appeals Section
                                                 450 5th Street, NW
14                                               Washington, D.C. 20530
                                                 202-451-7661
15                                               Victoria.E.Turcios2@usdoj.gov

16                                               Attorneys for Defendants

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS
KARUN A. TILAK
Deputy City Attorneys

7

By: /s/ David Chiu

8

DAVID CHIU
City Attorney

9
10

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

11
12
13
14
15
16
17

TONY LOPRESTI
County Counsel
KAVITA NARAYAN
Chief Assistant County Counsel
MEREDITH A. JOHNSON
Lead Deputy County Counsel
STEFANIE L. WILSON
RAJIV NARAYAN
Deputy County Counsels
BILL NGUYEN
Litigation Fellow

18

By: /s/ Tony LoPresti

19

TONY LOPRESTI
County Counsel

20
21

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

22
23
24
25
26
27
28

ROBERT TAYLOR
Portland City Attorney

By: */s/ Naomi Sheffield*
NAOMI SHEFFIELD*
Chief Deputy City Attorney
1221 SW Fourth Avenue, Room 430
Portland, OR 97204
Tel: (503) 823-4047
Fax: (503) 823-3089
Naomi.Sheffield@portlandoregon.gov

*Admitted *pro hac vice*

Attorneys for Plaintiff
CITY OF PORTLAND


SHANNON BRADDOCK
King County Executive

By: */s/ David J. Hackett*
DAVID J. HACKETT*
General Counsel to King County
Executive
Chinook Building
401 5th Avenue, Suite 800
Seattle, Washington, 98104
(206) 477-9483
David.hackett@kingcounty.gov
PAUL J. LAWRENCE*
Pacifica Law Group
1191 2nd Avenue, Suite 2000
Seattle, WA 98101-3404
(206) 245-1708
Paul.Lawrence@pacificalawgroup.com

*Admitted *pro hac vice*

Attorneys for Plaintiff
MARTIN LUTHER KING, JR. COUNTY

PATRICIA KING
New Haven Corporation Counsel

By: /s/ Patricia King
PATRICIA KING*
Office of the Corporation Counsel
City of New Haven
165 Church Street-4th Floor
New Haven, CT 06510
Tel:  203-946-7951
Cell: 203-668-9282
Fax:  203-946-7942
pking@newhavenct.gov

*Admitted pro hac vice

Attorney for Plaintiff
CITY OF NEW HAVEN


RYAN RICHARDSON
Oakland City Attorney

By: /s/ Ryan Richardson
RYAN RICHARDSON
City Attorney
MARIA BEE
Chief Assistant City Attorney
JAMIE HULING DELAYE
Supervising City Attorney
H. LUKE EDWARDS
Deputy City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Tel: (510) 238-6629
Fax: (510) 238-6500
Email: RRichardson@OaklandCityAttorney.org

Attorneys for Plaintiff
CITY OF OAKLAND

1

2

JOHN I. KENNEDY
City Attorney

3    By: */s/ John I. Kennedy*

4    JOHN I. KENNEDY, City Attorney
1333 Park Ave, Emeryville, CA 94608-3517

5    Phone: 510-596-4381
Fax: 510-596-3724
Email: John.Kennedy@emeryville.org

6

7    Attorney for Plaintiff
CITY OF EMERYVILLE

8

9    NORA FRIMANN
City Attorney

10   By: */s/ Nora Frimann*

11   NORA FRIMANN, City Attorney
ELISA TOLENTINO, Chief Deputy City Attorney

12   200 E Santa Clara St
San José, CA 95113-1905

13   Tel: 408-535-1900
Fax: 408-998-3131

14   cao.main@sanjoseca.gov

15   Attorneys for Plaintiff
CITY OF SAN JOSÉ

16

17   HEATHER FERBERT
City Attorney

18

19   By: */s/ Mark Ankcorn*

20   MARK ANKCORN, Senior Chief Deputy City Attorney
JULIE RAU, Deputy City Attorney

21   1200 Third Avenue, Suite 1100
San Diego, California 92101-4100

22   Tel: (619) 533-5800

23   Attorneys for Plaintiff
CITY OF SAN DIEGO

24

25

26

27

28

SUSANA ALCALA WOOD
City Attorney

By: */s/ Andrea Velasquez*
ANDREA VELASQUEZ, Supervising Deputy City
Attorney
915 I St Fl 4, Sacramento, CA 95814-2621
Tel: 916-808-5346
Fax: 916-808-7455
Email: AVelasquez@cityofsacramento.org

Attorneys for Plaintiff
CITY OF SACRAMENTO


By: */s/ Anthony P. Condotti*
Anthony P. Condotti, City Attorney
Catherine M. Bronson, Assistant City Attorney
Claire Hard, Deputy City Attorney
PO Box 481
Santa Cruz, CA 95061
Tel: 831-423-8383
Email: tcondotti@abc-law.com
chard@abc-law.com
cbronson@abc-law.com

Attorneys for Plaintiff
CITY OF SANTA CRUZ


SUSAN K. BLITCH
County Counsel

By: */s/ Susan K. Blitch*
SUSAN K. BLITCH, County Counsel
HENRY BLUESTONE SMITH, Deputy County Counsel
168 W Alisal St Fl 3rd
Salinas, CA 93901-2439
Tel: 831-755-5045
Fax: 831-755-5283
Email: SmithHB@countyofmonterey.gov

Attorneys for Plaintiff
COUNTY OF MONTEREY

ANN DAVISON
Seattle City Attorney

By: */s/ Kerala Cowart*
    Kerala Cowart, Assistant City Attorney*
    Ann Davison, Seattle City Attorney*
    Dallas LePierre, Assistant City Attorney*
    Rebecca Widen, Assistant City Attorney*
    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104
    Tel: (206) 684-8200
    E-mail: Kerala.Cowart@seattle.gov

    *Admitted *pro hac vice*

    Attorneys for Plaintiff
    CITY OF SEATTLE


KRISTYN ANDERSON
City Attorney

By: */s/ Kristyn Anderson*
    KRISTYN ANDERSON (MN Lic. 0267752)*
    SARA J. LATHROP, Assistant City Attorney (MN Lic. 0310232)*
    SHARDA ENSLIN, Assistant City Attorney (MN Lic. 0389370)*
    350 South Fifth Street
    Minneapolis, MN 55415
    Tel: 612-673-3000
    Email: kristyn.anderson@minneapolismn.gov
    sara.lathrop@minneapolismn.gov
    sharda.enslin@minneapolismn.gov

    *Admitted *pro hac vice*

    Attorneys for Plaintiff
    CITY OF MINNEAPOLIS

1
2

LYNDSEY OLSON
City Attorney

3

By: /s/ Lyndsey Olson_____
LYNDSEY OLSON, City Attorney (MN Lic. #
0332288)*
ANTHONY G. EDWARDS, Assistant City Attorney
(MN Lic. # 0342555)*
400 City Hall and Courthouse
15 Kellogg Boulevard West
Saint Paul, Minnesota 55102
Tel: 651-266-8710
Fax: 651-298-5619
Email: Anthony.Edwards@ci.stpaul.mn.us

4
5
6
7
8

9

*Admitted *pro hac vice*

10

Attorneys for Plaintiff
CITY OF ST. PAUL

11

12

ERIN K. McSHERRY
City Attorney

13

14

By: /s/ Erin K. McSherry_____
ERIN K. McSHERRY, City Attorney*
200 Lincoln Avenue
Post Office Box 909
Santa Fe, NM 87504-0909
(505) 955-6967
Email: mdmartinez@santafenm.gov

15
16
17

18

*Admitted *pro hac vice*

19

Attorney for Plaintiff
CITY OF SANTA FE

20

21

22

23

24

25

26

27

28

By: /s/ Erin Monju
ERIN MONJU*
KATHERINE COURTNEY (CA Bar No. 341165)
NAOMI TSU**
JILL HABIG (CA Bar No. 268770)
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
erin@publicrightsproject.org
katiec@publicrightsproject.org
jill@publicrightsproject.org
naomi@publicrightsproject.org

* Admitted *pro hac vice*; practicing under supervision of
D.C. Bar member pursuant to Local Rule 49(c)(8) while
application to the D.C. Bar is pending

** Admitted *pro hac vice*

Attorneys for Plaintiffs
CITIES OF MINNEAPOLIS, NEW HAVEN,
PORTLAND, ST. PAUL, SANTA FE, SEATTLE,
ALBANY, ALBUQUERQUE, BEND, BOSTON,
CAMBRIDGE, CHICAGO, COLUMBUS, CULVER
CITY, DENVER, ROCHESTER, and WILSONVILLE
and COUNTIES OF ALLEGHENY, DANE,
HENNEPIN, MULTNOMAH, and PIERCE


DONNA R. ZIEGLER
County Counsel, County of Alameda

By: /s/ Jason M. Allen
K. SCOTT DICKEY
Assistant County Counsel
JASON M. ALLEN
Senior Deputy County Counsel
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700
E-mails: scott.dickey@acgov.org
           jason.allen@acgov.org

Attorneys for Plaintiff
COUNTY OF ALAMEDA

1

2

ROBERT MAGEE*
Corporation Counsel

By:  */s/ Robert Magee*
    City Hall, Room 106

3

4

24 Eagle St
Albany, NY 12207
Tel: 518-434-5050
Email: rmagee@albanyny.gov

5

6

*Admitted *pro hac vice*

7

8

Attorney for Plaintiff
CITY OF ALBANY

9

10

By:  */s/ Lauren Keefe*
    LAUREN KEEFE, City Attorney (NM Lic. 14664)*

11

DEVON P. KING, Deputy City Attorney (NM Lic. 148108)*

12

One Civic Plaza NW
PO Box 2248

13

Albuquerque, NM 87103
Telephone: 505-768-4500

14

lkeefe@cabq.gov
dking@cabq.gov

15

16

*Application for admission *pro hac vice* forthcoming

17

18

Attorneys for Plaintiff
CITY OF ALBUQUERQUE

19

20

EBONY M. THOMPSON
Baltimore City Solicitor

21

By:  */s/ Christopher Sousa*
    Christopher Sousa (264874)

22

Baltimore City Department of Law

23

100 N. Holliday Street
Baltimore, Maryland 21202

24

410.396.3947
christopher.sousa@baltimorecity.gov

25

26

Attorneys for Plaintiff
CITY OF BALTIMORE

27

28

OFFICE OF THE CITY ATTORNEY FOR
THE CITY OF BEND

By: */s/ Ian M. Leitheiser*
 Ian M. Leitheiser (OSB #993106)*
 *City Attorney*
 Elizabeth Oshel (OSB #104705)*
 *Senior Assistant City Attorney*
 Michael J. Gaffney (OSB #251680)*
 *Senior Assistant City Attorney*
 City of Bend
 PO Box 431
 Bend, OR 97709
 (541) 693-2128
 ileitheiser@bendoregon.gov
 eoshel@bendoregon.gov
 mgaffney@bendoregon.gov

 *Application for admission *pro hac vice* forthcoming

 Attorneys for Plaintiff
 CITY OF BEND


By: */s/ Benjamin L. Stock*
 Benjamin L. Stock (SBN 208774)
 Stephen A. McEwen (SBN 186512)
 Eileen L. Ollivier (SBN 345880)
 BURKE, WILLIAMS & SORENSEN, LLP
 1999 Harrison Street, Suite 1650
 Oakland, California 94612-3520
 Tel:  510.273.8780    Fax:  510.839.9104
 bstock@bwslaw.com
 smcewen@bwslaw.com
 eollivier@bwslaw.com

 Attorneys for Plaintiff
 CITY OF BENICIA

1

By: */s/ Farimah F. Brown*
Farimah F. Brown, City Attorney, SBN 201227

2

Katrina L. Eiland, Deputy City Attorney, SBN 275701

Laura Iris Mattes, Deputy City Attorney, SBN 310594

3

Stephen A. Hylas, Deputy City Attorney, SBN 319833

BERKELEY CITY ATTORNEY'S OFFICE

4

2180 Milvia Street, Fourth Floor

Berkeley, CA 94704

5

Telephone: (510) 981-6998

Facsimile: (510) 981-6960

6

keiland@berkeleyca.gov

lmattes@berkeleyca.gov

7

shylas@berkeleyca.gov

8

Attorneys for Plaintiff

9

CITY OF BERKELEY

10

11

ADAM CEDERBAUM

Corporation Counsel

12

By: */s/ Samuel Dinning*

13

SAMUEL DINNING (MA BBO# 704304)*

Chief of Staff & Policy

14

KATHERINE AUBUCHON-JONES (MA BBO#

15

705490)*

Senior Assistant Corporation Counsel

16

City of Boston Law Department

1 City Hall Plaza, Room 615

17

Boston, MA 02201

Telephone: 617-635-4034

18

samuel.dinning@boston.gov

19

katherine.jones@boston.gov

20

*Application for admission *pro hac vice* forthcoming

21

Attorneys for Plaintiff

22

CITY OF BOSTON

23

24

25

26

27

28

1

2

CITY OF CAMBRIDGE, LAW DEPARTMENT
MEGAN B. BAYER, CITY SOLICITOR

3

By: */s/ Megan B. Bayer*

4

Megan B. Bayer (MA BBO No. 669494)*
*City Solicitor*

5

Sean M. McKendry (MA BBO No. 678844)*
*Assistant City Solicitor*

6

Sydney M. Wright (MA BBO No. 698565)**
*Assistant City Solicitor*

7

Cambridge City Hall, 3rd Floor
795 Massachusetts Avenue

8

Cambridge, MA 02139
(617) 349-4121

9

mbayer@cambridgema.gov
smckendry@cambridgema.gov

10

swright@cambridgema.gov

11

*Admitted *pro hac vice*

12

**Application for admission *pro hac vice* forthcoming

13

Attorneys for Plaintiff
CITY OF CAMBRIDGE

14

15

By: */s/ Stephen A. McEwen*

16

Stephen A. McEwen (SBN 186512)
Eileen L. Ollivier (SBN 345880)

17

BURKE, WILLIAMS & SORENSEN, LLP
1770 Iowa Avenue, Suite 240

18

Riverside, CA 92507-2479

19

Tel: 951.788.0100    Fax: 951.788.5785
smcewen@bwslaw.com

20

eollivier@bwslaw.com

21

Attorneys for Plaintiff
CITY OF CATHEDRAL CITY

22

23

24

25

26

27

28

MARY B. RICHARDSON-LOWRY
Corporation Counsel of the City of Chicago

By: */s/ Rebecca Hirsch*
Rebecca Hirsch (rebecca.hirsch2@cityofchicago.org)
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
Tel: (313) 744-8143

Attorneys for Plaintiff
CITY OF CHICAGO


CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY

By: */s/ Richard N. Coglianese*
Richard N. Coglianese (0066830)
Assistant City Attorney
77 N. Front Street, 4th Floor
Columbus, Ohio 43215
(614) 645-0818 Phone
(614) 645-6949 Fax
rncoglianese@columbus.gov

Attorneys for Plaintiff
CITY OF COLUMBUS

OFFICE OF THE CORPORATION COUNSEL FOR
DANE COUNTY

By: */s/ Carlos A. Pabellon*
Carlos A. Pabellon (WSB # 1046945)*
*Corporation Counsel*
David R. Gault (WSB # 1016374)*
*Deputy Corporation Counsel*
County of Dane
City-County Building, Room 419
210 Martin Luther King, Jr. Blvd.
Madison, WI 53703
(608) 266-4355
pabellon.carlos@danecounty.gov
gault@danecounty.gov

*Admitted *pro hac vice*

Attorneys for Plaintiff
COUNTY OF DANE


ASHLEY M. KELLIHER
Assistant City Attorney

By: */s/ Ashley M. Kelliher*
Ashley M. Kelliher (CO Bar No. 40220)*
Assistant City Attorney
Denver City Attorney's Office
201 West Colfax Avenue Denver, Colorado 80202
720-913-3137 (phone)
720-913-3190 (fax)
ashley.kelliher@denvergov.org

*Application for admission *pro hac vice* forthcoming

Attorney for Plaintiff
CITY AND COUNTY OF DENVER

By: /s/ Samantha W. Zutler
Samantha W. Zutler (SBN 238514)
Eileen L. Ollivier (SBN 345880)
BURKE, WILLIAMS & SORENSEN, LLP
1 California Street, Suite 3050
San Francisco, CA 94111-5432
Tel:  415.655.8100    Fax:  415.655.8099
szutler@bwslaw.com
eollivier@bwslaw.com

Attorneys for Plaintiffs
CITIES OF HEALDSBURG and WATSONVILLE


MARY F. MORIARTY
Hennepin County Attorney

By: /s/ Rebecca Holschuh
Rebecca L.S. Holschuh (MN Lic. #0392251)*
Brittany K. McCormick (MN Lic. #0395175)*
Assistant County Attorneys
300 South Sixth Street
Minneapolis, MN 55487
Tel: 612-673-3000
Rebecca.Holschuh@hennepin.us
Brittany.McCormick@hennepin.us

*Admitted pro hac vice

Attorneys for Plaintiff
COUNTY OF HENNEPIN


HYDEE FELDSTEIN SOTO
City Attorney of the City of Los Angeles

By: /s/ Michael J. Dundas
Michael J. Dundas (CA Bar No. 226930)
Joshua M. Templet (CA Bar No. 267098)
Office of the Los Angeles City Attorney
200 North Main Street, Room 800
Los Angeles, California 90012
Tel: (213) 978-8100
mike.dundas@lacity.org
joshua.templet@lacity.org

Attorneys for Plaintiff
CITY OF LOS ANGELES

1    BRIAN E. WASHINGTON
2    County Counsel

3    By:  /s/ Edward F. Sears
     Kate K. Stanford, Deputy County Counsel
4    Edward F. Sears, Deputy County Counsel
     3501 Civic Center Drive, Suite 275
5    San Rafael, CA 94903
     Tel: (415) 473-6117
6    kate.stanford@marincounty.gov
     ned.sears@marincounty.gov
7

8    Attorneys for Plaintiff
     COUNTY OF MARIN
9

10   By:  /s/ Nira F. Doherty
     Nira F. Doherty (SBN 254523)
11   Stephen A. McEwen (SBN 186512)
     Eileen L. Ollivier (SBN 345880)
12   BURKE, WILLIAMS & SORENSEN, LLP
     1999 Harrison Street, Suite 1650
13   Oakland, California 94612-3520
     Tel:  510.273.8780    Fax:  510.839.9104
14   ndoherty@bwslaw.com
     smcewen@bwslaw.com
15   eollivier@bwslaw.com
16

17   Attorneys for Plaintiff
     CITY OF MENLO PARK
18

19   By:  /s/ B. Andrew Jones
     B. Andrew Jones*
20   Deputy County Attorney, Oregon State Bar No. 091786
     Multnomah County Attorneys Office
21   501 SE Hawthorne Blvd, Suite 500
     Portland, OR, 97214
22   Phone: (503)-988-3138
     Mobile: (971)-678-7526
23   Fax: (503)-988-3377
     Email: andy.jones@multco.us
24

25   *Application for admission *pro hac vice* forthcoming
26

27   Attorney for Plaintiff
     MULTNOMAH COUNTY
28

By: /s/ Michelle Marchetta Kenyon
Michelle Marchetta Kenyon (SBN 127969), City Attorney
Stephen A. McEwen (SBN 186512)
Eileen L. Ollivier (SBN 345880)
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel:  510.273.8780    Fax:  510.839.9104
mkenyon@bwslaw.com
smcewen@bwslaw.com
eollivier@bwslaw.com

Attorneys for Plaintiffs
CITIES OF PACIFICA and ROHNERT PARK


By: /s/ Molly S. Stump
Molly S. Stump, City Attorney SBN 177165
Caio A. Arellano, Chief Assistant City Attorney SBN 262168
Mark J. Vanni, Assistant City Attorney SBN 267892
City Of Palo Alto
250 Hamilton Ave., 8th Floor
Palo Alto, CA 94301
Telephone: (650) 329-2171
Facsimile: (650) 320-2646
Email: Molly.Stump@PaloAlto.gov
Caio.Arellano@PaloAlto.gov
Mark.Vanni@PaloAlto.gov

Attorneys for Plaintiff
CITY OF PALO ALTO


By: /s/ Eric Danly
Eric Danly
City Attorney
City of Petaluma
11 English St, Petaluma, CA 94952-2610
Telephone: 707-778-4402
E-Mail: EDanly@cityofpetaluma.org

Attorney for Plaintiff
CITY OF PETALUMA

1

2

MARY E. ROBNETT
Pierce County Prosecuting Attorney

3

By: /s/ Kristal M. Cowger
     KRISTAL M. COWGER, WSBA # 43079*

4

     JONATHAN R. SALAMAS, WSBA # 39781*
     Deputy Prosecuting Attorneys / Civil

5

     930 Tacoma Avenue South, Suite 946
     Tacoma, WA  98402-2102

6

     Ph: 253-798-7400 / Fax: 253-798-6713
     kristal.cowger@piercecountywa.gov

7

     jonathan.salamas@piercecountywa.gov

8

     *Admitted *pro hac vice*

9

     Attorneys for Plaintiff
     PIERCE COUNTY

10

11

DAVID ALESHIRE
City Attorney

12

13

By: /s/ Kimberly Y. Chin
     SHANNON MOORE, Chief Assistant City Attorney

14

     KIMBERLY Y. CHIN, Senior Assistant City Attorney
     450 Civic Center Plaza

15

     Richmond, CA  94804-1630
     Tel: 510-620-6509

16

     Fax: 510-620-6518
     Email: Shannon_Moore@ci.richmond.ca.us

17

     Email: Kimberly_Chin@ci.richmond.ca.us

18

     Attorneys for Plaintiff
     CITY OF RICHMOND

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: */s/ John D. Nibbelin*
    JOHN D. NIBBELIN, County Counsel (SBN 184603)
    Rebecca M. Archer, Chief Deputy Counsel (SBN 202743)
    Lauren F. Carroll, Deputy County Counsel (SNB 333446)
    500 County Center, 4th Floor
    Redwood City, CA 94063
    Telephone: 650-363-4757
    jnibbelin@smcgov.org
    rmarcher@smcgov.org
    lcarroll@smcgov.org

    Attorneys for Plaintiff
    COUNTY OF SAN MATEO


By: */s/ Teresa L. Stricker*
    TERESA L. STRICKER, City Attorney (CA Lic. 160601)
    AUTUMN LUNA, Chief Assistant City Attorney (CA Lic. 288506)
    ADAM S. ABEL, Assistant City Attorney (CA Lic. 148210)
    HANNAH E. FORD-STILLE, Deputy City Attorney (CA Lic. 335113)
    100 Santa Rosa Ave, Room 8
    Santa Rosa, CA 95404
    Telephone: (707) 543-3040
    tstricker@srcity.org
    aluna@srcity.org
    aabel@srcity.org
    hfordstille@srcity.org

    Attorneys for Plaintiff
    CITY OF SANTA ROSA


By: */s/ Joshua A. Myers*
    Robert H. Pittman, County Counsel (SBN 172154)
    Joshua A. Meyers, Chief Deputy County Counsel (SBN 250988)
    575 Administration Drive, Room 105A
    Santa Rosa, California 95403
    Telephone: (707) 565-2421
    Joshua.Myers@sonoma-county.org

    Attorneys for Plaintiff
    COUNTY OF SONOMA

By: _/s/ Amanda Guile-Hinman_
Amanda R. Guile-Hinman, OSB #093706*
29799 SW Town Center Loop E
Wilsonville, OR 97070
guile@wilsonvilleoregon.gov
(503) 570-1509

*Admitted _pro hac vice_

Attorney for Plaintiff
CITY OF WILSONVILLE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

I, BILL NGUYEN, am the ECF user whose identification and password are being used to file this STIPULATED REQUEST FOR ORDER ENLARGING TIME TO FILE OPPOSITION TO AND REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.