DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
Telephone: (415) 355-3308
Facsimile: (415) 437-4644
E-Mail: karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
BILL NGUYEN, SBN 333671
Litigation Fellow
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE, COUNTY OF ALAMEDA, CITY OF ALBANY, CITY OF ALBUQUERQUE, COUNTY OF ALLEGHENY, CITY OF BALTIMORE, CITY OF BEND, CITY OF BENICIA, CITY OF BERKELEY, CITY OF BOSTON, CITY OF CAMBRIDGE, CITY OF CATHEDRAL CITY, CITY OF CHICAGO, CITY OF COLUMBUS, CITY OF CULVER CITY, COUNTY OF DANE, CITY AND COUNTY OF DENVER, CITY OF HEALDSBURG, COUNTY OF HENNEPIN, CITY OF LOS ANGELES, COUNTY OF MARIN, CITY OF MENLO PARK, MULTNOMAH COUNTY, CITY OF PACIFICA, CITY OF PALO ALTO, CITY OF PETALUMA, PIERCE COUNTY, CITY OF RICHMOND, CITY OF ROCHESTER, CITY OF ROHNERT PARK, COUNTY OF SAN MATEO, CITY OF SANTA | Case No. 3:25-cv-1350-WHO<br><br>**DECLARATION OF BILL NGUYEN IN SUPPORT OF STIPULATED REQUEST FOR ORDER ENLARGING TIME TO FILE OPPOSITION TO AND REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

ROSA, COUNTY OF SONOMA, CITY OF WATSONVILLE, CITY OF WILSONVILLE,

    Plaintiffs,

    vs.

DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, RUSSELL VOUGHT, Director of United States Office of Management and Budget, UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, DOES 1-100,

    Defendants.

I, Bill Nguyen, declare and state the following:

1. I am over the age of 18. I am a resident of the State of California; a member of the Bar of this Court; a Litigation Fellow with the Office of the County Counsel, County of Santa Clara; and an attorney of record for Plaintiff the County of Santa Clara in the action *City and County of San Francisco v. Trump*, No. 25-cv-1350 (N.D. Cal.), filed in this District on February 7, 2025. Pursuant to Northern District of California Civil Local Rule 6-2(a), I make this declaration in support of the parties' Stipulated Request for Order Enlarging Time to File Opposition to and Reply in Support of Defendants' Motion to Dismiss the Second Amended Complaint. I state the matters herein of my personal knowledge. If called on to do so, I could and would testify to them.

2. Attached hereto as **Exhibit 1** is a true and correct copy of email correspondence between Plaintiffs' counsel and Defendants' counsel regarding the parties' proposed briefing schedule.

3. **Requested enlargement of time**: The parties request an additional three weeks for Plaintiffs to file their opposition to Defendants' motion to dismiss, extending the deadline from September 9, 2025, to September 30, 2025. If that extension is granted, the parties also request an additional nine days for Defendants to file their reply in support of their motion, extending the deadline from October 7, 2025, to October 16, 2025.

Nguyen Decl. ISO Stipulation to Enlarge Time;
Case No. 3:25-cv-1350-WHO

2

4.     **Reasons for request**: Most of Plaintiffs' counsel responsible for drafting their opposition to Defendants' motion to dismiss have scheduling conflicts that make the current filing deadline—September 9, 2025—difficult to meet.  Ex. 1.  Two attorneys are out of office from September 2 to 15 and from September 5 to 15, respectively.  *Id.*  Another has just completed a trial that could be on appeal this week, and will be out of office from September 12 to 15.  *Id.*  And a fourth attorney has three California Supreme Court briefs due between now and September 12.  *Id.*  Plaintiffs therefore seek—and Defendants consent to—an additional three weeks for filing their opposition.  Conversely, if that extension is granted, Defendants' counsel responsible for drafting their reply in support of their motion have scheduling conflicts that make the new filing deadline—October 7, 2025—difficult to meet.  *Id.*  Defendants' counsel have pre-scheduled leave in the first two weeks of October, October 13 is a federal holiday, and two attorneys are out on leave on October 14.  *Id.*  Defendants therefore seek—and Plaintiffs consent to—an additional nine days for filing their reply.

5.     **Previous time modifications**: There have been four prior modifications to Court deadlines in this case.  On April 29, 2025, the Court granted Defendants' Motion for 48-Hour Extension of Time to Ensure Notice of Preliminary Injunction to "All Federal Departments and Agencies."  ECF No. 121.  On May 6, 2025, the Court granted Plaintiffs' Motion to Shorten Time for Expedited Briefing and Hearing on Motion to Enforce or Modify Preliminary Injunction.  ECF No. 131.  On July 2, 2025, the Court entered the parties' stipulated briefing schedule on Plaintiffs' motion to file the second amended complaint and extended the Defendants' deadline for filing a response or motion to dismiss the operative complaint.  ECF No. 150.  Finally, on August 5, 2025, the Court granted Plaintiffs' Motion to Shorten Time and Establish Expedited Briefing and Hearing Schedule for Plaintiffs' Motion for Second Preliminary Injunction.  ECF No. 186.

6.     **Effect of requested time modification on schedule**: If granted, Plaintiffs' requested time modification would have no effect on any other aspect of the schedule in this case, which consists of a hearing on Defendants' motion to dismiss the second amended complaint on October 22, 2025.  The parties expect that the enlarged briefing schedule would not affect that hearing date, in part because the briefing will largely recapitulate facts and arguments the Court is already familiar with.

//

Nguyen Decl. ISO Stipulation to Enlarge Time;
Case No. 3:25-cv-1350-WHO

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed in San José, California, on September 3, 2025.

*Bill Nguyen*
BILL NGUYEN

Nguyen Decl. ISO Stipulation to Enlarge Time;
Case No. 3:25-cv-1350-WHO

4

# Exhibit 1

| | |
|---|---|
| **From:** | Turcios, Victoria E (CIV) |
| **To:** | Harris, Nancy (CAT); Tilak, Karun (CAT) |
| **Cc:** | "avelasquez@cityofsacramento.org"; "cwill@cityofsacramento.org"; "jgifford@cityofsacramento.org"; "jmaddox@cityofsacramento.org"; "mnavarez@cityofsacramento.org"; "smacdonald@cityofsacramento.org"; "ann.davison@seattle.gov"; "anthony.edwards@ci.stpaul.mn.us"; LoPresti, Tony; Williams, Tara; Ide, Kimberly; "hjordan@martenlaw.com"; "bdaluiso@martenlaw.com"; "dallas.lepierre@seattle.gov"; "david.hackett@kingcounty.gov"; Gutierrez, Sarah (CAT); CityAttorney (CAT); "ekmcsherry@santafenm.gov"; "mduong@oaklandcityattorney.org"; "maria.d.rodriguez@cco.sccgov.org"; "ledwards@oaklandcityattorney.org"; "jhulingdelaye@oaklandcityattorney.org"; "gbernier@oaklandcityattorney.org"; "jill@publicrightsproject.org"; "John.Kennedy@emeryville.org"; "jrau@sandiego.gov"; Rojo, Bianca (CAT); Hoang, Christine (CAT); "cmplxafflit@recap.email"; Eisenberg, Sara (CAT); "kunderwood@cityofsacramento.org"; "eananywu@cityofsacramento.org"; Narayan, Kavita; "kerala.cowart@seattle.gov"; "kristyn.anderson@minneapolismn.gov"; "lyndsey.olson@ci.stpaul.mn.us"; "mbee@oaklandcityattorney.org"; "ccarden@oaklandcityattorney.org"; "jsmith@oaklandcityattorney.org"; "cwilson@oaklandcityattorney.org"; "mgrable@sandiego.gov"; "mankcorn@sandiego.gov"; "mark-ankcorn-613@dktvue.com"; "mark212fax@gmail.com"; Johnson, Meredith; Rayer, Gina; Lee, Mollie (CAT); "naomi.sheffield@portlandoregon.gov"; "allison.mccoppen@portlandoregon.gov"; "amaya.blancochapin@portlandoregon.gov"; "naomirtsu@gmail.com"; "pking@newhavenct.gov"; paul.lawrence_pacificalawgroup_com; Narayan, Rajiv; "rebecca.widen@seattle.gov"; "erin.sundberg@seattle.gov"; "ghazal.sharifi@seattle.gov"; "grace.selsor@seattle.gov"; "jay.beck@seattle.gov"; "laura.sanabria@seattle.gov"; "sara.lathrop@minneapolismn.gov"; Hassett, Martina (CAT); yvonne.mere@sfcityatty.org; "sharda.enslin@minneapolismn.gov"; Wilson, Stefanie; McGuire, Caroline (CIV); Perez, Elianis (CIV); Fleming, Angel (CIV); Zimliki, Lindsay (CIV); Fascett, Lauren (CIV); "Erin Monju"; Katie Courtney; Nguyen, Bill; lcarroll@smcgov.org; ned.sears@marincounty.gov; kate.stanford@marincounty.gov; christopher.sousa@baltimorecity.gov; rebecca.hirsch2@cityofchicago.org |
| **Subject:** | [EXTERNAL] RE: City & County of S.F. v. Trump, 25-cv-1350 |
| **Date:** | Friday, August 29, 2025 4:12:44 PM |

Hi Nancy,

Understood. Defendants will consent to an additional three weeks for Plaintiffs to file their opposition to the MTD (until September 30, 2025) on the condition that Plaintiffs agree to extending the Defendants' reply deadline until October 16, 2025 (rather than October 14th). We had initially proposed the earlier briefing dates because we have pre-scheduled leave in the first and second weeks of October. Additionally, October 13th is a federal holiday and two of the four trial attorneys working on this matter are out on leave October 14th.

Please let me know if this plan works for Plaintiffs.
Best,

Victoria

P.s. Congratulations on your nuptials, Karun!

---

**From:** Harris, Nancy (CAT) <Nancy.Harris@sfcityatty.org>
**Sent:** Friday, August 29, 2025 4:47 PM
**To:** Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>; Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>
**Cc:** 'avelasquez@cityofsacramento.org' <avelasquez@cityofsacramento.org>; 'cwill@cityofsacramento.org' <cwill@cityofsacramento.org>; 'jgifford@cityofsacramento.org' <jgifford@cityofsacramento.org>; 'jmaddox@cityofsacramento.org' <jmaddox@cityofsacramento.org>; 'mnavarez@cityofsacramento.org' <mnavarez@cityofsacramento.org>; 'smacdonald@cityofsacramento.org'

<smacdonald@cityofsacramento.org>; 'ann.davison@seattle.gov' <ann.davison@seattle.gov>; 'anthony.edwards@ci.stpaul.mn.us' <anthony.edwards@ci.stpaul.mn.us>; 'tony.lopresti@cco.sccgov.org' <tony.lopresti@cco.sccgov.org>; 'tara.williams@cco.sccgov.org' <tara.williams@cco.sccgov.org>; 'kimberly.ide@cco.sccgov.org' <kimberly.ide@cco.sccgov.org>; 'hjordan@martenlaw.com' <hjordan@martenlaw.com>; 'bdaluiso@martenlaw.com' <bdaluiso@martenlaw.com>; 'dallas.lepierre@seattle.gov' <dallas.lepierre@seattle.gov>; 'david.hackett@kingcounty.gov' <david.hackett@kingcounty.gov>; Gutierrez, Sarah (CAT) <Sarah.Gutierrez@sfcityatty.org>; CityAttorney (CAT) <cityattorney@SFCITYATTY.ORG>; 'ekmcsherry@santafenm.gov' <ekmcsherry@santafenm.gov>; 'mduong@oaklandcityattorney.org' <mduong@oaklandcityattorney.org>; 'maria.d.rodriguez@cco.sccgov.org' <maria.d.rodriguez@cco.sccgov.org>; 'ledwards@oaklandcityattorney.org' <ledwards@oaklandcityattorney.org>; 'jhulingdelaye@oaklandcityattorney.org' <jhulingdelaye@oaklandcityattorney.org>; 'gbernier@oaklandcityattorney.org' <gbernier@oaklandcityattorney.org>; 'jill@publicrightsproject.org' <jill@publicrightsproject.org>; 'John.Kennedy@emeryville.org' <John.Kennedy@emeryville.org>; 'jrau@sandiego.gov' <jrau@sandiego.gov>; Rojo, Bianca (CAT) <Bianca.Rojo@sfcityatty.org>; Hoang, Christine (CAT) <Christine.Hoang@sfcityatty.org>; 'cmplxafflit@recap.email' <cmplxafflit@recap.email>; Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; 'kunderwood@cityofsacramento.org' <kunderwood@cityofsacramento.org>; 'eananywu@cityofsacramento.org' <eananywu@cityofsacramento.org>; 'Kavita.Narayan@cco.sccgov.org' <Kavita.Narayan@cco.sccgov.org>; 'kerala.cowart@seattle.gov' <kerala.cowart@seattle.gov>; 'kristyn.anderson@minneapolismn.gov' <kristyn.anderson@minneapolismn.gov>; 'lyndsey.olson@ci.stpaul.mn.us' <lyndsey.olson@ci.stpaul.mn.us>; 'mbee@oaklandcityattorney.org' <mbee@oaklandcityattorney.org>; 'ccarden@oaklandcityattorney.org' <ccarden@oaklandcityattorney.org>; 'jsmith@oaklandcityattorney.org' <jsmith@oaklandcityattorney.org>; 'cwilson@oaklandcityattorney.org' <cwilson@oaklandcityattorney.org>; 'mgrable@sandiego.gov' <mgrable@sandiego.gov>; 'mankcorn@sandiego.gov' <mankcorn@sandiego.gov>; 'mark-ankcorn-613@dktvue.com' <mark-ankcorn-613@dktvue.com>; 'mark212fax@gmail.com' <mark212fax@gmail.com>; 'meredith.johnson@cco.sccgov.org' <meredith.johnson@cco.sccgov.org>; 'gina.rayer@cco.sccgov.org' <gina.rayer@cco.sccgov.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; 'naomi.sheffield@portlandoregon.gov' <naomi.sheffield@portlandoregon.gov>; 'allison.mccoppen@portlandoregon.gov' <allison.mccoppen@portlandoregon.gov>; 'amaya.blancochapin@portlandoregon.gov' <amaya.blancochapin@portlandoregon.gov>; 'naomirtsu@gmail.com' <naomirtsu@gmail.com>; 'pking@newhavenct.gov' <pking@newhavenct.gov>; paul.lawrence_pacificalawgroup_com <paul.lawrence@pacificalawgroup.com>; 'rajiv.narayan@cco.sccgov.org' <rajiv.narayan@cco.sccgov.org>; 'rebecca.widen@seattle.gov' <rebecca.widen@seattle.gov>; 'erin.sundberg@seattle.gov' <erin.sundberg@seattle.gov>; 'ghazal.sharifi@seattle.gov' <ghazal.sharifi@seattle.gov>; 'grace.selsor@seattle.gov' <grace.selsor@seattle.gov>; 'jay.beck@seattle.gov' <jay.beck@seattle.gov>; 'laura.sanabria@seattle.gov' <laura.sanabria@seattle.gov>; 'sara.lathrop@minneapolismn.gov' <sara.lathrop@minneapolismn.gov>; Hassett, Martina (CAT) <Martina.Hassett@sfcityatty.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>; 'sharda.enslin@minneapolismn.gov' <sharda.enslin@minneapolismn.gov>; 'stefanie.wilson@cco.sccgov.org'

<stefanie.wilson@cco.sccgov.org>; McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; 'Erin Monju' <erin@publicrightsproject.org>; Katie Courtney <katiec@publicrightsproject.org>; Nguyen, Bill <bill.nguyen@cco.sccgov.org>; lcarroll@smcgov.org; ned.sears@marincounty.gov; kate.stanford@marincounty.gov; christopher.sousa@baltimorecity.gov; rebecca.hirsch2@cityofchicago.org
**Subject:** [EXTERNAL] RE: City & County of S.F. v. Trump, 25-cv-1350

Hi Victoria,

I'm weighing in for Karun, as he is preparing to leave for his honeymoon this weekend. The lead lawyers on this case from Santa Clara County and my office have a number of conflicts over the next couple of weeks that make the proposed deadlines very difficult. Two of our lead lawyers will be out of the office for travel from September 2-15 and 5-15, respectively. Another is in trial that could be on appeal next week and out of office from Sept. 12-15. I have three CA Supreme Court briefs due between now and September 12.

Can you reconsider our proposal that Plaintiffs' opposition brief be due on September 30, with an additional week for Defendants to file their reply (to October 14). We aren't proposing to move the hearing date, so I don't believe there is any prejudice caused by the proposed briefing schedule.

We'd appreciate your consideration here and just note that last week we extended a professional courtesy extension to your colleague on the Ninth Circuit briefing without any contingencies.

Thank you,
Nancy


**Nancy Harris**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-3957 Direct
www.sfcityattorney.org

*Please note: Due to our hybrid work schedule, email is the best way to reach me.*

CONFIDENTIALITY NOTICE: This electronic message transmission contains information that may be confidential or protected by the attorney-client privilege and/or the attorney work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify me immediately by email and delete the original message.

**From:** Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>
**Sent:** Friday, August 29, 2025 11:16 AM
**To:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>
**Cc:** 'avelasquez@cityofsacramento.org' <avelasquez@cityofsacramento.org>; 'cwill@cityofsacramento.org' <cwill@cityofsacramento.org>; 'jgifford@cityofsacramento.org' <jgifford@cityofsacramento.org>; 'jmaddox@cityofsacramento.org' <jmaddox@cityofsacramento.org>; 'mnavarez@cityofsacramento.org' <mnavarez@cityofsacramento.org>; 'smacdonald@cityofsacramento.org' <smacdonald@cityofsacramento.org>; 'ann.davison@seattle.gov' <ann.davison@seattle.gov>; 'anthony.edwards@ci.stpaul.mn.us' <anthony.edwards@ci.stpaul.mn.us>; 'tony.lopresti@cco.sccgov.org' <tony.lopresti@cco.sccgov.org>; 'tara.williams@cco.sccgov.org' <tara.williams@cco.sccgov.org>; 'kimberly.ide@cco.sccgov.org' <kimberly.ide@cco.sccgov.org>; 'hjordan@martenlaw.com' <hjordan@martenlaw.com>; 'bdaluiso@martenlaw.com' <bdaluiso@martenlaw.com>; 'dallas.lepierre@seattle.gov' <dallas.lepierre@seattle.gov>; 'david.hackett@kingcounty.gov' <david.hackett@kingcounty.gov>; Gutierrez, Sarah (CAT) <Sarah.Gutierrez@sfcityatty.org>; CityAttorney (CAT) <cityattorney@SFCITYATTY.ORG>; 'ekmcsherry@santafenm.gov' <ekmcsherry@santafenm.gov>; 'mduong@oaklandcityattorney.org' <mduong@oaklandcityattorney.org>; 'maria.d.rodriguez@cco.sccgov.org' <maria.d.rodriguez@cco.sccgov.org>; 'ledwards@oaklandcityattorney.org' <ledwards@oaklandcityattorney.org>; 'jhulingdelaye@oaklandcityattorney.org' <jhulingdelaye@oaklandcityattorney.org>; 'gbernier@oaklandcityattorney.org' <gbernier@oaklandcityattorney.org>; 'jill@publicrightsproject.org' <jill@publicrightsproject.org>; 'John.Kennedy@emeryville.org' <John.Kennedy@emeryville.org>; 'jrau@sandiego.gov' <jrau@sandiego.gov>; Rojo, Bianca (CAT) <Bianca.Rojo@sfcityatty.org>; Hoang, Christine (CAT) <Christine.Hoang@sfcityatty.org>; 'cmplxafflit@recap.email' <cmplxafflit@recap.email>; Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; 'kunderwood@cityofsacramento.org' <kunderwood@cityofsacramento.org>; 'eananywu@cityofsacramento.org' <eananywu@cityofsacramento.org>; 'Kavita.Narayan@cco.sccgov.org' <Kavita.Narayan@cco.sccgov.org>; 'kerala.cowart@seattle.gov' <kerala.cowart@seattle.gov>; 'kristyn.anderson@minneapolismn.gov' <kristyn.anderson@minneapolismn.gov>; 'lyndsey.olson@ci.stpaul.mn.us' <lyndsey.olson@ci.stpaul.mn.us>; 'mbee@oaklandcityattorney.org' <mbee@oaklandcityattorney.org>; 'ccarden@oaklandcityattorney.org' <ccarden@oaklandcityattorney.org>; 'jsmith@oaklandcityattorney.org' <jsmith@oaklandcityattorney.org>; 'cwilson@oaklandcityattorney.org' <cwilson@oaklandcityattorney.org>; 'mgrable@sandiego.gov' <mgrable@sandiego.gov>; 'mankcorn@sandiego.gov' <mankcorn@sandiego.gov>; 'mark-ankcorn-613@dktvue.com' <mark-ankcorn-613@dktvue.com>; 'mark212fax@gmail.com' <mark212fax@gmail.com>; 'meredith.johnson@cco.sccgov.org' <meredith.johnson@cco.sccgov.org>; 'gina.rayer@cco.sccgov.org' <gina.rayer@cco.sccgov.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Harris, Nancy (CAT) <Nancy.Harris@sfcityatty.org>; 'naomi.sheffield@portlandoregon.gov' <naomi.sheffield@portlandoregon.gov>; 'allison.mccoppen@portlandoregon.gov' <allison.mccoppen@portlandoregon.gov>; 'amaya.blancochapin@portlandoregon.gov' <amaya.blancochapin@portlandoregon.gov>; 'naomirtsu@gmail.com' <naomirtsu@gmail.com>; 'pking@newhavenct.gov'

<pking@newhavenct.gov>; paul.lawrence_pacificalawgroup_com <paul.lawrence@pacificalawgroup.com>; 'rajiv.narayan@cco.sccgov.org' <rajiv.narayan@cco.sccgov.org>; 'rebecca.widen@seattle.gov' <rebecca.widen@seattle.gov>; 'erin.sundberg@seattle.gov' <erin.sundberg@seattle.gov>; 'ghazal.sharifi@seattle.gov' <ghazal.sharifi@seattle.gov>; 'grace.selsor@seattle.gov' <grace.selsor@seattle.gov>; 'jay.beck@seattle.gov' <jay.beck@seattle.gov>; 'laura.sanabria@seattle.gov' <laura.sanabria@seattle.gov>; 'sara.lathrop@minneapolismn.gov' <sara.lathrop@minneapolismn.gov>; Hassett, Martina (CAT) <Martina.Hassett@sfcityatty.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>; 'sharda.enslin@minneapolismn.gov' <sharda.enslin@minneapolismn.gov>; 'stefanie.wilson@cco.sccgov.org' <stefanie.wilson@cco.sccgov.org>; McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; 'Erin Monju' <erin@publicrightsproject.org>; Katie Courtney <katiec@publicrightsproject.org>; Nguyen, Bill <bill.nguyen@cco.sccgov.org>; lcarroll@smcgov.org; ned.sears@marincounty.gov; kate.stanford@marincounty.gov; christopher.sousa@baltimorecity.gov; rebecca.hirsch2@cityofchicago.org

**Subject:** RE: City & County of S.F. v. Trump, 25-cv-1350

Hi Karun,

Defendants cannot consent to your proposal. Instead, Defendants would consent to a two-week enlargement of the Plaintiffs' deadline to oppose the MTD (until September 23, 2025), on the condition that Defendants' reply deadline is extended by one week (until October 7, 2025).

Please let me know if Plaintiffs are amenable to this alternative plan.

Best,

**Victoria E. Turcios**
Trial Attorney
United States Department of Justice | Civil Division
Office of Immigration Litigation | General Litigation and Appeals Section
(202) 451-7661
victoria.e.turcios2@usdoj.gov

---

**From:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>
**Sent:** Thursday, August 28, 2025 2:50 PM
**To:** Turcios, Victoria E (CIV) <Victoria.E.Turcios2@usdoj.gov>
**Cc:** 'avelasquez@cityofsacramento.org' <avelasquez@cityofsacramento.org>; 'cwill@cityofsacramento.org' <cwill@cityofsacramento.org>; 'jgifford@cityofsacramento.org' <jgifford@cityofsacramento.org>; 'jmaddox@cityofsacramento.org' <jmaddox@cityofsacramento.org>; 'mnavarez@cityofsacramento.org'

<mnavarez@cityofsacramento.org>; 'smacdonald@cityofsacramento.org' <smacdonald@cityofsacramento.org>; 'ann.davison@seattle.gov' <ann.davison@seattle.gov>; 'anthony.edwards@ci.stpaul.mn.us' <anthony.edwards@ci.stpaul.mn.us>; 'tony.lopresti@cco.sccgov.org' <tony.lopresti@cco.sccgov.org>; 'tara.williams@cco.sccgov.org' <tara.williams@cco.sccgov.org>; 'kimberly.ide@cco.sccgov.org' <kimberly.ide@cco.sccgov.org>; 'hjordan@martenlaw.com' <hjordan@martenlaw.com>; 'bdaluiso@martenlaw.com' <bdaluiso@martenlaw.com>; 'dallas.lepierre@seattle.gov' <dallas.lepierre@seattle.gov>; 'david.hackett@kingcounty.gov' <david.hackett@kingcounty.gov>; Gutierrez, Sarah (CAT) <Sarah.Gutierrez@sfcityatty.org>; CityAttorney (CAT) <cityattorney@SFCITYATTY.ORG>; 'ekmcsherry@santafenm.gov' <ekmcsherry@santafenm.gov>; 'mduong@oaklandcityattorney.org' <mduong@oaklandcityattorney.org>; 'maria.d.rodriguez@cco.sccgov.org' <maria.d.rodriguez@cco.sccgov.org>; 'ledwards@oaklandcityattorney.org' <ledwards@oaklandcityattorney.org>; 'jhulingdelaye@oaklandcityattorney.org' <jhulingdelaye@oaklandcityattorney.org>; 'gbernier@oaklandcityattorney.org' <gbernier@oaklandcityattorney.org>; 'jill@publicrightsproject.org' <jill@publicrightsproject.org>; 'John.Kennedy@emeryville.org' <John.Kennedy@emeryville.org>; 'jrau@sandiego.gov' <jrau@sandiego.gov>; Rojo, Bianca (CAT) <Bianca.Rojo@sfcityatty.org>; Hoang, Christine (CAT) <Christine.Hoang@sfcityatty.org>; 'cmplxafflit@recap.email' <cmplxafflit@recap.email>; Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; 'kunderwood@cityofsacramento.org' <kunderwood@cityofsacramento.org>; 'eananywu@cityofsacramento.org' <eananywu@cityofsacramento.org>; 'Kavita.Narayan@cco.sccgov.org' <Kavita.Narayan@cco.sccgov.org>; 'kerala.cowart@seattle.gov' <kerala.cowart@seattle.gov>; 'kristyn.anderson@minneapolismn.gov' <kristyn.anderson@minneapolismn.gov>; 'lyndsey.olson@ci.stpaul.mn.us' <lyndsey.olson@ci.stpaul.mn.us>; 'mbee@oaklandcityattorney.org' <mbee@oaklandcityattorney.org>; 'ccarden@oaklandcityattorney.org' <ccarden@oaklandcityattorney.org>; 'jsmith@oaklandcityattorney.org' <jsmith@oaklandcityattorney.org>; 'cwilson@oaklandcityattorney.org' <cwilson@oaklandcityattorney.org>; 'mgrable@sandiego.gov' <mgrable@sandiego.gov>; 'mankcorn@sandiego.gov' <mankcorn@sandiego.gov>; 'mark-ankcorn-613@dktvue.com' <mark-ankcorn-613@dktvue.com>; 'mark212fax@gmail.com' <mark212fax@gmail.com>; 'meredith.johnson@cco.sccgov.org' <meredith.johnson@cco.sccgov.org>; 'gina.rayer@cco.sccgov.org' <gina.rayer@cco.sccgov.org>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Harris, Nancy (CAT) <Nancy.Harris@sfcityatty.org>; 'naomi.sheffield@portlandoregon.gov' <naomi.sheffield@portlandoregon.gov>; 'allison.mccoppen@portlandoregon.gov' <allison.mccoppen@portlandoregon.gov>; 'amaya.blancochapin@portlandoregon.gov' <amaya.blancochapin@portlandoregon.gov>; 'naomirtsu@gmail.com' <naomirtsu@gmail.com>; 'pking@newhavenct.gov' <pking@newhavenct.gov>; paul.lawrence_pacificalawgroup_com <paul.lawrence@pacificalawgroup.com>; 'rajiv.narayan@cco.sccgov.org' <rajiv.narayan@cco.sccgov.org>; 'rebecca.widen@seattle.gov' <rebecca.widen@seattle.gov>; 'erin.sundberg@seattle.gov' <erin.sundberg@seattle.gov>; 'ghazal.sharifi@seattle.gov' <ghazal.sharifi@seattle.gov>; 'grace.selsor@seattle.gov' <grace.selsor@seattle.gov>; 'jay.beck@seattle.gov' <jay.beck@seattle.gov>; 'laura.sanabria@seattle.gov' <laura.sanabria@seattle.gov>; 'sara.lathrop@minneapolismn.gov' <sara.lathrop@minneapolismn.gov>; Hassett, Martina (CAT) <Martina.Hassett@sfcityatty.org>;

Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>; 'sharda.enslin@minneapolismn.gov' <sharda.enslin@minneapolismn.gov>; 'stefanie.wilson@cco.sccgov.org' <stefanie.wilson@cco.sccgov.org>; McGuire, Caroline (CIV) <Caroline.McGuire@usdoj.gov>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Fleming, Angel (CIV) <Angel.Fleming@usdoj.gov>; Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; 'Erin Monju' <erin@publicrightsproject.org>; Katie Courtney <katiec@publicrightsproject.org>; Nguyen, Bill <bill.nguyen@cco.sccgov.org>; Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>; lcarroll@smcgov.org; ned.sears@marincounty.gov; kate.stanford@marincounty.gov; christopher.sousa@baltimorecity.gov; rebecca.hirsch2@cityofchicago.org
**Subject:** [EXTERNAL] City & County of S.F. v. Trump, 25-cv-1350

Victoria,

Plaintiffs' opposition to Defendants' motion to dismiss is currently due on September 9. Plaintiffs would like to request an extension of their opposition deadline to September 30. Several of Plaintiffs' counsel responsible for the briefing will be unavailable over the next two weeks due to prior commitments. We do not believe such an extension would require moving the hearing date of October 22. Please let us know if Defendants consent to this request. We are happy to discuss further if helpful.

Thanks,

**Karun Tilak**
Deputy City Attorney
Office of City Attorney David Chiu
Phone: (415) 355-3308
Email:  karun.tilak@sfcityatty.org
www.sfcityattorney.org