UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Plaintiffs,

v.

DONALD J. TRUMP, et al.,

    Defendants.

Case No. 25-cv-01350-WHO

**ORDER GRANTING STIPULATION AND RESETTING HEARING DATE**

Re: Dkt. No. 228

    The parties' stipulation "Enlarging Time to File Opposition to and Reply in Support of Defendants' Motion to Dismiss the Second Amended Complaint" is GRANTED.

    The hearing on the Motion to Dismiss is continued from October 22, 2025 to November 5, 2025 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 4, 2025



William H. Orrick
United States District Judge