IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br>　　　　　Plaintiffs,<br>v.<br>DONALD J. TRUMP, *et al.*,<br>　　　　　Defendants. | Case No. 3:25-cv-1350 (WHO)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR A STAY OF THE DEADLINE TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS IN LIGHT OF LAPSE OF APPROPRIATIONS** |

　　　　Having considered the Defendants' Unopposed Motion for a Stay of the Deadline to File a Reply in Support of Their Motion to Dismiss in Light of Lapse of Appropriations, it is hereby:

　　　　ORDERED that Defendants' deadline to file their Reply in Support of Defendants' Motion to Dismiss is STAYED.

　　　　IT IS FURTHER ORDERED that Defendants' counsel will notify the Court as soon as Congress has appropriated funds for the Department of Justice.

　　　　IT IS FURTHER ORDERED that upon the appropriation of Department of Justice funds Defendants' deadline to file their Reply would be extended by the total number of days of the lapse in appropriations.

　　　　DATED this _____ day of _____, 2025.


　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE WILLIAM H. ORRICK III
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge