TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 W. Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
E-Mail:  Raphael.Rajendra@cco.sccgov.org
         Hannah.Godbey@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID S. LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail:  David.Louk@sfcityatty.org
         Steven.Mills@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

[*additional counsel on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE, COUNTY OF ALAMEDA, CITY OF ALBANY, CITY OF ALBUQUERQUE, COUNTY OF ALLEGHENY, CITY OF BALTIMORE, CITY OF BEND, CITY OF BENICIA, CITY OF BERKELEY, CITY OF BOSTON, CITY OF CAMBRIDGE, CITY OF CATHEDRAL CITY, CITY OF CHICAGO, CITY OF COLUMBUS, CITY OF CULVER CITY, COUNTY OF DANE, CITY AND COUNTY OF DENVER, CITY OF HEALDSBURG, COUNTY OF HENNEPIN, CITY OF LOS ANGELES, COUNTY OF MARIN, CITY OF MENLO PARK, MULTNOMAH COUNTY, CITY OF PACIFICA, CITY OF PALO ALTO, CITY OF PETALUMA, PIERCE COUNTY, CITY OF | Case No. 3:25-cv-01350-WHO<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

RICHMOND, CITY OF ROCHESTER, CITY OF ROHNERT PARK, COUNTY OF SAN MATEO, CITY OF SANTA ROSA, COUNTY OF SONOMA, CITY OF WATSONVILLE, CITY OF WILSONVILLE,

    Plaintiffs,

v.

DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, RUSSELL VOUGHT, Director of United States Office of Management and Budget, UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, DOES 1-100,

    Defendants.

Under Northern District of California Civil Local Rules 3-12 and 7-11, Plaintiffs to the action *County of Santa Clara, et al. v. Noem, et al.*, No. 3:25-cv-08330 (N.D. Cal.) (the "Action"), respectfully request that this Court consider whether the Action should be related to the above-captioned case, *City and County of San Francisco, et al. v. Trump, et al.*, No. 3:25-cv-01350-WHO (N.D. Cal.) ("*San Francisco*"), a case currently pending before this Court.

This Court's Local Rules provide that "[a]n action is related to another when: (1) [t]he actions concern substantially the same parties, property, transaction, or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." N.D. Cal. Civ. L.R. 3-12(a). This standard is satisfied here.

*First*, the Action concerns "substantially the same parties, property, transaction[s], or event[s]" as *San Francisco*. Many of the Plaintiffs in the Action are also plaintiffs in *San Francisco*, including the County of Santa Clara, City and County of San Francisco, City of Berkeley, City of Culver City, City of Los Angeles, Martin Luther King, Jr. County, County of Marin, City of Oakland, City of Palo Alto, City of Petaluma, Pierce County, City of Sacramento, City of San Diego, City of San José,

County of San Mateo, City of Santa Rosa, and County of Sonoma.[1]  Moreover, in *San Francisco*, the Court issued a preliminary injunction enjoining the defendants—including the Department of Homeland Security (DHS) and Kristi Noem in her official capacity as Secretary of DHS, who are also defendants in the Action—from taking any steps to withhold, freeze, or place conditions on the receipt of federal funds because the plaintiff cities and counties have policies that could be described as "sanctuary" policies. *City & Cnty. of San Francisco v. Trump*, No. 25-CV-01350-WHO, 2025 WL 2426858, at *1 (N.D. Cal. Aug. 22, 2025); *City & Cnty. of San Francisco v. Trump*, 783 F. Supp. 3d 1148, 1161 (N.D. Cal. 2025); *City & Cnty. of San Francisco v. Trump*, 779 F. Supp. 3d 1077 (N.D. Cal.), *opinion clarified*, 782 F. Supp. 3d 830 (N.D. Cal. 2025).  The preliminary injunction specifically blocked implementation of certain provisions of Executive Orders 14159 and 14218 and a memo issued by the Attorney General, but the Court clarified that other Executive Orders and actions could not be used as an end run around the preliminary injunction.

In addition, the Court in *San Francisco* expressly ruled upon, at the request of the parties, whether the preliminary injunction extended to DHS's "Standard Terms and Conditions" for federal grant agreements, insofar as those terms and conditions implement the enjoined sections of the Executive Orders challenged in that case. *See City & Cnty. of San Francisco v. Trump*, No. 25-CV-01350-WHO, 2025 WL 1738675, at *1 (N.D. Cal. June 23, 2025) (noting that the DHS Standard Terms and Conditions "include numerous immigration conditions that reflect the enjoined language" of the relevant Executive Orders).  The Court concluded that the DHS Standard Terms and Conditions, which on their face apply to "all new federal awards," are covered by the preliminary injunction; and that application of the DHS Standard Terms and Conditions to grants "used for emergency preparedness, which has no nexus to immigration enforcement," violated the preliminary injunction. *Id.* at *2-*3.

---

[1] There are 12 Plaintiffs in the Action who are not parties to *San Francisco*: the City of Alameda, the City of Bellingham, Los Angeles County, Los Angeles County Consolidated Fire Protection District, the City of Pasadena, San Diego County, the City of Santa Monica, Snohomish County, Sonoma County Community Development Commission, Sonoma County Water Agency, Sonoma Valley County Sanitation District, and the City of Tucson.

The defendants in *San Francisco* have opposed the plaintiffs' facial challenge to the Executive Orders by arguing, in essence, that such actions may only be brought on an as applied, grant-by-grant basis. *See, e.g.*, *City & Cnty. of San Francisco v. Trump*, 783 F. Supp. 3d at 1180, 1193, 1197, 1202. And the Court has acknowledged that, despite the injunction, Defendants are permitted to impose terms "on individual grants with a meaningful nexus to sanctuary jurisdiction policies," and that "[l]itigation may be necessary to determine whether the challenged immigration conditions are appropriate to that grant program." *City & Cnty. of San Francisco*, 2025 WL 1738675, at *3; *see also id.* at *1 n.4 (citing "law enforcement grant programs" as an example where such conditions may be appropriate). The Plaintiffs in the Action have now brought suit against DHS and the Federal Emergency Management Agency (FEMA) challenging multiple unlawful conditions across a suite of federal emergency management grants.

Plaintiffs to the Action are cities, counties, and other local government entities that have received or anticipate shortly receiving grant agreements from DHS—and in particular, FEMA—that reflect and incorporate the DHS Standard Terms and Conditions. All Plaintiffs receive funding from DHS, either directly or indirectly. Grant agreements that Plaintiffs have received include the immigration-related conditions the Court addressed in *San Francisco*, despite none of the grants having any "meaningful nexus" to so-called sanctuary jurisdiction policies. In addition, all of the grant agreements include terms requiring the recipients to certify that they do not operate any programs that "advance or promote DEI, DEIA, or discriminatory equity ideology in violation of Federal anti-discrimination laws," among other discrimination-related provisions, and a term purporting to incorporate and require compliance with "the requirements of Presidential Executive Orders related to grants." Plaintiffs challenge those grant conditions on many of the grounds asserted in *San Francisco*, including as violative of the separation of powers, spending power, and Administrative Procedure Act. Because many of the Plaintiffs in this case are also plaintiffs in *San Francisco*, two of the defendants in this case are also defendants in *San Francisco*, and the actions concerns substantially the same event (namely, the issuance and application of the DHS Standard

Terms and Conditions), the Action therefore concerns "substantially the same parties, property, transaction, or event" as *San Francisco*. N.D. Cal. Civ. L.R. 3-12(a)(1).[2]

***Second***, it is "likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." N.D. Cal. Civ. L.R. 3-12(a)(2). As set forth above, this Court in *San Francisco* has already analyzed and preliminarily ruled on the legality of the immigration-related provisions in the DHS Standard Terms and Conditions as an implementation of the Executive Orders at issue in that case. *City & Cnty. of San Francisco*, 2025 WL 1738675, at *2-3. Now that grant agreements have issued, the Action raises grant-specific challenges to those same provisions. The Court's prior analysis of those terms will undoubtedly inform its analysis of those terms as applied to particular grants. And many of the challenges raised regarding the immigration-related provisions in *San Francisco* apply in parallel to the discrimination-related and EO-related provisions, including the separation of powers, spending power, and Administrative Procedure Act challenges. There is no benefit to requiring that another court take on from scratch an analysis this Court has already conducted and develop the expertise this Court has already amassed.

As explained in the accompanying Declaration of Hannah M. Godbey, Plaintiffs have not obtained a stipulation from counsel in *San Francisco* because the defendants in that matter did not so stipulate. Declaration of Hannah M. Godbey ¶¶ 4-5.

For the foregoing reasons, Plaintiffs to the Action respectfully request that this Court order the Action related to *San Francisco*.[3]

---

[2] The Plaintiffs in the Action intend to seek preliminary relief, but do not intend to move for such relief as to the immigration conditions at this time because those conditions were already vacated as arbitrary and capricious in *Illinois v. FEMA*, No. 25-206 WES, 2025 WL 2716277, at *15 (D.R.I. Sept. 24, 2025), and because of the injunction in *San Francisco*. In addition, while the grant agreements received by the Plaintiffs to date have contained the immigration provisions, they have, by and large, also contained provisions stating that the immigration conditions would not apply.

[3] *San Francisco* is itself related to eight prior cases that—like *San Francisco* and the Action—involved constitutional challenges to the federal government's conditioning of federal funding on compliance and cooperation with federal civil immigration enforcement priorities, and, in some instances, were brought against the Secretary of DHS. *See City and County of San Francisco v. Trump*, No. 3:25-cv-01350-WHO (N.D. Cal), ECF No. 15 (Order Relating Cases); *see also City and County of San Francisco v. Trump*, No. 3:17-cv-00485-WHO (N.D. Cal.), ECF No. 238 (Motion to Relate Case). Those eight cases are *City and County of San Francisco v. Trump*, No. 3:17-cv-00485-WHO (N.D. Cal.); *County of Santa Clara v. Trump*, No. 3:17-cv-00574-WHO (N.D. Cal.); *City of Richmond Police Department v. Trump*, No. 3:17-cv-01535-WHO (N.D. Cal.); *City and County of San*

Respectfully submitted,

Dated: October 1, 2025

TONY LOPRESTI
County Counsel
KAVITA NARAYAN
Chief Assistant County Counsel
MEREDITH A. JOHNSON
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA
HANNAH M. GODBEY
Deputy County Counsels

By: /s/ Tony LoPresti
TONY LOPRESTI
County Counsel

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

---

*Francisco v. Sessions*, No. 3:17-cv-04642-WHO (N.D. Cal.); *State of California v. Sessions*, No. 3:17-cv-04701-WHO (N.D. Cal.); *City and County of San Francisco v. Sessions*, No. 3:18-cv-05146-WHO (N.D. Cal.); *State of California v. Sessions*, No. 3:18-cv-05169-WHO (N.D. Cal.); *State of California v. Barr*, No. 3:19-cv-06189-WHO (N.D. Cal.). Because the primary basis for this motion is the Action's connection to the ongoing litigation in *San Francisco*, Plaintiffs are filing this motion in the docket for that case. *See* N.D. Cal. Civ. L.R. 3-12(b). If the Court is of the view that the Action should also be related to these eight other previously related cases, Plaintiffs would not oppose such relation.

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
DAVID S. LOUK
STEVEN A. MILLS
Deputy City Attorneys

/s/ David Chiu
By: DAVID CHIU
City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO


By: /s/ Sharanya Mohan
SHARANYA (SAI) MOHAN (SBN 350675)
ERIN MONJU*
NAOMI TSU*
TOBY MERRILL*
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org
erin@publicrightsproject.org
naomi@publicrightsproject.org
toby@publicrightsproject.org

Attorneys for Plaintiffs
CITY OF ALAMEDA, CITY OF BELLINGHAM, CITY OF BERKELEY, CITY OF CULVER, KING COUNTY, COUNTY OF LOS ANGELES, COUNTY OF MARIN, CITY OF OAKLAND, CITY OF PALO ALTO, CITY OF PASADENA, CITY OF PETALUMA, PIERCE COUNTY, CITY OF SACRAMENTO, CITY OF SAN DIEGO, SAN DIEGO COUNTY, CITY OF SAN JOSE, COUNTY OF SAN MATEO, CITY OF SANTA MONICA, CITY OF SANTA ROSA, COUNTY OF SONOMA, SONOMA COUNTY WATER AGENCY, SONOMA VALLEY COUNTY SANITATION DISTRICT, SONOMA

COUNTY COMMUNITY DEVELOPMENT COMMISSION, SNOHOMISH COUNTY, CITY OF TUCSON

YIBIN SHEN
Alameda City Attorney

By: /s/ Yibin Shen
YIBIN SHEN (SBN 233545)
CARA SILVER (SBN 136992), Special Counsel
DANIEL J. TURNER (SBN 336499), Deputy City Attorney
2263 Santa Clara Avenue, Rm 280
Alameda, CA 94501
Tel: (510) 747-4750
yshen@alamedaca.gov
csilver@alamedaca.gov
dturner@alamedaca.gov

Attorneys for Plaintiff
CITY OF ALAMEDA

FARIMAH F. BROWN
Berkeley City Attorney

/s/ Farimah F. Brown
By: FARIMAH F. BROWN (SBN 201227), City Attorney
KATRINA L. EILAND (SBN 275701), Deputy City Attorney
STEPHEN A. HYLAS (SBN 319833), Deputy City Attorney
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Tel: (510) 981-6998
Fax: (510) 981-6960
fbrown@berkeleyca.gov
keiland@berkeleyca.gov
shylas@berkeleyca.gov

Attorneys for Plaintiff
CITY OF BERKELEY

|   |   |
|---|---|
| 1 | KING COUNTY PROSECUTING ATTORNEY LEESA MANION |
| 2 |   |
| 3 | By: /s/ David J. Hackett<br>DAVID J. HACKETT* |
| 4 | Executive General Counsel<br>ALISON HOLCOMB* |
| 5 | Deputy Executive General Counsel<br>Special Deputy Prosecuting Attorneys |
| 6 | Chinook Building<br>401 5th Avenue, Suite 800 |
| 7 | Seattle, WA 98104<br>Tel: (206) 477-2720 |
| 8 | David.Hackett@kingcounty.gov<br>aholcomb@kingcounty.gov |

Attorneys for Plaintiff
MARTIN LUTHER KING, JR. COUNTY

HYDEE FELDSTEIN SOTO
City Attorney of the City of Los Angeles

By: /s/ Michael J. Dundas
MICHAEL J. DUNDAS (SBN 226930), Chief Assistant City Attorney
JOSHUA M. TEMPLET (SBN 267098), Deputy City Attorney
Office of the Los Angeles City Attorney
200 North Main Street, Room 800
Los Angeles, California 90012
Tel: (213) 978-8100
mike.dundas@lacity.org
joshua.templet@lacity.org

Attorneys for Plaintiff
CITY OF LOS ANGELES

By: /s/ Thomas J. Faughnan
THOMAS J. FAUGHNAN (SBN 155238), Senior Assistant County Counsel
BRIGIT GREESON ALVAREZ (SBN 237301), Deputy County Counsel
Office of the County Counsel
648 Kenneth Hahn Hall of Administration
500 West Temple Street Los Angeles, California 90012-2713
Tfaughnan@counsel.lacounty.gov
Bgreesonalvarez@counsel.lacounty.gov

Tel: (213) 681-0408

Counsel for Plaintiffs
COUNTY OF LOS ANGELES and
LOS ANGELES COUNTY CONSOLIDATED FIRE PROTECTION DISTRICT

BRIAN E. WASHINGTON
County Counsel

By: /s/ Kate K. Stanford
KATE K. STANFORD (SBN 302825), Deputy County Counsel
EDWARD F. SEARS (SBN 297775), Deputy County Counsel
3501 Civic Center Drive, Suite 275
San Rafael, CA 94903
Tel: (415) 473-6117
kate.stanford@marincounty.gov

Attorneys for Plaintiff
COUNTY OF MARIN

RYAN RICHARDSON
City Attorney

By: /s/ Ryan Richardson
RYAN RICHARDSON (SBN 223548), City Attorney
MARIA BEE (SBN 167716), Chief Assistant City Attorney
JAIME HULING DELAYE (SBN 270784), Supervising City Attorney
H. LUKE EDWARDS (SBN 313756), Deputy City Attorney
DIVYA MUSINIPALLY (SBN 316114), Deputy City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Tel: (510) 238-3836
Fax: (510) 238-6500
ledwards@oaklandcityattorney.org

Attorneys for Plaintiff
CITY OF OAKLAND

```
                        MOLLY S. STUMP
                        City Attorney

                  By:   /s/ Mark Vanni
                        MOLLY S. STUMP (SBN 177165), City Attorney
                        CAIO A. ARELLANO (SBN 262168), Chief Assistant
                        City Attorney
                        MARK J. VANNI (SBN 267892), Assistant City
                        Attorney
                        CITY OF PALO ALTO
                        250 Hamilton Ave., 8th Floor
                        Palo Alto, CA 94301
                        Tel: (650) 329-2171
                        Fax: (650) 320-2646
                        Molly.Stump@PaloAlto.gov
                        Caio.Arellano@PaloAlto.gov
                        Mark.Vanni@PaloAlto.gov

                        Attorneys for Plaintiff
                        CITY OF PALO ALTO

                        ERIC DANLY
                        City Attorney

                  By:   /s/ Eric Danly
                        ERIC DANLY (SBN 201621), City Attorney
                        11 English Street
                        Petaluma, CA 94952
                        Tel: (707) 778-4362
                        EDanly@cityofpetaluma.org

                        Attorney for Plaintiff
                        CITY OF PETALUMA

                        MARY E. ROBNETT
                        Pierce County Prosecuting Attorney

                  By:   /s/ Jonathan R. Salamas
                        JONATHAN R. SALAMAS (WSBA # 39781), Deputy
                        Prosecuting Attorney / Civil*
                        930 Tacoma Avenue South, Suite 946
                        Tacoma, WA  98402-2102
                        Tel: 253-798-4862
                        Fax: 253-798-6713
                        jonathan.salamas@piercecountywa.gov

                        Attorney for Plaintiff
                        PIERCE COUNTY
```

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED        11        CASE NO. 3:25-cv-01350-WHO

SUSANA ALCALA WOOD
City Attorney

By: /s/ Andrea Velasquez
ANDREA VELASQUEZ (SBN 249210), Supervising Deputy City Attorney
KATHERINE UNDERWOOD (SBN 249308), Senior Deputy City Attorney
915 I St Fl 4, Sacramento, CA 95814-2621
Tel: 916-808-5346
Fax: 916-808-7455
AVelasquez@cityofsacramento.org
KUnderwood@cityofsacramento.org

Attorneys for Plaintiff
CITY OF SACRAMENTO

HEATHER FERBERT
City Attorney

By: /s/ Mark Ankcorn
MARK ANKCORN (SBN 166871), Senior Chief Deputy City Attorney
JULIE RAU (SBN 317658), Deputy City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Tel: (619) 533-5800

Attorneys for Plaintiff
CITY OF SAN DIEGO

NORA FRIMANN
City Attorney

By: /s/ Nora Frimann
NORA FRIMANN (SBN 93249), City Attorney
ELISA TOLENTINO (SBN 245962), Chief Deputy City Attorney
200 E Santa Clara St., 16th Floor
San José, CA 95113-1905
Tel: 408-535-1900
Fax: 408-998-3131
cao.main@sanjoseca.gov

Attorneys for Plaintiff
CITY OF SAN JOSÉ

JOHN D. NIBBELIN
County Counsel

By: /s/ John D. Nibbelin
John D. Nibbelin (SBN 184603), County Counsel
Rebecca M. Archer (SBN 202743), Chief Deputy
Lauren F. Carroll (SBN 333446), Deputy
Savannah Eldridge (SBN 357723), Deputy
500 County Center, 4th Floor
Redwood City, CA 94063
Tel: (650) 363-4250
jnibbelin@smcgov.org
rmarcher@smcgov.org
lcarroll@smcgov.org
seldridge@smcgov.org

Attorneys for Plaintiff
COUNTY OF SAN MATEO

TERESA L. STRICKER
City Attorney

By: /s/ Teresa L. Stricker
TERESA L. STRICKER (SBN 160601), City Attorney
AUTUMN LUNA (SBN 288506), Chief Assistant City Attorney
HANNAH E. FORD-STILLE (SBN 335113), Deputy City Attorney
100 Santa Rosa Ave, Room 8
Santa Rosa, CA 95404
Tel: (707) 543-3040
tstricker@srcity.org
aluna@srcity.org
hfordstille@srcity.org

Attorneys for Plaintiff
CITY OF SANTA ROSA

JASON J. CUMMINGS
Snohomish County Prosecuting Attorney

By: /s/ Bridget E. Casey
BRIDGET E. CASEY*
REBECCA J. GUADAMUD*
REBECCA E. WENDLING*
Snohomish County Prosecuting Attorney's Office
3000 Rockefeller Avenue, M/S 504
Everett, WA 98201-4046
(425) 388-6392

```
                        bcasey@snoco.org
                        rebecca.guadamud@co.snohomish.wa.us
                        rwendling@snoco.org

                        Attorneys for Plaintiff
                        SNOHOMISH COUNTY


                        ROBERT H. PITTMAN
                        County Counsel

                   By:  /s/ Joshua A. Myers                        
                        JOSHUA A. MYERS (SBN 250988), Chief Deputy
                        County Counsel
                        County of Sonoma
                        575 Administration Drive, Room 105A
                        Santa Rosa, California 95403
                        Telephone: (707) 565-2421
                        Facsimile: (707) 565-2624
                        joshua.myers@sonomacounty.gov

                        Attorney for Plaintiff
                        COUNTY OF SONOMA


                        ROBERT H. PITTMAN
                        County Counsel

                   By:  /s/ Joshua A. Myers                        
                        JOSHUA A. MYERS (SBN 250988), Chief Deputy
                        County Counsel
                        County of Sonoma
                        575 Administration Drive, Room 105A
                        Santa Rosa, California 95403
                        Telephone: (707) 565-2421
                        Facsimile: (707) 565-2624
                        joshua.myers@sonomacounty.gov

                        Attorney for Plaintiffs
                        SONOMA COUNTY WATER AGENCY, SONOMA
                        VALLEY COUNTY SANITATION DISTRICT,
                        SONOMA COUNTY COMMUNITY
                        DEVELOPMENT COMMISSION
```

*Application for Admission Pro Hac Vice Forthcoming

ADMINISTRATIVE MOTION TO CONSIDER             14             CASE NO. 3:25-cv-01350-WHO
WHETHER CASES SHOULD BE RELATED

**FILER'S ATTESTATION**

I, KAVITA NARAYAN, am the ECF user whose identification and password are being used to file this Administrative Motion to Consider Whether Cases Should Be Related. Pursuant to Northern District of California Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.