| | |
|---|---|
| TONY LOPRESTI, SBN 289269<br>County Counsel<br>KAVITA NARAYAN, SBN 264191<br>Chief Assistant County Counsel<br>MEREDITH A. JOHNSON, SBN 291018<br>Lead Deputy County Counsel<br>RAPHAEL N. RAJENDRA, SBN 255096<br>HANNAH M. GODBEY, SBN 334475<br>Deputy County Counsels<br>70 W. Hedding Street, East Wing, Ninth Floor<br>San José, California 95110-1770<br>Telephone: (408) 299-5900<br>E-Mail:   Raphael.Rajendra@cco.sccgov.org<br>              Hannah.Godbey@cco.sccgov.org<br><br>Attorneys for Plaintiff<br>COUNTY OF SANTA CLARA | DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>DAVID S. LOUK, SBN 304654<br>STEVEN A. MILLS, SBN 328016<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, California 94102-5408<br>Telephone: (415) 355-3308<br>E-Mail:   David.Louk@sfcityatty.org<br>              Steven.Mills@sfcityatty.org<br><br>Attorneys for Plaintiff<br>CITY AND COUNTY OF SAN FRANCISCO |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE, COUNTY OF ALAMEDA, CITY OF ALBANY, CITY OF ALBUQUERQUE, COUNTY OF ALLEGHENY, CITY OF BALTIMORE, CITY OF BEND, CITY OF BENICIA, CITY OF BERKELEY, CITY OF BOSTON, CITY OF CAMBRIDGE, CITY OF CATHEDRAL CITY, CITY OF CHICAGO, CITY OF COLUMBUS, CITY OF CULVER CITY, COUNTY OF DANE, CITY AND COUNTY OF DENVER, CITY OF HEALDSBURG, COUNTY OF HENNEPIN, CITY OF LOS ANGELES, COUNTY OF MARIN, CITY OF MENLO PARK, MULTNOMAH COUNTY, CITY OF PACIFICA, CITY OF PALO ALTO, CITY OF PETALUMA, PIERCE COUNTY, CITY OF RICHMOND, CITY OF ROCHESTER, CITY OF ROHNERT PARK, COUNTY OF SAN | Case No. 3:25-cv-01350-WHO<br><br>**DECLARATION OF HANNAH M. GODBEY IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

MATEO, CITY OF SANTA ROSA, COUNTY OF SONOMA, CITY OF WATSONVILLE, CITY OF WILSONVILLE,

   Plaintiffs,

v.

DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, RUSSELL VOUGHT, Director of United States Office of Management and Budget, UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, DOES 1-100,

   Defendants.

I, Hannah M. Godbey, declare and state the following:

1. I am an attorney and a member of the Bar of this Court. I am a Deputy County Counsel with the Office of the County Counsel for the County of Santa Clara, and an attorney of record for Plaintiff the County of Santa Clara in the action *County of Santa Clara, et al. v. Noem, et al.*, No. 3:25-cv-08330 (N.D. Cal.) ("*Santa Clara v. Noem*"), filed in this District on September 30, 2025. I make this declaration of my own personal knowledge. If called on to do so, I could and would testify competently to the matters stated herein.

2. The County of Santa Clara and its co-Plaintiffs filed their Complaint in *Santa Clara v. Noem* one day before filing their Administrative Motion to Consider Whether Cases Should Be Related ("Motion to Relate") in the above-captioned case, *City and County of San Francisco, et al. v. Trump, et al.*, No. 3:25-cv-01350-WHO (N.D. Cal.) ("*San Francisco*").

3. I understand that under Northern District of California Civil Local Rules 3-12, 7-11, and 7-12, an administrative motion to consider whether cases should be related must be accompanied by either a written stipulation "signed by all affected parties or their counsel" consenting to the motion

to relate, or a declaration "that explains why a stipulation could not be obtained." Here, a stipulation could not be obtained.

4. On September 30, 2025, after my Office filed the Complaint in *Santa Clara v. Noem*, I emailed counsel for the defendants in *San Francisco* asking whether defendants would consent to relation. On October 1, 2025, I received a response from United States Department of Justice attorney Lauren Fascett stating that "[d]ue to the Government lapse in funding . . . we are unable to review your request and/or provide our position on your motion to relate the new case to the *SF v. Trump* case at this time."

5. Of the 50 plaintiff jurisdictions in *San Francisco*, all 49 that responded to outreach related to the Motion to Relate consented to relation.

6. Attached as **Exhibit 1** is a true and correct copy of the Complaint filed by Plaintiffs in *Santa Clara v. Noem*.

7. Attached as **Exhibit 2** is a true and correct copy of the operative Complaint in *San Francisco*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed in San José, California, on October 1, 2025.

*/s/ Hannah M. Godbey*
HANNAH M. GODBEY