BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
GLENN GIRDHARRY
Acting Deputy Director
ELIANIS PEREZ
Assistant Director
LAUREN FASCETT
Senior Litigation Counsel
LINDSAY ZIMLIKI
CAROLINE MCGUIRE
ANGEL FLEMING
VICTORIA TURCIOS
Trial Attorneys
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | CASE NO. 3:25-CV-1350 (WHO) <br><br> **DEFENDANTS' OPPOSED MOTION FOR A STAY OF THE DEADLINE TO FILE A RESPONSE TO SANTA CLARA PLAINTIFFS' MOTION TO RELATE CASES (ECF NO. 233) IN LIGHT OF LAPSE OF APPROPRIATIONS** |

Defendants hereby move for a stay of their deadline to file their Response to *Santa Clara* Plaintiffs' Motion to Relate Cases (Dkt. No. 233).

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Defendants. The Department of Justice does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of Defendants' deadline to file a response to *Santa Clara* Plaintiffs Motion to Relate (which is currently due on October 6, 2025), until Congress has restored appropriations to the Department of Justice.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department of Justice. Defendants request that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Counsel for *Santa Clara* Plaintiffs oppose this request.

6. Should the Court deny this request, Defendants respectfully request an additional five days, until October 10, 2025, to respond to *Santa Clara* Plaintiffs' motion to relate cases (ECF No. 233).

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, Defendants hereby move for a stay of Defendants' response to *Santa Clara* Plaintiffs' motion to relate cases until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

1

Dated: October 3, 2025        Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Acting Deputy Assistant Attorney General

GLENN GIRDHARRY
Acting Deputy Director

ELIANIS PEREZ
Assistant Director

LAUREN FASCETT
Senior Litigation Counsel

ANGEL FLEMING
VICTORIA TURCIOS
LINDSAY ZIMLIKI
Trial Attorneys

*/s/ Caroline McGuire*
CAROLINE MCGUIRE
NY Bar # 5854823
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of October 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to all attorneys of record through the Court's CM/ECF system.

/s/ Caroline McGuire
Caroline McGuire
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
*Attorney for Defendants*

A