IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:25-cv-1350 (WHO)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' OPPOSED MOTION FOR A STAY OF THE DEADLINE TO FILE A RESPONSE TO SANTA CLARA PLAINTIFFS' MOTION TO RELATE CASES (ECF NO. 233) IN LIGHT OF LAPSE OF APPROPRIATIONS** |

　　Having considered the Defendants' Opposed Motion for a Stay of the Deadline to File a Response to *Santa Clara* Plaintiffs' Motion to Relate Cases, it is hereby:

　　ORDERED that Defendants' deadline to file their Response to *Santa Clara* Plaintiffs' Motion to Relate Cases is STAYED.

　　IT IS FURTHER ORDERED that Defendants' counsel will notify the Court as soon as Congress has appropriated funds for the Department of Justice.

　　IT IS FURTHER ORDERED that upon the appropriation of Department of Justice funds Defendants' deadline to file their Response would be extended by the total number of days of the lapse in appropriations.

　　DATED this _____ day of _____, 2025.

_____
HONORABLE WILLIAM H. ORRICK III
United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27