UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, et al.,<br><br>  Defendants. | Case No. 25-cv-01350-WHO<br><br>**ORDER DENYING DEFENDANTS' MOTIONS TO STAY**<br><br>Re: Dkt. No. 232, 234 |

Citing the ongoing federal government shutdown, defendants[1] move to stay all proceedings in this case and to suspend the filing deadlines for the pending motion to dismiss and motion to relate case. *See* Dkt. Nos. 232, 234. Defendants' requests are DENIED. Given the urgency of these motions, defendants are expected to adhere to all upcoming deadlines and hearing dates.

**IT IS SO ORDERED.**

Dated: October 6, 2025

William H. Orrick
United States District Judge

---

[1] Defendants include President Donald J. Trump, the United States of America, Attorney General Pamela Bondi, Acting Deputy Attorney General Emil Bove, the United States Department of Justice, Secretary of United States Department of Homeland Security Kristi Noem, United States Department of Homeland Security, the City of Albany, Russell Vought, and the United States Office of Management and Budget.