IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO, *et al.*,

    Plaintiffs,

v.

PRESIDENT DONALD TRUMP, *et al.*,

    Defendants.

Case No. 3:25-cv-1350-WHO

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE** ***AMICUS CURIAE*** **BRIEF**

Upon consideration of the Constitutional Accountability Center's motion for leave to file an *amicus curiae* brief in opposition to Defendants' motion to dismiss, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED.

SO ORDERED.

Dated: _____  _____
WILLIAM H. ORRICK
United States District Judge