THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, <br><br> *Defendants*. | Case No. 2:25-cv-255-JNW <br><br> **NOTICE OF WITHDRAWAL AS COUNSEL** |

NOTICE OF WITHDRAWAL AS COUNSEL
[Case No. 2:25-cv-00255]

1

U.S. DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

     Pursuant to Local Rules 83.2(b)(3), Department of Justice attorney Lindsay W. Zimliki notifies the Court of her withdrawal as counsel for Defendants in this matter. Defendants remain represented by Department of Justice attorneys Joseph McCarter and Jason Zubata.

| | |
|---|---|
| January 6, 2026 | Respectfully submitted, |
| | BRETT A. SHUMATE<br>*Assistant Attorney General* |
| | <u>*/s/ Lindsay W. Zimliki*</u><br>LINDSAY W. ZIMLIKI<br>*Senior Litigation Counsel* |
| | JOSEPH A. MCCARTER<br>JASON K. ZUBATA<br>*Trial Attorneys*<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>Washington, DC 20044<br>Phone: 202-353-5950<br>Email: Lindsay.Zimliki@usdoj.gov |
| | *Attorneys for Defendants* |

NOTICE OF WITHDRAWAL AS COUNSEL
[CASE NO. 2:25-CV-00255]

2

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044