DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5408
Telephone:    (415) 355-3308
Facsimile:    (415) 437-4644
E-Mail:    karun.tilak@sfcityatty.org

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
BILL NGUYEN, SBN 333671
Deputy County Counsels
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:    (408) 299-5900
Facsimile:    (408) 292-7240
E-Mail:    bill.nguyen@cco.sccgov.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

*[additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE, COUNTY OF ALAMEDA, CITY OF ALBANY, CITY OF ALBUQUERQUE, COUNTY OF ALLEGHENY, CITY OF BALTIMORE, CITY OF BEND, CITY OF BENICIA, CITY OF BERKELEY, CITY OF BOSTON, CITY OF CAMBRIDGE, CITY OF CATHEDRAL CITY, CITY OF CHICAGO, CITY OF COLUMBUS, CITY OF CULVER CITY, COUNTY OF DANE, CITY AND COUNTY OF DENVER, CITY OF HEALDSBURG, COUNTY OF HENNEPIN, CITY OF LOS ANGELES, COUNTY OF MARIN, CITY OF MENLO PARK, MULTNOMAH COUNTY, CITY OF PACIFICA, CITY OF PALO ALTO, CITY OF PETALUMA, PIERCE COUNTY, CITY OF RICHMOND, CITY OF ROCHESTER, CITY OF ROHNERT PARK,

Case No. 3:25-cv-1350-WHO

**STIPULATED REQUEST AND [PROPOSED] ORDER TO STAY CASE DEADLINES PENDING APPEAL**

Date Filed:    February 7, 2025

1  COUNTY OF SAN MATEO, CITY OF SANTA
   ROSA, COUNTY OF SONOMA, CITY OF
2  WATSONVILLE, CITY OF WILSONVILLE,

3         Plaintiffs,

4         vs.

5  DONALD J. TRUMP, President of the United
   States, UNITED STATES OF AMERICA,
6  PAMELA BONDI, Attorney General of the United
   States, EMIL BOVE, Acting Deputy Attorney
7  General, UNITED STATES DEPARTMENT OF
   JUSTICE, KRISTI NOEM, Secretary of United
8  States Department of Homeland Security, UNITED
   STATES DEPARTMENT OF HOMELAND
9  SECURITY, RUSSELL VOUGHT, Director of
   United States Office of Management and Budget,
10 UNITED STATES OFFICE OF MANAGEMENT
   AND BUDGET, DOES 1-100,

11        Defendants.

12

13                        **STIPULATION**

14         Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiffs and

15 Defendants (collectively "the Parties") hereby stipulate and request as follows:

16         WHEREAS the Complaint was filed on February 7, 2025; the First Amended Complaint was

17 filed on February 27, 2025; and the Second Amended Complaint was filed on August 7, 2025;

18         WHEREAS the Court issued an order granting Plaintiffs' Motion for Preliminary Injunction on

19 April 24, 2025; a further order regarding the Preliminary Injunction on May 3, 2025; an order clarifying

20 the Preliminary Injunction on May 9, 2025; an order regarding disputes over the propriety of standard

21 conditions on federal grants on June 23, 2025; and an order granting Plaintiffs' Second Motion for

22 Preliminary Injunction and ruling on the propriety of U.S. Department of Housing and Urban

23 Development Continuum of Care and formula-grant conditions on August 22, 2025 (collectively "the

24 Preliminary Injunction Orders");

25         WHEREAS Defendants appealed some of the Court's Preliminary Injunction Orders to the Ninth

26 Circuit in Case No. 25-3889 on June 30, 2025; briefing in Case No. 25-3889 was complete on September

27 22, 2025; the Ninth Circuit heard argument in Case No. 25-3889 on December 5, 2025; and the Ninth

28 Circuit has yet to rule in Case No. 25-3889;

WHEREAS briefing on Defendants' Motion to Dismiss was complete on October 16, 2025;

WHEREAS on December 19, 2025, the Court issued a Case Management Order setting a Case Management Conference for January 20, 2026, and stating that the Parties should assume that the Court will deny Defendants' motion to dismiss the Second Amended Complaint;

WHEREAS the Parties expect that the Ninth Circuit's ruling in Case No. 25-3889 will likely impact how the above-captioned case proceeds;

WHEREAS to promote judicial economy, the Parties believe that all case deadlines should be stayed pending the Ninth Circuit's ruling in Case No. 25-3889; and

WHEREAS attached to this Stipulated Request is the Declaration of Bill Nguyen pursuant to Civil Local Rule 6-2(a), setting forth the reasons for the requested stay of case deadlines, disclosing all previous time modifications, and describing the effect that the requested time modification would have on the rest of the schedule in the above-captioned case;

NOW, THEREFORE, the Parties jointly request that this Court issue an order as follows:

1.      The Parties shall file a joint status report within 30 days of the Ninth Circuit's ruling in Case No. 25-3889 that outlines each Party's position as to how the above-captioned case should proceed, including a proposed case schedule.

2.      All other deadlines in the above-captioned case shall be stayed pending the Ninth Circuit's ruling in Case No. 25-3889.

3.      The Preliminary Injunction Orders shall remain in force pending the Ninth Circuit's ruling in Case No. 25-3889.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____              By: _____

                                      Hon. William H. Orrick III
                                      United States District Judge
                                      U.S. District Court, Northern District of California

Dated:  January 12, 2026                    Respectfully submitted,

                                            BRETT A. SHUMATE
                                            Assistant Attorney General
                                            Civil Division

                                            YAAKOV ROTH
                                            Principal Deputy Assistant Attorney General

                                            DREW C. ENSIGN
                                            Deputy Assistant Attorney General

                                            ELIANIS PEREZ
                                            Assistant Director

                                            CAROLINE MCGUIRE
                                            VICTORIA TURCIOS
                                            Trial Attorneys

                                            */s/ Angel Fleming*
                                            ANGEL FLEMING
                                            FL Bar No. 91103
                                            Trial Attorney
                                            U.S. Department of Justice
                                            Office of Immigration Litigation
                                            General Litigation and Appeals Section
                                            P.O. Box 868, Ben Franklin Station
                                            Washington, DC 20044
                                            T: 202.598.7431
                                            E: angel.fleming@usdoj.gov

                                            Attorneys for Defendants


                                            DAVID CHIU
                                            City Attorney
                                            YVONNE R. MERÉ
                                            Chief Deputy City Attorney
                                            MOLLIE M. LEE
                                            Chief of Strategic Advocacy
                                            SARA J. EISENBERG
                                            Chief of Complex and Affirmative Litigation
                                            NANCY E. HARRIS
                                            KARUN A. TILAK
                                            Deputy City Attorneys

                                    By:  */s/ Karun A. Tilak*
                                            KARUN A. TILAK
                                            Deputy City Attorney

                                            Attorneys for Plaintiff
                                            CITY AND COUNTY OF SAN FRANCISCO

1

2

3

4

5

6

                      TONY LOPRESTI
County Counsel
KAVITA NARAYAN
Chief Assistant County Counsel
MEREDITH A. JOHNSON
Lead Deputy County Counsel
STEFANIE L. WILSON
RAJIV NARAYAN
BILL NGUYEN
Deputy County Counsels

7

8

By: /s/ Bill Nguyen
BILL NGUYEN
Deputy County Counsel

9

10

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

11

12

ROBERT TAYLOR
Portland City Attorney

13

14

15

16

17

18

19

By: /s/ Naomi Sheffield
NAOMI SHEFFIELD*
Chief Deputy City Attorney
1221 SW Fourth Avenue, Room 430
Portland, OR 97204
Tel: (503) 823-4047
Fax: (503) 823-3089
Naomi.Sheffield@portlandoregon.gov

*Admitted pro hac vice

Attorneys for Plaintiff
CITY OF PORTLAND

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARTIN LUTHER KING JR. COUNTY

By: /s/ David J. Hackett
DAVID J. HACKETT*
General Counsel to King County
Executive
Chinook Building
401 5th Avenue, Suite 800
Seattle, Washington, 98104
(206) 477-9483
David.hackett@kingcounty.gov
PAUL J. LAWRENCE*
Pacifica Law Group
1191 2nd Avenue, Suite 2000
Seattle, WA 98101-3404
(206) 245-1708
Paul.Lawrence@pacificalawgroup.com
Special Deputy Prosecutors

*Admitted *pro hac vice*

Attorneys for Plaintiff
MARTIN LUTHER KING, JR. COUNTY

RYAN RICHARDSON
Oakland City Attorney

By: /s/ Ryan Richardson
RYAN RICHARDSON
City Attorney
MARIA BEE
Chief Assistant City Attorney
H. LUKE EDWARDS
Supervising Deputy City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Tel: (510) 238-6629
Fax: (510) 238-6500
Email: RRichardson@OaklandCityAttorney.org

Attorneys for Plaintiff
CITY OF OAKLAND

1

2
JOHN I. KENNEDY
City Attorney

3
By: */s/ John I. Kennedy*

4
JOHN I. KENNEDY, City Attorney
1333 Park Ave, Emeryville, CA 94608-3517
Phone: 510-596-4381

5
Fax: 510-596-3724
Email: John.Kennedy@emeryville.org

6

7
Attorney for Plaintiff
CITY OF EMERYVILLE

8

9
SUSANA ALCALA WOOD
City Attorney

10
By: */s/ Elisa Tolentino*

11
ELISA TOLENTINO, Chief Deputy City Attorney
200 E Santa Clara St

12
San José, CA 95113-1905
Tel: 408-535-1900

13
Fax: 408-998-3131
cao.main@sanjoseca.gov

14

15
Attorney for Plaintiff
CITY OF SAN JOSÉ

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

HEATHER FERBERT
City Attorney

3

By: /s/ Julie Rau
JULIE RAU, Lead Deputy City Attorney

4

JENNIFER MARTIN, Deputy City Attorney
1200 Third Avenue, Suite 1100

5

San Diego, California 92101-4100
Tel: (619) 533-5800

6

Email: JRau@sandiego.gov
MartinJM@sandiego.gov

7

8

Attorneys for Plaintiff
CITY OF SAN DIEGO

9

10

GUSTAVO L. MARTINEZ
Interim City Attorney

11

By: /s/ Andrea Velasquez

12

ANDREA VELASQUEZ
Supervising Deputy City Attorney

13

915 I St Fl 4, Sacramento, CA 95814-2621
Tel: 916-808-5346

14

Fax: 916-808-7455
Email: AVelasquez@cityofsacramento.org

15

16

Attorney for Plaintiff
CITY OF SACRAMENTO

17

18

By: /s/ Anthony P. Condotti
Anthony P. Condotti, City Attorney

19

Catherine M. Bronson, Assistant City Attorney
Claire Hard, Deputy City Attorney

20

PO Box 481
Santa Cruz, CA 95061

21

Tel: 831-423-8383
Email: tcondotti@abc-law.com

22

chard@abc-law.com
cbronson@abc-law.com

23

24

Attorneys for Plaintiff
CITY OF SANTA CRUZ

25

26

27

28

SUSAN K. BLITCH
County Counsel

By: /s/ Susan K. Blitch
      SUSAN K. BLITCH, County Counsel
      HENRY BLUESTONE SMITH, Deputy County Counsel
      168 W Alisal St Fl 3rd
      Salinas, CA 93901-2439
      Tel: 831-755-5045
      Fax: 831-755-5283
      Email: SmithHB@countyofmonterey.gov

      Attorneys for Plaintiff
      COUNTY OF MONTEREY

ERIKA J. EVANS
Seattle City Attorney

By: /s/ Kerala Cowart
      Kerala Cowart, Assistant City Attorney*
      Ann Davison, Seattle City Attorney*
      Dallas LePierre, Assistant City Attorney*
      Rebecca Widen, Assistant City Attorney*
      Seattle City Attorney's Office
      701 Fifth Avenue, Suite 2050
      Seattle, WA 98104
      Tel: (206) 684-8200
      E-mail: Kerala.Cowart@seattle.gov

      *Admitted pro hac vice

      Attorneys for Plaintiff
      CITY OF SEATTLE

1

2
                 KRISTYN ANDERSON
                 City Attorney

3
         By: */s/ Kristyn Anderson*

4
                 KRISTYN ANDERSON (MN Lic. 0267752)*
                 SARA J. LATHROP, Assistant City Attorney (MN Lic. 0310232)*

5
                 SHARDA ENSLIN, Assistant City Attorney (MN Lic. 0389370)*

6
                 350 South Fifth Street
                 Minneapolis, MN 55415

7
                 Tel: 612-673-3000
                 Email: kristyn.anderson@minneapolismn.gov

8
                 sara.lathrop@minneapolismn.gov
                 sharda.enslin@minneapolismn.gov

9

10
                 *Admitted *pro hac vice*

11
                 Attorneys for Plaintiff
                 CITY OF MINNEAPOLIS

12

13
                 IRENE KAO
                 City Attorney

14

15
         By: */s/ Anthony G. Edwards*
                 ANTHONY G. EDWARDS, Assistant City Attorney (MN Lic. # 0342555)*

16
                 400 City Hall and Courthouse

17
                 15 Kellogg Boulevard West
                 Saint Paul, Minnesota 55102

18
                 Tel: 651-266-8710
                 Fax: 651-298-5619

19
                 Email: Anthony.Edwards@ci.stpaul.mn.us

20
                 *Admitted *pro hac vice*

21
                 Attorneys for Plaintiff
                 CITY OF ST. PAUL

22

23

24

25

26

27

28

1    By:  */s/ Erin Monju*
         ERIN MONJU*
2        KATHERINE COURTNEY (CA Bar No. 341165)
         NAOMI TSU**
3        JILL HABIG (CA Bar No. 268770)
         Public Rights Project
4        490 43rd Street, Unit #115
         Oakland, CA 94609
5        Tel: (510) 738-6788
         erin@publicrightsproject.org
6        katiec@publicrightsproject.org
         jill@publicrightsproject.org
7        naomi@publicrightsproject.org

8        * Admitted pro hac vice; practicing under supervision of
9        D.C. Bar member pursuant to Local Rule 49(c)(8) while
         application to the D.C. Bar is pending
10       ** Admitted *pro hac vice*

11       Attorneys for Plaintiffs
12       CITIES OF MINNEAPOLIS, NEW HAVEN,
         PORTLAND, ST. PAUL, SANTA FE, SEATTLE,
13       ALBANY, ALBUQUERQUE, BEND, BOSTON,
         CAMBRIDGE, CHICAGO, COLUMBUS, CULVER
14       CITY, DENVER, ROCHESTER, and WILSONVILLE
         and COUNTIES OF ALLEGHENY, DANE,
15       HENNEPIN, MULTNOMAH, and PIERCE

16       DONNA R. ZIEGLER
17       County Counsel, County of Alameda

18    By:  */s/ Jason M. Allen*
         K. SCOTT DICKEY
19       Assistant County Counsel
         JASON M. ALLEN
20       Senior Deputy County Counsel
         1221 Oak Street, Suite 450
21       Oakland, California 94612
         Telephone: (510) 272-6700
22       E-mails: scott.dickey@acgov.org
             jason.allen@acgov.org
23
         Attorneys for Plaintiff
24       COUNTY OF ALAMEDA

25

26

27

28

ROBERT MAGEE*
Corporation Counsel

By: */s/ Robert Magee*
        City Hall, Room 106
        24 Eagle St
        Albany, NY 12207
        Tel: 518-434-5050
        Email: rmagee@albanyny.gov

        *Admitted *pro hac vice*

        Attorney for Plaintiff
        CITY OF ALBANY


By: */s/ Lauren Keefe*
        LAUREN KEEFE, City Attorney (NM Lic. 14664)**
        DEVON P. KING, Deputy City Attorney (NM Lic. 148108)*
        One Civic Plaza NW
        PO Box 2248
        Albuquerque, NM 87103
        Telephone: 505-768-4500
        lkeefe@cabq.gov
        dking@cabq.gov

        * Admitted *pro hac vice*
        **Application for admission *pro hac vice* forthcoming

        Attorneys for Plaintiff
        CITY OF ALBUQUERQUE


        EBONY M. THOMPSON
        Baltimore City Solicitor

By: */s/ Christopher Sousa*
        Christopher Sousa (264874)
        Baltimore City Department of Law
        100 N. Holliday Street
        Baltimore, Maryland 21202
        410.396.3947
        christopher.sousa@baltimorecity.gov

        Attorneys for Plaintiff
        CITY OF BALTIMORE

OFFICE OF THE CITY ATTORNEY FOR
THE CITY OF BEND

By: */s/ Ian M. Leitheiser*
    Ian M. Leitheiser (OSB #993106)*
    *City Attorney*
    Elizabeth Oshel (OSB #104705)*
    *Senior Assistant City Attorney*
    Michael J. Gaffney (OSB #251680)*
    *Senior Assistant City Attorney*
    City of Bend
    PO Box 431
    Bend, OR 97709
    (541) 693-2128
    ileitheiser@bendoregon.gov
    eoshel@bendoregon.gov
    mgaffney@bendoregon.gov

    *Admitted *pro hac vice*

    Attorneys for Plaintiff
    CITY OF BEND


By: */s/ Benjamin L. Stock*
    Benjamin L. Stock (SBN 208774)
    Stephen A. McEwen (SBN 186512)
    Eileen L. Ollivier (SBN 345880)
    BURKE, WILLIAMS & SORENSEN, LLP
    1999 Harrison Street, Suite 1650
    Oakland, California 94612-3520
    Tel: 510.273.8780    Fax: 510.839.9104
    bstock@bwslaw.com
    smcewen@bwslaw.com
    eollivier@bwslaw.com

    Attorneys for Plaintiff
    CITY OF BENICIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: */s/ Farimah F. Brown*
Farimah F. Brown, City Attorney, SBN 201227
Katrina L. Eiland, Deputy City Attorney, SBN 275701
Laura Iris Mattes, Deputy City Attorney, SBN 310594
Stephen A. Hylas, Deputy City Attorney, SBN 319833
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6998
Facsimile: (510) 981-6960
keiland@berkeleyca.gov
lmattes@berkeleyca.gov
shylas@berkeleyca.gov

Attorneys for Plaintiff
CITY OF BERKELEY


MICHAEL FIRESTONE
Corporation Counsel

By: */s/ Samuel Dinning*
SAMUEL DINNING (MA BBO# 704304)*
Chief of Staff & Policy
KATHERINE AUBUCHON-JONES (MA BBO# 705490)*
Senior Assistant Corporation Counsel
City of Boston Law Department
1 City Hall Plaza, Room 615
Boston, MA 02201
Telephone: 617-635-4034
samuel.dinning@boston.gov
katherine.jones@boston.gov

*Admitted *pro hac vice*

Attorneys for Plaintiff
CITY OF BOSTON

1         CITY OF CAMBRIDGE, LAW DEPARTMENT
2         MEGAN B. BAYER, CITY SOLICITOR

3      By: */s/ Megan B. Bayer*
4        Megan B. Bayer (MA BBO No. 669494)*
         *City Solicitor*
5        Sean M. McKendry (MA BBO No. 678844)*
         *Assistant City Solicitor*
6        Sydney M. Wright (MA BBO No. 698565)**
         *Assistant City Solicitor*
7        Cambridge City Hall, 3rd Floor
         795 Massachusetts Avenue
8        Cambridge, MA 02139
         (617) 349-4121
9        mbayer@cambridgema.gov
10       smckendry@cambridgema.gov
         swright@cambridgema.gov
11
12        *Admitted pro hac vice
         **Application for admission *pro hac vice* forthcoming
13
14        Attorneys for Plaintiff
         CITY OF CAMBRIDGE
15

16      By: */s/ Stephen A. McEwen*
         Stephen A. McEwen (SBN 186512)
17        Eileen L. Ollivier (SBN 345880)
         BURKE, WILLIAMS & SORENSEN, LLP
18        1770 Iowa Avenue, Suite 240
         Riverside, CA  92507-2479
19        Tel:  951.788.0100    Fax:  951.788.5785
         smcewen@bwslaw.com
20        eollivier@bwslaw.com

21        Attorneys for Plaintiff
22        CITY OF CATHEDRAL CITY

23

24

25

26

27

28

1

2

MARY B. RICHARDSON-LOWRY
Corporation Counsel of the City of Chicago

3    By:  /s/ Rebecca Hirsch
     Rebecca Hirsch (rebecca.hirsch2@cityofchicago.org)

4         City of Chicago Department of Law
          121 North LaSalle Street, Room 600

5         Chicago, Illinois 60602
          Tel: (313) 744-8143

6

7         Attorneys for Plaintiff
          CITY OF CHICAGO

8

9         CITY OF COLUMBUS, DEPARTMENT OF LAW
          ZACH KLEIN, CITY ATTORNEY

10

11   By:  /s/ Richard N. Coglianese
          Richard N. Coglianese (0066830)
          Assistant City Attorney

12        77 N. Front Street, 4th Floor
          Columbus, Ohio 43215

13        (614) 645-0818 Phone
          (614) 645-6949 Fax

14        rncoglianese@columbus.gov

15        Attorneys for Plaintiff
          CITY OF COLUMBUS

16

17        OFFICE OF THE CORPORATION COUNSEL FOR
          DANE COUNTY

18

19   By:  /s/ Carlos A. Pabellon
          Carlos A. Pabellon (WSB # 1046945)*

20        Corporation Counsel
          David R. Gault (WSB # 1016374)*

21        Deputy Corporation Counsel
          County of Dane

22        City-County Building, Room 419
          210 Martin Luther King, Jr. Blvd.

23        Madison, WI 53703
          (608) 266-4355

24        pabellon.carlos@danecounty.gov
          gault@danecounty.gov

25

26        *Admitted pro hac vice

27        Attorneys for Plaintiff
          COUNTY OF DANE

28

ASHLEY M. KELLIHER
Assistant City Attorney

By: /s/ Ashley M. Kelliher
Ashley M. Kelliher (CO Bar No. 40220)*
Assistant City Attorney
Denver City Attorney's Office
201 West Colfax Avenue Denver, Colorado 80202
720-913-3137 (phone)
720-913-3190 (fax)
ashley.kelliher@denvergov.org

*Application for admission pro hac vice forthcoming

Attorney for Plaintiff
CITY AND COUNTY OF DENVER


By: /s/ Samantha W. Zutler
Samantha W. Zutler (SBN 238514)
Eileen L. Ollivier (SBN 345880)
BURKE, WILLIAMS & SORENSEN, LLP
1 California Street, Suite 3050
San Francisco, CA 94111-5432
Tel:  415.655.8100    Fax:  415.655.8099
szutler@bwslaw.com
eollivier@bwslaw.com

Attorneys for Plaintiffs
CITIES OF HEALDSBURG and WATSONVILLE


MARY F. MORIARTY
Hennepin County Attorney

By: /s/ Rebecca Holschuh
Rebecca L.S. Holschuh (MN Lic. #0392251)*
Brittany K. McCormick (MN Lic. #0395175)*
Assistant County Attorneys
300 South Sixth Street
Minneapolis, MN 55487
Tel: 612-673-3000
Rebecca.Holschuh@hennepin.us
Brittany.McCormick@hennepin.us

*Admitted pro hac vice

Attorneys for Plaintiff
COUNTY OF HENNEPIN

1
2
HYDEE FELDSTEIN SOTO
City Attorney of the City of Los Angeles

3
By: /s/ Michael J. Dundas
Michael J. Dundas (CA Bar No. 226930)
4
Joshua M. Templet (CA Bar No. 267098)
Office of the Los Angeles City Attorney
5
200 North Main Street, Room 800
Los Angeles, California 90012
6
Tel: (213) 978-8100
mike.dundas@lacity.org
7
joshua.templet@lacity.org

8
Attorneys for Plaintiff
CITY OF LOS ANGELES
9

10
BRIAN E. WASHINGTON
County Counsel
11

12
By: /s/ Edward F. Sears
Kate K. Stanford, Deputy County Counsel
13
Edward F. Sears, Deputy County Counsel
3501 Civic Center Drive, Suite 275
14
San Rafael, CA 94903
Tel: (415) 473-6117
15
kate.stanford@marincounty.gov
ned.sears@marincounty.gov
16

17
Attorneys for Plaintiff
COUNTY OF MARIN
18

19
By: /s/ Nira F. Doherty
Nira F. Doherty (SBN 254523)
20
Stephen A. McEwen (SBN 186512)
Eileen L. Ollivier (SBN 345880)
21
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
22
Oakland, California 94612-3520
Tel:  510.273.8780     Fax:  510.839.9104
23
ndoherty@bwslaw.com
smcewen@bwslaw.com
24
eollivier@bwslaw.com
25

26
Attorneys for Plaintiff
CITY OF MENLO PARK
27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: */s/ B. Andrew Jones*

B. Andrew Jones*
Deputy County Attorney, Oregon State Bar No. 091786
Multnomah County Attorneys Office
501 SE Hawthorne Blvd, Suite 500
Portland, OR, 97214
Phone: (503)-988-3138
Mobile: (971)-678-7526
Fax: (503)-988-3377
Email: andy.jones@multco.us

*Application for admission *pro hac vice* forthcoming

Attorney for Plaintiff
MULTNOMAH COUNTY


By: */s/ Michelle Marchetta Kenyon*

Michelle Marchetta Kenyon (SBN 127969)
City Attorney
Stephen A. McEwen (SBN 186512)
Eileen L. Ollivier (SBN 345880)
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel:  510.273.8780    Fax:  510.839.9104
mkenyon@bwslaw.com
smcewen@bwslaw.com
eollivier@bwslaw.com

Attorneys for Plaintiffs
CITIES OF PACIFICA and ROHNERT PARK


By: */s/ Molly S. Stump*

Molly S. Stump, City Attorney SBN 177165
Caio A. Arellano, Chief Assistant City Attorney SBN 262168
Mark J. Vanni, Assistant City Attorney SBN 267892
City Of Palo Alto
250 Hamilton Ave., 8th Floor
Palo Alto, CA 94301
Telephone: (650) 329-2171
Facsimile: (650) 320-2646
Email: Molly.Stump@PaloAlto.gov
Caio.Arellano@PaloAlto.gov
Mark.Vanni@PaloAlto.gov

Attorneys for Plaintiff
CITY OF PALO ALTO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: /s/ Eric Danly
       Eric Danly
       City Attorney
       City of Petaluma
       11 English St, Petaluma, CA 94952-2610
       Telephone: 707-778-4402
       E-Mail: EDanly@cityofpetaluma.org

       Attorney for Plaintiff
       CITY OF PETALUMA


       MARY E. ROBNETT
       Pierce County Prosecuting Attorney

By: /s/ Kristal M. Cowger
       KRISTAL M. COWGER, WSBA # 43079*
       JONATHAN R. SALAMAS, WSBA # 39781*
       Deputy Prosecuting Attorneys / Civil
       930 Tacoma Avenue South, Suite 946
       Tacoma, WA  98402-2102
       Ph: 253-798-7400 / Fax: 253-798-6713
       kristal.cowger@piercecountywa.gov
       jonathan.salamas@piercecountywa.gov

       *Admitted pro hac vice

       Attorneys for Plaintiff
       PIERCE COUNTY


       DAVID ALESHIRE
       City Attorney

By: /s/ Kimberly Y. Chin
       SHANNON MOORE, Chief Assistant City Attorney
       KIMBERLY Y. CHIN, Senior Assistant City Attorney
       450 Civic Center Plaza
       Richmond, CA  94804-1630
       Tel: 510-620-6509
       Fax: 510-620-6518
       Email: Shannon_Moore@ci.richmond.ca.us
       Email: Kimberly_Chin@ci.richmond.ca.us

       Attorneys for Plaintiff
       CITY OF RICHMOND

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: */s/ John D. Nibbelin*
    JOHN D. NIBBELIN, County Counsel (SBN 184603)
    Rebecca M. Archer, Chief Deputy Counsel (SBN 202743)
    Lauren F. Carroll, Deputy County Counsel (SNB 333446)
    500 County Center, 4th Floor
    Redwood City, CA 94063
    Telephone: 650-363-4757
    jnibbelin@smcgov.org
    rmarcher@smcgov.org
    lcarroll@smcgov.org

    Attorneys for Plaintiff
    COUNTY OF SAN MATEO

By: */s/ Teresa L. Stricker*
    TERESA L. STRICKER, City Attorney (CA Lic. 160601)
    AUTUMN LUNA, Chief Assistant City Attorney (CA Lic. 288506)
    ADAM S. ABEL, Assistant City Attorney (CA Lic. 148210)
    HANNAH E. FORD-STILLE, Deputy City Attorney (CA Lic. 335113)
    100 Santa Rosa Ave, Room 8
    Santa Rosa, CA 95404
    Telephone: (707) 543-3040
    tstricker@srcity.org
    aluna@srcity.org
    aabel@srcity.org
    hfordstille@srcity.org

    Attorneys for Plaintiff
    CITY OF SANTA ROSA

By: */s/ Joshua A. Myers*
    Robert H. Pittman, County Counsel (SBN 172154)
    Joshua A. Meyers, Chief Deputy County Counsel (SBN 250988)
    575 Administration Drive, Room 105A
    Santa Rosa, California 95403
    Telephone: (707) 565-2421
    Joshua.Myers@sonoma-county.org

    Attorneys for Plaintiff
    COUNTY OF SONOMA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: */s/ Amanda Guile-Hinman*
Amanda R. Guile-Hinman, OSB #093706*
29799 SW Town Center Loop E
Wilsonville, OR 97070
guile@wilsonvilleoregon.gov
(503) 570-1509

*Admitted *pro hac vice*

Attorney for Plaintiff
CITY OF WILSONVILLE

**FILER'S ATTESTATION**

I, BILL NGUYEN, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO STAY CASE DEADLINES PENDING APPEAL. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.