DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5402
Telephone:     (415) 355-3308
Facsimile:      (415) 437-4644
E-Mail:          karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
BILL NGUYEN, SBN 333671
Deputy County Counsels
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:     (408) 299-5900
Facsimile:      (408) 292-7240
E-Mail:          tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF PORTLAND, MARTIN LUTHER KING, JR. COUNTY, CITY OF NEW HAVEN, CITY OF OAKLAND, CITY OF EMERYVILLE, CITY OF SAN JOSÉ, CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF SANTA CRUZ, COUNTY OF MONTEREY, CITY OF SEATTLE, CITY OF MINNEAPOLIS, CITY OF ST. PAUL, CITY OF SANTA FE, COUNTY OF ALAMEDA, CITY OF ALBANY, CITY OF ALBUQUERQUE, COUNTY OF ALLEGHENY, CITY OF BALTIMORE, CITY OF BEND, CITY OF BENICIA, CITY OF BERKELEY, CITY OF BOSTON, CITY OF CAMBRIDGE, CITY OF CATHEDRAL CITY, CITY OF CHICAGO, CITY OF COLUMBUS, CITY OF CULVER CITY, COUNTY OF DANE, CITY AND COUNTY OF DENVER, CITY OF HEALDSBURG, COUNTY OF HENNEPIN, CITY OF LOS ANGELES, COUNTY OF MARIN, CITY OF MENLO PARK, MULTNOMAH COUNTY, CITY OF PACIFICA, CITY OF PALO ALTO, CITY OF PETALUMA, PIERCE COUNTY, CITY OF RICHMOND, CITY OF ROCHESTER, CITY OF ROHNERT PARK, COUNTY OF SAN MATEO, CITY OF SANTA | Case No. 3:25-cv-1350-WHO<br><br>**DECLARATION OF BILL NGUYEN IN SUPPORT OF STIPULATED REQUEST TO STAY CASE DEADLINES PENDING APPEAL**<br><br>Date Filed:     February 7, 2025 |

|   |   |
|---|---|
| 1 | ROSA, COUNTY OF SONOMA, CITY OF WATSONVILLE, CITY OF WILSONVILLE, |
| 2 |   |
| 3 | Plaintiffs, |
| 4 | vs. |
| 5 | DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, PAMELA BONDI, Attorney General of the United States, EMIL BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, RUSSELL VOUGHT, Director of United States Office of Management and Budget, UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, DOES 1-100, |
| 11 | Defendants. |

I, Bill Nguyen, declare and state the following:

1.  I am over the age of 18. I am a resident of the State of California; a member of the Bar of this Court; a Deputy County Counsel with the Office of the County Counsel, County of Santa Clara; and an attorney of record for Plaintiff the County of Santa Clara in the action *City and County of San Francisco v. Trump*, No. 25-cv-1350 (N.D. Cal.), filed in this District on February 7, 2025. Pursuant to Northern District of California Civil Local Rule 6-2(a), I make this declaration in support of the Parties' Stipulated Request and [Proposed] Order to Stay Case Deadlines Pending Appeal. I state the matters herein of my personal knowledge. If called on to do so, I could and would testify to them.

2.  **Requested order changing time**: The Parties request an order (1) that they shall file a joint status report within 30 days of the Ninth Circuit's ruling in Case No. 25-3889 that outlines each Party's position as to how the above-captioned case should proceed, and (2) that all other deadlines in the above-captioned case shall be stayed pending the Ninth Circuit's ruling in Case No. 25-3889.

3.  **Reasons for request**: The Parties conferred by email on January 7, 2026, and expect that the Ninth Circuit's ruling in Case No. 25-3889 will likely impact how the above-captioned case proceeds after the Court's ruling on Defendants' Motion to Dismiss. To promote judicial economy, the Parties believe that all case deadlines should be stayed pending the Ninth Circuit's ruling in Case No. 25-3889.

Nguyen Decl. ISO Stipulation to Stay Case Deadlines;
Case No. 3:25-cv-1350-WHO

2

4.      **Previous time modifications**: There have been five prior modifications to Court deadlines in this case.  On April 29, 2025, the Court granted Defendants' Motion for 48-Hour Extension of Time to Ensure Notice of Preliminary Injunction to "All Federal Departments and Agencies."  ECF No. 121.  On May 6, 2025, the Court granted Plaintiffs' Motion to Shorten Time for Expedited Briefing and Hearing on Motion to Enforce or Modify Preliminary Injunction.  ECF No. 131.  On July 2, 2025, the Court entered the Parties' stipulated briefing schedule on Plaintiffs' motion to file the second amended complaint and extended the Defendants' deadline for filing a response or motion to dismiss the operative complaint.  ECF No. 150.  On August 5, 2025, the Court granted Plaintiffs' Motion to Shorten Time and Establish Expedited Briefing and Hearing Schedule for Plaintiffs' Motion for Second Preliminary Injunction.  ECF No. 186.  Finally, on September 4, 2025, the Court granted the Parties' Stipulated Request for Order Enlarging Time to File Opposition to and Reply in Support of Defendants' Motion to Dismiss the Second Amended Complaint.  ECF No. 229.

5.      **Effect of requested time modification on schedule**: The only current deadline in this case is for the Parties to file a Further Joint Case Management Statement on January 13, 2026, in lieu of which the Parties have filed their Stipulated Request.  The Court has not set a case schedule.  The Parties' stipulation would defer the setting of deadlines, including the deadlines for Defendants to answer the Second Amended Complaint (assuming the pending motion to dismiss is denied), to produce the administrative record, for dispositive motions, and for trial.  Instead, the Parties propose that, within 30 days of the Ninth Circuit's ruling in Case No. 25-3889, the Parties will file a joint status report that outlines each Party's position as to how the above-captioned case should proceed, including a proposed case schedule.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed in San José, California, on January 12, 2026.

*Bill Nguyen*
BILL NGUYEN