1   DAVID CHIU, SBN 189542
    City Attorney
2   YVONNE R. MERÉ, SBN 175394
    Chief Deputy City Attorney
3   MOLLIE M. LEE, SBN 251404
    Chief of Strategic Advocacy
4   SARA J. EISENBERG, SBN 269303
    Chief of Complex and Affirmative Litigation
5   NANCY E. HARRIS, SBN 197042
    KARUN A. TILAK, SBN 323939
6   Deputy City Attorneys
    Fox Plaza
7   1390 Market Street, 7th Floor
    San Francisco, CA  94102-5408
8   Telephone:     (415) 355-3308
    Facsimile:      (415) 437-4644
9   E-Mail:         karun.tilak@sfcityatty.org

10  Attorneys for Plaintiff
    CITY AND COUNTY OF SAN FRANCISCO
11

12  [additional counsel on signature page]

13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15

16  CITY AND COUNTY OF SAN FRANCISCO,          Case No. 3:25-cv-1350-WHO
    COUNTY OF SANTA CLARA, CITY OF
17  PORTLAND, MARTIN LUTHER KING, JR.          **STIPULATED REQUEST AND ORDER TO
    COUNTY, CITY OF NEW HAVEN, CITY OF         STAY CASE DEADLINES PENDING
18  OAKLAND, CITY OF EMERYVILLE, CITY OF       APPEAL**
    SAN JOSÉ, CITY OF SAN DIEGO, CITY OF
19  SACRAMENTO, CITY OF SANTA CRUZ,
    COUNTY OF MONTEREY, CITY OF SEATTLE,
20  CITY OF MINNEAPOLIS, CITY OF ST. PAUL,     Date Filed:          February 7, 2025
    CITY OF SANTA FE, COUNTY OF ALAMEDA,
21  CITY OF ALBANY, CITY OF ALBUQUERQUE,
    COUNTY OF ALLEGHENY, CITY OF
22  BALTIMORE, CITY OF BEND, CITY OF
    BENICIA, CITY OF BERKELEY, CITY OF
23  BOSTON, CITY OF CAMBRIDGE, CITY OF
    CATHEDRAL CITY, CITY OF CHICAGO, CITY
24  OF COLUMBUS, CITY OF CULVER CITY,
    COUNTY OF DANE, CITY AND COUNTY OF
25  DENVER, CITY OF HEALDSBURG, COUNTY
    OF HENNEPIN, CITY OF LOS ANGELES,
26  COUNTY OF MARIN, CITY OF MENLO PARK,
    MULTNOMAH COUNTY, CITY OF PACIFICA,
27  CITY OF PALO ALTO, CITY OF PETALUMA,
    PIERCE COUNTY, CITY OF RICHMOND, CITY
28  OF ROCHESTER, CITY OF ROHNERT PARK,

COUNTY OF SAN MATEO, CITY OF SANTA
ROSA, COUNTY OF SONOMA, CITY OF
WATSONVILLE, CITY OF WILSONVILLE,

     Plaintiffs,

     vs.

DONALD J. TRUMP, President of the United
States, UNITED STATES OF AMERICA,
PAMELA BONDI, Attorney General of the United
States, EMIL BOVE, Acting Deputy Attorney
General, UNITED STATES DEPARTMENT OF
JUSTICE, KRISTI NOEM, Secretary of United
States Department of Homeland Security, UNITED
STATES DEPARTMENT OF HOMELAND
SECURITY, RUSSELL VOUGHT, Director of
United States Office of Management and Budget,
UNITED STATES OFFICE OF MANAGEMENT
AND BUDGET, DOES 1-100,

     Defendants.

## STIPULATION

Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendants (collectively "the Parties") hereby stipulate and request as follows:

WHEREAS the Complaint was filed on February 7, 2025; the First Amended Complaint was filed on February 27, 2025; and the Second Amended Complaint was filed on August 7, 2025;

WHEREAS the Court issued an order granting Plaintiffs' Motion for Preliminary Injunction on April 24, 2025; a further order regarding the Preliminary Injunction on May 3, 2025; an order clarifying the Preliminary Injunction on May 9, 2025; an order regarding disputes over the propriety of standard conditions on federal grants on June 23, 2025; and an order granting Plaintiffs' Second Motion for Preliminary Injunction and ruling on the propriety of U.S. Department of Housing and Urban Development Continuum of Care and formula-grant conditions on August 22, 2025 (collectively "the Preliminary Injunction Orders");

WHEREAS Defendants appealed some of the Court's Preliminary Injunction Orders to the Ninth Circuit in Case No. 25-3889 on June 30, 2025; briefing in Case No. 25-3889 was complete on September 22, 2025; the Ninth Circuit heard argument in Case No. 25-3889 on December 5, 2025; and the Ninth Circuit has yet to rule in Case No. 25-3889;

1   WHEREAS briefing on Defendants' Motion to Dismiss was complete on October 16, 2025;

2   WHEREAS on December 19, 2025, the Court issued a Case Management Order setting a Case

3   Management Conference for January 20, 2026, and stating that the Parties should assume that the Court

4   will deny Defendants' motion to dismiss the Second Amended Complaint;

5   WHEREAS the Parties expect that the Ninth Circuit's ruling in Case No. 25-3889 will likely

6   impact how the above-captioned case proceeds;

7   WHEREAS to promote judicial economy, the Parties believe that all case deadlines should be

8   stayed pending the Ninth Circuit's ruling in Case No. 25-3889; and

9   WHEREAS attached to this Stipulated Request is the Declaration of Bill Nguyen pursuant to

10  Civil Local Rule 6-2(a), setting forth the reasons for the requested stay of case deadlines, disclosing all

11  previous time modifications, and describing the effect that the requested time modification would have

12  on the rest of the schedule in the above-captioned case;

13  NOW, THEREFORE, the Parties jointly request that this Court issue an order as follows:

14  1.   The Parties shall file a joint status report within 30 days of the Ninth Circuit's ruling in

15  Case No. 25-3889 that outlines each Party's position as to how the above-captioned case should proceed,

16  including a proposed case schedule.

17  2.   All other deadlines in the above-captioned case shall be stayed pending the Ninth

18  Circuit's ruling in Case No. 25-3889.

19  3.   The Preliminary Injunction Orders shall remain in force pending the Ninth Circuit's

20  ruling in Case No. 25-3889.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 12, 2026          By: _____

Hon. William H. Orrick III
United States District Judge
U.S. District Court, Northern District of California

1    Dated:  January 12, 2026                    Respectfully submitted,

2                                                BRETT A. SHUMATE
                                                 Assistant Attorney General
3                                                Civil Division

4                                                YAAKOV ROTH
                                                 Principal Deputy Assistant Attorney General
5
                                                 DREW C. ENSIGN
6                                                Deputy Assistant Attorney General

7                                                ELIANIS PEREZ
                                                 Assistant Director
8
                                                 CAROLINE MCGUIRE
9                                                VICTORIA TURCIOS
                                                 Trial Attorneys
10
                                                 */s/ Angel Fleming*____
11                                               ANGEL FLEMING
                                                 FL Bar No. 91103
12                                               Trial Attorney
                                                 U.S. Department of Justice
13                                               Office of Immigration Litigation
                                                 General Litigation and Appeals Section
14                                               P.O. Box 868, Ben Franklin Station
                                                 Washington, DC 20044
15                                               T: 202.598.7431
                                                 E: angel.fleming@usdoj.gov
16
                                                 Attorneys for Defendants
17

18                                               DAVID CHIU
                                                 City Attorney
19                                               YVONNE R. MERÉ
                                                 Chief Deputy City Attorney
20                                               MOLLIE M. LEE
                                                 Chief of Strategic Advocacy
21                                               SARA J. EISENBERG
                                                 Chief of Complex and Affirmative Litigation
22                                               NANCY E. HARRIS
                                                 KARUN A. TILAK
23                                               Deputy City Attorneys

24                                         By:  */s/ Karun A. Tilak*_____
25                                               KARUN A. TILAK
                                                 Deputy City Attorney
26
                                                 Attorneys for Plaintiff
27                                               CITY AND COUNTY OF SAN FRANCISCO

28

1
2
3
4
5
6

TONY LOPRESTI
County Counsel
KAVITA NARAYAN
Chief Assistant County Counsel
MEREDITH A. JOHNSON
Lead Deputy County Counsel
STEFANIE L. WILSON
RAJIV NARAYAN
BILL NGUYEN
Deputy County Counsels

7      By: */s/ Bill Nguyen*
8           BILL NGUYEN
           Deputy County Counsel

9      Attorneys for Plaintiff
10     COUNTY OF SANTA CLARA

11     ROBERT TAYLOR
12     Portland City Attorney

13     By: */s/ Naomi Sheffield*
           NAOMI SHEFFIELD*
14         Chief Deputy City Attorney
           1221 SW Fourth Avenue, Room 430
15         Portland, OR 97204
           Tel: (503) 823-4047
16         Fax: (503) 823-3089
           Naomi.Sheffield@portlandoregon.gov

17     *Admitted *pro hac vice*

18     Attorneys for Plaintiff
19     CITY OF PORTLAND

20
21
22
23
24
25
26
27
28

MARTIN LUTHER KING JR. COUNTY

By: /s/ David J. Hackett
DAVID J. HACKETT*
General Counsel to King County
Executive
Chinook Building
401 5th Avenue, Suite 800
Seattle, Washington, 98104
(206) 477-9483
David.hackett@kingcounty.gov
PAUL J. LAWRENCE*
Pacifica Law Group
1191 2nd Avenue, Suite 2000
Seattle, WA 98101-3404
(206) 245-1708
Paul.Lawrence@pacificalawgroup.com
Special Deputy Prosecutors

*Admitted *pro hac vice*

Attorneys for Plaintiff
MARTIN LUTHER KING, JR. COUNTY


RYAN RICHARDSON
Oakland City Attorney

By: /s/ Ryan Richardson
RYAN RICHARDSON
City Attorney
MARIA BEE
Chief Assistant City Attorney
H. LUKE EDWARDS
Supervising Deputy City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Tel: (510) 238-6629
Fax: (510) 238-6500
Email: RRichardson@OaklandCityAttorney.org

Attorneys for Plaintiff
CITY OF OAKLAND

1
2

JOHN I. KENNEDY
City Attorney

3

By: */s/ John I. Kennedy*_____

4

JOHN I. KENNEDY, City Attorney
1333 Park Ave, Emeryville, CA 94608-3517
Phone: 510-596-4381

5

Fax: 510-596-3724
Email: John.Kennedy@emeryville.org

6
7

Attorney for Plaintiff
CITY OF EMERYVILLE

8
9

SUSANA ALCALA WOOD
City Attorney

10

By: */s/ Elisa Tolentino*_____

11

ELISA TOLENTINO, Chief Deputy City Attorney
200 E Santa Clara St

12

San José, CA 95113-1905
Tel: 408-535-1900

13

Fax: 408-998-3131
cao.main@sanjoseca.gov

14
15

Attorney for Plaintiff
CITY OF SAN JOSÉ

16
17
18
19
20
21
22
23
24
25
26
27
28

1  HEATHER FERBERT
2  City Attorney

3  By: */s/ Julie Rau*
4      JULIE RAU, Lead Deputy City Attorney
       JENNIFER MARTIN, Deputy City Attorney
5      1200 Third Avenue, Suite 1100
       San Diego, California 92101-4100
6      Tel: (619) 533-5800
       Email: JRau@sandiego.gov
7      MartinJM@sandiego.gov

8      Attorneys for Plaintiff
       CITY OF SAN DIEGO
9

10     GUSTAVO L. MARTINEZ
       Interim City Attorney
11
12  By: */s/ Andrea Velasquez*
       ANDREA VELASQUEZ
13     Supervising Deputy City Attorney
       915 I St Fl 4, Sacramento, CA 95814-2621
14     Tel: 916-808-5346
       Fax: 916-808-7455
15     Email: AVelasquez@cityofsacramento.org

16     Attorney for Plaintiff
       CITY OF SACRAMENTO
17

18  By: */s/ Anthony P. Condotti*
       Anthony P. Condotti, City Attorney
19     Catherine M. Bronson, Assistant City Attorney
       Claire Hard, Deputy City Attorney
20     PO Box 481
       Santa Cruz, CA 95061
21     Tel: 831-423-8383
       Email: tcondotti@abc-law.com
22     chard@abc-law.com
       cbronson@abc-law.com
23
24     Attorneys for Plaintiff
       CITY OF SANTA CRUZ
25

26

27

28

1

2

SUSAN K. BLITCH
County Counsel

3

By: /s/ Susan K. Blitch

4

SUSAN K. BLITCH, County Counsel
HENRY BLUESTONE SMITH, Deputy County Counsel
168 W Alisal St Fl 3rd
Salinas, CA 93901-2439
Tel: 831-755-5045
Fax: 831-755-5283
Email: SmithHB@countyofmonterey.gov

5

6

7

8

Attorneys for Plaintiff
COUNTY OF MONTEREY

9

10

ERIKA J. EVANS
Seattle City Attorney

11

By: /s/ Kerala Cowart

12

Kerala Cowart, Assistant City Attorney*
Ann Davison, Seattle City Attorney*
Dallas LePierre, Assistant City Attorney*
Rebecca Widen, Assistant City Attorney*
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Tel: (206) 684-8200
E-mail: Kerala.Cowart@seattle.gov

13

14

15

16

17

*Admitted pro hac vice

18

Attorneys for Plaintiff
CITY OF SEATTLE

19

20

21

22

23

24

25

26

27

28


1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: */s/ Erin Monju*
ERIN MONJU*
KATHERINE COURTNEY (CA Bar No. 341165)
NAOMI TSU**
JILL HABIG (CA Bar No. 268770)
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
erin@publicrightsproject.org
katiec@publicrightsproject.org
jill@publicrightsproject.org
naomi@publicrightsproject.org

\* Admitted pro hac vice; practicing under supervision of
D.C. Bar member pursuant to Local Rule 49(c)(8) while
application to the D.C. Bar is pending
\*\* Admitted *pro hac vice*

Attorneys for Plaintiffs
CITIES OF MINNEAPOLIS, NEW HAVEN,
PORTLAND, ST. PAUL, SANTA FE, SEATTLE,
ALBANY, ALBUQUERQUE, BEND, BOSTON,
CAMBRIDGE, CHICAGO, COLUMBUS, CULVER
CITY, DENVER, ROCHESTER, and WILSONVILLE
and COUNTIES OF ALLEGHENY, DANE,
HENNEPIN, MULTNOMAH, and PIERCE


DONNA R. ZIEGLER
County Counsel, County of Alameda

By: */s/ Jason M. Allen*
K. SCOTT DICKEY
Assistant County Counsel
JASON M. ALLEN
Senior Deputy County Counsel
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700
E-mails: scott.dickey@acgov.org
  jason.allen@acgov.org

Attorneys for Plaintiff
COUNTY OF ALAMEDA

ROBERT MAGEE*
Corporation Counsel

By: */s/ Robert Magee*
City Hall, Room 106
24 Eagle St
Albany, NY 12207
Tel: 518-434-5050
Email: rmagee@albanyny.gov

*Admitted *pro hac vice*

Attorney for Plaintiff
CITY OF ALBANY


By: */s/ Lauren Keefe*
LAUREN KEEFE, City Attorney (NM Lic. 14664)**
DEVON P. KING, Deputy City Attorney (NM Lic. 148108)*
One Civic Plaza NW
PO Box 2248
Albuquerque, NM 87103
Telephone: 505-768-4500
lkeefe@cabq.gov
dking@cabq.gov

* Admitted *pro hac vice*
**Application for admission *pro hac vice* forthcoming

Attorneys for Plaintiff
CITY OF ALBUQUERQUE


EBONY M. THOMPSON
Baltimore City Solicitor

By: */s/ Christopher Sousa*
Christopher Sousa (264874)
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
410.396.3947
christopher.sousa@baltimorecity.gov

Attorneys for Plaintiff
CITY OF BALTIMORE

OFFICE OF THE CITY ATTORNEY FOR
THE CITY OF BEND

By: */s/ Ian M. Leitheiser*
    Ian M. Leitheiser (OSB #993106)*
    *City Attorney*
    Elizabeth Oshel (OSB #104705)*
    *Senior Assistant City Attorney*
    Michael J. Gaffney (OSB #251680)*
    *Senior Assistant City Attorney*
    City of Bend
    PO Box 431
    Bend, OR 97709
    (541) 693-2128
    ileitheiser@bendoregon.gov
    eoshel@bendoregon.gov
    mgaffney@bendoregon.gov

    *Admitted *pro hac vice*

    Attorneys for Plaintiff
    CITY OF BEND


By: */s/ Benjamin L. Stock*
    Benjamin L. Stock (SBN 208774)
    Stephen A. McEwen (SBN 186512)
    Eileen L. Ollivier (SBN 345880)
    BURKE, WILLIAMS & SORENSEN, LLP
    1999 Harrison Street, Suite 1650
    Oakland, California 94612-3520
    Tel:  510.273.8780    Fax:  510.839.9104
    bstock@bwslaw.com
    smcewen@bwslaw.com
    eollivier@bwslaw.com

    Attorneys for Plaintiff
    CITY OF BENICIA

1

By: */s/ Farimah F. Brown*
Farimah F. Brown, City Attorney, SBN 201227

2
Katrina L. Eiland, Deputy City Attorney, SBN 275701
Laura Iris Mattes, Deputy City Attorney, SBN 310594

3
Stephen A. Hylas, Deputy City Attorney, SBN 319833

4
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor

5
Berkeley, CA 94704
Telephone: (510) 981-6998

6
Facsimile: (510) 981-6960
keiland@berkeleyca.gov

7
lmattes@berkeleyca.gov
shylas@berkeleyca.gov

8

9
Attorneys for Plaintiff
CITY OF BERKELEY

10

11
MICHAEL FIRESTONE
Corporation Counsel

12

By: */s/ Samuel Dinning*
13
SAMUEL DINNING (MA BBO# 704304)*

14
Chief of Staff & Policy
KATHERINE AUBUCHON-JONES (MA BBO#

15
705490)*
Senior Assistant Corporation Counsel

16
City of Boston Law Department
1 City Hall Plaza, Room 615

17
Boston, MA 02201
Telephone: 617-635-4034

18
samuel.dinning@boston.gov
katherine.jones@boston.gov

19

20
*Admitted *pro hac vice*

21
Attorneys for Plaintiff
CITY OF BOSTON

22

23

24

25

26

27

28

CITY OF CAMBRIDGE, LAW DEPARTMENT
MEGAN B. BAYER, CITY SOLICITOR

By: */s/ Megan B. Bayer*
    Megan B. Bayer (MA BBO No. 669494)*
    *City Solicitor*
    Sean M. McKendry (MA BBO No. 678844)*
    *Assistant City Solicitor*
    Sydney M. Wright (MA BBO No. 698565)**
    *Assistant City Solicitor*
    Cambridge City Hall, 3rd Floor
    795 Massachusetts Avenue
    Cambridge, MA 02139
    (617) 349-4121
    mbayer@cambridgema.gov
    smckendry@cambridgema.gov
    swright@cambridgema.gov

    *Admitted *pro hac vice*
    **Application for admission *pro hac vice* forthcoming

    Attorneys for Plaintiff
    CITY OF CAMBRIDGE


By: */s/ Stephen A. McEwen*
    Stephen A. McEwen (SBN 186512)
    Eileen L. Ollivier (SBN 345880)
    BURKE, WILLIAMS & SORENSEN, LLP
    1770 Iowa Avenue, Suite 240
    Riverside, CA 92507-2479
    Tel: 951.788.0100    Fax: 951.788.5785
    smcewen@bwslaw.com
    eollivier@bwslaw.com

    Attorneys for Plaintiff
    CITY OF CATHEDRAL CITY

1

2

MARY B. RICHARDSON-LOWRY
Corporation Counsel of the City of Chicago

3

By:  */s/ Rebecca Hirsch*
Rebecca Hirsch (rebecca.hirsch2@cityofchicago.org)

4

City of Chicago Department of Law
121 North LaSalle Street, Room 600

5

Chicago, Illinois 60602
Tel: (313) 744-8143

6

7

Attorneys for Plaintiff
CITY OF CHICAGO

8

9

CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY

10

11

By:  */s/ Richard N. Coglianese*
Richard N. Coglianese (0066830)

12

Assistant City Attorney
77 N. Front Street, 4th Floor

13

Columbus, Ohio 43215
(614) 645-0818 Phone

14

(614) 645-6949 Fax
rncoglianese@columbus.gov

15

16

Attorneys for Plaintiff
CITY OF COLUMBUS

17

OFFICE OF THE CORPORATION COUNSEL FOR
DANE COUNTY

18

19

By:  */s/ Carlos A. Pabellon*
Carlos A. Pabellon (WSB # 1046945)*

20

*Corporation Counsel*
David R. Gault (WSB # 1016374)*

21

*Deputy Corporation Counsel*
County of Dane

22

City-County Building, Room 419
210 Martin Luther King, Jr. Blvd.

23

Madison, WI 53703
(608) 266-4355

24

pabellon.carlos@danecounty.gov
gault@danecounty.gov

25

26

*Admitted *pro hac vice*

27

Attorneys for Plaintiff
COUNTY OF DANE

28

1

2

ASHLEY M. KELLIHER
Assistant City Attorney

3

By: /s/ Ashley M. Kelliher
Ashley M. Kelliher (CO Bar No. 40220)*
Assistant City Attorney
Denver City Attorney's Office
201 West Colfax Avenue Denver, Colorado 80202
720-913-3137 (phone)
720-913-3190 (fax)
ashley.kelliher@denvergov.org

4

5

6

7

8

*Application for admission *pro hac vice* forthcoming

9

Attorney for Plaintiff
CITY AND COUNTY OF DENVER

10

11

By: /s/ Samantha W. Zutler
Samantha W. Zutler (SBN 238514)
Eileen L. Ollivier (SBN 345880)
BURKE, WILLIAMS & SORENSEN, LLP
1 California Street, Suite 3050
San Francisco, CA 94111-5432
Tel:  415.655.8100    Fax:  415.655.8099
szutler@bwslaw.com
eollivier@bwslaw.com

12

13

14

15

16

Attorneys for Plaintiffs
CITIES OF HEALDSBURG and WATSONVILLE

17

18

MARY F. MORIARTY
Hennepin County Attorney

19

20

By: /s/ Rebecca Holschuh
Rebecca L.S. Holschuh (MN Lic. #0392251)*
Brittany K. McCormick (MN Lic. #0395175)*
Assistant County Attorneys
300 South Sixth Street
Minneapolis, MN 55487
Tel: 612-673-3000
Rebecca.Holschuh@hennepin.us
Brittany.McCormick@hennepin.us

21

22

23

24

25

*Admitted *pro hac vice*

26

Attorneys for Plaintiff
COUNTY OF HENNEPIN

27

28

1

2

HYDEE FELDSTEIN SOTO
City Attorney of the City of Los Angeles

3

By: */s/ Michael J. Dundas*
Michael J. Dundas (CA Bar No. 226930)

4

Joshua M. Templet (CA Bar No. 267098)
Office of the Los Angeles City Attorney

5

200 North Main Street, Room 800
Los Angeles, California 90012

6

Tel: (213) 978-8100
mike.dundas@lacity.org

7

joshua.templet@lacity.org

8

Attorneys for Plaintiff
CITY OF LOS ANGELES

9

10

BRIAN E. WASHINGTON
County Counsel

11

12

By: */s/ Edward F. Sears*
Kate K. Stanford, Deputy County Counsel

13

Edward F. Sears, Deputy County Counsel
3501 Civic Center Drive, Suite 275

14

San Rafael, CA 94903
Tel: (415) 473-6117

15

kate.stanford@marincounty.gov
ned.sears@marincounty.gov

16

17

Attorneys for Plaintiff
COUNTY OF MARIN

18

19

By: */s/ Nira F. Doherty*
Nira F. Doherty (SBN 254523)

20

Stephen A. McEwen (SBN 186512)
Eileen L. Ollivier (SBN 345880)

21

BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650

22

Oakland, California 94612-3520
Tel: 510.273.8780    Fax: 510.839.9104

23

ndoherty@bwslaw.com
smcewen@bwslaw.com

24

eollivier@bwslaw.com

25

26

Attorneys for Plaintiff
CITY OF MENLO PARK

27

28

By: */s/ B. Andrew Jones*
B. Andrew Jones*
Deputy County Attorney, Oregon State Bar No. 091786
Multnomah County Attorneys Office
501 SE Hawthorne Blvd, Suite 500
Portland, OR, 97214
Phone: (503)-988-3138
Mobile: (971)-678-7526
Fax: (503)-988-3377
Email: andy.jones@multco.us

*Application for admission *pro hac vice* forthcoming

Attorney for Plaintiff
MULTNOMAH COUNTY


By: */s/ Michelle Marchetta Kenyon*
Michelle Marchetta Kenyon (SBN 127969)
City Attorney
Stephen A. McEwen (SBN 186512)
Eileen L. Ollivier (SBN 345880)
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel:  510.273.8780    Fax:  510.839.9104
mkenyon@bwslaw.com
smcewen@bwslaw.com
eollivier@bwslaw.com

Attorneys for Plaintiffs
CITIES OF PACIFICA and ROHNERT PARK


By: */s/ Molly S. Stump*
Molly S. Stump, City Attorney SBN 177165
Caio A. Arellano, Chief Assistant City Attorney SBN 262168
Mark J. Vanni, Assistant City Attorney SBN 267892
City Of Palo Alto
250 Hamilton Ave., 8th Floor
Palo Alto, CA 94301
Telephone: (650) 329-2171
Facsimile: (650) 320-2646
Email: Molly.Stump@PaloAlto.gov
Caio.Arellano@PaloAlto.gov
Mark.Vanni@PaloAlto.gov

Attorneys for Plaintiff
CITY OF PALO ALTO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: /s/ Eric Danly
Eric Danly
City Attorney
City of Petaluma
11 English St, Petaluma, CA 94952-2610
Telephone: 707-778-4402
E-Mail: EDanly@cityofpetaluma.org

Attorney for Plaintiff
CITY OF PETALUMA


MARY E. ROBNETT
Pierce County Prosecuting Attorney

By: /s/ Kristal M. Cowger
KRISTAL M. COWGER, WSBA # 43079*
JONATHAN R. SALAMAS, WSBA # 39781*
Deputy Prosecuting Attorneys / Civil
930 Tacoma Avenue South, Suite 946
Tacoma, WA  98402-2102
Ph: 253-798-7400 / Fax: 253-798-6713
kristal.cowger@piercecountywa.gov
jonathan.salamas@piercecountywa.gov

*Admitted pro hac vice

Attorneys for Plaintiff
PIERCE COUNTY


DAVID ALESHIRE
City Attorney

By: /s/ Kimberly Y. Chin
SHANNON MOORE, Chief Assistant City Attorney
KIMBERLY Y. CHIN, Senior Assistant City Attorney
450 Civic Center Plaza
Richmond, CA  94804-1630
Tel: 510-620-6509
Fax: 510-620-6518
Email: Shannon_Moore@ci.richmond.ca.us
Email: Kimberly_Chin@ci.richmond.ca.us

Attorneys for Plaintiff
CITY OF RICHMOND

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: */s/ John D. Nibbelin*
       JOHN D. NIBBELIN, County Counsel (SBN 184603)
       Rebecca M. Archer, Chief Deputy Counsel (SBN
       202743)
       Lauren F. Carroll, Deputy County Counsel (SNB 333446)
       500 County Center, 4th Floor
       Redwood City, CA 94063
       Telephone: 650-363-4757
       jnibbelin@smcgov.org
       rmarcher@smcgov.org
       lcarroll@smcgov.org

       Attorneys for Plaintiff
       COUNTY OF SAN MATEO


By: */s/ Teresa L. Stricker*
       TERESA L. STRICKER, City Attorney (CA Lic.
       160601)
       AUTUMN LUNA, Chief Assistant City Attorney (CA
       Lic. 288506)
       ADAM S. ABEL, Assistant City Attorney (CA Lic.
       148210)
       HANNAH E. FORD-STILLE, Deputy City Attorney (CA
       Lic. 335113)
       100 Santa Rosa Ave, Room 8
       Santa Rosa, CA 95404
       Telephone: (707) 543-3040
       tstricker@srcity.org
       aluna@srcity.org
       aabel@srcity.org
       hfordstille@srcity.org

       Attorneys for Plaintiff
       CITY OF SANTA ROSA


By: */s/ Joshua A. Myers*
       Robert H. Pittman, County Counsel (SBN 172154)
       Joshua A. Meyers, Chief Deputy County Counsel (SBN
       250988)
       575 Administration Drive, Room 105A
       Santa Rosa, California 95403
       Telephone: (707) 565-2421
       Joshua.Myers@sonoma-county.org

       Attorneys for Plaintiff
       COUNTY OF SONOMA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: */s/ Amanda Guile-Hinman*
Amanda R. Guile-Hinman, OSB #093706*
29799 SW Town Center Loop E
Wilsonville, OR 97070
guile@wilsonvilleoregon.gov
(503) 570-1509

*Admitted *pro hac vice*

Attorney for Plaintiff
CITY OF WILSONVILLE

**FILER'S ATTESTATION**

I, BILL NGUYEN, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO STAY CASE DEADLINES PENDING APPEAL. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.