

MICHAEL P. BOWLER
120 SHORT BEACH ROAD
HARBOUR VILLAGE 26B
BRANFORD, CT  06405

## STATEWIDE GRIEVANCE COMMITTEE
## RECEIPT

RECEIVED FROM: MICHAEL P. BOWLER

DATE RECEIVED:  January 15, 2026

AMOUNT:        $20.00 (2 COPIES)

FOR:           CERTIFICATE OF GOOD STANDING

RECEIVED BY:   SARAH GROVER

**STATE OF CONNECTICUT**
**JUDICIAL BRANCH**
*www.jud.ct.gov*



**STATEWIDE GRIEVANCE COMMITTEE**
Fifth Floor
999 Asylum Avenue, Hartford, CT 06105

**Christopher L. Slack**
**Statewide Bar Counsel**

I,       Christopher L. Slack, Statewide Bar Counsel       , do hereby certify, based upon information received from the Clerk's Office of the Superior Court for the Judicial District of Hartford, and from the records received from the local grievance committees and grievance panels, and from the records of the Statewide Grievance Committee that

## *MICHAEL P. BOWLER*

*of*

## *BRANFORD, CT*

is a member in good standing of the Connecticut Bar, and has been admitted to same since December 10, 1992.

*Christopher L. Slack, Statewide Bar Counsel*
*January 22, 2026*

JD-GC-001A  Rev. 5-23
P.B. §§ 2-34(b)(4), 2-65

**STATE OF CONNECTICUT**
**JUDICIAL BRANCH**
*www.jud.ct.gov*



**STATEWIDE GRIEVANCE COMMITTEE**
Fifth Floor
999 Asylum Avenue, Hartford, CT 06105

Christopher L. Slack
**Statewide Bar Counsel**

I,      Christopher L. Slack, Statewide Bar Counsel       , do hereby certify, based upon information received from the Clerk's Office of the Superior Court for the Judicial District of Hartford, and from the records received from the local grievance committees and grievance panels, and from the records of the Statewide Grievance Committee that

## *MICHAEL P. BOWLER*

*of*

## *BRANFORD, CT*

is a member in good standing of the Connecticut Bar, and has been admitted to same since December 10, 1992.

_____

*Christopher L. Slack, Statewide Bar Counsel*
*January 22, 2026*

JD-GC-001A  Rev. 5-23
P.B. §§ 2-34(b)(4), 2-65