UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO, et al.,          ,

            Plaintiff(s),

       v.

TRUMP, et al.,                        ,

            Defendant(s).

Case No. 25-1350 _____

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Grace Lee , _____ am an active member in good standing of the bar of ___Washington, D.C._____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: _____Plaintiffs_____ in the above-entitled action. My local co-counsel in this case is __Katherine Courtney_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: __341165_____.

490 43rd Street, Unit #115, Oakland, CA 94609
MY ADDRESS OF RECORD

(510) 214-6960
MY TELEPHONE # OF RECORD

grace.lee@publicrightsproject.org
MY EMAIL ADDRESS OF RECORD

490 43rd Street, Unit #115, Oakland, CA 94609
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(510) 214-6960
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

katie.courtney@publicrightsproject.org
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __90021719_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0____ times in the 12 months preceding this application.

United States District Court
Northern District of California

1       I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated:  03/12/2026                                  /s/ Grace Lee

5                                                                       APPLICANT

8                                 ORDER GRANTING APPLICATION

9                  FOR ADMISSION OF ATTORNEY PRO HAC VICE

11      IT IS HEREBY ORDERED THAT the application of       Grace Lee       is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated:

17

18                   UNITED STATES DISTRICT/MAGISTRATE JUDGE