DONNA R. ZIEGLER [142415]
County Counsel
ANDREA L. WEDDLE [250297]
Chief Assistant County Counsel
K. SCOTT DICKEY [184251]
Assistant County Counsel
JASON M. ALLEN [284432]
Senior Deputy County Counsel
Office of the County Counsel
County of Alameda
1221 Oak Street, Suite 450
Oakland, California  94612
Email: jason.allen@acgov.org

Attorneys for Plaintiff
COUNTY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, et al., | Case No.: 3:25-CV-01350-WHO |
|---|---|
| Plaintiffs, | **NOTICE OF CHANGE IN COUNTY COUNSEL FOR PLAINTIFF COUNTY OF ALAMEDA** |
| vs. | |
| DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Andrea L. Weddle has been appointed Interim County Counsel for the County of Alameda, and, as of March 29, 2026, is substituted in place of Donna R. Ziegler as County Counsel for all matters in which the County of Alameda is represented by the Office of the County Counsel.  K. Scott Dickey and Jason Allen from the Office of County Counsel for the County of Alameda will remain as counsel for Plaintiff County of Alameda in this matter.

Dated: March 26, 2026

DONNA R. ZIEGLER,
County Counsel in and for the County of Alameda, State of California


By:    */s/ Jason M. Allen*
        K. SCOTT DICKEY
        Assistant County Counsel
        JASON M. ALLEN
        Senior Deputy County Counsel

        *Attorneys for Plaintiff*
        *County of Alameda*

Notice of Change in County Counsel                    2                    Case No. 3:25-CV-01350-WHO